AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| In re DMCA Subpoena to Advanced Hosters, B.V. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

Advanced Hosters, B.V. dba Advanced Hosters

To:

_____

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See description in Exhibit A, attached thereto

| Place: Specialized Legal Services<br>112 Bryant Street, #120<br>San Francisco, CA 94103 | Date and Time:<br><br>12/23/2019 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
MG PREMIUM LTD _____ , who issues or requests this subpoena, are:
Spencer D. Freeman, Freeman Law Firm, Inc., 1107 1/2 Tacoma Ave. S., Tacoma, WA 98409; 253-383-4500

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
        **(i)** is a party or a party's officer; or
        **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
        **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
        **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
        **(i)** fails to allow a reasonable time to comply;
        **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
        **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
        **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
        **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

        **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
        **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
        **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
        **(i)** expressly make the claim; and
        **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# Exhibit A

## DOCUMENTS TO BE PRODUCED

For the period January 1, 2016 through the present, produce all documents[1] and account records that identify the person(s) or entities that caused the infringement of the material described in the attached Exhibit B DMCA notifications to the DMCA Agent for Advanced Hosters, B.V., and/or who unlawfully uploaded MG Premium Ltd's copyrighted works at the URLs listed in the notifications, including but not limited to identification by names, email addresses, IP addresses, user history, posting history, physical addresses, telephone numbers, and any other identifying information.

---

[1] Definitions.  The term "document" as used herein, means any and all materials falling within subparagraphs (1) through (4) of Rule 1001, Federal Rules of Evidence, including without limitation computer logs, summaries, account records, invoices, receipts, spreadsheets, charts, reports, agreements, correspondence, facsimile messages, electronic mail, memoranda, notes, data, notations, reports and records of any communications (including telephone or other conversations, interviews, conferences or committee or other meetings), letters, affidavits, statements, plans, specifications, contracts, licenses, photographs, objects, tangible things, journals, books or other records of accounts, summaries of accounts, balance sheets, income statements, bills, lists, tabulations, graphs, recordings, computer records and all other records kept by electronic, photographic or mechanical means, and things similar to any of the foregoing, however denominated.

**DMCA Subpoena - 4**

# Exhibit B

**Copies of Notifications Issued Pursuant to
17 U.S.C. § 512(c)(3) to
Registered DMCA Agent for
Service Provider Advanced Hosters, B.V.**

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████████ |
| **Sent:** | Tuesday, June 4, 2019 4:29 PM |
| **To:** | 'abuse@danesconames.com'; 'offseo@gmail.com'; 'abuse@cloudflare.com';<br>'abuse@advancedhosting.com'; 'abuse@datawebglobalgroup.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - Mindgeek |

RE: DMCA Takedown Notice for Copyright Infringement - Mindgeek

Dear Copyright Agent,

<u>If you are the operator of this website, please get in touch with me to discuss your website.</u>

Additionally, please take action on this DMCA Takedown Notice.

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to Section 512 (c) of the U.S. Copyright Law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system. If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

The infringed content is adult content branded and watermarked with the trademarks/logos belonging to MG Premium Ltd. It is being used without the copyright owner's permission. The original content can be viewed at the following URL, www.Brazzers.com, www.mofos.com, www.realitykings.com, www.digitalplayground.com, twistys.com, www.babes.com https://www.brazzers.com, https://www.mofos.com, https://www.twistys.com, https://www.realitykings.com, https://www.babes.com, https://www.digitalplayground.com

My contact information is as follows:
MG Premium Ltd.
c/o: Battleship Stance, Inc. - Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA
Email: ████████████████████

This correspondence and all of its contents is without prejudice to MG Premium Ltd. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for MG Premium Ltd.

**Links to Infringing Material:**

http://www.redwap.me/videos/5199/job-at-hand/
http://www.redwap.me/videos/201/group-sex-party/
http://www.redwap.me/videos/6976/sweet-valentina/
http://www.redwap.me/videos/266504/hot-lesbians-engaged-in-hotsteamy-sex-cunnilingus/
http://www.redwap.me/videos/7475/i-like-her-massive-tits/
http://www.redwap.me/videos/7288/a-new-milf/
http://www.redwap.me/videos/7912/skinny-petite-veronica-likes-it-big/
http://www.redwap.me/videos/4120/beautiful-belle-needed-a-place-to-stay/
http://www.redwap.me/videos/250427/bus-sex-with-slutty-babe-and-naughty-partner/
http://www.redwap.me/videos/426960/subtle-humiliation/
http://www.redwap.me/videos/429740/kinky-ms-croft/
http://www.redwap.me/videos/271058/cunnilingus-delights-with-horny-and-flexible-latina/
http://www.redwap.me/videos/395/extracurricular-activities/
http://www.redwap.me/videos/292476/skinny-teen-girl-shows-off-her-bush/
http://www.redwap.me/videos/435137/busty-black-girlfriend-gives-head-and-gets-smashed-pov-interracial/
http://www.redwap.me/videos/252544/hardcore-cock-and-pussy-contact-sex/
http://www.redwap.me/videos/401867/my-dirty-hobby-goth-babe-with-green-eyes-masturb/
http://www.redwap.me/videos/434373/lusty-blonde-chick-has-interracial-fuck-session-with-black-stallion/
http://www.redwap.me/videos/140975/naughty-goth-girl/
http://www.redwap.me/videos/260465/hardcore-2643-free-hardcore-porn/
http://www.redwap.me/videos/429993/rock-hard-hardcore/
http://www.redwap.me/videos/425511/hardcore-holly-hendrix/
http://www.redwap.me/videos/413372/hardcore-peekaboo/
http://www.redwap.me/videos/430463/hardcore-hook-up/
http://www.redwap.me/videos/274557/big-tittied-teens-strapon-fucking/
http://www.redwap.me/videos/276017/brunette-busty-teen-masturbating-on-webcam/
http://www.redwap.me/videos/220545/anal-fuck-and-anal-pov-with-my-wife-linda/
http://www.redwap.me/videos/306951/teens-love-huge-cocks-tube-sex-video/
http://www.redwap.me/videos/438717/femdom-humiliation-with-strapon/
http://www.redwap.me/videos/331733/feet-rubbing-and-finger-blasting/
http://www.redwap.me/videos/417770/top-gun-but-less-gay/
http://www.redwap.me/videos/161/sex-and-friends/
http://www.redwap.me/videos/34764/fitness-fuck/
http://www.redwap.me/videos/413636/pigtailed-and-cumhungry/
http://www.redwap.me/videos/367017/scully-finds-the-hidden-sex-files-in-mulders-xfiles/
http://www.redwap.me/videos/175701/perfect-couple-enjoying-hot-passionate-sex-in-the-kitchen/
http://www.redwap.me/videos/302057/stepmomdaughter-tagteam/
http://www.redwap.me/videos/425412/pictureperfect-cumshot/
http://www.redwap.me/videos/171804/big-naturals-queen-ds-katrina-jade-mp4/
http://www.redwap.me/videos/247702/nasty-man-kissing-and-fucking-tight-pussy-hard/
http://www.redwap.me/videos/120946/trimmed-lesbian-teen-pussy-sucking/
http://www.redwap.me/videos/435487/stepson-takes-his-cute-and-curvy-stepmother-in-the-kitchen/
http://www.redwap.me/videos/164827/nasty-blonde-teen-sucking-and-fucking-in-front-of-webcam/
http://www.redwap.me/videos/6362/fuck-me-in-the-ass-and-cum-on-it/
http://www.redwap.me/videos/28687/alina-li-neogoth-slut/
http://www.redwap.me/videos/382890/melissa-moore-gets-a-dick-kebab-under-the-table-at-the-local-food-joint/
http://www.redwap.me/videos/248563/sex-in-the-kitchen-a-great-idea-for-them/
http://www.redwap.me/videos/185546/hairy-milf-gets-licked-and-doggy-style-banged/
http://www.redwap.me/videos/220724/pretty-teen-enjoying-a-great-doggy-style-fuck/
http://www.redwap.me/videos/598/young-haley-gets-fucked-in-the-ass-on-camera/

http://www.redwap.me/videos/331894/lustful-black-nurse-at-your-service/
http://www.redwap.me/videos/437664/flat-chested-ebony-teen-sucks-a-dick-in-car-pov/
http://www.redwap.me/videos/292352/teen-babe-fucked-and-creampied/
http://www.redwap.me/videos/234517/real-brother-and-sister-home/
http://www.redwap.me/videos/170726/youre-pussy-feels-so-good-iam-going-to-cum-inside-you/
http://www.redwap.me/videos/329929/steamy-workout/
http://www.redwap.me/videos/602/fuck-cum-fuck-cum/
http://www.redwap.me/videos/384114/best-xmas-gift-ever/
http://www.redwap.me/videos/416902/killing-time-with-stepmom/
http://www.redwap.me/videos/329997/scissoring-licking-and-fingering/
http://www.redwap.me/videos/113382/brunette-babe-megan-fucking-a-hard-cock-and-gets-cummed-on/
http://www.redwap.me/videos/414291/allmighty-booty/
http://www.redwap.me/videos/30570/rubbing-her-clit-through-her-red-panties/
http://www.redwap.me/videos/135341/she-is-excited-to-get-cumshot-on-her-face/
http://www.redwap.me/videos/28228/cassie-playing-with-her-flawless-pussy/
http://www.redwap.me/videos/66982/hotel-blowjob/
http://www.redwap.me/videos/294399/shy-teens-first-time-on-camera/
http://www.redwap.me/videos/427663/having-fun-with-valentina-nappi-karma-rx/
http://www.redwap.me/videos/426048/a-lady-in-red/
http://www.redwap.me/videos/249489/butt-creampie-after-long-deep-anal-sex/
http://www.redwap.me/videos/65026/busty-girlfriend-getting-fucked-and-creamed/
http://www.redwap.me/videos/67117/my-stepmom-darla-can-hep-you/
http://www.redwap.me/videos/399244/the-perfect-fit/
http://www.redwap.me/videos/8501/playing-some-games/
http://www.redwap.me/videos/110588/busty-female-agent-strap-on-sex-with-brunette-babe/
http://www.redwap.me/videos/398035/fuck-my-ass/
http://www.redwap.me/videos/132448/french-seductress-anissa-kate/
http://www.redwap.me/videos/6202/my-babe-taking-my-cock-in-her-ass/
http://www.redwap.me/videos/30649/bibi-enjoying-some-quality-time-with-manuel/
http://www.redwap.me/videos/301310/latenight-passion/
http://www.redwap.me/videos/188981/granny-pussy-toying-and-squirting-on-webcam/
http://www.redwap.me/videos/65524/anal-training/
http://www.redwap.me/videos/385040/show-must-go-on/
http://www.redwap.me/videos/303564/paying-her-rent/
http://www.redwap.me/videos/132672/grab-that-ass/
http://www.redwap.me/videos/417178/on-the-hood/
http://www.redwap.me/videos/237/very-cute-vanessa-gets-fucked-in-the-car/
http://www.redwap.me/videos/292970/sexy-girlfriends-lead-a-passionate-lesbian-sex-on-the-couch/
http://www.redwap.me/videos/418008/eating-pussy-for-breakfast/
http://www.redwap.me/videos/301562/cleanup-and-what-comes-next/
http://www.redwap.me/videos/111968/whitney-westgate-wraps-her-pussy-around-a-cock-at-the-pool/
http://www.redwap.me/videos/419725/her-free-ride/
http://www.redwap.me/videos/187848/painful-anal-take-it-slow/
http://www.redwap.me/videos/5117/natural-titted-babes-lily-love-jessica-robbin/
http://www.redwap.me/videos/113176/blonde-babe-stevie-shae-fucked-real-hard-and-covered-in-cum/
http://www.redwap.me/videos/437636/big-booty-brunette-pussy-pounded-hard-and-fast-in-bedroom/
http://www.redwap.me/videos/285747/get-over-here-you/
http://www.redwap.me/videos/422019/with-a-view/
http://www.redwap.me/videos/29574/gia-lets-him-cum-on-her-belly/
http://www.redwap.me/videos/5445/his-best-friends-sister/
http://www.redwap.me/videos/415372/in-the-heat-of-the-moment/

http://www.redwap.me/videos/384525/whats-cooking-goodlooking/
http://www.redwap.me/videos/228663/horny-milf-in-latex-boots-strips-and-masturbates-with-toys/
http://www.redwap.me/videos/254161/real-wife-fucked-in-the-ass/
http://www.redwap.me/videos/156760/real-wife-getting-some-big-black-cock-action/
http://www.redwap.me/videos/404218/spicy-latina-katrina-gets-her-cunt-smashed-by-skinny-boy-with-a-big-dick/
http://www.redwap.me/videos/413861/titfuck-for-a-milf-slut/
http://www.redwap.me/videos/430039/what-a-party/
http://www.redwap.me/videos/1147/my-stepmom-darla-can-hep-you/
http://www.redwap.me/videos/310/tight-little-pussy-pounded-by-a-huge-cock/
http://www.redwap.me/videos/404940/longawaited-threesome/
http://www.redwap.me/videos/418028/taken-on-all-fours/
http://www.redwap.me/videos/431028/their-warmup/
http://www.redwap.me/videos/239993/busty-blonde-milf-gets-fucked-by-santa/
http://www.redwap.me/videos/19471/luvv-to-love-ya/
http://www.redwap.me/videos/417296/helpful-hand/
http://www.redwap.me/videos/18681/freaky-fucking/
http://www.redwap.me/videos/272181/two-girls-are-always-better-than-one/
http://www.redwap.me/videos/418907/jailhouse-rock-and-blow/
http://www.redwap.me/videos/132587/daughter-with-perfect-ass-and-tits/
http://www.redwap.me/videos/174220/brunette-euro-babe-sucks-huge-cock-in-public/
http://www.redwap.me/videos/161668/teen-in-sexy-lingerie-masturbation-at-home/
http://www.redwap.me/videos/271193/adorable-chubby-chick-harley-gets-fucked-in-the-taxi/
http://www.redwap.me/videos/385181/girlfriend-gets-hardcore-but-fucked/
http://www.redwap.me/videos/18700/boobs-in-boots/
http://www.redwap.me/videos/19201/big-titted-blonde-teen-spreading-and-sucking/
http://www.redwap.me/videos/266765/juicybutt-babe-drilled-hard-anally-in-tight-position/
http://www.redwap.me/videos/63323/aged-to-perfection/
http://www.redwap.me/videos/417505/sunlit-room-fuck/
http://www.redwap.me/videos/172796/victoria-spread-her-perfect-ass-cheeks-to-take-his-cock-down/
http://www.redwap.me/videos/431162/what-a-wedding-itd-be/
http://www.redwap.me/videos/405107/moneyhungry-hoe/
http://www.redwap.me/videos/34070/skinny-latina-sliding-on-my-cock/
http://www.redwap.me/videos/355249/fourway-xrated-art/
http://www.redwap.me/videos/384517/curvy-in-all-the-right-places/
http://www.redwap.me/videos/19295/18-years-old-busty-girl-spreading-pussy/
http://www.redwap.me/videos/282835/made-up-amateur-gives-rimjob-and-blowjob-in-fake-taxi/
http://www.redwap.me/videos/264053/busty-ebony-takes-big-white-cock-in-cab/
http://www.redwap.me/videos/10061/blonde-milf-with-big-fat-ass/
http://www.redwap.me/videos/303850/sexy-teen-girl-fucked-in-all-holes/
http://www.redwap.me/videos/122907/brunette-babe-got-cum-on-her-pussy-hole/
http://www.redwap.me/videos/262201/emo-student-gets-her-huge-tits-and-pussy-inspected-by-a-cop/
http://www.redwap.me/videos/208291/nicole-aniston-abigail-mac-are-sport-girls/
http://www.redwap.me/videos/413451/hardearned-cash/
http://www.redwap.me/videos/34607/before-my-mom-comes/
http://www.redwap.me/videos/133305/tap-that-ass-and-lick-that-nipple/
http://www.redwap.me/videos/66032/asses-tits-and-pussies/
http://www.redwap.me/videos/66311/natalia-her-boyfriend-and-their-experienced-neighbor/
http://www.redwap.me/videos/301793/anal-with-a-bbc/
http://www.redwap.me/videos/35564/freaky-cowgirl-sucking-big-cock/
http://www.redwap.me/videos/354997/ballssucking-asian-cutie/

http://www.redwap.me/videos/435021/busty-mommy-got-her-hairy-cunt-smashed-hard-and-fast/
http://www.redwap.me/videos/135/cute-roller-needed-her-tight-ass-fucked/
http://www.redwap.me/videos/302130/teasing-and-pleasing/
http://www.redwap.me/videos/426173/sexy-latina-in-stockings-bends-over-for-doggy-style-action/
http://www.redwap.me/videos/391330/aubrey-is-down-to-fuck-and-reaches-for-clints-big-cock/
http://www.redwap.me/videos/384177/big-booty-for-a-big-cock/
http://www.redwap.me/videos/417771/here-kitty/
http://www.redwap.me/videos/414942/intense-fuckfest/
http://www.redwap.me/videos/358185/lucia-nieto-gets-a-load-on-her-eyes/
http://www.redwap.me/videos/404456/kelsi-monroe-flashing-her-sweet-ass-and-looking-for-a-fuck/
http://www.redwap.me/videos/417332/tastes-so-good/
http://www.redwap.me/videos/416963/young-love-and-lust/
http://www.redwap.me/videos/413891/riley-reid-fucks-the-real-estate-agent/
http://www.redwap.me/videos/93952/good-ass-girls-in-the-vip/
http://www.redwap.me/videos/66511/naked-night-in-the-vip/
http://www.redwap.me/videos/429772/best-way-to-suck-a-dick/
http://www.redwap.me/videos/417077/big-load-for-a-big-slut/
http://www.redwap.me/videos/417564/popping-her-cherry/
http://www.redwap.me/videos/382151/good-ol-country-girl-daisy-gets-nailed-by-the-truck/
http://www.redwap.me/videos/426409/fingerlickin-good/
http://www.redwap.me/videos/492/sweet-18-year-old-pussy/
http://www.redwap.me/videos/418446/big-booty-exprisoner/
http://www.redwap.me/videos/4457/katrina-jade-released-her-big-naturals-tits/
http://www.redwap.me/videos/301501/she-gets-a-pearl-necklace/
http://www.redwap.me/videos/430778/moneyhungry-euro-hoe/
http://www.redwap.me/videos/354176/massive-slut-gets-a-massive-load/
http://www.redwap.me/videos/417686/best-christmas-ever/
http://www.redwap.me/videos/246242/huge-tittied-mature-fingered-to-orgasm/
http://www.redwap.me/videos/19949/girl-gets-fucked-on-her-parents-bed/
http://www.redwap.me/videos/384403/too-hot-to-handle/
http://www.redwap.me/videos/18305/threesome-with-my-girlfriend/
http://www.redwap.me/videos/354004/stretching-her-asshole-poolside/
http://www.redwap.me/videos/111710/susana-melo-got-on-all-fours-and-took-it-hard-in-the-asshole/
http://www.redwap.me/videos/267061/extremely-hungry-for-cock/
http://www.redwap.me/videos/30592/licking-her-pussy-till-she-squeals/
http://www.redwap.me/videos/231608/studs-big-fat-cock-fucks-female-agent/
http://www.redwap.me/videos/7258/oral-orgy-in-the-vip/
http://www.redwap.me/videos/259744/blonde-deep-throats-huge-cock-in-cab/
http://www.redwap.me/videos/195934/blonde-babe-stevie-shae-fucked-real-hard-and-covered-in-cum/
http://www.redwap.me/videos/175687/kacy-lake-stripped-down-so-he-could-feast-on-her-sweet-pussy/
http://www.redwap.me/videos/147/cum-all-over-both-faces/
http://www.redwap.me/videos/355294/tender-lesbian-lovemaking/
http://www.redwap.me/videos/425980/foot-fucking/
http://www.redwap.me/videos/159714/watch-petite-teen-gina-gerson-gets-fucked-in-doggy/
http://www.redwap.me/videos/19703/a-group-of-girls-having-some-fun-in-a-dorm/
http://www.redwap.me/videos/192056/whitney-westgate-wraps-her-pussy-around-a-cock-at-the-pool/
http://www.redwap.me/videos/388623/huge-tits-accompany-brittany-whites-wet-chocolate-pussy/
http://www.redwap.me/videos/437638/busty-redhead-sucks-dick-and-gets-pounded-in-the-shower/
http://www.redwap.me/videos/66635/hotel-fuck/
http://www.redwap.me/videos/405049/black-on-black/
http://www.redwap.me/videos/66386/18-year-old-shae-studying-anatomy/

http://www.redwap.me/videos/6713/bossy-breast/
http://www.redwap.me/videos/66185/fucking-my-gf-while-shes-speaking-on-the-phone/
http://www.redwap.me/videos/166/naughty-eva/
http://www.redwap.me/videos/415343/here-kitty/
http://www.redwap.me/videos/360124/hot-and-horny-blonde-babe-takes-a-massive-dick-in-her-ass/
http://www.redwap.me/videos/186146/foxi-di-spreads-her-legs-wide-to-take-him-deep-in-her-pussy/
http://www.redwap.me/videos/420513/happy-ending/
http://www.redwap.me/videos/197773/fake-big-tits-blonde-brit-banged-in-casting/
http://www.redwap.me/videos/396511/ebony-doll-gets-seduced-by-casting-agent-who-wants-to-fuck-her-ass/
http://www.redwap.me/videos/139168/at-hotel-room-girlfriend-blows-my-cock-until-i-cum/
http://www.redwap.me/videos/338077/all-alone-with-my-bestie/
http://www.redwap.me/videos/4510/queen-of-tits-in-the-pool/
http://www.redwap.me/videos/185461/gorgeous-teen-loves-big-cock/
http://www.redwap.me/videos/421905/cumcovered-redhead-slut/
http://www.redwap.me/videos/123348/vivacious-vivie/
http://www.redwap.me/videos/67824/she-caught-her-stepson-watching-her-masturbating-after-work/
http://www.redwap.me/videos/278807/czech-amateur-banged-in-car-in-public/
http://www.redwap.me/videos/258302/busty-brunette-takes-on-a-massive-cock-doggystyle/
http://www.redwap.me/videos/418442/blindsided-banging/
http://www.redwap.me/videos/369556/jade-ambers-shaved-pussy-fucked-behind/
http://www.redwap.me/videos/65454/luiza-gets-a-cock-in-her-pussy/
http://www.redwap.me/videos/134350/inviting-queen-first-time-on-camera/
http://www.redwap.me/videos/144240/shy-girl-getting-a-creampie/
http://www.redwap.me/videos/206344/sexy-red-head-babe-ashlyn-sexy-passionate-moment-on-the-sofa/
http://www.redwap.me/videos/430369/whos-in-charge/
http://www.redwap.me/videos/124458/red-lingerie-milf-riding-huge-cock-in-bed/
http://www.redwap.me/videos/185/cute-roller-skater-gets-fucked-in-the-ass/
http://www.redwap.me/videos/413315/perfect-pov-blowjob/
http://www.redwap.me/videos/65850/sun-sand-sex-and-sky/
http://www.redwap.me/videos/415100/taking-it-from-behind/
http://www.redwap.me/videos/378574/lesbians-from-beach-fucks-in-shower/
http://www.redwap.me/videos/177734/more-teenager-girl-on-pornload/
http://www.redwap.me/videos/67897/samantha-with-her-girl-toy-chloe/
http://www.redwap.me/videos/16655/screwing-my-exgirlfriend-on-cam/
http://www.redwap.me/videos/385029/fingering-and-licking/
http://www.redwap.me/videos/406600/caught-with-her-panties-down/
http://www.redwap.me/videos/66435/wake-bake-and-fuckin-shake/
http://www.redwap.me/videos/353492/seducing-the-camera/
http://www.redwap.me/videos/293133/horny-teen-squirting-on-webcam/
http://www.redwap.me/videos/270387/busty-babe-rides-cock-with-her-slipperytight-vagina/
http://www.redwap.me/videos/267009/amazing-blonde-sucking-and-licking-huge-penis/
http://www.redwap.me/videos/432546/dirty-bitch-rims-a-guy-before-getting-ass-fucked-hard/
http://www.redwap.me/videos/354477/getting-the-job/
http://www.redwap.me/videos/123321/so-yummy-pussy/
http://www.redwap.me/videos/432466/lusty-amateur-girl-with-big-tits-gets-dicked-and-sprayed/
http://www.redwap.me/videos/7564/high-arch/
http://www.redwap.me/videos/111304/hot-big-titted-blonde-babe-staci-carr-getting-a-messy-facial/
http://www.redwap.me/videos/7132/dancing-for-a-dick/
http://www.redwap.me/videos/6901/freaks-out-at-night/
http://www.redwap.me/videos/181297/more-teenager-girls-on-pornload/
http://www.redwap.me/videos/143718/hot-kari-plays-with-her-sweet-pussy/

http://www.redwap.me/videos/414934/out-of-the-blue/
http://www.redwap.me/videos/414887/sharing-is-caring/
http://www.redwap.me/videos/414047/ass-for-days/
http://www.redwap.me/videos/18868/i-cum-on-my-girlfriends-big-beautiful-tits/
http://www.redwap.me/videos/302082/family-affair/
http://www.redwap.me/videos/330499/lionas-lovely-lovemaking-scene/
http://www.redwap.me/videos/6903/three-girls-taking-facial-cumshot-after-a-good-fuck/
http://www.redwap.me/videos/123357/bad-intentions/
http://www.redwap.me/videos/417476/shes-in-love-with-that-cock/
http://www.redwap.me/videos/431001/as-a-foreplay/
http://www.redwap.me/videos/18448/morning-fuck-and-cumshot/
http://www.redwap.me/videos/384474/taking-it-from-behind/
http://www.redwap.me/videos/425433/her-moves/
http://www.redwap.me/videos/123164/teasing-and-pleasing/
http://www.redwap.me/videos/358941/ass-for-days/
http://www.redwap.me/videos/16839/savannah-gets-her-oiled-ass-fucked-hard/
http://www.redwap.me/videos/420361/feels-so-good/
http://www.redwap.me/videos/430125/pussys-ready-for-him/
http://www.redwap.me/videos/6889/amazing-boobs/
http://www.redwap.me/videos/10113/pussy-pleasure/
http://www.redwap.me/videos/204893/busty-blonde-fucking-in-a-cab-in-public/
http://www.redwap.me/videos/301113/big-load-for-a-big-ass/
http://www.redwap.me/videos/359050/strapon-seduction/
http://www.redwap.me/videos/248603/sexy-moms-suck-and-fuck-teen-in-turns/
http://www.redwap.me/videos/18706/valentines-dick/
http://www.redwap.me/videos/374845/a-slut-from-the-past-is-given-a-blast-from-the-future/
http://www.redwap.me/videos/331603/naughty-noelle/
http://www.redwap.me/videos/180740/more-teenager-girls-on-pornload/
http://www.redwap.me/videos/123191/vivacious-vivie/
http://www.redwap.me/videos/418260/blonde-banged-on-the-balcony/
http://www.redwap.me/videos/122876/beautiful-hot-and-horny-lesbians/
http://www.redwap.me/videos/65730/playing-some-games/
http://www.redwap.me/videos/132653/riding-milf/
http://www.redwap.me/videos/4836/i-fucked-her-in-doggy-style-and-filmed-it/
http://www.redwap.me/videos/301814/pleasuring-his-joystick/
http://www.redwap.me/videos/59786/spending-the-rest-of-the-day-naked/
http://www.redwap.me/videos/419422/typical-latina-right/
http://www.redwap.me/videos/418029/on-the-boat/
http://www.redwap.me/videos/247115/horny-exhausted-female-flaunts-and-sucks-cock/
http://www.redwap.me/videos/132663/grab-that-ass/
http://www.redwap.me/videos/4368/payton-took-a-cock-into-her-mouth-and-pussy/
http://www.redwap.me/videos/353887/freak-in-the-sheets/
http://www.redwap.me/videos/106707/hd-pov-cute-student-wants-your-to-cum-inside-her-pussy/
http://www.redwap.me/videos/418606/extreme-blowjob/
http://www.redwap.me/videos/179396/natural-busty-mature-sucks-and-fucks-in-bed/
http://www.redwap.me/videos/257135/bathroom-fuck/
http://www.redwap.me/videos/373768/aubrey-sinclair-on-her-knees-and-gives-joe-bonez-a-head/
http://www.redwap.me/videos/5207/bigger-better/
http://www.redwap.me/videos/4344/jade-aspen-and-her-amazing-natural-big-tits/
http://www.redwap.me/videos/132386/ass-in-the-kitchen/
http://www.redwap.me/videos/6849/easy-teasy/

http://www.redwap.me/videos/294882/blonde-alli-rae-gives-sensual-blowjob-and-gets-fucked-in-front-of-esmi-lee/
http://www.redwap.me/videos/415008/riding-it-good/
http://www.redwap.me/videos/418261/fucking-in-the-woods/
http://www.redwap.me/videos/3964/i-fucked-my-girlfriend-in-the-backyard-today/
http://www.redwap.me/videos/353712/pov-money-shot/
http://www.redwap.me/videos/267633/show-and-tell/
http://www.redwap.me/videos/4070/licking-lessons/
http://www.redwap.me/videos/429853/game-over-girl/
http://www.redwap.me/videos/258072/firm-and-fine-ebony-queen-displays-her-spot-for-fun/
http://www.redwap.me/videos/18806/love-cum/
http://www.redwap.me/videos/34476/tight-teen-gets-fucked-by-older-man/
http://www.redwap.me/videos/54/sex-friendship/
http://www.redwap.me/videos/813/she-wanted-more-so-i-gave-her-more/
http://www.redwap.me/videos/417327/pipers-pretty-little-pussy/
http://www.redwap.me/videos/432304/cashhungry-latina-slut/
http://www.redwap.me/videos/417603/work-that-ass/
http://www.redwap.me/videos/18566/mom-and-stepdaughter-taking-facial-after-a-good-fuck/
http://www.redwap.me/videos/18837/family-sex-in-the-morning/
http://www.redwap.me/videos/358966/santas-naughty-helper/
http://www.redwap.me/videos/66319/adalisa-gets-her-ass-fucked/
http://www.redwap.me/videos/34003/the-team-spirit/
http://www.redwap.me/videos/6214/cum-in-my-ass/
http://www.redwap.me/videos/777/love-lessons/
http://www.redwap.me/videos/418284/kinky-keisha/
http://www.redwap.me/videos/353766/cant-stop-fucking-her/
http://www.redwap.me/videos/132555/nature-fuck/
http://www.redwap.me/videos/19292/roommate-revenge/
http://www.redwap.me/videos/229014/huge-tits-and-ass-blonde-outdoor/
http://www.redwap.me/videos/417442/barely-a-threeway/
http://www.redwap.me/videos/301381/stress-relief/
http://www.redwap.me/videos/33996/boobs-in-charge/
http://www.redwap.me/videos/399278/just-the-tip/
http://www.redwap.me/videos/249317/engaging-euro-sex-parties-with-sexy-babes/
http://www.redwap.me/videos/123189/her-tight-little-pussy-taking-big-cock/
http://www.redwap.me/videos/415223/before-you-go-to-work/
http://www.redwap.me/videos/423077/sm-down-the-road/
http://www.redwap.me/videos/34338/beautiful-babe-buttfucked-and-jizzed-on-ass/
http://www.redwap.me/videos/7281/public-display/
http://www.redwap.me/videos/428250/heat-of-the-moment/
http://www.redwap.me/videos/197780/beautiful-mature-with-big-ass-fucked-in-bed/
http://www.redwap.me/videos/267205/cockhardening-milf-in-a-hot-bikini/
http://www.redwap.me/videos/30662/the-horny-girl-with-the-flower-tattoo/
http://www.redwap.me/videos/415932/big-ass-amateur-slut-receives-a-hard-doggy-style-pussy-pounding/
http://www.redwap.me/videos/420429/taming-the-shrew/
http://www.redwap.me/videos/414570/perfect-booty/
http://www.redwap.me/videos/281906/watch-bubble-butt-babe-gagging-and-riding-dildo/
http://www.redwap.me/videos/6366/my-babe-taking-my-cock/
http://www.redwap.me/videos/268618/tiny-teenager-twisted-and-penetrated-deeper-harder/
http://www.redwap.me/videos/413038/dildo-drilling-session/
http://www.redwap.me/videos/137951/19yearold-shows-us-her-oface/

http://www.redwap.me/videos/422163/just-the-way-she-loves-it/
http://www.redwap.me/videos/195171/lovely-outdoor-lesbian-babes-love-sucking-and-licking-boobs/
http://www.redwap.me/videos/386237/skyler-mckay-gets-her-pussy-demolished-and-blasted-with-a-12-gauge-cumshot-to-the-face/
http://www.redwap.me/videos/18887/good-ass-teen-sliding-on-a-cock-cum-covered-pussy/
http://www.redwap.me/videos/421902/big-booty-slut/
http://www.redwap.me/videos/182060/hot-babe-anal-and-facial-cumshot/
http://www.redwap.me/videos/35424/suck-my-pussy/
http://www.redwap.me/videos/110942/hd-pov-hot-babe-and-her-big-tits-riding-your-cock/
http://www.redwap.me/videos/172934/sexy-redhead-linda-sweet-getting-ass-fucked-hard-in-the-pub/
http://www.redwap.me/videos/413258/the-best-bday-ever/
http://www.redwap.me/videos/65151/deep-and-hard-in-the-ass/
http://www.redwap.me/videos/291571/blonde-chubby-bitch-tasha-fucked-in-the-back-of-the-car/
http://www.redwap.me/videos/19266/make-up-sex/
http://www.redwap.me/videos/68097/lets-try-you-in-the-ass/
http://www.redwap.me/videos/358967/night-of-lust/
http://www.redwap.me/videos/175642/megans-bf-getting-a-blowjob-lesson-from-her-hot-stepmom-ava/
http://www.redwap.me/videos/175538/horny-couple-homemade-sex-tape/
http://www.redwap.me/videos/355063/intense-fucking-in-the-woods/
http://www.redwap.me/videos/353831/shes-a-screamer/
http://www.redwap.me/videos/170434/strip-suck-fuck-from-cfnm-secret/
http://www.redwap.me/videos/34110/stretch-position/
http://www.redwap.me/videos/388292/lucky-runnerup/
http://www.redwap.me/videos/18963/pussy-fest/
http://www.redwap.me/videos/7379/bianca-showing-off-her-seethrough-panties/
http://www.redwap.me/videos/66442/sex-on-the-water/
http://www.redwap.me/videos/6655/naughty-by-night/
http://www.redwap.me/videos/133592/nature-fuck/
http://www.redwap.me/videos/385527/ping-pong-party-turns-into-college-dorm-orgy/
http://www.redwap.me/videos/16659/slippery-when-wet/
http://www.redwap.me/videos/415671/a-little-show/
http://www.redwap.me/videos/35120/masturbating-video-for-her-boyfriend/
http://www.redwap.me/videos/297818/busty-redhead-in-glasses-gets-fucked-hard/
http://www.redwap.me/videos/4124/natural-titted-latina-sucking-and-fucking-big-cock-in-the-car/
http://www.redwap.me/videos/359173/tattedup-bbc-addict/
http://www.redwap.me/videos/425699/drop-the-towel/
http://www.redwap.me/videos/330338/getting-what-she-wanted/
http://www.redwap.me/videos/104742/hd-pov-cute-student-want-you-to-cum-inside-her/
http://www.redwap.me/videos/301629/nice-and-slow/
http://www.redwap.me/videos/4420/bounce-and-lick/
http://www.redwap.me/videos/430053/strap-it-on/
http://www.redwap.me/videos/107709/hot-babe-doggy-style-banged-pov/
http://www.redwap.me/videos/222/college-students-having-some-fun/
http://www.redwap.me/videos/18337/play-date/
http://www.redwap.me/videos/3274/amazing-blonde-girlfriend-in-the-ass/
http://www.redwap.me/videos/273670/double-edging-teased-blowjob-with-cumshot/
http://www.redwap.me/videos/415485/dreams-come-true/
http://www.redwap.me/videos/5290/she-fell-in-love-with-the-apartment-and-paying-the-rent-with-sex/
http://www.redwap.me/videos/176255/lena-nitro-got-on-all-fours-so-jason-could-drill-her-ass/
http://www.redwap.me/videos/425103/in-brazil/
http://www.redwap.me/videos/396681/xmas-xrated-sex/

http://www.redwap.me/videos/354575/cumcovered-stripper-slut/
http://www.redwap.me/videos/64152/big-tits-and-round-ass/
http://www.redwap.me/videos/361718/lisa-ann-da-julia-ann-gatacebultan/
http://www.redwap.me/videos/182967/young-couple-sex-and-creampie/
http://www.redwap.me/videos/314048/elena-koshka-has-her-stepmom-join-her-and-her-boyfriend/
http://www.redwap.me/videos/241887/chick-with-a-butt-plug-makes-her-pussy-dripping-wet/
http://www.redwap.me/videos/268422/having-fun-in-the-garden/
http://www.redwap.me/videos/358952/sexy-sasha/
http://www.redwap.me/videos/406515/brunette-korean-chick-bounces-on-rock-hard-cock-in-bed/
http://www.redwap.me/videos/354273/hot-rod-for-a-hot-slut/
http://www.redwap.me/videos/132398/i-pull-out-my-dick-and-let-her-suck/
http://www.redwap.me/videos/405403/lenas-lust/
http://www.redwap.me/videos/6694/my-boss-is-the-best-breast-boss/
http://www.redwap.me/videos/302120/heating-it-up/
http://www.redwap.me/videos/34002/18yearold-college-pussy/
http://www.redwap.me/videos/6703/blonde-latina-in-white-lingerie-sucking-and-fucking/
http://www.redwap.me/videos/426969/fingering-and-licking/
http://www.redwap.me/videos/421617/taking-her-from-behind/
http://www.redwap.me/videos/310082/anal-dildo-riding-in-bathroom/
http://www.redwap.me/videos/3397/sun-sand-sex-and-sky/
http://www.redwap.me/videos/20046/kierstyn-fucking-me-good-for-my-birthday/
http://www.redwap.me/videos/419384/straight-to-the-point/
http://www.redwap.me/videos/26907/stepmom-takes-care-of-his-morning-glory/
http://www.redwap.me/videos/107090/oiled-brunette-sucking-and-fucking-masseur/
http://www.redwap.me/videos/186120/tracy-is-dripping-wet-and-ready-for-some-unforgettable-sex/
http://www.redwap.me/videos/330532/anal-fourway/
http://www.redwap.me/videos/111404/megans-bf-getting-a-blowjob-lesson-from-her-hot-stepmom-ava/
http://www.redwap.me/videos/404622/a-blowjob-quickie/
http://www.redwap.me/videos/123327/putting-dick-deep-in-my-tight-college-pussy/
http://www.redwap.me/videos/340239/no-hands-no-gag-reflex-daddy/
http://www.redwap.me/videos/384112/great-ending-to-a-great-party/
http://www.redwap.me/videos/359043/dirty-talking-milf/
http://www.redwap.me/videos/415445/going-all-in/
http://www.redwap.me/videos/178779/amateur-interracial-couple-fuck/
http://www.redwap.me/videos/353773/fucking-in-front-of-a-mirror/
http://www.redwap.me/videos/391501/seducing-the-camera/
http://www.redwap.me/videos/132632/they-both-sucked-and-fucked-his-cock-together/
http://www.redwap.me/videos/301455/weather-is-cold-the-girl-is-hot/
http://www.redwap.me/videos/247236/im-ready-prove-to-me-youre-not-shy/
http://www.redwap.me/videos/406145/choke-on-it/
http://www.redwap.me/videos/384441/cant-get-enough/
http://www.redwap.me/videos/330915/canuck-cocksucker/
http://www.redwap.me/videos/18187/8th-street-latina-rebecca-blaze/
http://www.redwap.me/videos/439/trick-and-treat/
http://www.redwap.me/videos/93903/afternoon-sex/
http://www.redwap.me/videos/421868/perfect-doggy-style-fuck/
http://www.redwap.me/videos/236180/riding-huge-dildo-in-bathroom/
http://www.redwap.me/videos/330689/pov-pussy-eating/
http://www.redwap.me/videos/301478/cockstarved-slut/
http://www.redwap.me/videos/425141/dreamlike-threesome-action/
http://www.redwap.me/videos/301436/her-him-whipped-cream/

http://www.redwap.me/videos/388826/work-that-ass/
http://www.redwap.me/videos/354250/juicy-booty/
http://www.redwap.me/videos/384067/hookup-hotness/
http://www.redwap.me/videos/425821/whitehot-brunette/
http://www.redwap.me/videos/301516/motherdaughter-threeway/
http://www.redwap.me/videos/426053/back2back/
http://www.redwap.me/videos/282385/euro-blonde-fucks-huge-cock-in-public-pov/
http://www.redwap.me/videos/281495/big-tits-blonde-wanks-masseurs-cock-and-fucks-him/
http://www.redwap.me/videos/354352/more-people-more-fun/
http://www.redwap.me/videos/288967/beautiful-brunette-mom-sucks-and-fucks-big-cock/
http://www.redwap.me/videos/406190/handling-a-big-one/
http://www.redwap.me/videos/385476/sexy-teen-latina-relaxing-in-bathtub/
http://www.redwap.me/videos/354559/blowing-a-load-all-over-her-tits/
http://www.redwap.me/videos/320176/almost-got-caught-by-mom/
http://www.redwap.me/videos/18711/big-ass-teen-gets-fucked-from-behind/
http://www.redwap.me/videos/258701/natural-titted-nerd-doing-herself/
http://www.redwap.me/videos/33895/big-boobs-in-charge/
http://www.redwap.me/videos/18312/fuck-and-cum-on-my-boss-boobs/
http://www.redwap.me/videos/414037/mommys-usedup-pussy/
http://www.redwap.me/videos/222721/from-ass-to-mouth-with-my-dirty-blindfolded-slut/
http://www.redwap.me/videos/354245/titfucking-and-cocksucking/
http://www.redwap.me/videos/432505/thick-ass-amateur-babe-penetrated-up-the-ass-from-behind/
http://www.redwap.me/videos/269357/busty-blonde-slut-chessie-sucks-and-fucks-a-horny-cop/
http://www.redwap.me/videos/418244/backseat-riding/
http://www.redwap.me/videos/170562/lea-lexis-sucks-and-fucks-in-hot-video/
http://www.redwap.me/videos/223/18-year-old-keisha-grey-with-her-perfect-teen-ass/
http://www.redwap.me/videos/381403/round-big-booty-ebony-fucks-big-cock/
http://www.redwap.me/videos/302077/heating-up/
http://www.redwap.me/videos/16454/cutie-in-sexy-pink-teasing-fucking-getting-facial/
http://www.redwap.me/videos/248705/delighted-babe-sucks-huge-cock-with-a-smile/
http://www.redwap.me/videos/425963/team-work/
http://www.redwap.me/videos/419283/finger-up-the-ass/
http://www.redwap.me/videos/112520/tracy-takes-a-big-sticky-cumshot-all-over-her-perfect-belly/
http://www.redwap.me/videos/359042/life-of-the-party/
http://www.redwap.me/videos/113452/samantha-licked-her-pussy-hard-until-madi-came-in-her-mouth/
http://www.redwap.me/videos/302087/eating-ass-sucking-cock/
http://www.redwap.me/videos/384703/lusty-blonde-gets-a-cum-load/
http://www.redwap.me/videos/159/busty-gf-pumping-gas-and-sucking-cock-in-a-car/
http://www.redwap.me/videos/301213/watching-her-shower/
http://www.redwap.me/videos/437679/kinky-blonde-babe-in-stockings-pussy-pounded-hard-and-fast/
http://www.redwap.me/videos/7737/oral-exchange/
http://www.redwap.me/videos/420431/bunny-bong-blowjob/
http://www.redwap.me/videos/430344/scream-cream-icecream/
http://www.redwap.me/videos/415147/the-greatest-gift/
http://www.redwap.me/videos/443568/hot-slut-has-a-hardcore-fuck-session-in-the-shower/
http://www.redwap.me/videos/330011/pov-look-at-that-ass/
http://www.redwap.me/videos/113813/lena-nitro-got-on-all-fours-so-jason-could-drill-her-ass/
http://www.redwap.me/videos/1171/samantha-with-her-girl-toy-chloe/
http://www.redwap.me/videos/418026/ready-for-anal/
http://www.redwap.me/videos/6788/job-well-done/
http://www.redwap.me/videos/386238/sex-workout/

http://www.redwap.me/videos/132532/lust-fest/
http://www.redwap.me/videos/412958/allnatural-and-all-horny/
http://www.redwap.me/videos/123188/ice-cream-truck/
http://www.redwap.me/videos/405/huge-cock-did-not-fit-in-her-tight-little-pussy/
http://www.redwap.me/videos/355166/allnatural-hottie/
http://www.redwap.me/videos/20081/alice-sucking-cock-in-the-car/
http://www.redwap.me/videos/132637/plowed-railed-and-slammed-her-pussy/
http://www.redwap.me/videos/7261/blanche-bradburry-paying-the-rent-with-glass-dildo-in-her-pussy/
http://www.redwap.me/videos/455/anne-gets-fucked-by-her-boyfriend/
http://www.redwap.me/videos/248188/big-ass-babe-shows-how-to-do-a-perfect-split-on-cock/
http://www.redwap.me/videos/269372/sexy-brunette-eva-gets-her-tight-pussy-fucked-in-the-taxi/
http://www.redwap.me/videos/125/american-girl/
http://www.redwap.me/videos/536/whipped-cream/
http://www.redwap.me/videos/418243/on-the-naughty-list/
http://www.redwap.me/videos/302713/love-season/
http://www.redwap.me/videos/330893/bigest-ass-wettest-pussy/
http://www.redwap.me/videos/5601/hotel-fuck/
http://www.redwap.me/videos/431000/assisting-that-ass/
http://www.redwap.me/videos/30658/puss-in-boots/
http://www.redwap.me/videos/3177/young-couple-fucking/
http://www.redwap.me/videos/417539/sharing-is-caring/
http://www.redwap.me/videos/113923/lovely-outdoor-lesbian-babes-love-sucking-and-licking-boobs/
http://www.redwap.me/videos/353973/hot-69ing-action/
http://www.redwap.me/videos/401798/real-milf-kissing-a-big-black-cock/
http://www.redwap.me/videos/113153/sexy-redhead-linda-sweet-getting-ass-fucked-hard-in-the-pub/
http://www.redwap.me/videos/13740/dont-worry-allyssa-ive-a-big-cock-too/
http://www.redwap.me/videos/354577/sold-on-her/
http://www.redwap.me/videos/189857/vanda-lust-and-kiara-lord-give-ryan-a-nice-blowjob-as-a-gift/
http://www.redwap.me/videos/417100/muchneeded-cumshot/
http://www.redwap.me/videos/260938/tattooed-brit-ass-and-cunt-banged-in-casting/
http://www.redwap.me/videos/232364/ass-my-wife-thoroughly-penetrated-with-my-cock/
http://www.redwap.me/videos/161200/brautjungfer-fickt-den-mann-der-braut/
http://www.redwap.me/videos/429840/sneaky-cheating/
http://www.redwap.me/videos/270118/beautiful-ebony-babe-drilled-handsomely-with-fat-cock/
http://www.redwap.me/videos/21507/classy-analloving-redhead-with-perfect-body/
http://www.redwap.me/videos/353494/cumhungry-bimbo/
http://www.redwap.me/videos/18561/sweet-blowjob-in-the-car/
http://www.redwap.me/videos/330032/cumcovered-geek-pussy/
http://www.redwap.me/videos/275/naughty-nikita/
http://www.redwap.me/videos/415463/cant-wait-for-cum/
http://www.redwap.me/videos/187049/susana-melo-got-on-all-fours-and-took-it-hard-in-the-asshole/
http://www.redwap.me/videos/4165/lick-chloes-sweet-teen-pussy/
http://www.redwap.me/videos/417825/what-a-slut/
http://www.redwap.me/videos/404771/touching-tia/
http://www.redwap.me/videos/418386/cumcovered-kimmy/
http://www.redwap.me/videos/264186/big-tits-blonde-free-pov-blowjob-end-with-facial/
http://www.redwap.me/videos/266589/relaxed-teen-shows-her-petite-body-sucks-cock/
http://www.redwap.me/videos/3023/fucking-my-gf-while-shes-speaking-on-the-phone/
http://www.redwap.me/videos/426223/putting-on-a-show/
http://www.redwap.me/videos/301215/the-life-of-the-party/
http://www.redwap.me/videos/354090/huge-load-for-a-huge-slut/

http://www.redwap.me/videos/1282/look-and-learn/
http://www.redwap.me/videos/431024/college-girls-having-fun-together/
http://www.redwap.me/videos/407147/cassie-playing-with-her-flawless-pussy/
http://www.redwap.me/videos/132559/natural-treasure/
http://www.redwap.me/videos/234929/dads-older-friend-fucks-my-pussy/
http://www.redwap.me/videos/31707/massaging-the-inside-of-her-vagina/
http://www.redwap.me/videos/404896/pov-pussy-pounding/
http://www.redwap.me/videos/439883/hot-blonde-with-big-jugs-gets-dicked-in-the-shower/
http://www.redwap.me/videos/417814/asstastic-euro-slut/
http://www.redwap.me/videos/282836/masseur-fucks-brunette-and-cums-twice-in-a-row/
http://www.redwap.me/videos/144815/mmm/
http://www.redwap.me/videos/63353/hotel-fuck/
http://www.redwap.me/videos/179558/amateur-homemade-anal-video-with-a-whore/
http://www.redwap.me/videos/251575/stunning-doggy-style-sex-with-busty-latina-female/
http://www.redwap.me/videos/287232/blonde-with-huge-tits-fucks-two-cocks-in-casting/
http://www.redwap.me/videos/122917/four-lesbian-teens-having-fun/
http://www.redwap.me/videos/393237/big-booty-ebony-teen-bangs-white-big-dick/
http://www.redwap.me/videos/18505/pussy-fest/
http://www.redwap.me/videos/231/i-fucked-her-very-nice-and-came-on-her-face/
http://www.redwap.me/videos/9234/big-tits-and-round-ass/
http://www.redwap.me/videos/212170/big-tits-bouncing-on-strap-on-in-casting/
http://www.redwap.me/videos/301306/shaking-that-ass/
http://www.redwap.me/videos/63342/i-cum-on-my-girlfriends-face/
http://www.redwap.me/videos/413666/pounding-a-pikaslut/
http://www.redwap.me/videos/406936/banging-the-busty-gf-katarina-all-day-long/
http://www.redwap.me/videos/545/super-cute-fresh-teen-heather/
http://www.redwap.me/videos/330093/gym-threeway/
http://www.redwap.me/videos/31606/monique-only-fucks-in-knee-high-boots/
http://www.redwap.me/videos/425319/this-girl-rides/
http://www.redwap.me/videos/331000/fourway-heaven/
http://www.redwap.me/videos/132409/sweet-on-shyla/
http://www.redwap.me/videos/271115/blonde-mom-sucks-and-fucks-till-cumshot/
http://www.redwap.me/videos/132468/ass-on-akira/
http://www.redwap.me/videos/320491/dirty-punk-girl-fucked-hard-by-huge-cock/
http://www.redwap.me/videos/257603/naughty-slut-pays-cab-with-her-ass-and-pussy/
http://www.redwap.me/videos/430361/begging-for-it/
http://www.redwap.me/videos/721/18-year-old-horny-teen-anastasia/
http://www.redwap.me/videos/184085/stunning-blonde-babe-mia-malkova-gets-fucked-and-cummed-on/
http://www.redwap.me/videos/417015/game-over/
http://www.redwap.me/videos/4362/busting-loose/
http://www.redwap.me/videos/431009/take-it-slow-and-sensual/
http://www.redwap.me/videos/384323/the-warmup/
http://www.redwap.me/videos/414067/double-the-pleasure/
http://www.redwap.me/videos/418320/handle-with-care/
http://www.redwap.me/videos/2972/i-fucked-my-gf-in-the-ass-and-gave-her-a-facial/
http://www.redwap.me/videos/330249/fourway-lust/
http://www.redwap.me/videos/425151/pussy-on-fyre/
http://www.redwap.me/videos/29666/latina-fucked-in-the-living-room/
http://www.redwap.me/videos/338/tight-little-pussy/
http://www.redwap.me/videos/301136/hotel-room-blowjob/
http://www.redwap.me/videos/3246/anal-fuck-and-ass-cumshot/

http://www.redwap.me/videos/297816/blonde-masseuse-fucks-big-cock-till-orgasm/
http://www.redwap.me/videos/214023/the-most-popular-girl-lost-a-bet-with-me/
http://www.redwap.me/videos/254459/dark-tattooed-babe-sucks-huge-cock-and-bangs-hard/
http://www.redwap.me/videos/2789/anal-training/
http://www.redwap.me/videos/6665/can-i-get-a-ride/
http://www.redwap.me/videos/406839/pretty-vietnamese-girlfriend-bangs-with-her-man-in-the-shower/
http://www.redwap.me/videos/391329/anissa-just-wants-to-get-her-dripping-wet-pussy-stuffed-with-a-big-cock/
http://www.redwap.me/videos/397160/quickie-in-the-bathroom/
http://www.redwap.me/videos/197858/hot-big-titted-blonde-babe-staci-carr-getting-a-messy-facial/
http://www.redwap.me/videos/421813/perfect-for-pussy/
http://www.redwap.me/videos/359033/let-him-join/
http://www.redwap.me/videos/10056/big-ass-milf-bedeli-butland/
http://www.redwap.me/videos/418338/first-time-anal-sex/
http://www.redwap.me/videos/384422/big-booty-pounded-from-behind/
http://www.redwap.me/videos/5177/a-naughty-girlfriend-with-huge-tits/
http://www.redwap.me/videos/413492/allnatural-fiery-latina/
http://www.redwap.me/videos/107302/hd-pov-black-honey-gets-creampie-and-facial/
http://www.redwap.me/videos/417395/carjacked/
http://www.redwap.me/videos/300332/ebony-teen-fucked-doggy-style-in-van-big-dick/
http://www.redwap.me/videos/131568/horny-blonde-babe-enjoys-deep-fuck/
http://www.redwap.me/videos/4151/let-me-in-that-asshole/
http://www.redwap.me/videos/18482/boat-blowjob/
http://www.redwap.me/videos/43534/hot-girl-with-huge-tits-stretches-and-flaunts-her-ass-and-pussy/
http://www.redwap.me/videos/330474/cumcovered-loser/
http://www.redwap.me/videos/404538/horny-couple-goes-at-it-in-the-taxi-with-no-remorse/
http://www.redwap.me/videos/272551/hairy-pussy-babe-bangs-in-car-in-public/
http://www.redwap.me/videos/16641/in-and-out/
http://www.redwap.me/videos/301402/making-it-rain/
http://www.redwap.me/videos/266431/amazing-babes-with-huge-appetite-for-pleasure-kiss-fuck/
http://www.redwap.me/videos/254872/webcam-blond-anal-free-amateur-hd-porn/
http://www.redwap.me/videos/34609/teen-with-a-nice-butt-gets-fucked-hard-from-behind/
http://www.redwap.me/videos/19870/she-could-teach-her-bf-how-to-eat-pussy/
http://www.redwap.me/videos/414860/the-perfect-cowgirl/
http://www.redwap.me/videos/20030/long-legged-cute-paying-with-her-pussy/
http://www.redwap.me/videos/268686/horny-mom-displays-her-swollen-jugs-nipples/
http://www.redwap.me/videos/186542/black-teen-sucks-a-white-cock/
http://www.redwap.me/videos/329985/from-behind/
http://www.redwap.me/videos/19796/yoga-booty-fucked-in-doggy-style/
http://www.redwap.me/videos/412864/caught-and-fucked/
http://www.redwap.me/videos/420747/his-christmas-present/
http://www.redwap.me/videos/470/two-truths-and-one-lie/
http://www.redwap.me/videos/268501/hungrily-eating-that-wet-cockgripping-pussy/
http://www.redwap.me/videos/65507/natural-titted-redhead-girl-ryan/
http://www.redwap.me/videos/426183/attractive-wench-gets-doggy-styled-while-talking-on-the-phone/
http://www.redwap.me/videos/248546/in-the-vip-with-the-hottest-and-sluttiest-females/
http://www.redwap.me/videos/27875/lexi-wants-him-to-cum-inside-her/
http://www.redwap.me/videos/63583/fuck-me-if-you-want-to-be-forgiven/
http://www.redwap.me/videos/417958/blonde-hottie-has-her-big-juicy-ass-fucked-and-creampied/
http://www.redwap.me/videos/421683/funsized-fuckfiend/
http://www.redwap.me/videos/425940/the-real-deal/

http://www.redwap.me/videos/609/young-girl-takes-a-cock-deep-in-her-perfect-asshole/
http://www.redwap.me/videos/113139/hd-pov-horny-brunette-sucks-fucks-and-gets-face-full/
http://www.redwap.me/videos/303733/neverending-sex-party/
http://www.redwap.me/videos/313806/policeman-spreading-open-her-big-latina-booty/
http://www.redwap.me/videos/207404/blonde-sexy-babe-riley-steele-loves-riding-a-big-hard-cock/
http://www.redwap.me/videos/361257/daddy-wants-my-pussy/
http://www.redwap.me/videos/6240/she-asked-for-the-real-cock-in-her-ass/
http://www.redwap.me/videos/953/i-teased-her-with-my-cock/
http://www.redwap.me/videos/380111/she-will-play-with-her-pussy-and-her-tight-ass/
http://www.redwap.me/videos/33978/so-yummy/
http://www.redwap.me/videos/310897/perfect-reverse-cowgirl-ride-from-a-cute-18yo/
http://www.redwap.me/videos/414988/v-for-vagina/
http://www.redwap.me/videos/4565/anal-sex-in-the-hotel-room/
http://www.redwap.me/videos/316528/massaged-teen-agress-for-big-cock-fucking/
http://www.redwap.me/videos/266574/horny-and-wetpussy-babe-penetrated-awesomely/
http://www.redwap.me/videos/257381/smooth-talk-gets-his-dick-deep-inside-her-pussy/
http://www.redwap.me/videos/249292/slutty-lesbians-comfort-each-other-in-the-kitchen/
http://www.redwap.me/videos/313125/eager-teen-giving-head/
http://www.redwap.me/videos/4204/filming-two-girls-sucking-my-cock/
http://www.redwap.me/videos/107/hot-mess/
http://www.redwap.me/videos/425815/big-booty-cutie/
http://www.redwap.me/videos/105905/tattooed-blonde-babe-cunt-banged-pov-on-the-floor/
http://www.redwap.me/videos/115804/stud-cum-all-over-agents-tits/
http://www.redwap.me/videos/266541/busty-female-with-big-tits-twisted-and-fucked-hard/
http://www.redwap.me/videos/256382/brunette-teen-fucks-huge-cock-in-public/
http://www.redwap.me/videos/330014/three-girls-having-fun/
http://www.redwap.me/videos/354396/highmaintenance-slut-for-a-maintenance-guy/
http://www.redwap.me/videos/94892/knowing-she-wants-the-money/
http://www.redwap.me/videos/316327/busty-milf-busted-young-couple-fucking/
http://www.redwap.me/videos/418360/muchneeded-assistance/
http://www.redwap.me/videos/353980/cumcovered-mouth/
http://www.redwap.me/videos/123288/a-big-booty-milf/
http://www.redwap.me/videos/301226/waking-up-horny/
http://www.redwap.me/videos/122877/tattooed-babe-sucking-big-cock/
http://www.redwap.me/videos/301420/jillian-doggy-style-sex/
http://www.redwap.me/videos/266852/hot-latina-hoe-sucks-hard-on-huge-longcock/
http://www.redwap.me/videos/415460/on-the-road/
http://www.redwap.me/videos/420806/astonishing-redhead-mom-and-her-boy-toy-have-passionate-sex/
http://www.redwap.me/videos/133248/lets-do-it-in-turns-i-go-first/
http://www.redwap.me/videos/10/super-horny-babe/
http://www.redwap.me/videos/67096/you-can-fuck-me-and-cum-on-my-face-for-money/
http://www.redwap.me/videos/354421/rough-rider/
http://www.redwap.me/videos/94142/suck-and-fuck/
http://www.redwap.me/videos/313285/hot-milf-with-big-tits-gets-fucked-hard/
http://www.redwap.me/videos/405644/postshower-anal/
http://www.redwap.me/videos/143309/kyra-hot-gets-fucked-in-reverse-cowgirl/
http://www.redwap.me/videos/419594/shes-into-anal-yall/
http://www.redwap.me/videos/65413/fucking-while-waiting-for-her-boyfriend/
http://www.redwap.me/videos/245722/teen-girl-fucked-at-home/
http://www.redwap.me/videos/247007/sexy-female-rides-and-sucks-cock-simultaneously/
http://www.redwap.me/videos/430014/blondhaired-latina-beauty/

http://www.redwap.me/videos/293104/clever-girl-next-door-gets-neighbor-cock/
http://www.redwap.me/videos/301198/special-treat/
http://www.redwap.me/videos/313629/teens-fucking-in-the-bathroom/
http://www.redwap.me/videos/420748/a-perfect-view/
http://www.redwap.me/videos/251605/horny-blonde-slut-gets-a-backseat-discount-and-a-hard-cock/
http://www.redwap.me/videos/29703/blackhaired-latina-fucking-his-breath-away/
http://www.redwap.me/videos/414452/slumber-party-fuckfest/
http://www.redwap.me/videos/225919/bondage-cock-and-cum-for-my-slave-eline/
http://www.redwap.me/videos/396782/bombshell-sheriff-blows-off-the-steam-with-a-hard-cock/
http://www.redwap.me/videos/133061/redhead-babe-got-cumshot-on-ass/
http://www.redwap.me/videos/19379/yoga-booty/
http://www.redwap.me/videos/443526/big-booty-ebony-babe-has-hardcore-dick-riding-session-pov/
http://www.redwap.me/videos/340/young-couple-fucking-in-the-hotel-room/
http://www.redwap.me/videos/4520/tristan-having-anal-in-the-hotel-room/
http://www.redwap.me/videos/301112/rubbing-pussy-on-a-cock/
http://www.redwap.me/videos/390951/fucking-like-rabbits/
http://www.redwap.me/videos/93899/young-cute-tall-and-long-legged/
http://www.redwap.me/videos/58735/puting-sofia-to-suck-my-cock-right-in-the-kitchen/
http://www.redwap.me/videos/134090/feeding-huge-on-hotwet-delicious-pussy/
http://www.redwap.me/videos/749/cute-teen-with-perfect-round-ass-amazing-ass/
http://www.redwap.me/videos/7253/busty-business/
http://www.redwap.me/videos/300565/naughty-teens-fucking-in-the-dorm-orgy/
http://www.redwap.me/videos/63658/black-babe-with-luxurious-natural-big-tits/
http://www.redwap.me/videos/6273/cock-in-her-ass/
http://www.redwap.me/videos/248853/i-cant-get-sleep-make-me-cum-instead/
http://www.redwap.me/videos/97591/superb-milf-in-high-heels-hammerd-by-big-cock/
http://www.redwap.me/videos/384090/fantastic-fourway/
http://www.redwap.me/videos/413499/she-needs-more/
http://www.redwap.me/videos/320681/bride-to-be-cheating-on-her-wedding-day/
http://www.redwap.me/videos/302179/fingerblasting-molly/
http://www.redwap.me/videos/168300/super-sexy-anissa-kate-fucked-in-both-holes/
http://www.redwap.me/videos/391642/hardearned-money/
http://www.redwap.me/videos/4956/sexy-tenant/
http://www.redwap.me/videos/354321/fingering-her-tight-asshole/
http://www.redwap.me/videos/330153/hot-blowjob-in-pov/
http://www.redwap.me/videos/4513/sensual-taissia/
http://www.redwap.me/videos/63343/little-girl-with-very-good-ass-gets-fucked-in-doggy-style/
http://www.redwap.me/videos/266900/gorgeous-brunette-exposes-her-sexy-wet-vagina/
http://www.redwap.me/videos/437637/yummy-ebony-babes-services-a-big-white-dick-wild-threesome/
http://www.redwap.me/videos/4141/massive-perfect-tits-amazing/
http://www.redwap.me/videos/399523/go-sister-go/
http://www.redwap.me/videos/66699/my-busty-girlfriend-gets-fucked-and-creamed/
http://www.redwap.me/videos/219963/lesbian-ass-and-pussy-massage/
http://www.redwap.me/videos/59/sexy-shae-with-her-amazingly-beautiful-natural-big-tits/
http://www.redwap.me/videos/4720/black-girlfriend-persia/
http://www.redwap.me/videos/29663/selena-fucked-in-the-middle-of-nowhere/
http://www.redwap.me/videos/2032/wake-bake-and-fuckin-shake/
http://www.redwap.me/videos/132414/the-first-try/
http://www.redwap.me/videos/302180/peeping-tom/
http://www.redwap.me/videos/23024/stoya-takes-it-up-the-ass/
http://www.redwap.me/videos/426658/cumcovered-and-happy/

http://www.redwap.me/videos/299596/hot-lesbian-sex-in-the-pool/
http://www.redwap.me/videos/405506/spitroasting-the-blonde/
http://www.redwap.me/videos/354110/she-likes-it-rough/
http://www.redwap.me/videos/34429/19-years-old-ukrainian-abrill-gerald/
http://www.redwap.me/videos/425555/beachside-orgy/
http://www.redwap.me/videos/108130/hd-pov-teal-conrad-makes-you-cum-in-her-mouth/
http://www.redwap.me/videos/413281/stepdaughter-to-be/
http://www.redwap.me/videos/425626/double-facial/
http://www.redwap.me/videos/301876/sex-tourist/
http://www.redwap.me/videos/18713/her-pussy-looked-just-as-good-as-her-tits-and-ass/
http://www.redwap.me/videos/429799/lets-call-stepmommy/
http://www.redwap.me/videos/4182/sweet-nineteen-and-has-32ddds/
http://www.redwap.me/videos/25297/nursing-his-fat-cock-inside-of-her/
http://www.redwap.me/videos/33874/alex-sally-having-fun-with-each-other/
http://www.redwap.me/videos/123234/look-but-dont-touch/
http://www.redwap.me/videos/266494/appetizing-flowery-pussy-fucked-hard/
http://www.redwap.me/videos/430868/ride-it-hard/
http://www.redwap.me/videos/246/my-gf-offered-my-cock-to-ashley-to-suck-on/
http://www.redwap.me/videos/308854/teen-piper-perri-needs-a-big-dick/
http://www.redwap.me/videos/430206/gorgeous-girls-get-it-on/
http://www.redwap.me/videos/64190/oral-exchange/
http://www.redwap.me/videos/260716/ebony-gf-best-deepthroat-ever/
http://www.redwap.me/videos/272566/first-time-anal-date/
http://www.redwap.me/videos/384983/downtoearth-hottie-exposed/
http://www.redwap.me/videos/239705/solo-babe-riding-a-dildo/
http://www.redwap.me/videos/6419/anal-training/
http://www.redwap.me/videos/64687/fuck-me-and-cum-in-my-mouth/
http://www.redwap.me/videos/7786/good-ass-girls-in-the-vip/
http://www.redwap.me/videos/429806/sexy-shoes-sexy-feet/
http://www.redwap.me/videos/32200/riley-reid-fucks-the-real-estate-agent/
http://www.redwap.me/videos/7887/naked-night-in-the-vip/
http://www.redwap.me/videos/3288/sun-sand-sex-and-sky/
http://www.redwap.me/videos/178301/zoey-paige-and-macy-cartel-were-in-the-mood/
http://www.redwap.me/videos/418445/size-queen/
http://www.redwap.me/videos/179345/making-him-cum-in-a-minute/
http://www.redwap.me/videos/272531/beautiful-ebony-babe-in-lingerie-bangs-in-cab/
http://www.redwap.me/videos/262457/blonde-bombshell-barbie-gets-some-deep-anal-fucking/
http://www.redwap.me/videos/431017/young-lady-in-red/
http://www.redwap.me/videos/4437/dick-or-stick/
http://www.redwap.me/videos/426680/from-every-angle/
http://www.redwap.me/videos/425209/skyhigh-lust/
http://www.redwap.me/videos/429731/classy-ass/
http://www.redwap.me/videos/7958/no-shame/
http://www.redwap.me/videos/4205/sweet-valentina/
http://www.redwap.me/videos/422040/ride-it-good/
http://www.redwap.me/videos/414454/the-hottest-lady-in-red/
http://www.redwap.me/videos/245941/amateur-girlfriend-anal-fuck-with-blowjob-and-cum/
http://www.redwap.me/videos/1122/i-love-her-perfect-tits/
http://www.redwap.me/videos/175566/sharon-lee-let-antonio-push-his-thick-cock-deep-in-her-ass/
http://www.redwap.me/videos/123330/bad-ass-bootys-mila-riley-get-fucked/
http://www.redwap.me/videos/421962/dear-diary/

http://www.redwap.me/videos/59213/cum-all-over-her-pretty-sweet-pussy/
http://www.redwap.me/videos/425890/talking-dirty/
http://www.redwap.me/videos/3197/fuck-the-pain-away/
http://www.redwap.me/videos/423080/red-hot-blowjob/
http://www.redwap.me/videos/246511/yearning-to-lick-and-suck-something-hard/
http://www.redwap.me/videos/412867/little-red-riding-whore/
http://www.redwap.me/videos/330986/pink-shoes-pink-pussy/
http://www.redwap.me/videos/112865/hope-howell-gets-drilled-and-facialized-by-a-big-black-cock/
http://www.redwap.me/videos/302167/great-way-to-say-happy-bday/
http://www.redwap.me/videos/4130/cute-ava-taking-a-fat-cock-in-her-mouth-and-pussy/
http://www.redwap.me/videos/301263/fuckme-eyes/
http://www.redwap.me/videos/308822/moms-bang-teens-in-threesome-sex/
http://www.redwap.me/videos/330551/cumcovered-huge-tits/
http://www.redwap.me/videos/107456/hd-pov-sexy-brunette-with-big-natural-tits-fucking-your-cock/
http://www.redwap.me/videos/354483/first-time-anal/
http://www.redwap.me/videos/270994/bustz-blonde-gets-huge-cumshot-in-cab/
http://www.redwap.me/videos/4177/naughty-kennedy-and-her-stepmom-in-the-pool/
http://www.redwap.me/videos/14899/tender-love/
http://www.redwap.me/videos/23365/glam-partybabe-fucked-and-facialized-closeup/
http://www.redwap.me/videos/18665/shake-something/
http://www.redwap.me/videos/111468/lina-got-onto-the-bed-and-spread-her-pussy-lips-wide-open/
http://www.redwap.me/videos/126138/big-natural-boobs-babe-creampied/
http://www.redwap.me/videos/65548/this-milf-came-in-to-check-the-car-out-and-i-fucked-her/
http://www.redwap.me/videos/405357/bows-on-her-knees/
http://www.redwap.me/videos/266681/lesbian-girls-taking-care-of-each-other/
http://www.redwap.me/videos/414218/in-flamez/
http://www.redwap.me/videos/353692/her-new-lingerie/
http://www.redwap.me/videos/272577/hot-humping-in-the-living-room/
http://www.redwap.me/videos/16571/my-gf-playing-with-my-stick/
http://www.redwap.me/videos/431096/outslutting-each-other/
http://www.redwap.me/videos/430759/what-a-smell/
http://www.redwap.me/videos/195904/hot-dirty-talking-webcam-girl-rides-toy/
http://www.redwap.me/videos/29643/cumming-all-over-kendalls-ass/
http://www.redwap.me/videos/258266/pretty-victoria-takes-on-a-big-cock/
http://www.redwap.me/videos/18758/paying-the-rent-with-her-ass/
http://www.redwap.me/videos/384407/hottest-milf-ever/
http://www.redwap.me/videos/274959/she-just-cant-get-enough-of-this/
http://www.redwap.me/videos/346/please-help-me-finish-my-workout/
http://www.redwap.me/videos/262115/nerdy-wet-and-willing-to-open-wider/
http://www.redwap.me/videos/142/study-group/
http://www.redwap.me/videos/10157/aged-to-perfection/
http://www.redwap.me/videos/301299/passionate-lovemaking/
http://www.redwap.me/videos/66608/mom-fucking-her-stepson-and-his-girlfriend/
http://www.redwap.me/videos/353661/moneyhungry-cocksucker/
http://www.redwap.me/videos/30/naked-rider/
http://www.redwap.me/videos/177730/more-teenager-girl-on-pornload/
http://www.redwap.me/videos/354187/til-the-last-drop/
http://www.redwap.me/videos/167680/teen-anal-fucked-facial/
http://www.redwap.me/videos/440060/naughty-blonde-slut-swallows-rock-solid-cock-in-the-kitchen/
http://www.redwap.me/videos/414217/movie-night-fucking/
http://www.redwap.me/videos/353509/popping-her-pussy/

http://www.redwap.me/videos/287/girlfriend-with-perfect-ass-and-amazing-tits/
http://www.redwap.me/videos/173727/taissia-shanti-tookes-dick-deep-in-her-pussy-and-tight-ass/
http://www.redwap.me/videos/247005/amusing-mom-strokes-and-sucks-huge-cock/
http://www.redwap.me/videos/203/girl-gets-fucked-and-drenched-in-cum-on-camera/
http://www.redwap.me/videos/293891/sexy-latina-giselle-gets-her-tight-ass-fucked/
http://www.redwap.me/videos/353534/railing-her-on-the-floor/
http://www.redwap.me/videos/426662/legs-spread-wide/
http://www.redwap.me/videos/412872/begging-for-it/
http://www.redwap.me/videos/268952/sexy-pinkhaired-proxy-paige-loves-getting-fucked-in-the-ass/
http://www.redwap.me/videos/417337/a-perfect-bj/
http://www.redwap.me/videos/4299/hot-latina/
http://www.redwap.me/videos/430066/perfect-latina-pussy/
http://www.redwap.me/videos/415350/fishnetclad-brunette-bombshell/
http://www.redwap.me/videos/4431/chloe-gets-nailed-in-her-ass/
http://www.redwap.me/videos/266824/zealous-milf-ready-for-a-hard-cock/
http://www.redwap.me/videos/418019/taking-it-from-behind/
http://www.redwap.me/videos/19838/licking-and-fucking-latinas-pussy/
http://www.redwap.me/videos/301559/naughty-noelle/
http://www.redwap.me/videos/404576/cumcovered-masturbator/
http://www.redwap.me/videos/353484/her-first-facial/
http://www.redwap.me/videos/317849/teen-babe-fucked-and-creampied/
http://www.redwap.me/videos/132551/mom-daughter-making-a-deal/
http://www.redwap.me/videos/104/dick-tasting/
http://www.redwap.me/videos/171205/porn-stars-like-it-big-abigail-mac-johnny-sins-poolside-perversion/
http://www.redwap.me/videos/4340/chloe-gets-fucked-in-the-ass/
http://www.redwap.me/videos/170563/girl-got-on-all-fours-and-stuck-face-into-pussy/
http://www.redwap.me/videos/279/study-group/
http://www.redwap.me/videos/157062/multiple-orgasms-ass-i-rub-my-pussy/
http://www.redwap.me/videos/65480/chloe-moans-as-she-gets-her-ass-fucked/
http://www.redwap.me/videos/6230/a-sexy-blonde-gets-fucked/
http://www.redwap.me/videos/355033/nice-cockriding-action/
http://www.redwap.me/videos/18/selfie-saturday/
http://www.redwap.me/videos/67778/anal-night/
http://www.redwap.me/videos/384287/her-handson-approach/
http://www.redwap.me/videos/301525/birthday-anal/
http://www.redwap.me/videos/418935/ebony-gazelle-cant-get-enough-of-lovers-dong/
http://www.redwap.me/videos/437632/big-ass-babes-fucked-and-facialized-in-a-wild-foursome/
http://www.redwap.me/videos/221/thats-my-girl/
http://www.redwap.me/videos/383788/girlfriends-wanna-bite-of-the-biggest-hot-dog-in-the-park/
http://www.redwap.me/videos/10146/my-girlfriend-lia-and-my-stepmom-brandi-sucking-my-cock/
http://www.redwap.me/videos/315117/amateur-teen-in-stockings-fucked-from-behind/
http://www.redwap.me/videos/68044/sun-sand-sex-and-sky/
http://www.redwap.me/videos/66659/his-girlfriends-sexy-stepmom-darla-was-home/
http://www.redwap.me/videos/414895/young-cockcraving-milf/
http://www.redwap.me/videos/396585/naughty-nicole/
http://www.redwap.me/videos/330807/bestlooking-booty/
http://www.redwap.me/videos/384826/nextlevel-flirting/
http://www.redwap.me/videos/66034/a-naughty-girlfriend-with-huge-tits/
http://www.redwap.me/videos/420746/shorthaired-cuties-booty/
http://www.redwap.me/videos/391356/big-booty-latina-oiled-and-banged/
http://www.redwap.me/videos/7575/boobs-in-bikinis/

http://www.redwap.me/videos/417199/eyefucking-the-cam/
http://www.redwap.me/videos/206718/brunette-babe-megan-fucking-a-hard-cock-and-gets-cummed-on/
http://www.redwap.me/videos/330164/pleasure-for-pleasure/
http://www.redwap.me/videos/397911/working-for-it/
http://www.redwap.me/videos/191346/sexy-mia-manarote-getting-drilled-and-cummed-on-in-the-pool/
http://www.redwap.me/videos/132435/gabriella-paltrova-abigail-mac/
http://www.redwap.me/videos/2974/chloe-moans-as-she-gets-her-ass-fucked/
http://www.redwap.me/videos/386129/high-stakes-high-pressure/
http://www.redwap.me/videos/266075/big-breasted-blonde-jasmine-proves-she-got-what-it-takes/
http://www.redwap.me/videos/16647/i-fucked-my-girlfriend-in-the-backyard/
http://www.redwap.me/videos/417774/so-hot-must-be-summer/
http://www.redwap.me/videos/301519/allnatural-hottie-fucking/
http://www.redwap.me/videos/433055/curvy-gal-with-big-tits-gives-her-best-blowjob-ever/
http://www.redwap.me/videos/437644/pretty-blonde-teen-gives-head-and-gets-finger-fucked-hard/
http://www.redwap.me/videos/388275/tight-18yo-pussy/
http://www.redwap.me/videos/404890/riding-his-cock-during-a-ride/
http://www.redwap.me/videos/425751/shes-the-boss/
http://www.redwap.me/videos/266882/babe-with-pigtails-bangs-in-the-kitchen/
http://www.redwap.me/videos/4644/hard-in-her-ass/
http://www.redwap.me/videos/425281/sticky-situation/
http://www.redwap.me/videos/414312/mindblowing-finale/
http://www.redwap.me/videos/258603/stunning-mom-agrees-to-try-anal-with-big-dick/
http://www.redwap.me/videos/3972/new-all-atural-pussy-victoria-webb/
http://www.redwap.me/videos/417718/she-loves-his-cum/
http://www.redwap.me/videos/425402/one-girl-three-guys/
http://www.redwap.me/videos/16898/naughty-by-the-night/
http://www.redwap.me/videos/19383/bossy-boobs/
http://www.redwap.me/videos/425137/his-reward/
http://www.redwap.me/videos/252024/adorable-russian-amateur-girl-gets-fucked-hard-in-a-public/
http://www.redwap.me/videos/417874/stepmom-and-daughter-tagteam/
http://www.redwap.me/videos/414638/his-reward/
http://www.redwap.me/videos/354350/big-cock-for-a-pretty-blonde/
http://www.redwap.me/videos/406197/free-ride/
http://www.redwap.me/videos/786/young-tight-pussy-cute-teen-face/
http://www.redwap.me/videos/268209/banging-naughty-milf-on-the-floor/
http://www.redwap.me/videos/266602/mom-and-daughter-sharing-a-cock/
http://www.redwap.me/videos/134233/enjoying-the-ride-but-craving-for-cock/
http://www.redwap.me/videos/67751/anal-training/
http://www.redwap.me/videos/397510/mother-and-daughter-celebrate-the-4th-of-july-like-lesbo-pros/
http://www.redwap.me/videos/414874/shes-the-best/
http://www.redwap.me/videos/242865/anal-with-my-wife-and-splashing-sperm/
http://www.redwap.me/videos/154039/latin-couple-having-sex-at-home/
http://www.redwap.me/videos/398584/naughty-evelyn-stone-is-ready-to-fuck-the-world/
http://www.redwap.me/videos/66894/my-babe-taking-my-cock-in-her-ass/
http://www.redwap.me/videos/417108/hairy-asian-pussy/
http://www.redwap.me/videos/353649/animalistic-sex-on-the-floor/
http://www.redwap.me/videos/113598/stunning-blonde-babe-mia-malkova-gets-fucked-and-cummed-on/
http://www.redwap.me/videos/393614/on-her-knees/
http://www.redwap.me/videos/384823/big-butt-facesitting/
http://www.redwap.me/videos/387784/xrated-xmas-celebration/
http://www.redwap.me/videos/301705/sucking-him-dry/

http://www.redwap.me/videos/302133/her-first-time-anal/
http://www.redwap.me/videos/412911/breaking-her-in-half/
http://www.redwap.me/videos/249322/gorgeous-female-flaunts-her-awesome-tits-fucks/
http://www.redwap.me/videos/415441/best-boobs-in-the-biz/
http://www.redwap.me/videos/414313/chillaxing-threeway/
http://www.redwap.me/videos/222176/redhead-with-huge-tits-in-fake-taxi/
http://www.redwap.me/videos/164024/dillon-harper-dreams-about-a-big-dick/
http://www.redwap.me/videos/440065/big-booty-milf-and-sexy-bride-have-a-hardcore-threesome/
http://www.redwap.me/videos/425446/how-to-treat-a-patient/
http://www.redwap.me/videos/414397/family-threeway/
http://www.redwap.me/videos/307309/real-wife-try-some-big-black-cock-in-interracial/
http://www.redwap.me/videos/4585/look-back-at-it/
http://www.redwap.me/videos/52/thats-my-girl-in-doggy-style/
http://www.redwap.me/videos/6935/bouncing-to-the-beat/
http://www.redwap.me/videos/413018/highquality-recording/
http://www.redwap.me/videos/67247/i-love-her-perfect-tits/
http://www.redwap.me/videos/113829/riley-reid-gets-a-fat-cock-inside-her-and-cum-on-her-pussy/
http://www.redwap.me/videos/301120/freak-in-the-sheets/
http://www.redwap.me/videos/4682/i-was-too-horny-this-morning/
http://www.redwap.me/videos/413333/fresh-and-ready-to-fuck/
http://www.redwap.me/videos/434383/handsome-freckled-face-babe-pussy-drilled-hard-and-fast-pov/
http://www.redwap.me/videos/267604/playful-ebony-chick-coco-gives-her-taxi-driver-a-good-time/
http://www.redwap.me/videos/174687/amazing-girl-on-pornload/
http://www.redwap.me/videos/425347/achievement-unlocked-ffm/
http://www.redwap.me/videos/203740/cum-in-my-anal-back-door/
http://www.redwap.me/videos/270024/passionate-sex-with-a-handsome-landlord/
http://www.redwap.me/videos/413148/sensual-blowjob/
http://www.redwap.me/videos/384460/pussy-for-dinner/
http://www.redwap.me/videos/25474/jesse-getting-roughed-up/
http://www.redwap.me/videos/430395/two-girls-two-cocks/
http://www.redwap.me/videos/353890/cumcovered-tits/
http://www.redwap.me/videos/419382/fuck-me/
http://www.redwap.me/videos/65862/my-girlfriend/
http://www.redwap.me/videos/364726/broke-haze-fucked-by-a-strap-on-cock/
http://www.redwap.me/videos/35/girlfriend-and-her-best-friend/
http://www.redwap.me/videos/384994/booty-call/
http://www.redwap.me/videos/415025/ass-for-days/
http://www.redwap.me/videos/251502/lovely-girlfriend-sucking-and-stroking-huge-cock/
http://www.redwap.me/videos/3960/stepmom-is-willing-to-help-out/
http://www.redwap.me/videos/354636/lesbian-lovemaking/
http://www.redwap.me/videos/5612/sex-the-ice-cream-truck/
http://www.redwap.me/videos/182659/confidentenglishbeautyinsuperblesbiancasting/
http://www.redwap.me/videos/244292/awesome-blowjob-makes-me-cum-hard-in-this-girls-mouth/
http://www.redwap.me/videos/60746/asian-girl-gets-fucked/
http://www.redwap.me/videos/101289/are-you-ready/
http://www.redwap.me/videos/131/18-year-old-cute-nikita-taking-a-fat-black-cock/
http://www.redwap.me/videos/32669/celebration-sucking/
http://www.redwap.me/videos/333/little-pussy-pounded-by-a-big-cock/
http://www.redwap.me/videos/26872/milf-in-trio-pussyfucked-before-cum-on-ass/
http://www.redwap.me/videos/3020/adalisa-gets-her-ass-fucked/
http://www.redwap.me/videos/416826/her-milfy-chinese-cunt-plastered-in-the-kitchen-doggystyle/

http://www.redwap.me/videos/29658/selena-always-appreciates-a-hard-cock/
http://www.redwap.me/videos/330163/shooting-his-load/
http://www.redwap.me/videos/268515/cheerful-brazilian-slut-eager-to-suck-and-fuck-hard/
http://www.redwap.me/videos/394460/eufrat-and-gina-give-into-the-passion-of-lesbos-and-become-more-than-friends/
http://www.redwap.me/videos/111041/hd-pov-brunette-rubs-clit-gets-fucked-from-behind/
http://www.redwap.me/videos/20406/stranded-euroteen-fucked-in-the-car/
http://www.redwap.me/videos/7056/amazing-satin-sucking-and-riding-a-cock/
http://www.redwap.me/videos/414829/nonstop-cowgirl-action/
http://www.redwap.me/videos/19464/my-gift/
http://www.redwap.me/videos/25228/milf-getting-fucked-on-the-floor/
http://www.redwap.me/videos/417187/cum-again/
http://www.redwap.me/videos/5494/you-can-fuck-me-and-cum-on-my-face-for-money/
http://www.redwap.me/videos/417693/in-focus/
http://www.redwap.me/videos/417289/tasty-treat/
http://www.redwap.me/videos/4136/blonde-gf-doing-it-on-camera-for-the-first-time/
http://www.redwap.me/videos/248351/girls-at-play/
http://www.redwap.me/videos/21144/amateur-couple-fucking-on-their-hotel-balcony/
http://www.redwap.me/videos/7428/soccer-milf/
http://www.redwap.me/videos/384459/she-wants-and-gets-some/
http://www.redwap.me/videos/443652/young-lady-in-a-red-dress-wants-a-dick-badly/
http://www.redwap.me/videos/255399/close-up-hairy-pussy-fingering/
http://www.redwap.me/videos/132650/getting-it-in/
http://www.redwap.me/videos/426451/on-a-boat/
http://www.redwap.me/videos/420427/fingers-deep/
http://www.redwap.me/videos/6659/annika-albrite-aaliyah-love/
http://www.redwap.me/videos/34796/lip-service/
http://www.redwap.me/videos/402720/take-it-slow-my-anal-is-tight/
http://www.redwap.me/videos/3057/anal-creampie/
http://www.redwap.me/videos/404327/mother-daughter-combo-for-a-hard-cock-lucky-dude/
http://www.redwap.me/videos/397722/her-helping-hand/
http://www.redwap.me/videos/4400/sweetness-monster/
http://www.redwap.me/videos/4242/petite-hairy-pussy-gets-fucked-and-creamed/
http://www.redwap.me/videos/417242/roundest-booty-wettest-pussy/
http://www.redwap.me/videos/267106/love-couple/
http://www.redwap.me/videos/133826/masturbating-before-sex-is-her-hobby/
http://www.redwap.me/videos/266430/wet-pussy-dicked-deep-hard/
http://www.redwap.me/videos/439904/big-booty-brunette-takes-it-from-behind-and-rides-dick/
http://www.redwap.me/videos/146/moment-of-passion-for-a-young-giselle-leon/
http://www.redwap.me/videos/29641/andy-is-putting-on-a-show-for-him/
http://www.redwap.me/videos/18178/savannah-came-to-have-a-good-time-facial/
http://www.redwap.me/videos/417182/love-triangle/
http://www.redwap.me/videos/380412/busty-chick-in-black-lingerie-squirts-on-the-sofa/
http://www.redwap.me/videos/415336/score-with-her/
http://www.redwap.me/videos/304138/bubble-butt-beauty/
http://www.redwap.me/videos/181292/adele-sunshine-drive-me-wild/
http://www.redwap.me/videos/414123/whore-of-halloween/
http://www.redwap.me/videos/197383/ass-to-mouth-in-our-toilet/
http://www.redwap.me/videos/181071/tell-me-your-secrets/
http://www.redwap.me/videos/422950/taking-it-like-a-good-girl/
http://www.redwap.me/videos/330117/eating-pussy-for-breakfast/

http://www.redwap.me/videos/404488/fucking-the-wildest-cowgirl-in-the-whole-wild-west/
http://www.redwap.me/videos/10158/this-milf-came-in-to-check-the-car-out-and-i-fucked-her/
http://www.redwap.me/videos/417993/a-big-cocksicle/
http://www.redwap.me/videos/295626/sexy-babe-gets-fucked-by-a-hot-blonde-babe-with-a-strapon/
http://www.redwap.me/videos/94419/watch-my-boobs-bounce/
http://www.redwap.me/videos/132434/2-share/
http://www.redwap.me/videos/301931/her-juicy-pussy-covered-in-cum/
http://www.redwap.me/videos/113632/babes-jessi-gold-and-kristal-take-part-in-this-ffm-threesome/
http://www.redwap.me/videos/105185/hd-pov-big-tits-brunette-wants-your-cum-on-her-face/
http://www.redwap.me/videos/267669/hot-milf-displays-her-tight-holes-in-doggystyle-fuck/
http://www.redwap.me/videos/127/tight-young-pussy/
http://www.redwap.me/videos/293140/brunette-teen-fucked-from-behind/
http://www.redwap.me/videos/301859/jizzcovered-smooth-pussy/
http://www.redwap.me/videos/421666/up-close-and-personal/
http://www.redwap.me/videos/223767/playing-with-juicy-pussy/
http://www.redwap.me/videos/132444/eat-my-pussy-now/
http://www.redwap.me/videos/398014/wet-tshirts-and-pussies/
http://www.redwap.me/videos/18259/naughty-by-the-night/
http://www.redwap.me/videos/1308/18-year-old-horny-pussy/
http://www.redwap.me/videos/422470/kinky-chinese-couple-have-steamy-fuck-session-in-the-kitchen/
http://www.redwap.me/videos/4620/jade-the-jerker/
http://www.redwap.me/videos/266730/sexy-teen-mom-suck-and-fuck-boyfriends-big-cock/
http://www.redwap.me/videos/434714/black-hair-milf-and-her-boy-toy-bang-in-bed/
http://www.redwap.me/videos/35371/my-girlfriends-mom-sucking-my-cock/
http://www.redwap.me/videos/430104/lizas-back-at-it/
http://www.redwap.me/videos/11239/dildos-into-both-jaynas-holes-before-anal-sex/
http://www.redwap.me/videos/283313/amateur-euro-cuttie-sucks-and-fucks-in-public/
http://www.redwap.me/videos/123382/costume-party/
http://www.redwap.me/videos/150205/amateur-couple-jeans-glasses-boot/
http://www.redwap.me/videos/263035/hot-russian-babe-ally-gets-some-hard-pussy-pounding/
http://www.redwap.me/videos/328163/hot-milf-almost-got-caught-by-daughter/
http://www.redwap.me/videos/415341/on-the-go/
http://www.redwap.me/videos/329960/fucked-and-facialed/
http://www.redwap.me/videos/422906/manhandling-michelle/
http://www.redwap.me/videos/413005/moneyhungry-married-hoe/
http://www.redwap.me/videos/266580/blowing-like-a-pro/
http://www.redwap.me/videos/413520/upsidedown-drilling/
http://www.redwap.me/videos/67915/cock-in-her-ass/
http://www.redwap.me/videos/417349/one-way-to-do-it/
http://www.redwap.me/videos/406231/busty-latina-ella-puts-her-nice-rack-to-use-on-a-hard-cock/
http://www.redwap.me/videos/18976/big-ass-blonde-teen-taking-facial-cumshot/
http://www.redwap.me/videos/64731/a-fuck-lesson/
http://www.redwap.me/videos/176015/sexy-kenna-james-screams-with-pleasure-while-getting-licked/
http://www.redwap.me/videos/300562/couple-has-morning-sex-in-the-bathroom/
http://www.redwap.me/videos/301228/manhandling-a-milf/
http://www.redwap.me/videos/18389/super-sweet-teen-giving-head-in-a-car/
http://www.redwap.me/videos/418162/stepmoms-seduction/
http://www.redwap.me/videos/354163/taking-it-from-behind/
http://www.redwap.me/videos/419858/amateur-sex-tape-with-a-look-alike-celeb/
http://www.redwap.me/videos/299276/my-maid/
http://www.redwap.me/videos/64210/my-girlfriend-lia-and-my-stepmom-brandi-sucking-my-cock/

http://www.redwap.me/videos/174135/lesbians-fast-fingering-to-orgasm/
http://www.redwap.me/videos/159870/girlfriend-wants-to-fuck-before-leaving-to-dress-t/
http://www.redwap.me/videos/6793/group-sex-in-the-vip-area/
http://www.redwap.me/videos/3401/amazing-blonde-girlfriend/
http://www.redwap.me/videos/414947/okay-in-a-threeway/
http://www.redwap.me/videos/10025/my-boyfriend-and-my-stepmom/
http://www.redwap.me/videos/34737/i-had-to-fuck-her-just-had-too/
http://www.redwap.me/videos/19935/strapon-sex-in-the-college-dorm/
http://www.redwap.me/videos/19221/she-really-wanted-to-suck-and-she-wanted-money/
http://www.redwap.me/videos/106067/hd-pov-kiera-winters-pink-underwear-and-pink-pussy/
http://www.redwap.me/videos/35054/eva-gets-fucked-by-her-boyfriend-with-moms-help/
http://www.redwap.me/videos/316/skinny-teen-gets-her-ass-fucked-by-the-fat-cock/
http://www.redwap.me/videos/59864/playing-with-a-sports-milf/
http://www.redwap.me/videos/301618/best-booty-in-the-biz/
http://www.redwap.me/videos/65274/my-babe-taking-my-cock/
http://www.redwap.me/videos/388313/cutie-with-a-round-booty/
http://www.redwap.me/videos/430906/dick-in-the-box/
http://www.redwap.me/videos/132615/gina-paying-the-rent-with-her-petite-body/
http://www.redwap.me/videos/154017/busty-super-sexy-teen-fucks-her-pussy-with-hitachi/
http://www.redwap.me/videos/4254/beautiful-alexis-paying-the-rent-with-her-body/
http://www.redwap.me/videos/576/flat-rent-by-fucking-in-front-of-a-camera/
http://www.redwap.me/videos/25300/slow-blowjob-for-the-delivery-guy/
http://www.redwap.me/videos/419593/all-she-wants-is-jizz/
http://www.redwap.me/videos/387838/cumming-on-a-big-brazilian-ass/
http://www.redwap.me/videos/218575/babe-fucked-in-yoga-pants-outdoor/
http://www.redwap.me/videos/364519/aidra-fox-gives-her-boyfriend-a-blowjob/
http://www.redwap.me/videos/404481/cheerleader-dares-a-player-to-fuck-her-in-the-locker-room/
http://www.redwap.me/videos/355252/cray-hot-creampie/
http://www.redwap.me/videos/7852/good-ass-party/
http://www.redwap.me/videos/284972/babe-cheats-on-her-husband/
http://www.redwap.me/videos/412974/hired-and-fucked/
http://www.redwap.me/videos/415667/sneaky-little-slut/
http://www.redwap.me/videos/418258/white-hot-masturbation/
http://www.redwap.me/videos/413493/hairy-pussy-hunting/
http://www.redwap.me/videos/415780/amazing-asian-slut/
http://www.redwap.me/videos/405477/fantastic-from-behind/
http://www.redwap.me/videos/425849/sneaky-sneak-peek/
http://www.redwap.me/videos/20074/roommate-group-sex/
http://www.redwap.me/videos/417583/inspiring-outdoors-sex/
http://www.redwap.me/videos/353622/xxx-photo-shoot/
http://www.redwap.me/videos/8339/settling-the-score/
http://www.redwap.me/videos/418472/young-lesbians-scissoring/
http://www.redwap.me/videos/426222/deep-dirty-fuck/
http://www.redwap.me/videos/354158/sensational-sex-tape/
http://www.redwap.me/videos/417223/tiny-teen-ruined/
http://www.redwap.me/videos/431108/black-is-better/
http://www.redwap.me/videos/417861/sunny-days-sex/
http://www.redwap.me/videos/418441/just-the-dip/
http://www.redwap.me/videos/420272/naughty-nurse-destroyed/
http://www.redwap.me/videos/384136/tasty-brazilian-beauty/
http://www.redwap.me/videos/418092/couch-pussy-eaters/

http://www.redwap.me/videos/420577/zayas-first-try/
http://www.redwap.me/videos/15814/money-talks-adventures/
http://www.redwap.me/videos/304259/curious-teen-masturbating/
http://www.redwap.me/videos/425201/round-booty-cutie/
http://www.redwap.me/videos/430295/sweetening-the-deal/
http://www.redwap.me/videos/431142/juicy-pussy-banged/
http://www.redwap.me/videos/67802/too-horny-presley/
http://www.redwap.me/videos/34631/two-natural-titted-euro-ladies-two-cocks/
http://www.redwap.me/videos/420158/another-happy-ending/
http://www.redwap.me/videos/6895/two-better-than-just-one/
http://www.redwap.me/videos/169469/showing-the-girl-whos-boss-by-spanking-her-ass-when-i-fuck-her-doggystyle/
http://www.redwap.me/videos/419950/teasing-my-girl-until-she-gets-all-wet-and-juicy/
http://www.redwap.me/videos/10176/his-girlfriends-sexy-stepmom-darla-was-home/
http://www.redwap.me/videos/233/cute-alexis-pulled-out-her-big-beautiful-tits/
http://www.redwap.me/videos/365/truth-or-dare-became-just-dare/
http://www.redwap.me/videos/423707/mommy-seduces-young-hunk-in-the-shower-and-blows-him/
http://www.redwap.me/videos/331055/chocking-on-that-big-dick/
http://www.redwap.me/videos/6968/group-sex-in-the-vip/
http://www.redwap.me/videos/258790/cute-teen-loves-cum-in-her-luscious-mouth/
http://www.redwap.me/videos/417651/in-focus/
http://www.redwap.me/videos/208192/busty-invaders-from-mars-scene-3/
http://www.redwap.me/videos/246837/hot-tara-enjoys-caressing-her-hornyself/
http://www.redwap.me/videos/425832/the-best-blowjob-cure/
http://www.redwap.me/videos/330553/rough-rider/
http://www.redwap.me/videos/353487/anal-supernova/
http://www.redwap.me/videos/19531/young-latina-becky/
http://www.redwap.me/videos/412731/birthday-boy-gets-a-special-treat-from-his-big-boobed-stepmom/
http://www.redwap.me/videos/404887/pussy-plumber/
http://www.redwap.me/videos/33945/girl-having-quickie-before-work/
http://www.redwap.me/videos/282/cute-girlfriend-with-hairy-pussy-closeups/
http://www.redwap.me/videos/266986/gorgeous-babe-with-tight-pussy-fucked-hard/
http://www.redwap.me/videos/249727/living-life-erotically-and-fuck-hard-for-pleasure/
http://www.redwap.me/videos/16616/fuck-my-friends/
http://www.redwap.me/videos/256387/shaved-cunt-czech-banged-in-the-car/
http://www.redwap.me/videos/863/young-rebel/
http://www.redwap.me/videos/432553/amateur-milf-with-big-booty-gives-head-and-rides-dick/
http://www.redwap.me/videos/425362/brutal-banging-on-the-balcony/
http://www.redwap.me/videos/126807/amateur-female-friends-suck-and-fuck/
http://www.redwap.me/videos/5616/hotel-blowjob/
http://www.redwap.me/videos/385933/spreading-her-legs/
http://www.redwap.me/videos/415282/the-stakes-are-high/
http://www.redwap.me/videos/301787/opening-her-up/
http://www.redwap.me/videos/425216/losing-vcard-on-the-vday/
http://www.redwap.me/videos/139836/ebony-girlfriend-giving-head-pov/
http://www.redwap.me/videos/425619/begging-for-it/
http://www.redwap.me/videos/384310/blackhaired-mom-with-an-attitude/
http://www.redwap.me/videos/425977/hello-nurse/
http://www.redwap.me/videos/430870/getting-warmed-up/
http://www.redwap.me/videos/255839/nerdy-nympho-dirty-talking-free-amateur-porn-fa/
http://www.redwap.me/videos/59171/euro-girl-caprice-fucking-like-a-pro/

http://www.redwap.me/videos/171170/teenslovehugecocks-piper-perri-piper-puss-new-13-june-2015/
http://www.redwap.me/videos/6370/sun-sand-sex-and-sky/
http://www.redwap.me/videos/425581/begging-for-it/
http://www.redwap.me/videos/2160/fuck-me-if-you-want-to-be-forgiven/
http://www.redwap.me/videos/392857/i-hope-you-are-jerking-off-to-my-tight-pussy/
http://www.redwap.me/videos/429939/stepmommy-is-into-it/
http://www.redwap.me/videos/138048/creamy-ebony-anal/
http://www.redwap.me/videos/415281/two-cocks-two-sluts/
http://www.redwap.me/videos/19915/blonde-babe-gets-fucked-by-her-boyfriend-on-camera/
http://www.redwap.me/videos/413506/keep-it-tight/
http://www.redwap.me/videos/34477/little-teen-babe/
http://www.redwap.me/videos/302599/staying-on-top/
http://www.redwap.me/videos/403410/alice-loves-to-get-naked-and-get-fucked/
http://www.redwap.me/videos/330199/sucking-the-creeper/
http://www.redwap.me/videos/417610/worlds-hottest-milf/
http://www.redwap.me/videos/425139/reverse-cowgirl-hotness/
http://www.redwap.me/videos/414342/thats-the-key/
http://www.redwap.me/videos/420539/moist-milf-slit/
http://www.redwap.me/videos/19914/singles-only-please/
http://www.redwap.me/videos/331731/pool-party-pounding/
http://www.redwap.me/videos/59157/really-naughty-girlfriend/
http://www.redwap.me/videos/66987/they-danced-they-teased-they-fucked/
http://www.redwap.me/videos/1237/too-horny-presley/
http://www.redwap.me/videos/356089/victoria-summers-cumswapping/
http://www.redwap.me/videos/354152/sexy-sadie-fucking/
http://www.redwap.me/videos/65580/anal-first-timer/
http://www.redwap.me/videos/391122/red-thong-seduction/
http://www.redwap.me/videos/293099/catfight-in-public/
http://www.redwap.me/videos/6420/anal-first-timer/
http://www.redwap.me/videos/420069/spring-break-banging/
http://www.redwap.me/videos/354061/ravishing-russian-milf/
http://www.redwap.me/videos/132508/costume-sex-party/
http://www.redwap.me/videos/431157/asstastic-little-slut/
http://www.redwap.me/videos/384569/sexy-couples-passion/
http://www.redwap.me/videos/140549/naughty-amateur-fuck/
http://www.redwap.me/videos/14522/mommy-giving-head/
http://www.redwap.me/videos/132503/bubble-wrap-party/
http://www.redwap.me/videos/413291/locker-room-raciness/
http://www.redwap.me/videos/392583/hot-brunette-railed/
http://www.redwap.me/videos/355012/teens-pov-pounding/
http://www.redwap.me/videos/413569/black-pussy-stretched/
http://www.redwap.me/videos/425700/girls-in-heat/
http://www.redwap.me/videos/384687/dirtiest-road-trip/
http://www.redwap.me/videos/34457/loving-lily-love/
http://www.redwap.me/videos/353687/perfect-cowgirl-brunette/
http://www.redwap.me/videos/406176/sealing-the-deal/
http://www.redwap.me/videos/419428/nailing-naughty-nyomi/
http://www.redwap.me/videos/420374/perfect-view-xxx/
http://www.redwap.me/videos/421933/shower-bj-slut/
http://www.redwap.me/videos/430433/untamed-latina-slut/
http://www.redwap.me/videos/421827/stroke-it-right/

http://www.redwap.me/videos/425411/lusty-latina-pussy/
http://www.redwap.me/videos/11472/cute-face-girl/
http://www.redwap.me/videos/425570/big-booty-neighbour/
http://www.redwap.me/videos/302176/tanning-bed-banging/
http://www.redwap.me/videos/330069/stepmoms-little-slut/
http://www.redwap.me/videos/404914/public-sex-pledge/
http://www.redwap.me/videos/4632/mom-finds-her-stepdaughter-getting-fucked/
http://www.redwap.me/videos/354181/melissas-sex-tape/
http://www.redwap.me/videos/425665/lilys-100-pure-lust/
http://www.redwap.me/videos/330039/must-be-summer/
http://www.redwap.me/videos/688/brand-new-lacey/
http://www.redwap.me/videos/421948/angelic-sex-tape/
http://www.redwap.me/videos/64676/settling-the-score/
http://www.redwap.me/videos/10189/bendable-milf-pussy/
http://www.redwap.me/videos/355191/perfect-blondes-bj/
http://www.redwap.me/videos/395940/megan-rain-yoga/
http://www.redwap.me/videos/384523/passionate-lesbian-love/
http://www.redwap.me/videos/418591/downward-doggy/
http://www.redwap.me/videos/25781/fat-booty-everywhere/
http://www.redwap.me/videos/423051/milfs-little-toy/
http://www.redwap.me/videos/67422/my-gf-allie-surprise-me-in-my-birthday/
http://www.redwap.me/videos/413552/perfect-forest-fuck/
http://www.redwap.me/videos/430741/sweet-tooth-sluts/
http://www.redwap.me/videos/359084/dirtiest-dp-action/
http://www.redwap.me/videos/301217/real-gamer-girls/
http://www.redwap.me/videos/353858/enchanting-pov-fuck/
http://www.redwap.me/videos/123388/milf-on-top/
http://www.redwap.me/videos/412979/lenas-leaking-pussy/
http://www.redwap.me/videos/180474/amateur-couple-assfucking/
http://www.redwap.me/videos/415047/hairy-pussy-seductress/
http://www.redwap.me/videos/4058/mom-helping-her-stepdaughter-to-fuck-her-bf/
http://www.redwap.me/videos/417702/greatest-car-bj/
http://www.redwap.me/videos/415791/horniest-latina-slut/
http://www.redwap.me/videos/415757/the-milf-way/
http://www.redwap.me/videos/354107/french-anal-slut/
http://www.redwap.me/videos/354229/pov-bj-masterpiece/
http://www.redwap.me/videos/97073/lesbian-slumber-party-1/
http://www.redwap.me/videos/330185/pov-titjob/
http://www.redwap.me/videos/175009/closeup-video-of-a-couple-fucking/
http://www.redwap.me/videos/301742/her-bday-present/
http://www.redwap.me/videos/430789/drones-and-dildos/
http://www.redwap.me/videos/405033/best-bj-eyes/
http://www.redwap.me/videos/8834/hot-black-milf/
http://www.redwap.me/videos/386709/surprise-facial/
http://www.redwap.me/videos/241453/gorgeous-blonde-milf/
http://www.redwap.me/videos/301229/cheating-wife-pleasured/
http://www.redwap.me/videos/417240/amazing-ashley-adams/
http://www.redwap.me/videos/301711/lavishly-hot-milf/
http://www.redwap.me/videos/132456/too-horny-molly/
http://www.redwap.me/videos/415057/football-can-wait/
http://www.redwap.me/videos/414071/perfect-pussy-penetrated/

http://www.redwap.me/videos/418095/santas-cock/
http://www.redwap.me/videos/384779/freshly-fucked-puss/
http://www.redwap.me/videos/182775/closeup-interracial-blowjob/
http://www.redwap.me/videos/66205/see-my-babe-taking-my-cock/
http://www.redwap.me/videos/425736/boxers-beautiful-booty/
http://www.redwap.me/videos/415600/black-teen-ruined/
http://www.redwap.me/videos/384346/crazy-costume-party/
http://www.redwap.me/videos/330534/shes-so-perfect/
http://www.redwap.me/videos/430094/bisexual-girls-rule/
http://www.redwap.me/videos/415062/perfect-pussy-plowed/
http://www.redwap.me/videos/415080/thick-blonde-bombshell/
http://www.redwap.me/videos/555/too-sexy-teen/
http://www.redwap.me/videos/414983/dick-down-deep/
http://www.redwap.me/videos/331701/high-stakes-game/
http://www.redwap.me/videos/353805/sexual-valentines-day/
http://www.redwap.me/videos/395946/veronica-rayne-cheerleader/
http://www.redwap.me/videos/25304/hardbodies-at-work/
http://www.redwap.me/videos/430804/servicing-the-boss/
http://www.redwap.me/videos/360792/lisa-ann-balaxze/
http://www.redwap.me/videos/303997/reverse-cowgirl-madness/
http://www.redwap.me/videos/5142/ill-pay-it-with-my-pussy-and-my-mouth/
http://www.redwap.me/videos/330509/banging-the-boss/
http://www.redwap.me/videos/396768/doing-it-for-cash/
http://www.redwap.me/videos/441969/shes-an-amazing-actress-too/
http://www.redwap.me/videos/442484/pale-blonde-rides-in-reverse-cowgirl/
http://www.redwap.me/videos/421846/a-teen-size-queen/
http://www.redwap.me/videos/24157/booty-call-from-anissa/
http://www.redwap.me/videos/129839/lesbians-rimming-and-fingering/
http://www.redwap.me/videos/429979/party-like-a-russian/
http://www.redwap.me/videos/27091/ava-addams-fuck-yeah/
http://www.redwap.me/videos/64707/anal-sex-and-shoot-a-sex-tape/
http://www.redwap.me/videos/94942/tracking-down-the-milf/
http://www.redwap.me/videos/67986/some-money-talks-fun/
http://www.redwap.me/videos/282709/gorgeous-blonde-milf-masturbating/
http://www.redwap.me/videos/425649/too-hot-for-him/
http://www.redwap.me/videos/4605/my-girls-horny-girlfriend/
http://www.redwap.me/videos/397286/her-perfect-bouncing-ass/
http://www.redwap.me/videos/34766/stroking-these-party-girls/
http://www.redwap.me/videos/425808/eating-pussy-like-groceries/
http://www.redwap.me/videos/33991/one-hot-piece-of-pussy/
http://www.redwap.me/videos/273215/college-toga-sex-party/
http://www.redwap.me/videos/430353/jogger-loves-it-rough/
http://www.redwap.me/videos/14968/fucking-his-wife-on-camera/
http://www.redwap.me/videos/7909/welcome-to-no-shame/
http://www.redwap.me/videos/19111/horny-girl-ada-sanchez/
http://www.redwap.me/videos/419698/alice-enjoys-her-punishment/
http://www.redwap.me/videos/422085/the-sluttiest-bikini-babes/
http://www.redwap.me/videos/34047/rainbow-group-sex-party/
http://www.redwap.me/videos/384827/blondes-have-more-fun/
http://www.redwap.me/videos/354776/pillow-fights-happy-ending/
http://www.redwap.me/videos/67462/so-were-on-vacation/

http://www.redwap.me/videos/25248/the-hottest-rear-view/
http://www.redwap.me/videos/421866/making-her-look-bad/
http://www.redwap.me/videos/267688/new-girl-in-town/
http://www.redwap.me/videos/301745/eating-that-delicious-ass/
http://www.redwap.me/videos/427478/white-cum-for-a-black-slut/
http://www.redwap.me/videos/133206/naughty-college-girl-layla/
http://www.redwap.me/videos/5270/a-very-tight-budget-and-pussy/
http://www.redwap.me/videos/413257/a-big-girl-now/
http://www.redwap.me/videos/415438/barely-legal-beauty-banged/
http://www.redwap.me/videos/404920/using-her-tight-pussy/
http://www.redwap.me/videos/430757/a-random-fucking-cock/
http://www.redwap.me/videos/825/cute-face-good-pussy/
http://www.redwap.me/videos/302030/innocent-blonde-trying-anal/
http://www.redwap.me/videos/159205/fucking-a-latin-girlfriend-pov/
http://www.redwap.me/videos/329974/riding-his-massive-cock/
http://www.redwap.me/videos/384730/fucking-a-slutty-blonde-milf/
http://www.redwap.me/videos/18888/natural-titted-danielle-delaunay/
http://www.redwap.me/videos/301300/black-beauty-bareback-fuck/
http://www.redwap.me/videos/358183/star-wars-porn-parody-part-3/
http://www.redwap.me/videos/4473/public-hardcore-party/
http://www.redwap.me/videos/59800/best-pussy-fuck-ever/
http://www.redwap.me/videos/331627/hot-lesbians-licking-pussy/
http://www.redwap.me/videos/384585/oiled-up-and-faciald/
http://www.redwap.me/videos/401987/double-penetration-for-honeymoon/
http://www.redwap.me/videos/404749/stoyas-a-fuck-pet/
http://www.redwap.me/videos/34711/right-to-the-payment-of-the-apartment/
http://www.redwap.me/videos/358184/star-wars-porn-parody-part-2/
http://www.redwap.me/videos/355007/hottest-tag-team-ever/
http://www.redwap.me/videos/16720/mature-stepmom-helping-young-couple/
http://www.redwap.me/videos/1266/my-horny-girlfriend-gia/
http://www.redwap.me/videos/64052/a-very-tight-budget-and-pussy/
http://www.redwap.me/videos/19123/ikini-babes-oily-booty/
http://www.redwap.me/videos/19442/russian-babe-paying-the-rent-with-pussy/
http://www.redwap.me/videos/425711/working-hard/
http://www.redwap.me/videos/421719/round-booty-beauty-banged/
http://www.redwap.me/videos/310510/redhead-doll-giving-head/
http://www.redwap.me/videos/425062/lovely-luna-gets-fucked/
http://www.redwap.me/videos/4857/fresh-pussy-angelik-duval/
http://www.redwap.me/videos/434476/curvy-indian-wife-rides-dick-and-takes-it-from-behind/
http://www.redwap.me/videos/421977/massive-load-for-mia/
http://www.redwap.me/videos/301361/licking-her-wet-cunt/
http://www.redwap.me/videos/343499/creeper-fucking-hot-girl-on-valentines-day/
http://www.redwap.me/videos/330056/making-her-feel-good/
http://www.redwap.me/videos/417580/best-at-talking-dirty/
http://www.redwap.me/videos/132660/spanish-girl-paying-the-rent-with-pussy/
http://www.redwap.me/videos/430814/drunk-gf-horny-bff/
http://www.redwap.me/videos/180116/ebony-squirter-fingering-herself/
http://www.redwap.me/videos/416956/all-over-that-face/
http://www.redwap.me/videos/418385/anal-fingering-is-fantastic/
http://www.redwap.me/videos/426656/her-first-brave-step/
http://www.redwap.me/videos/301277/slutty-wife-getting-some/

http://www.redwap.me/videos/354813/just-the-right-size/
http://www.redwap.me/videos/123233/tight-teen-college-pussies/
http://www.redwap.me/videos/266993/stunning-public-pick-up-sucks-chokes-on-fat-cock/
http://www.redwap.me/videos/295604/redhead-doing-intensive-blowjob/
http://www.redwap.me/videos/6395/anal-sex-and-shoot-a-sex-tape/
http://www.redwap.me/videos/415473/leg-warmers-slutty-milf/
http://www.redwap.me/videos/420362/blonde-sluts-massive-butt/
http://www.redwap.me/videos/429859/wild-hair-dont-care/
http://www.redwap.me/videos/425471/banged-back-at-home/
http://www.redwap.me/videos/293023/teens-loves-huge-cock/
http://www.redwap.me/videos/429875/sex-is-on-fire/
http://www.redwap.me/videos/67522/my-horny-girlfriend-gia/
http://www.redwap.me/videos/184002/brunette-beauty-anal-sex/
http://www.redwap.me/videos/420309/his-little-fuck-bunny/
http://www.redwap.me/videos/63301/cute-face-good-pussy/
http://www.redwap.me/videos/63812/fucking-my-redhead-roommate/
http://www.redwap.me/videos/7388/soccer-milf-sophia-bella/
http://www.redwap.me/videos/404619/lovely-bj-with-love/
http://www.redwap.me/videos/145577/girlfriend-creampied-up-close/
http://www.redwap.me/videos/318226/amateur-wife-homemade-creampie/
http://www.redwap.me/videos/430161/hot-girls-get-banged/
http://www.redwap.me/videos/429996/when-you-are-unemployed/
http://www.redwap.me/videos/266903/eat-your-girlfriend-well/
http://www.redwap.me/videos/19804/euro-brunette-rides-cock/
http://www.redwap.me/videos/406160/overalls-hottie-gets-fucked/
http://www.redwap.me/videos/19856/so-pleasing-rent-payment/
http://www.redwap.me/videos/384428/keeping-her-legs-spread/
http://www.redwap.me/videos/300251/teen-babe-sucking-cock/
http://www.redwap.me/videos/133971/the-wet-squirting-volcano-pussy/
http://www.redwap.me/videos/20066/ashleys-before-work-fuck/
http://www.redwap.me/videos/94654/best-pussy-fuck-ever/
http://www.redwap.me/videos/442767/blonde-fucks-her-ass-with-a-toy/
http://www.redwap.me/videos/353694/sweet-facial/
http://www.redwap.me/videos/404785/deep-inside-nekane/
http://www.redwap.me/videos/440250/busty-bimbo-wants-you-to-worship-her/
http://www.redwap.me/videos/301895/pov-cockriding-hotness/
http://www.redwap.me/videos/417607/milfs-tender-touch/
http://www.redwap.me/videos/264777/babe-fucked/
http://www.redwap.me/videos/301971/sex-for-rent/
http://www.redwap.me/videos/34100/singles-only-party/
http://www.redwap.me/videos/330131/stepmom-getting-some/
http://www.redwap.me/videos/422254/crazy-balloon-party/
http://www.redwap.me/videos/301474/their-little-secret/
http://www.redwap.me/videos/398988/dangerously-sloppy-bj/
http://www.redwap.me/videos/388323/glorious-lesbian-domination/
http://www.redwap.me/videos/406061/perfect-creampie-finish/
http://www.redwap.me/videos/422228/the-best-one/
http://www.redwap.me/videos/414917/homecoming-hot-fucking/
http://www.redwap.me/videos/353735/great-blowjob-eyes/
http://www.redwap.me/videos/301943/oily-titfucking-action/
http://www.redwap.me/videos/418358/brookes-bubble-butt/

http://www.redwap.me/videos/415566/perfect-pov-experience/
http://www.redwap.me/videos/384534/juicy-jayden-fucked/
http://www.redwap.me/videos/430994/dirty-laundry-drilling/
http://www.redwap.me/videos/354881/banging-the-boss/
http://www.redwap.me/videos/385947/picture-perfect-finish/
http://www.redwap.me/videos/301376/crazy-sofa-sex/
http://www.redwap.me/videos/414922/natural-beautys-bj/
http://www.redwap.me/videos/19388/rainbow-sex-party/
http://www.redwap.me/videos/425236/dat-thick-ass/
http://www.redwap.me/videos/354191/cock-sucking-beauty/
http://www.redwap.me/videos/384753/leather-boots-cowgirl/
http://www.redwap.me/videos/417350/man-juice-swallower/
http://www.redwap.me/videos/330143/pounding-peeping-tom/
http://www.redwap.me/videos/412913/asian-gf-creampie/
http://www.redwap.me/videos/415109/backseat-creampie-madness/
http://www.redwap.me/videos/432266/crazy-in-public/
http://www.redwap.me/videos/301713/total-bbc-slut/
http://www.redwap.me/videos/430058/blowjob-at-tiffanys/
http://www.redwap.me/videos/413602/massive-load-for-a-massive-slut/
http://www.redwap.me/videos/301982/dirty-laundry-and-dirty-sex/
http://www.redwap.me/videos/65412/blonde-teen-gets-her-beautiful-ass-fucked/
http://www.redwap.me/videos/19928/amazing-lily-gets-fucked-all-over-the-gym/
http://www.redwap.me/videos/154020/blonde-teen-fingering-her-weet-pussy/
http://www.redwap.me/videos/123168/milf-gets-fucked-in-her-sexy-looking-outfit/
http://www.redwap.me/videos/2869/blonde-teen-gets-her-beautiful-ass-fucked/
http://www.redwap.me/videos/414952/perfect-facial-for-a-perfect-slut/
http://www.redwap.me/videos/414065/rubbing-the-right-way/
http://www.redwap.me/videos/63546/sexy-girl-with-big-sexy-boobs-gets-paid/
http://www.redwap.me/videos/384202/fucking-with-a-pro/
http://www.redwap.me/videos/425300/perfect-facial-for-a-perfect-girl/
http://www.redwap.me/videos/422887/in-a-hot-fashion/
http://www.redwap.me/videos/420468/banging-in-the-backseat/
http://www.redwap.me/videos/3357/mariah-and-her-boyfriend/
http://www.redwap.me/videos/738/one-of-the-best-assess-ever/
http://www.redwap.me/videos/289764/video-in-the-making-with-the-babysitter/
http://www.redwap.me/videos/330725/lick-it-like-its-your-favorite-lollipop/
http://www.redwap.me/videos/385766/busty-girlfriend-gets-a-warm-facial/
http://www.redwap.me/videos/415011/banging-in-the-backseat/
http://www.redwap.me/videos/292620/sexy-latina-loves-anal/
http://www.redwap.me/videos/302032/i-like-the-location/
http://www.redwap.me/videos/354345/starting-in-the-backseat/
http://www.redwap.me/videos/417239/masturbating-with-a-beat/
http://www.redwap.me/videos/417808/highlight-of-the-night/
http://www.redwap.me/videos/266514/slutty-teen-babe-shows-off-her-curves-glamour/
http://www.redwap.me/videos/67797/gabriella-and-her-boyfriend/
http://www.redwap.me/videos/4690/my-girlfriend-in-charge/
http://www.redwap.me/videos/239392/lesbian-babes-licking-on-the-couch/
http://www.redwap.me/videos/213001/brunette-amateur-banged-in-cab-in-public/
http://www.redwap.me/videos/430520/thick-hottie-wants-a-thick-dick/
http://www.redwap.me/videos/233350/no-mercy-for-my-slutty-gf/
http://www.redwap.me/videos/430100/do-it-like-a-slut/

http://www.redwap.me/videos/406852/charming-vietnamese-girl-sits-on-fat-dick-and-rides-it/
http://www.redwap.me/videos/414044/little-girl-and-a-big-cock/
http://www.redwap.me/videos/4029/four-big-and-natural-tits-to-fuck/
http://www.redwap.me/videos/18176/smothering-his-face-with-her-wet-pussy/
http://www.redwap.me/videos/157051/girlfriend-with-a-great-ass/
http://www.redwap.me/videos/442805/aggressive-anal-sex-on-a-bed/
http://www.redwap.me/videos/246708/lovely-ass-cheeks-caught-on-hidden-camera/
http://www.redwap.me/videos/418402/all-you-need-is-money/
http://www.redwap.me/videos/268794/nerdy-babes-want-to-have-fun-too/
http://www.redwap.me/videos/19579/ariana-marie-sliding-on-a-big-cock/
http://www.redwap.me/videos/427493/blondes-love-blondes/
http://www.redwap.me/videos/243308/fucking-big-ass-of-my-redhead-wife/
http://www.redwap.me/videos/64613/rollerblading-cutie-was-ready-to-get-fucked/
http://www.redwap.me/videos/19953/isiabella-gets-fucked-in-the-toilet-pov/
http://www.redwap.me/videos/170271/amateur-teen-chick-pov-anal/
http://www.redwap.me/videos/1248/rollerblading-cutie-was-ready-to-get-fucked/
http://www.redwap.me/videos/3009/my-gf-asking-me-to-fuck-her/
http://www.redwap.me/videos/18904/perfect-ass-teen-gets-it-from-behind/
http://www.redwap.me/videos/301480/facial-for-a-hot-tourist/
http://www.redwap.me/videos/415005/perfect-facial/
http://www.redwap.me/videos/396213/outdoors-threesome-fun/
http://www.redwap.me/videos/64164/amazing-lily-with-amazing-breast/
http://www.redwap.me/videos/384383/perfect-ending-to-a-foursome/
http://www.redwap.me/videos/220208/blonde-beauty-banged-till-creampie/
http://www.redwap.me/videos/7470/four-boobs-for-my-cock/
http://www.redwap.me/videos/64680/a-cumming-home-busty-gift/
http://www.redwap.me/videos/176319/eating-some-hot-creamy-cum/
http://www.redwap.me/videos/301340/huge-load-after-anal-sex/
http://www.redwap.me/videos/920/a-party-on-their-own/
http://www.redwap.me/videos/431010/choke-on-that-cock/
http://www.redwap.me/videos/25672/his-love-for-black-booty/
http://www.redwap.me/videos/330229/getting-dick-pics/
http://www.redwap.me/videos/34413/busty-stepmom-milf-pussy-pounded/
http://www.redwap.me/videos/181471/a-peach-of-an-ass/
http://www.redwap.me/videos/4035/this-guys-busty-ex-girlfriend/
http://www.redwap.me/videos/186589/get-anally-on-it-quick/
http://www.redwap.me/videos/303002/riding-his-massive-dong/
http://www.redwap.me/videos/201815/hot-schoolgirl-anal/
http://www.redwap.me/videos/63800/busty-girlfriend/
http://www.redwap.me/videos/359073/playful-teen-teasing-her-boyfriend/
http://www.redwap.me/videos/301373/nighttime-fucking/
http://www.redwap.me/videos/124480/hot-lesbians-tribbing-in-panties/
http://www.redwap.me/videos/4658/jenna-giving-head-on-camera/
http://www.redwap.me/videos/131134/masturbation-in-lesbian-casting/
http://www.redwap.me/videos/16691/facial-cumshot-for-staying-here/
http://www.redwap.me/videos/419290/experimenting-in-college/
http://www.redwap.me/videos/126152/black-lingerie-blond-gets-creampied/
http://www.redwap.me/videos/4232/i-fuck-my-babe-outside/
http://www.redwap.me/videos/124500/skinny-secretary-fucks-her-agent/
http://www.redwap.me/videos/413001/pov-practice/
http://www.redwap.me/videos/185644/hot-asian-babe-amazing-blowjob/

http://www.redwap.me/videos/66868/and-a-group-facial-cumshot/
http://www.redwap.me/videos/16884/busty-babe-from-human-relations/
http://www.redwap.me/videos/7350/it-was-summers-day-off/
http://www.redwap.me/videos/629/sweet-veronica-gets-it-big/
http://www.redwap.me/videos/125096/demonic-milf-creampied-after-fuck/
http://www.redwap.me/videos/68086/what-a-nice-pair-of-boobs/
http://www.redwap.me/videos/426958/pov-with-a-perfect-teen/
http://www.redwap.me/videos/134346/college-girls-delight-in-ass-pussy-parade/
http://www.redwap.me/videos/413446/drilling-the-perfect-pink-pussy/
http://www.redwap.me/videos/133834/drown-your-cock-in-my-wet-cockpit/
http://www.redwap.me/videos/330646/pure-passion/
http://www.redwap.me/videos/6385/lets-try-anal-after-pussy/
http://www.redwap.me/videos/431019/steamy-pov-fingering/
http://www.redwap.me/videos/19546/beautiful-blue-eyed-blonde-teen/
http://www.redwap.me/videos/353571/fingering-her-hungry-cunt/
http://www.redwap.me/videos/430199/everyone-is-happy/
http://www.redwap.me/videos/29136/pretty-blonde-throats-his-cock/
http://www.redwap.me/videos/233134/perfect-ass-blonde-mature-fucking/
http://www.redwap.me/videos/249357/threesome-party-with-horny-hot-youngsters/
http://www.redwap.me/videos/125619/sexy-skirts-lesbian-teens-fucking/
http://www.redwap.me/videos/384321/gorgeous-teen-enjoying-oral-fun/
http://www.redwap.me/videos/425156/working-hard-for-a-cumshot/
http://www.redwap.me/videos/123250/busty-italian-milf-mia-ryder/
http://www.redwap.me/videos/253354/slender-teen-entertains-monster-cock/
http://www.redwap.me/videos/239464/carmen-gym-workout-and-dildo-more-on-camteensporncom/
http://www.redwap.me/videos/414351/hot-like-summer/
http://www.redwap.me/videos/4748/natural-busty-girl-fucking-in-doggy-style/
http://www.redwap.me/videos/259582/busty-teen-with-glasses-toying/
http://www.redwap.me/videos/427381/leaving-a-toy-up-there/
http://www.redwap.me/videos/18974/naughty-natasha-loves-it-big/
http://www.redwap.me/videos/424/looking-innocent/
http://www.redwap.me/videos/301424/wasting-no-time/
http://www.redwap.me/videos/301355/she-needs-a-hand/
http://www.redwap.me/videos/419383/pov-pounding-for-a-teen/
http://www.redwap.me/videos/144110/busty-kitana-lure-fucked-by-huge-cock/
http://www.redwap.me/videos/29678/selena-rose-awakens-his-beast/
http://www.redwap.me/videos/267229/brazilian-slut-teases-her-twart-waits-for-giant-cock/
http://www.redwap.me/videos/415622/pov-with-an-asian-teen/
http://www.redwap.me/videos/353507/bbc-for-a-tiny-blonde/
http://www.redwap.me/videos/4187/pretty-good-girlfriend/
http://www.redwap.me/videos/158954/madison-ivy-first-anal-penetration/
http://www.redwap.me/videos/330722/fingering-her-exotic-pussy/
http://www.redwap.me/videos/384420/perfect-lesbian-duo/
http://www.redwap.me/videos/302185/catching-her-bf-with-her-stepmom/
http://www.redwap.me/videos/247375/three-experience-girls-being-naughty/
http://www.redwap.me/videos/430118/good-day-to-get-dirty/
http://www.redwap.me/videos/349629/teen-get-fucked-by-older-man/
http://www.redwap.me/videos/429862/tug-a-day/
http://www.redwap.me/videos/418108/annihilating-avas-ass/
http://www.redwap.me/videos/421877/busty-bikini-party/
http://www.redwap.me/videos/64444/a-magic-bus/

http://www.redwap.me/videos/31701/raven-alexis-drizzled-with-cum/
http://www.redwap.me/videos/5069/amazing-lily-with-amazing-breast/
http://www.redwap.me/videos/301856/pounded-pussy/
http://www.redwap.me/videos/353568/gorgeous-sluts-for-a-gorgeous-cock/
http://www.redwap.me/videos/413373/juicy-jordan-pussy/
http://www.redwap.me/videos/430970/babe-to-bang/
http://www.redwap.me/videos/132421/mom-after-daughter/
http://www.redwap.me/videos/414336/bossy-bratty-bitch/
http://www.redwap.me/videos/413031/sadies-sexy-scene/
http://www.redwap.me/videos/257048/lesbians-rubbing-pussies-after-massage/
http://www.redwap.me/videos/414532/girls-get-horny/
http://www.redwap.me/videos/330148/tasty-milf-treat/
http://www.redwap.me/videos/94655/young-fresh-teen/
http://www.redwap.me/videos/331045/fingering-her-moist-cunt/
http://www.redwap.me/videos/347168/hair-play-to-lesbians-fun/
http://www.redwap.me/videos/120894/tattooed-beauty-massaged-and-fucked/
http://www.redwap.me/videos/103259/stunning-lesbian-girlfriends-lesbians-babes/
http://www.redwap.me/videos/304090/hot-foursome-sex-video/
http://www.redwap.me/videos/425385/black-chick-and-a-bwc/
http://www.redwap.me/videos/4450/two-pairs-of-amazing-tits/
http://www.redwap.me/videos/425777/food-and-porn/
http://www.redwap.me/videos/405925/daddy-gets-rough/
http://www.redwap.me/videos/414744/taking-tifany-in-pov/
http://www.redwap.me/videos/132429/naughty-college-girls/
http://www.redwap.me/videos/271427/moans-and-screams-of-pleasure/
http://www.redwap.me/videos/177831/submissive-girl-fucked-on-cam/
http://www.redwap.me/videos/417035/friendly-neighbor-whore/
http://www.redwap.me/videos/25221/samanthas-smooth-like-a-dolphin/
http://www.redwap.me/videos/413007/sweet-innocent-pussy/
http://www.redwap.me/videos/421612/the-lust-is-sky-high/
http://www.redwap.me/videos/132566/my-girl-suggested-a-threesome/
http://www.redwap.me/videos/20267/petite-teen-pov-rides-rod/
http://www.redwap.me/videos/267223/making-out-on-a-couch/
http://www.redwap.me/videos/443817/asuka-cosplayer-fucked-in-pov/
http://www.redwap.me/videos/385012/sexy-stepmom-fucking/
http://www.redwap.me/videos/3961/ohh-i-love-these-tits/
http://www.redwap.me/videos/176344/teenage-princess-with-big-boobs/
http://www.redwap.me/videos/330496/brunette-teen-railed/
http://www.redwap.me/videos/417277/curvy-teen-fuck/
http://www.redwap.me/videos/59865/young-fresh-teen/
http://www.redwap.me/videos/417084/she-wants-in-too/
http://www.redwap.me/videos/404248/little-red-dickriding-hood-meets-the-big-bad-wolf/
http://www.redwap.me/videos/19381/my-girlfriend-loves-a-girl/
http://www.redwap.me/videos/405409/fantastic-fucking-on-a-mat/
http://www.redwap.me/videos/67651/settling-the-score-with-tiff/
http://www.redwap.me/videos/247652/threesome-sex-with-horny-mom-naughty-daughter/
http://www.redwap.me/videos/247174/petite-girlfriend-enjoys-revenge-sex/
http://www.redwap.me/videos/265495/amateur-blowjob-like-a-professional/
http://www.redwap.me/videos/30576/riley-bent-over-the-armrest/
http://www.redwap.me/videos/120980/pierced-pussy-busty-milf-fucked/
http://www.redwap.me/videos/413559/cumshot-is-her-favorite-part/

http://www.redwap.me/videos/354778/everyones-happy/
http://www.redwap.me/videos/418888/brooke-beretta-has-dickhealing-magick-between-her-tits/
http://www.redwap.me/videos/355615/anal-discipline-with-my-tutor/
http://www.redwap.me/videos/18961/good-looking-amateur-teen-pussy/
http://www.redwap.me/videos/185456/jizzing-all-over-her-hot-ass/
http://www.redwap.me/videos/10001/a-quick-job/
http://www.redwap.me/videos/393/help-me-finish-my-workout/
http://www.redwap.me/videos/180554/horny-babe-blowjob-and-deethroat/
http://www.redwap.me/videos/65372/amazing-gabriella-fucking-on-camera/
http://www.redwap.me/videos/25791/big-butt-threesome/
http://www.redwap.me/videos/421940/if-it-fits/
http://www.redwap.me/videos/59267/first-group-sex-with-her-mom/
http://www.redwap.me/videos/239998/blonde-gets-big-dick-from-behind-outdoor/
http://www.redwap.me/videos/330524/rubbing-nips-on-her-pussy/
http://www.redwap.me/videos/404889/car-fuck-craziness/
http://www.redwap.me/videos/27252/bonnie-squirts-over-his-cock/
http://www.redwap.me/videos/292601/two-hot-lesbians-in-bathtub/
http://www.redwap.me/videos/415265/bubble-butt-brunette-gets-banged/
http://www.redwap.me/videos/330160/her-hungry-exotic-pussy/
http://www.redwap.me/videos/301234/phat-booty-owned/
http://www.redwap.me/videos/124528/busty-brunet-slut-riding-the-big-cock/
http://www.redwap.me/videos/420547/busty-and-lusty/
http://www.redwap.me/videos/422897/naughty-asian-nurse/
http://www.redwap.me/videos/355199/prepping-for-the-big-evening/
http://www.redwap.me/videos/415612/getting-creative-with-a-teen/
http://www.redwap.me/videos/219517/blonde-mature-sucking-hairy-dick/
http://www.redwap.me/videos/124552/housewife-milf-fucked-after-massage/
http://www.redwap.me/videos/426010/all-the-benefits/
http://www.redwap.me/videos/135595/natural-beauty-deepthroats-my-rod/
http://www.redwap.me/videos/240642/british-tourist-bangs-huge-dick/
http://www.redwap.me/videos/182657/cityofvicesscene1/
http://www.redwap.me/videos/58401/wet-and-excited/
http://www.redwap.me/videos/406047/sneaky-teen-fucking/
http://www.redwap.me/videos/414551/dirty-dorm-games/
http://www.redwap.me/videos/3079/beautiful-face-perfect-natural-sized-tits/
http://www.redwap.me/videos/134520/bring-the-craziness-on-lets-party-hard/
http://www.redwap.me/videos/384930/doggy-style-dominance/
http://www.redwap.me/videos/417027/mias-best-bj/
http://www.redwap.me/videos/404745/best-blonde-bj/
http://www.redwap.me/videos/63636/good-ass-party/
http://www.redwap.me/videos/5096/my-girl-is-the-best/
http://www.redwap.me/videos/418117/to-stretch-that-ass/
http://www.redwap.me/videos/136434/hot-blowjob-by-teen-webcam-girl/
http://www.redwap.me/videos/384702/brazilian-action-in-a-condom/
http://www.redwap.me/videos/402710/tell-me-your-anal-sex-secrets/
http://www.redwap.me/videos/30540/annika-peeling-her-ass-out-of-her-pants/
http://www.redwap.me/videos/401887/married-milf-having-fun-with-a-client/
http://www.redwap.me/videos/441056/canadian-blonde-sucks-cock-in-pov/
http://www.redwap.me/videos/253131/hot-blond-babe-knows-how-to-fuck/
http://www.redwap.me/videos/248539/watch-her-take-off-her-clothes-present-her-meal/
http://www.redwap.me/videos/172826/group-sex-video-with-two-girls/

http://www.redwap.me/videos/249811/banging-my-girlfriend-pussy-on-tape/
http://www.redwap.me/videos/294071/slim-milf-in-stockings-fucking-in-bed-till-creampie/
http://www.redwap.me/videos/4870/cute-face-very-hot-pussy/
http://www.redwap.me/videos/284808/blonde-sucks-cock-in-shorts-then-fucks/
http://www.redwap.me/videos/249293/doing-her-tight-pussy-with-fat-cock/
http://www.redwap.me/videos/253502/make-me-beg-for-another-deep-fuck/
http://www.redwap.me/videos/28886/cumswap-on-the-massage-table/
http://www.redwap.me/videos/19417/this-party-ends-with-a-facial-cumshot/
http://www.redwap.me/videos/267234/tasting-the-sweetness-of-a-wet-horny-pussy/
http://www.redwap.me/videos/425990/beauty-in-a-bikini/
http://www.redwap.me/videos/441472/black-widow-cosplayer-sucking-dick-in-pov/
http://www.redwap.me/videos/63148/my-gf-asking-me-to-fuck-her/
http://www.redwap.me/videos/417653/royal-fuck/
http://www.redwap.me/videos/3998/alexis-paying-the-rent-with-sex/
http://www.redwap.me/videos/301344/hot-load-for-a-hot-broad/
http://www.redwap.me/videos/359037/tanned-and-ready-to-have-fun/
http://www.redwap.me/videos/374853/beautiful-chick-gets-fucked-and-cummed/
http://www.redwap.me/videos/3398/my-girlfriend-and-i-were-painting/
http://www.redwap.me/videos/404844/she-came-all-over-his-cock/
http://www.redwap.me/videos/345132/hot-sex-with-a-college-chick/
http://www.redwap.me/videos/123169/two-europeans-gets-fucked-and-creamed/
http://www.redwap.me/videos/10040/fuck-lessons/
http://www.redwap.me/videos/259590/incredibly-sexy-punk-chick-alessa-rides-a-dick-in-a-taxi-car/
http://www.redwap.me/videos/189522/ejaculating-in-her-mouth-closeup/
http://www.redwap.me/videos/199004/brunette-double-penetration-in-a-cab-in-public/
http://www.redwap.me/videos/30510/farewell-fuck/
http://www.redwap.me/videos/30677/sweet-lia-gets-her-ass-spanked/
http://www.redwap.me/videos/413661/in-a-new-light/
http://www.redwap.me/videos/19634/cum-on-young-perfect-tits/
http://www.redwap.me/videos/248194/busty-latina-whore-bouncing-hard-on-huge-cock/
http://www.redwap.me/videos/330076/juiciest-pussy-in-the-dorm/
http://www.redwap.me/videos/170476/epic-female-orgasm-girl-squirts-multiple-times-on-her-bfs-cock/
http://www.redwap.me/videos/418311/she-wants-to-see-it/
http://www.redwap.me/videos/265085/waitress-in-stockings-bangs-in-casting/
http://www.redwap.me/videos/111520/staci-teased-her-pussy-with-quick-strokes-rubbing-her-nicely/
http://www.redwap.me/videos/433318/big-booty-ebony-babe-twerks-before-riding-giant-white-dick/
http://www.redwap.me/videos/164068/anal-sex-with-the-gf-in-nature/
http://www.redwap.me/videos/330250/stretching-out-her-teen-pussy/
http://www.redwap.me/videos/353675/massive-load-for-her-massive-tits/
http://www.redwap.me/videos/261484/lesbians-in-panties-licking-in-bedroom/
http://www.redwap.me/videos/384533/licking-it-all-up/
http://www.redwap.me/videos/429777/shoving-panties-down-there/
http://www.redwap.me/videos/418356/oily-and-cum-covered/
http://www.redwap.me/videos/177496/amateur-blonde-beauty-blowjob/
http://www.redwap.me/videos/354824/sell-me-this-penis/
http://www.redwap.me/videos/431036/caged-like-a-pet/
http://www.redwap.me/videos/358177/star-wars-porn-parody-part-6/
http://www.redwap.me/videos/259485/sensual-partners-having-fun/
http://www.redwap.me/videos/18384/love-with-facial-cumshot/
http://www.redwap.me/videos/19776/busty-milf-gianna-capone/
http://www.redwap.me/videos/416874/ass-to-impress/

http://www.redwap.me/videos/353780/tasty-babe-being-naughty/
http://www.redwap.me/videos/353719/turning-up-the-heat/
http://www.redwap.me/videos/267045/naked-yoga-masturbation-session/
http://www.redwap.me/videos/18728/three-lesbians-licking-each-others-perfect-ass/
http://www.redwap.me/videos/67402/fuck-her-beautiful-ass/
http://www.redwap.me/videos/4916/cute-face-nice-pussy/
http://www.redwap.me/videos/429822/tight-fit-for-a-teen/
http://www.redwap.me/videos/279776/anal-fucked-on-webcam/
http://www.redwap.me/videos/418156/hot-lesbian-morning-sex/
http://www.redwap.me/videos/387352/milf-sealing-the-deal/
http://www.redwap.me/videos/302110/mom-in-stockings-pounded/
http://www.redwap.me/videos/425624/creepin-on-a-milf/
http://www.redwap.me/videos/213077/natural-busty-babe-banged-in-a-cab-in-public/
http://www.redwap.me/videos/417224/slow-tease-and-sweet-release/
http://www.redwap.me/videos/406107/brazillian-babes-banging-body/
http://www.redwap.me/videos/418148/jailbirds-juicy-pussy/
http://www.redwap.me/videos/421728/bikini-bitches-going-crazy/
http://www.redwap.me/videos/303498/taste-first-fuck-after/
http://www.redwap.me/videos/301496/ragdolling-her-tight-body/
http://www.redwap.me/videos/302080/all-the-naughty-girls/
http://www.redwap.me/videos/1193/anal-fingering-and-more/
http://www.redwap.me/videos/384593/photo-shoot-turned-racy/
http://www.redwap.me/videos/415494/ass-to-impress/
http://www.redwap.me/videos/384693/new-year-sex-celebration/
http://www.redwap.me/videos/247991/pov-sex-with-amateur-girl/
http://www.redwap.me/videos/413386/shes-good-at-convincing/
http://www.redwap.me/videos/64802/havoc-surprises-us-again/
http://www.redwap.me/videos/66287/cover-my-teen-pussy-with-hot-cum/
http://www.redwap.me/videos/426893/cozy-teen-cums-hard/
http://www.redwap.me/videos/415443/the-best-reward-ever/
http://www.redwap.me/videos/132/tanned-shiny-teen-ass/
http://www.redwap.me/videos/4088/my-girl-abella-anderson/
http://www.redwap.me/videos/330772/riding-his-monster-cock/
http://www.redwap.me/videos/384789/latina-stars-having-fun/
http://www.redwap.me/videos/208231/nicole-aniston-got-laid/
http://www.redwap.me/videos/18100/petite-pussy-sabrina-meor/
http://www.redwap.me/videos/301712/blowing-his-massive-cock/
http://www.redwap.me/videos/416953/three-girls-one-cock/
http://www.redwap.me/videos/267076/banging-hottie-from-behind/
http://www.redwap.me/videos/63390/anal-sex-for-rent/
http://www.redwap.me/videos/4253/group-sex-for-money/
http://www.redwap.me/videos/7330/blonde-milf-summer-haze/
http://www.redwap.me/videos/732/mom-teaching-young-couple/
http://www.redwap.me/videos/346010/mortal-kombat-porn-parody/
http://www.redwap.me/videos/182725/amateur-squirting-babe-handjob/
http://www.redwap.me/videos/444050/kinky-brunette-chick-bounces-on-fat-prick-and-receives-facial/
http://www.redwap.me/videos/330533/tasting-that-pocket-pussy/
http://www.redwap.me/videos/385467/misha-cross-gets-a-big-surprise-during-a-massage/
http://www.redwap.me/videos/30537/horny-slut-fucked-standing/
http://www.redwap.me/videos/328669/blindfolded-by-sexy-wife/
http://www.redwap.me/videos/332223/mary-is-all-wet/

http://www.redwap.me/videos/353666/hottest-locker-room-threesome/
http://www.redwap.me/videos/53963/discovering-her-wet-pussy/
http://www.redwap.me/videos/168967/big-tits-taxi-fucking/
http://www.redwap.me/videos/5694/havoc-surprises-us-again/
http://www.redwap.me/videos/331815/blindfolded-by-sexy-wife/
http://www.redwap.me/videos/300130/pornstar-amber-taylor-sucks-cock-big-cock/
http://www.redwap.me/videos/4052/testing-their-new-camera/
http://www.redwap.me/videos/1134/anal-sex-for-rent/
http://www.redwap.me/videos/358179/star-wars-porn-parody-part-5/
http://www.redwap.me/videos/26897/mother-and-daughter-doggy-style/
http://www.redwap.me/videos/397542/sexy-blonde-sucks-her-mans-ass-before-getting-face-fucked/
http://www.redwap.me/videos/302740/used-up-and-proud/
http://www.redwap.me/videos/33933/czech-girl-giving-head/
http://www.redwap.me/videos/394858/anal-fingering-for-asha/
http://www.redwap.me/videos/303678/anal-sex-work-out/
http://www.redwap.me/videos/4137/sara-needs-some-love/
http://www.redwap.me/videos/242866/redhead-fucks-stranger-outdoors/
http://www.redwap.me/videos/301803/stuffing-her-hungry-pussy/
http://www.redwap.me/videos/425531/pov-blowjob-gets-wild/
http://www.redwap.me/videos/179763/ebony-couple-closeup-anal/
http://www.redwap.me/videos/222198/heavenly-bodied-lesbians-fingering/
http://www.redwap.me/videos/266475/hot-moms-with-cockwanting-vaginas-seek-pussy-pleasure/
http://www.redwap.me/videos/25069/busty-girl/
http://www.redwap.me/videos/329892/screwing-beautiful-redhead-teen/
http://www.redwap.me/videos/827/young-rebel-anastasia-morna/
http://www.redwap.me/videos/6282/so-were-on-vacation/
http://www.redwap.me/videos/65024/a-beautiful-sunny-day/
http://www.redwap.me/videos/113338/huge-tittied-redhead-banged-in-public-in-a-cab/
http://www.redwap.me/videos/2289/fucking-my-redhead-roommate/
http://www.redwap.me/videos/25245/naughty-stewardesses-fucking-around/
http://www.redwap.me/videos/418583/foxy-babes-sloppy-bj/
http://www.redwap.me/videos/353743/yoga-girls-first-anal/
http://www.redwap.me/videos/421738/cassandras-classy-sex-scene/
http://www.redwap.me/videos/412891/dont-tell-her-hubby/
http://www.redwap.me/videos/4939/ready-for-facial-girls/
http://www.redwap.me/videos/174/filming-my-girlfriend-chloe/
http://www.redwap.me/videos/30513/bretts-so-horny-she-cant-make-it-to-the-bathroom/
http://www.redwap.me/videos/267634/hot-blonde-with-hot-boobies-caresses-her-moist-pussy/
http://www.redwap.me/videos/257138/beautiful-lady-goes-for-a-date-at-a-massage-parlor/
http://www.redwap.me/videos/5280/before-she-left-she-stroked-and-sucked/
http://www.redwap.me/videos/301558/all-eyes-on-her-ass/
http://www.redwap.me/videos/256377/brunette-lesbians-in-oral-sex-in-bed/
http://www.redwap.me/videos/133498/i-can-undress-for-you-and-suck-your-cock/
http://www.redwap.me/videos/174601/slut-in-red-stockings-fucked-in-foursome-video/
http://www.redwap.me/videos/554/they-filmed-it-to-watch-it-later/
http://www.redwap.me/videos/6660/the-sex-party-cruised-into-the-club/
http://www.redwap.me/videos/261068/hot-female-agent-alexis-gets-into-a-threesome-with-a-couple/
http://www.redwap.me/videos/64693/before-she-left-she-stroked-and-sucked/
http://www.redwap.me/videos/248572/hard-cocks-feasting-hard-on-her-pussy/
http://www.redwap.me/videos/415436/bed-sex/
http://www.redwap.me/videos/657/i-like-to-make-her-work/

http://www.redwap.me/videos/142532/oral-sex-receives-followed-by-passionate-sex/
http://www.redwap.me/videos/19756/her-boyfriend-recorded-her-sucking/
http://www.redwap.me/videos/18729/young-busty-girls-get-fucked-in-the-club/
http://www.redwap.me/videos/404274/buxom-brooke-seduces-annoying-boyfriends-best-friend/
http://www.redwap.me/videos/105132/hd-pov-brunette-with-tight-pussy-loves-riding-cock/
http://www.redwap.me/videos/331597/natural-tits-covered-in-jizz/
http://www.redwap.me/videos/30646/riley-catching-a-load-on-her-cheek/
http://www.redwap.me/videos/8311/she-chose-to-fuck-me/
http://www.redwap.me/videos/402820/mariah-milano-gets-nailed-with-a-big-cock/
http://www.redwap.me/videos/247124/tight-pussy-suffocates-wet-huge-cock/
http://www.redwap.me/videos/417682/pov-fuck-with-a-gf/
http://www.redwap.me/videos/18414/taking-a-break-from-work/
http://www.redwap.me/videos/11520/horny-blonde-milf-gets-fucked/
http://www.redwap.me/videos/14921/big-cock-in-the-skinny-petite-teen-veronica/
http://www.redwap.me/videos/384352/hungarian-girl-in-a-colorful-outfit/
http://www.redwap.me/videos/64292/she-chose-to-fuck-me/
http://www.redwap.me/videos/275558/savannah-stern-2-big-black-cocks-drilling-a-pussy/
http://www.redwap.me/videos/134014/feel-my-pussy-tightness-from-behind/
http://www.redwap.me/videos/7370/long-legged-milf-gets-it-in-doggy-style/
http://www.redwap.me/videos/173020/teen-schoolgirl-masturbation-with-sex-toy-on-webcam/
http://www.redwap.me/videos/4696/my-pussy-is-radio-controlled-now/
http://www.redwap.me/videos/16725/naughty-eva-taking-a-big-cock/
http://www.redwap.me/videos/420025/she-wanted-it-deep/
http://www.redwap.me/videos/402078/perfect-part-of-a-day-for-a-wild-party/
http://www.redwap.me/videos/430150/wonderful-taste/
http://www.redwap.me/videos/301236/getting-that-hardearned-cash/
http://www.redwap.me/videos/94647/fucking-the-mother-when-the-kids-are-gone/
http://www.redwap.me/videos/874/college-team-fucking/
http://www.redwap.me/videos/7932/everybody-moved-down-on-each-other/
http://www.redwap.me/videos/257293/lexi-lapetina-catches-her-spy/
http://www.redwap.me/videos/105798/hd-pov-hot-college-girl-want-you-to-fill-her-with-cum/
http://www.redwap.me/videos/248889/lovely-babe-loves-sucking-cock/
http://www.redwap.me/videos/444049/busty-latina-fortune-teller-takes-it-from-behind-with-pleasure/
http://www.redwap.me/videos/397854/curved-busty-lesbians-in-shower/
http://www.redwap.me/videos/6943/sensual-and-busty/
http://www.redwap.me/videos/229681/brunette-cunt-banged-from-behind/
http://www.redwap.me/videos/301271/making-her-man-feel-good/
http://www.redwap.me/videos/125113/massive-vibrator-on-lesbian-pussy/
http://www.redwap.me/videos/309330/horny-teen-cocksucker-on-duty/
http://www.redwap.me/videos/19679/my-busty-boss-holly-heart/
http://www.redwap.me/videos/359025/double-lesbian-trouble/
http://www.redwap.me/videos/29691/selena-rose-the-deepthroat-minx/
http://www.redwap.me/videos/418097/perfect-car-fuck/
http://www.redwap.me/videos/330902/perfect-teen-blonde/
http://www.redwap.me/videos/354135/best-mask-for-a-bj/
http://www.redwap.me/videos/889/beautiful-fitness-girl-giving-head/
http://www.redwap.me/videos/126153/shaved-pussy-massage-lesbian-sex/
http://www.redwap.me/videos/14940/settling-the-score-with-tiff/
http://www.redwap.me/videos/159234/hot-amateur-summer-sex/
http://www.redwap.me/videos/359141/hungarian-ladies-getting-pounded/
http://www.redwap.me/videos/248532/combining-warm-wet-saliva-with-cum/

http://www.redwap.me/videos/133127/blonde-beauty-got-pussy-creampie/
http://www.redwap.me/videos/14053/some-fun-for-money/
http://www.redwap.me/videos/122934/boobied-brunette-milf-in-69-position/
http://www.redwap.me/videos/430432/can-hardly-wait/
http://www.redwap.me/videos/427870/curly-hair-dont-care/
http://www.redwap.me/videos/404867/naughty-spanish-slut/
http://www.redwap.me/videos/18295/victoria-sweet-in-mikes-apartment/
http://www.redwap.me/videos/402707/hot-teen-babe-riding-cock/
http://www.redwap.me/videos/28496/russian-brunette-passionate-sex/
http://www.redwap.me/videos/6763/big-titted-boss-ashton-pierce/
http://www.redwap.me/videos/109233/blonde-babe-fingering-lesbian-masseuse/
http://www.redwap.me/videos/430887/pure-passion-from-a-teen/
http://www.redwap.me/videos/418189/lesbian-oneuppers/
http://www.redwap.me/videos/16574/dakota-licking-cheries-sweet-pussy/
http://www.redwap.me/videos/273622/its-better-with-no-bra/
http://www.redwap.me/videos/359104/vicious-vip-fucking/
http://www.redwap.me/videos/249182/beautiful-girls-playing-with-their-holes/
http://www.redwap.me/videos/59751/sweet-hungarian-pussy/
http://www.redwap.me/videos/354055/where-art-and-sex-meet/
http://www.redwap.me/videos/301441/busty-cougar-nailed-at-work/
http://www.redwap.me/videos/430964/the-best-pair-of-panties/
http://www.redwap.me/videos/304091/hair-pie-fucked-hard-with-pussy-creampie/
http://www.redwap.me/videos/4747/naughty-noelle-loves-it-big/
http://www.redwap.me/videos/364990/stepsister-fucks-her-creepy-brother/
http://www.redwap.me/videos/301334/thick-girl-railed-from-behind/
http://www.redwap.me/videos/418291/blowjob-beauty/
http://www.redwap.me/videos/781/shes-always-had-big-cocks-since-high-school/
http://www.redwap.me/videos/259565/smc9-free-amateur-cumshot-porn/
http://www.redwap.me/videos/31626/were-in-love-with-holly/
http://www.redwap.me/videos/177648/victoria-sweet-gets-soft-fuck/
http://www.redwap.me/videos/417248/super-slut-sydney/
http://www.redwap.me/videos/178508/amateur-chick-assfuck-and-facial/
http://www.redwap.me/videos/28471/bibi-jones-deep-pussy-creampie/
http://www.redwap.me/videos/331080/great-booty-of-work/
http://www.redwap.me/videos/125112/blonde-slut-enjoys-afternoon-fuck/
http://www.redwap.me/videos/354256/brazilian-rogues-are-the-best/
http://www.redwap.me/videos/396943/latinas-real-thirst/
http://www.redwap.me/videos/273345/bubble-butt-losing-its-virginity/
http://www.redwap.me/videos/34038/girlfriend-threesome-super-cute-teen/
http://www.redwap.me/videos/288464/stacey-pays-for-a-ride-with-a-blowjob-and-spreding-her-legs/
http://www.redwap.me/videos/428041/black-cock-for-a-hoe/
http://www.redwap.me/videos/132502/macy-paying-the-rent/
http://www.redwap.me/videos/359/layla-and-her-friend-belle/
http://www.redwap.me/videos/422969/latinas-lusty-pussy/
http://www.redwap.me/videos/414908/hot-four-play/
http://www.redwap.me/videos/330592/pretty-cumcovered-face/
http://www.redwap.me/videos/3988/busty-teens-having-group-sex/
http://www.redwap.me/videos/421955/here-to-show-the-world/
http://www.redwap.me/videos/24800/manuel-fucking-another-slutty-milf/
http://www.redwap.me/videos/398932/railed-like-a-total-slut/
http://www.redwap.me/videos/21180/sweet-babe-gets-anal-cumshot/

http://www.redwap.me/videos/129408/passionate-lesbian-at-pussy-sucking/
http://www.redwap.me/videos/123325/a-quick-tour-of-the-apartment/
http://www.redwap.me/videos/187223/black-stud-fucks-both-of-her-holes/
http://www.redwap.me/videos/405561/real-latina-lust/
http://www.redwap.me/videos/32671/big-titted-boss-holly-heart/
http://www.redwap.me/videos/514/lustful-european-marina/
http://www.redwap.me/videos/416941/banging-brunas-pussy/
http://www.redwap.me/videos/419401/rip-a-new-one/
http://www.redwap.me/videos/301625/shes-still-a-slut/
http://www.redwap.me/videos/16719/big-beautiful-young-natural-tits/
http://www.redwap.me/videos/431002/high-speed-sex/
http://www.redwap.me/videos/188507/ebony-couple-closeup-anal-sex/
http://www.redwap.me/videos/302060/lenas-intense-lust/
http://www.redwap.me/videos/10138/lick-moms-pussy/
http://www.redwap.me/videos/24220/gentle-at-first-hardcore-later/
http://www.redwap.me/videos/171298/hot-webcam-girl-gets-creampied/
http://www.redwap.me/videos/65966/lick-moms-pussy/
http://www.redwap.me/videos/2977/amazing-gabriella-fucking-on-camera/
http://www.redwap.me/videos/429896/bigger-means-better/
http://www.redwap.me/videos/30535/rubbing-into-the-new-year/
http://www.redwap.me/videos/30650/bumped-from-behind-on-tiptoes/
http://www.redwap.me/videos/422213/best-bikini-ever/
http://www.redwap.me/videos/271145/busty-babe-drilled-in-office/
http://www.redwap.me/videos/33867/lesbian-sex-as-a-payment/
http://www.redwap.me/videos/415385/all-hot-all-over/
http://www.redwap.me/videos/266885/delightful-lesbians-with-natural-tits/
http://www.redwap.me/videos/354571/experimenting-in-college/
http://www.redwap.me/videos/4686/young-couple-rekindling-old-memories/
http://www.redwap.me/videos/18151/fuck-for-work/
http://www.redwap.me/videos/302782/flawless-cumcovered-face/
http://www.redwap.me/videos/425464/sweet-taste-of-white-cock/
http://www.redwap.me/videos/267026/drilling-blonde-babe-from-behind/
http://www.redwap.me/videos/748/cute-blonde-teen-taylor-tilden/
http://www.redwap.me/videos/122291/slutty-milf-fucking-hot-stud/
http://www.redwap.me/videos/67140/lola-and-india-in-action/
http://www.redwap.me/videos/217105/redhead-amateur-teen-bangs-outdoor/
http://www.redwap.me/videos/59209/these-girls-decided-to-have-a-girls-night/
http://www.redwap.me/videos/247347/loving-french-affair/
http://www.redwap.me/videos/6778/big-titted-businesswoman-cherie-deville/
http://www.redwap.me/videos/160120/super-hot-lesbians-finger-fuck/
http://www.redwap.me/videos/14056/tucker-starr-loves-it-big/
http://www.redwap.me/videos/384851/butt-covered-in-jizz/
http://www.redwap.me/videos/66585/titties-in-tight-plastic-wrap/
http://www.redwap.me/videos/126137/stunning-redhead-lesbian-teen-fucks/
http://www.redwap.me/videos/64859/horny-schoolgirl/
http://www.redwap.me/videos/247695/playful-females-bask-naked-in-the-hot-sun/
http://www.redwap.me/videos/301245/creampie-for-a-tight-booty/
http://www.redwap.me/videos/7220/girls-and-a-few-other-girls/
http://www.redwap.me/videos/422175/perfect-racy-view/
http://www.redwap.me/videos/430076/a-great-fucking-foursome/
http://www.redwap.me/videos/430448/how-girls-do-it/

http://www.redwap.me/videos/30640/ivana-sugar-fucked-freedom-style/
http://www.redwap.me/videos/330764/fucking-a-canadian-cunt/
http://www.redwap.me/videos/166873/german-deutsch/
http://www.redwap.me/videos/393080/her-lovely-friends/
http://www.redwap.me/videos/63570/luscious-black-tits/
http://www.redwap.me/videos/388287/hardcore-cowgirl-fucking/
http://www.redwap.me/videos/249331/lovely-ebony-babe-shows-off-her-skills/
http://www.redwap.me/videos/203641/my-bodys-telling-me-yes/
http://www.redwap.me/videos/289905/busty-flashing-and-fucking-outdoor/
http://www.redwap.me/videos/24445/dirty-milf-getting-a-pounding/
http://www.redwap.me/videos/388267/creampie-for-a-stunning-blonde/
http://www.redwap.me/videos/58307/cindy-paying-with-her-tight-teen-ass/
http://www.redwap.me/videos/26646/kirsten-got-a-new-girl/
http://www.redwap.me/videos/123847/small-tits-slut-riding-the-big-cock/
http://www.redwap.me/videos/34018/good-friends-share-a-cock/
http://www.redwap.me/videos/185672/beautiful-european-blonde-solo-masturbating/
http://www.redwap.me/videos/330339/spanish-slut-fucked/
http://www.redwap.me/videos/301848/lets-get-to-it/
http://www.redwap.me/videos/8394/a-magic-bus/
http://www.redwap.me/videos/6667/tattooed-and-with-huge-boobs/
http://www.redwap.me/videos/126196/pierced-tongue-lesbian-teen-fucking/
http://www.redwap.me/videos/301134/spicy-latina-tasting-his-cock/
http://www.redwap.me/videos/394387/two-girls-seduced-by-money/
http://www.redwap.me/videos/59772/fucked-in-ice-cream-shop/
http://www.redwap.me/videos/353578/skinny-chicks-love-big-dicks/
http://www.redwap.me/videos/443443/little-blonde-teen-got-her-pussy-eaten-out-and-smashed/
http://www.redwap.me/videos/94160/sweet-hungarian-pussy/
http://www.redwap.me/videos/354364/all-red-seduction/
http://www.redwap.me/videos/16824/the-place-where-the-best-party-action-was/
http://www.redwap.me/videos/353987/naughty-bunny/
http://www.redwap.me/videos/421689/size-does-matter/
http://www.redwap.me/videos/430441/sex-surprise/
http://www.redwap.me/videos/310342/ass-teasing-and-dildoing/
http://www.redwap.me/videos/123185/she-was-pleasant-and-loyal-that-is-until-she-wasnt/
http://www.redwap.me/videos/223619/natural-busty-milf-banged-hard/
http://www.redwap.me/videos/25235/sexy-blonde-getting-really-wet/
http://www.redwap.me/videos/266599/lovely-teen-fucking-by-the-pool/
http://www.redwap.me/videos/67745/my-girlfriend-and-her-step-mom/
http://www.redwap.me/videos/34078/euro-girlfriend/
http://www.redwap.me/videos/353542/almost-public/
http://www.redwap.me/videos/4561/sex-audition-tape/
http://www.redwap.me/videos/123850/doctor-fucks-beautiful-brunette-agent/
http://www.redwap.me/videos/286215/relaxed-blonde-rides-masseurs-dick/
http://www.redwap.me/videos/425260/railing-a-teen-from-behind/
http://www.redwap.me/videos/316034/guy-fucks-horny-redhead-girlfriend/
http://www.redwap.me/videos/4876/lets-fuckin-do-it/
http://www.redwap.me/videos/666/hardcore-lessons-from-step-mom/
http://www.redwap.me/videos/172927/masseur-bangs-petite-brunette-babe/
http://www.redwap.me/videos/267933/forest-sex-adventures/
http://www.redwap.me/videos/7916/club-of-sex/
http://www.redwap.me/videos/301660/best-birthday-ever/

http://www.redwap.me/videos/30587/blowing-and-stroking-him/
http://www.redwap.me/videos/18276/young-kiera-winters-gets-fucked/
http://www.redwap.me/videos/358148/the-walking-dead-porn-parody/
http://www.redwap.me/videos/3074/anal-couples-are-happy-couples/
http://www.redwap.me/videos/405865/oily-and-meaty-booty/
http://www.redwap.me/videos/404856/webcam-show-of-the-century/
http://www.redwap.me/videos/19905/natural-titted-blondie-danielle-delaunay/
http://www.redwap.me/videos/285095/mister-will-you-luvv-me/
http://www.redwap.me/videos/422947/huge-cock-for-home-cook/
http://www.redwap.me/videos/353517/furious-fucking-on-a-couch/
http://www.redwap.me/videos/186592/a-round-peach-of-an-ass/
http://www.redwap.me/videos/6402/anal-couples-are-happy-couples/
http://www.redwap.me/videos/182950/amateur-teen-babe-beauty-blowjob/
http://www.redwap.me/videos/94320/fucked-in-ice-cream-shop/
http://www.redwap.me/videos/290/kate-sharing-her-boyfriends-cock-with-her-friend/
http://www.redwap.me/videos/417087/katies-kinky-thoughts/
http://www.redwap.me/videos/123206/nurse-gets-fucked-on-the-patient-chair/
http://www.redwap.me/videos/354220/roxii-rocking-his-world/
http://www.redwap.me/videos/413172/back-in-jayden-black/
http://www.redwap.me/videos/430119/moist-maid-fucked/
http://www.redwap.me/videos/396656/ebony-hottie-fuck-it-dry/
http://www.redwap.me/videos/355165/car-wash-craziness/
http://www.redwap.me/videos/7972/let-them-loose/
http://www.redwap.me/videos/28476/remy-lacroix-handled-by-manuel/
http://www.redwap.me/videos/330047/best-jeans-ever/
http://www.redwap.me/videos/301333/lovely-lesbian-lovers/
http://www.redwap.me/videos/354030/marvellous-prefuck-on-a-balcony/
http://www.redwap.me/videos/18374/turn-this-shy-girl-into-a-real-girl/
http://www.redwap.me/videos/425696/teens-go-crazy/
http://www.redwap.me/videos/4270/strip-naked-for-a-massage/
http://www.redwap.me/videos/425839/best-black-booty/
http://www.redwap.me/videos/312770/welcoming-step-daughter-back-home/
http://www.redwap.me/videos/422911/pounding-for-a-pawg/
http://www.redwap.me/videos/385909/fucking-them-both/
http://www.redwap.me/videos/4413/sensual-teen-taissia/
http://www.redwap.me/videos/420217/girls-love-cash/
http://www.redwap.me/videos/248890/horny-babe-invades-boyfriend-apartment/
http://www.redwap.me/videos/264054/masseuse-tribbing-busty-brunette-babe/
http://www.redwap.me/videos/123226/filming-a-gift-for-her-boyfriend/
http://www.redwap.me/videos/419940/quick-cash-creampie/
http://www.redwap.me/videos/415422/dirty-sweaty-sexy-sex-session/
http://www.redwap.me/videos/353751/two-perfect-babes-and-one-big-dick/
http://www.redwap.me/videos/19066/londe-milf-helping-young-couple/
http://www.redwap.me/videos/125618/sexy-skirts-lesbian-teens-fucking/
http://www.redwap.me/videos/145/facts-about-college-dorm-life/
http://www.redwap.me/videos/359170/angry-girl-takes-dick-outdoors/
http://www.redwap.me/videos/241898/married-couple-fucks-in-casting/
http://www.redwap.me/videos/431044/moms-new-boyfriend/
http://www.redwap.me/videos/10084/young-couple-needs-her-help/
http://www.redwap.me/videos/208193/lisa-ann-busty-cops-scene2/
http://www.redwap.me/videos/134145/stockings-babe-shares-masturbation-stories/

http://www.redwap.me/videos/420050/milf-slut-with-stockings/
http://www.redwap.me/videos/422793/she-loves-wood/
http://www.redwap.me/videos/301347/naughty-girls-getting-the-presents/
http://www.redwap.me/videos/266717/beautiful-female-enjoys-sucking-hard-on-hard-boner/
http://www.redwap.me/videos/59774/one-and-one-equal-cum/
http://www.redwap.me/videos/5002/hot-yoga-with-ash-hollywood/
http://www.redwap.me/videos/418071/poke-her-pussy/
http://www.redwap.me/videos/94192/one-and-one-equal-cum/
http://www.redwap.me/videos/430141/divine-pleasures-with-a-teen/
http://www.redwap.me/videos/25178/so-pretty-she-looks-photoshopped/
http://www.redwap.me/videos/69/sweet-maddy-oreilly-having-anal/
http://www.redwap.me/videos/5191/amazing-lily-love-in-lingerie/
http://www.redwap.me/videos/4338/a-good-vacation/
http://www.redwap.me/videos/417273/buttplug-teen/
http://www.redwap.me/videos/269498/all-natural-blonde-in-action/
http://www.redwap.me/videos/384900/standing-doggy/
http://www.redwap.me/videos/267008/horny-babe-pleasing-two-cocks/
http://www.redwap.me/videos/286004/horny-blonde-teen-with-wet-pussy/
http://www.redwap.me/videos/429791/hardcore-with-a-hornyass-hoe/
http://www.redwap.me/videos/228702/anal-fucked-outside-and-facialized/
http://www.redwap.me/videos/420540/dani-the-smoking-schoolgirl/
http://www.redwap.me/videos/301846/great-firsttime-exprience/
http://www.redwap.me/videos/508/poke-her-pussy/
http://www.redwap.me/videos/329935/facial-for-a-beauty/
http://www.redwap.me/videos/301515/subby-teen-for-a-couple/
http://www.redwap.me/videos/160/poker-night-ends-with-sex/
http://www.redwap.me/videos/125631/sexy-brunette-lesbian-babes-fingering/
http://www.redwap.me/videos/384413/sophisticated-slut-fucking/
http://www.redwap.me/videos/204819/my-bodys-telling-me-yes/
http://www.redwap.me/videos/219519/blonde-mature-sucking-hairy-dick/
http://www.redwap.me/videos/430953/best-foursome-ever/
http://www.redwap.me/videos/31618/lea-spreading-her-legs-wide/
http://www.redwap.me/videos/181074/need-you-bad/
http://www.redwap.me/videos/384884/kinky-sex-party-done-right/
http://www.redwap.me/videos/415452/best-birthday-ever/
http://www.redwap.me/videos/390540/lusty-latina-fucking/
http://www.redwap.me/videos/1047/my-girlfriend-and-her-step-mom/
http://www.redwap.me/videos/156084/hot-sexy-babes-selena-rose/
http://www.redwap.me/videos/422208/too-pure-for-pussy-penetration/
http://www.redwap.me/videos/236023/pretty-brunette-fucks-from-behind/
http://www.redwap.me/videos/384644/fuck-tha-police/
http://www.redwap.me/videos/330037/paying-the-rent-on-time/
http://www.redwap.me/videos/175695/ebony-couple-closeup-anal-sex/
http://www.redwap.me/videos/240644/hot-lesbians-fingering-in-bedroom/
http://www.redwap.me/videos/26933/stepmom-threesome/
http://www.redwap.me/videos/1281/a-cumming-home-busty-gift/
http://www.redwap.me/videos/354566/working-for-his-hot-cum/
http://www.redwap.me/videos/414530/good-horny-hitchhiker/
http://www.redwap.me/videos/3221/ass-fucked-girlfriend-elizabeth-bentley/
http://www.redwap.me/videos/296016/neighborhood-watch-and-a-hooker/
http://www.redwap.me/videos/355275/riding-the-biggest-cock-ever/

http://www.redwap.me/videos/194/after-poker-sex/
http://www.redwap.me/videos/384618/euro-babes-love-group-sex/
http://www.redwap.me/videos/425915/real-estate-slut/
http://www.redwap.me/videos/415349/too-big-to-fit-in/
http://www.redwap.me/videos/24328/tattooed-stepmom-klarisa-showing-off/
http://www.redwap.me/videos/23218/kiara-the-super-tight-milf/
http://www.redwap.me/videos/4893/kira-queen-and-her-boobs/
http://www.redwap.me/videos/66333/amazing-lily-love-in-lingerie/
http://www.redwap.me/videos/257915/horny-naked-party-with-cocklusting-females/
http://www.redwap.me/videos/415012/sunny-day-and-slutty-fuck/
http://www.redwap.me/videos/430886/cock-worship-is-the-best/
http://www.redwap.me/videos/289348/natural-huge-tits-milf-banged-in-bed/
http://www.redwap.me/videos/354889/trying-stuff-out/
http://www.redwap.me/videos/19913/russian-teen-wants-to-stay/
http://www.redwap.me/videos/353585/tight-exotic-pussy/
http://www.redwap.me/videos/301459/showing-off-her-huge-knockers/
http://www.redwap.me/videos/160089/sexy-naked-lesbians-lick-pussy/
http://www.redwap.me/videos/5735/what-a-nice-pair-of-boobs/
http://www.redwap.me/videos/24185/sharon-lee-is-damn-hot/
http://www.redwap.me/videos/414125/scream-for-his-cream/
http://www.redwap.me/videos/330436/asian-size-queen/
http://www.redwap.me/videos/7698/amazing-natural-boobs/
http://www.redwap.me/videos/125111/czech-lady-creampied-after-massage/
http://www.redwap.me/videos/29630/selena-is-horny-today/
http://www.redwap.me/videos/11498/young-whitney-taking-big-cock/
http://www.redwap.me/videos/4251/apple-bottom-needs-a-cock/
http://www.redwap.me/videos/384278/best-party-ever/
http://www.redwap.me/videos/7402/long-legged-milf-bianca-breeze/
http://www.redwap.me/videos/105566/brunette-latina-babe-banged-pov/
http://www.redwap.me/videos/234351/dude-fucks-demon-mature-lady/
http://www.redwap.me/videos/11511/my-girlfriend-loni-getting-naughty/
http://www.redwap.me/videos/182304/hot-amateur-milf-anal-sex/
http://www.redwap.me/videos/16811/her-massive-and-perfect-tits/
http://www.redwap.me/videos/384550/freshening-her-pussy-up/
http://www.redwap.me/videos/294031/stunner-giving-an-amazing-bj/
http://www.redwap.me/videos/404842/sexy-spanish-milf/
http://www.redwap.me/videos/353832/morning-lesbian-fun/
http://www.redwap.me/videos/402793/anal-pleasure-take-my-hand/
http://www.redwap.me/videos/25952/glam-lesbians-toying-pussy-in-extreme-closeup/
http://www.redwap.me/videos/230907/blonde-bangs-in-public-staircase/
http://www.redwap.me/videos/418021/shes-the-one-fucking-him/
http://www.redwap.me/videos/126179/nylon-stockings-milf-got-creampied/
http://www.redwap.me/videos/10148/bringing-a-milf-to-the-house/
http://www.redwap.me/videos/58967/partying-to-get-fucked/
http://www.redwap.me/videos/407020/busty-enemies-solidify-a-new-alliance-with-a-threesome/
http://www.redwap.me/videos/248567/the-day-is-too-young-for-sex/
http://www.redwap.me/videos/58303/latvian-teen-lolly-paying-the-rent-with-pussy/
http://www.redwap.me/videos/310125/shower-session-turns-into-a-threesome/
http://www.redwap.me/videos/395433/dereks-always-fantasized-harley-jade/
http://www.redwap.me/videos/361171/rebecca-is-a-hot-babe-who-loves-to-get-her-ass-ravaged-with-a-cock/
http://www.redwap.me/videos/238902/masseuse-fingers-oild-pussy-to-brunette/

http://www.redwap.me/videos/404202/fun-for-august-amess-cunt-in-august/
http://www.redwap.me/videos/329908/sexy-babe-with-a-perfect-big-ass/
http://www.redwap.me/videos/63896/bringing-a-milf-to-the-house/
http://www.redwap.me/videos/273216/girls-love-giving-a-head-outdoors/
http://www.redwap.me/videos/67859/maddy-asked-her-boyfriend-to-fuck-her-step-mom/
http://www.redwap.me/videos/364781/two-sexy-bimbo-milfs-fuck-the-shit-out-of-a-lucky-guy/
http://www.redwap.me/videos/429754/busty-as-fuck/
http://www.redwap.me/videos/353559/steamy-sweaty-fuck/
http://www.redwap.me/videos/6375/fresh-paint-fuck/
http://www.redwap.me/videos/362089/a-sexy-lady-like-brandi-love-should-get-young-dick-once-in-a-while/
http://www.redwap.me/videos/316448/big-ass-brunette-gets-her-butt-fucked-and-creamed-hard/
http://www.redwap.me/videos/431046/impromptu-fuck-fest/
http://www.redwap.me/videos/64270/fresh-paint-fuck/
http://www.redwap.me/videos/329954/showing-how-its-done/
http://www.redwap.me/videos/425038/fishnets-fuck-fest/
http://www.redwap.me/videos/425432/camp-kinky-fuck/
http://www.redwap.me/videos/64117/teacher-showing-him-how-to-eat-his-girlfriends-pussy/
http://www.redwap.me/videos/272891/sexy-in-fishnet-masturbates-on-webcam-live-on-1hottie/
http://www.redwap.me/videos/417762/euro-fuck-party/
http://www.redwap.me/videos/274073/blonde-euro-masseuse-gets-big-dick/
http://www.redwap.me/videos/18436/a-night-of-entertainment/
http://www.redwap.me/videos/301284/take-off-your-pants/
http://www.redwap.me/videos/2870/fresh-paint-fuck/
http://www.redwap.me/videos/19883/i-have-an-idea-for-you/
http://www.redwap.me/videos/282966/boxing-hottie-with-round-ass-fucks-in-the-ring/
http://www.redwap.me/videos/1081/teacher-showing-him-how-to-eat-his-girlfriends-pussy/
http://www.redwap.me/videos/123280/want-to-stay-show-your-pussy/
http://www.redwap.me/videos/7947/ladies-love-getting-freaky-in-club/
http://www.redwap.me/videos/126764/horny-lesbian-teens-fingering-pussy-holes/
http://www.redwap.me/videos/356022/blown-away-part-3-mila-needs-some-cock/
http://www.redwap.me/videos/248247/big-ass-cheeks-milf-kisses-passionately/
http://www.redwap.me/videos/125676/hairy-pussy-milf-fucked-until-cum/
http://www.redwap.me/videos/126199/hot-milf-creampied-by-younger-dick/
http://www.redwap.me/videos/5822/two-blondes-for-a-lucky-bastard/
http://www.redwap.me/videos/256388/busty-milf-in-lingerie-cunt-licked/
http://www.redwap.me/videos/211423/petite-blonde-in-stockings-bangs-in-a-fake-taxi/
http://www.redwap.me/videos/296131/hot-teen-loves-sucking-huge-cock/
http://www.redwap.me/videos/240409/brunette-babe-fucks-with-spread-legs/
http://www.redwap.me/videos/31276/abby-only-wants-it-from-behind/
http://www.redwap.me/videos/244625/pretty-tall-blonde-fucks-in-public/
http://www.redwap.me/videos/63922/kaylee-evans-and-friends-getting-loose/
http://www.redwap.me/videos/399327/huge-boobs-blonde-in-stockings-banging/
http://www.redwap.me/videos/1195/young-couple-and-their-milf-neighbor/
http://www.redwap.me/videos/124543/cameraman-toys-and-fucks-sexy-agent/
http://www.redwap.me/videos/125670/hot-blonde-amateur-fucks-in-casting/
http://www.redwap.me/videos/358005/three-pussy-munching-nymphos-have-fun-by-the-pool/
http://www.redwap.me/videos/141369/horny-girlfriend-masturbates-for-her-fans/
http://www.redwap.me/videos/396854/huge-cock-guy-bangs-latina-friend/
http://www.redwap.me/videos/292835/cheerleader-gets-her-tight-ass-banged/
http://www.redwap.me/videos/257620/long-haired-webcams-free-teen-porn-2/
http://www.redwap.me/videos/64384/young-couple-and-their-milf-neighbor/

http://www.redwap.me/videos/281966/redhead-masseuse-gets-cunt-finger-fucked/
http://www.redwap.me/videos/419954/stud-with-a-slut/
http://www.redwap.me/videos/133181/welcome-to-my-sexy-toy-world/
http://www.redwap.me/videos/249617/dive-deeper-than-i-can-remember/
http://www.redwap.me/videos/234346/short-haired-redhead-sucks-in-casting/
http://www.redwap.me/videos/302053/things-she-would-do-for-money/
http://www.redwap.me/videos/228634/blonde-anal-fucks-till-gets-facial/
http://www.redwap.me/videos/422002/fantastic-fucking-with-a-foxxy-lady/
http://www.redwap.me/videos/354841/crazy-sex-party-on-a-campus/
http://www.redwap.me/videos/65661/my-girlfriend-wanted-to-have-dinner/
http://www.redwap.me/videos/189965/short-haired-blonde-banged-in-bed/
http://www.redwap.me/videos/214721/hairy-cunt-brunette-milf-beauty-banged/
http://www.redwap.me/videos/22961/stoya-get-her-ass-opened-wide/
http://www.redwap.me/videos/109069/hd-pov-petite-brunette-with-big-ass-loves-it-frombehind/
http://www.redwap.me/videos/269377/juicy-babe-in-a-sexy-swimsuit/
http://www.redwap.me/videos/330860/massive-bbc-for-a-tiny-teen/
http://www.redwap.me/videos/125133/business-lady-fucks-after-hard-work/
http://www.redwap.me/videos/6735/cum-hungry-babes-partying-their-way/
http://www.redwap.me/videos/320980/charmed-by-home-alone-virgin-cutie/
http://www.redwap.me/videos/292133/milf-india-summer-teachers-young-couple/
http://www.redwap.me/videos/269494/redhead-euro-bunny-bangs-in-public/
http://www.redwap.me/videos/199012/redhead-milf-banged-in-pink-lingerie/
http://www.redwap.me/videos/4008/sweet-busty-valentina-having-passionate-sex/
http://www.redwap.me/videos/210814/dark-haired-gf-loves-hard-sex/
http://www.redwap.me/videos/67411/the-gift-of-her-virgin-asshole/
http://www.redwap.me/videos/231944/milf-beauty-anal-banged-in-bed/
http://www.redwap.me/videos/118047/ava-adams-scissors-nikki-benz-outside/
http://www.redwap.me/videos/388126/ebony-teen-bangs-her-bros-friend/
http://www.redwap.me/videos/59056/they-had-to-work-something-out/
http://www.redwap.me/videos/119511/blonde-face-sitting-on-brunette-lesbo/
http://www.redwap.me/videos/270395/kendra-sunderland-is-now-on-livenastygirls/
http://www.redwap.me/videos/306950/naughty-family-thanksgiving-with-cheating-wife/
http://www.redwap.me/videos/7443/once-fiona-was-a-little-loose/
http://www.redwap.me/videos/388304/casting-of-a-sexy-busty-babe/
http://www.redwap.me/videos/34465/tanned-oiled-blonde-brazilian-showing-pussy/
http://www.redwap.me/videos/246843/complete-halloween-party-with-every-adventure/
http://www.redwap.me/videos/419992/sideways-anal/
http://www.redwap.me/videos/8760/beautiful-black-milf-takes-facial-cumshot/
http://www.redwap.me/videos/124461/brunette-slut-creampied-after-fuck/
http://www.redwap.me/videos/249763/naughty-teen-gets-her-perfect-cock/
http://www.redwap.me/videos/146773/horny-amateur-girl-anal-toying-deep/
http://www.redwap.me/videos/35459/sexy-amateur-is-ready-for-anal/
http://www.redwap.me/videos/259746/natural-busty-redhead-banged-in-bed/
http://www.redwap.me/videos/257104/smiley-harley-delights-in-fucking-with-a-huge-cock/
http://www.redwap.me/videos/364518/dillion-harper-swallow-chads-white-cock/
http://www.redwap.me/videos/2997/my-gf-giving-head-on-camera/
http://www.redwap.me/videos/247066/horny-slutty-babes-share-their-nudity-wet-pussies/
http://www.redwap.me/videos/19415/big-titted-black-babe-in-action/
http://www.redwap.me/videos/269908/beautiful-ass-brunette-banged-in-public/
http://www.redwap.me/videos/398124/redhead-cutie-ready-for-a-cumshot/
http://www.redwap.me/videos/407121/smart-sluts-shake-their-money-makers/

http://www.redwap.me/videos/119539/busty-euro-amateur-assfucked-and-facialized/
http://www.redwap.me/videos/257605/long-haired-webcams-free-teen-porn-v/
http://www.redwap.me/videos/31530/natasha-wants-you-to-go-slow/
http://www.redwap.me/videos/418404/just-listen-to-what-she-says/
http://www.redwap.me/videos/31629/kendall-pushing-her-ass-towards-him/
http://www.redwap.me/videos/33550/stepmom-angel-snow-sharing-hard-cock/
http://www.redwap.me/videos/124486/busty-brunette-milf-likes-lesbian-love/
http://www.redwap.me/videos/261867/doctor-fucks-tall-bent-over-blonde/
http://www.redwap.me/videos/20058/tiny-teen-fucks-her-big-man/
http://www.redwap.me/videos/123157/taking-the-party-into-the-tents-and-filming-it/
http://www.redwap.me/videos/398671/sexy-sluts-enjoyed-awesome-threesome-pounding/
http://www.redwap.me/videos/164840/tiffany-thompson-is-sexy-fucking-slut/
http://www.redwap.me/videos/64197/beautiful-black-milf-takes-facial-cumshot/
http://www.redwap.me/videos/240716/nude-busty-masseuse-gets-twat-licked/
http://www.redwap.me/videos/7182/a-hot-night-in-south-florida/
http://www.redwap.me/videos/160229/housewife-creampied-by-a-black-cock/
http://www.redwap.me/videos/326298/fucking-her-best-friend-man-in-a-romantic-scenery/
http://www.redwap.me/videos/287277/pretty-and-skilled-amateur-cock-sucker/
http://www.redwap.me/videos/296721/big-tits-flashing-in-czech-streets/
http://www.redwap.me/videos/134344/fucking-two-sexy-moms-for-fun/
http://www.redwap.me/videos/440824/office-sex-with-a-pale-hottie/
http://www.redwap.me/videos/262260/lesbian-moms-licking-in-sixty-nine/
http://www.redwap.me/videos/384691/bending-over-backwards-for-his-cock/
http://www.redwap.me/videos/396709/britney-amber-and-ariana-marie-facials/
http://www.redwap.me/videos/168752/redhead-tourist-banged-in-fake-taxi/
http://www.redwap.me/videos/115806/redhead-with-strap-on-fucks-brunette/
http://www.redwap.me/videos/65006/horny-milf-danika-dash-gets-fucked/
http://www.redwap.me/videos/291223/master-of-oral-pleasure-giving-head/
http://www.redwap.me/videos/109129/latina-babe-fucked-pov-till-cumshot/
http://www.redwap.me/videos/18508/mom-helping-young-couple-to-fuck/
http://www.redwap.me/videos/310029/skilled-milf-blowing-a-hard-shaft/
http://www.redwap.me/videos/394865/hot-teen-bangs-dads-friend-big-dick-at-home/
http://www.redwap.me/videos/227421/sexy-brunette-milf-licks-young-pussy/
http://www.redwap.me/videos/8504/titties-in-tight-plastic-wrap/
http://www.redwap.me/videos/290504/naughty-girl-looking-to-be-disciplined/
http://www.redwap.me/videos/16962/after-the-big-game-on-campus/
http://www.redwap.me/videos/244627/dude-fucks-milf-and-cums-twice/
http://www.redwap.me/videos/1316/busty-girlfriend-recorded-her-in-action/
http://www.redwap.me/videos/19784/young-couple-and-their-older-friend/
http://www.redwap.me/videos/115870/oiled-ebony-gets-interracial-massage/
http://www.redwap.me/videos/168535/brunette-mature-lady-fucks-young-cock/
http://www.redwap.me/videos/58998/milf-detective-alura-jenson-threesome-sex/
http://www.redwap.me/videos/138789/hot-whitney-gets-penetrated-from-behind/
http://www.redwap.me/videos/112265/beautiful-brunette-and-redhead-lesbians-licking/
http://www.redwap.me/videos/236431/hot-blonde-amateur-fucks-in-casting/
http://www.redwap.me/videos/30561/good-girl-licks-his-cock-clean/
http://www.redwap.me/videos/1231/shaes-mom-left-her-at-home/
http://www.redwap.me/videos/368240/selfie-slut-stacy-snake-gets-pounded/
http://www.redwap.me/videos/245635/pierced-cunt-amateur-fucks-in-public/
http://www.redwap.me/videos/164743/caught-friend-masturbating-and-fucked-her/
http://www.redwap.me/videos/25463/jesse-jane-draining-another-hard-cock/

http://www.redwap.me/videos/285610/ebony-mom-bangs-young-white-cock/
http://www.redwap.me/videos/354106/fantastic-facial-for-a-hot-chick/
http://www.redwap.me/videos/25909/outdoor-pussylicking-lesbians-in-madmaxxx-gear/
http://www.redwap.me/videos/365460/hot-gf-swallows-sperm-in-public/
http://www.redwap.me/videos/16802/a-slender-latina-named-kimberly-gates/
http://www.redwap.me/videos/4043/my-girlfriend-jayla-loves-sex-games/
http://www.redwap.me/videos/238355/busty-milf-lesbo-fingered-till-orgasm/
http://www.redwap.me/videos/206712/young-guy-bangs-redhead-mature-lady/
http://www.redwap.me/videos/133339/sensual-babe-loves-pure-thick-cum/
http://www.redwap.me/videos/34750/playing-sex-games-in-a-dorm/
http://www.redwap.me/videos/198445/busty-blonde-having-some-naughty-fun/
http://www.redwap.me/videos/203892/sexy-blonde-after-massage-gets-fucked/
http://www.redwap.me/videos/182522/tattooed-brit-banged-in-fake-taxi/
http://www.redwap.me/videos/389155/nerdy-blonde-babe-sucks-dick-before-getting-her-snatch-slammed/
http://www.redwap.me/videos/26583/asian-girls-like-munching-on-pussy/
http://www.redwap.me/videos/269912/all-natural-girl-riding-on-top/
http://www.redwap.me/videos/178397/masseuse-gets-ass-cumshot-after-fuck/
http://www.redwap.me/videos/268804/american-girl-exposing-her-sex-talents/
http://www.redwap.me/videos/172570/girlfriends-licking-in-sixty-nine-position/
http://www.redwap.me/videos/285596/busty-mom-gags-and-fucks-in-bed-in-lingerie/
http://www.redwap.me/videos/197783/experienced-masseur-gets-blowjob-and-fuck/
http://www.redwap.me/videos/224887/euro-blonde-bangs-in-public-hallway/
http://www.redwap.me/videos/421621/bathroom-banging-for-a-curvy-blonde/
http://www.redwap.me/videos/4112/lacey-vega-showing-jmac-her-ass/
http://www.redwap.me/videos/247609/stunning-model-loves-the-seduction-tale/
http://www.redwap.me/videos/123303/busty-nurse-corinna-blake-gets-fucked/
http://www.redwap.me/videos/4575/sensual-sex-with-an-asian-babe/
http://www.redwap.me/videos/4879/fitness-girl-megan-fenox-gets-fucked/
http://www.redwap.me/videos/235951/busty-blonde-beauty-pounds-in-casting/
http://www.redwap.me/videos/269734/beautiful-brunette-babes-licking-in-bed/
http://www.redwap.me/videos/168564/tattooed-blonde-pounded-pov-sexy-fucking/
http://www.redwap.me/videos/313/cute-and-skinny-cindy-giving-head/
http://www.redwap.me/videos/331054/she-wants-that-cum-so-bad/
http://www.redwap.me/videos/238978/horny-latina-deep-toying-on-webcam/
http://www.redwap.me/videos/401453/ryan-mclane-doggy-fuck-sidney-alexis/
http://www.redwap.me/videos/385918/gorgeous-milf-banged-by-a-neighbor/
http://www.redwap.me/videos/222416/spanish-couple-fucking-in-fake-taxi/
http://www.redwap.me/videos/6253/the-gift-of-her-virgin-asshole/
http://www.redwap.me/videos/122281/sexy-blonde-takes-dildo-in-casting/
http://www.redwap.me/videos/2967/carrie-is-getting-prepared-to-go-to-work/
http://www.redwap.me/videos/402236/exploding-all-over-my-bad-bitch/
http://www.redwap.me/videos/30636/blonde-slut-wants-his-cock-deep/
http://www.redwap.me/videos/35485/hot-redhead-gets-creampied-during-casting/
http://www.redwap.me/videos/39/cum-and-then-finish-fucking-me/
http://www.redwap.me/videos/246997/boutique-booty-babe-riding-cock-handsomely/
http://www.redwap.me/videos/370518/eva-lovia-fucked-like-a-spreadeagle/
http://www.redwap.me/videos/6330/my-girlfriend-wanted-to-have-dinner/
http://www.redwap.me/videos/302029/good-pounding-after-a-great-breakfast/
http://www.redwap.me/videos/132510/creamy-load-after-some-pussy-drilling/
http://www.redwap.me/videos/419478/tiny-girl-and-a-thick-load/
http://www.redwap.me/videos/306425/gf-revenge-exboyfriend-fucking-three-sluts/

http://www.redwap.me/videos/312864/hot-beauty-teen-undressing-and-masturbating/
http://www.redwap.me/videos/141288/crazy-hot-blowjob-by-webcam-nympho/
http://www.redwap.me/videos/3247/i-love-when-paris-surprises-me/
http://www.redwap.me/videos/67539/horny-milf-danika-dash-on-top/
http://www.redwap.me/videos/118315/brunette-rubs-pussy-while-gets-fingered/
http://www.redwap.me/videos/282487/sexy-ass-girl-with-golden-techniques/
http://www.redwap.me/videos/273727/huge-tits-blonde-fucks-fake-agent/
http://www.redwap.me/videos/32171/sexy-striptease-with-an-exotic-bombshell/
http://www.redwap.me/videos/123272/big-titted-latina-takes-facial-cumshot/
http://www.redwap.me/videos/124476/horror-doll-alives-for-hard-fucking/
http://www.redwap.me/videos/213893/hardcore-blowjob-fucking-with-sweet-glamour/
http://www.redwap.me/videos/320490/naughty-girlfriend-getting-lolo-at-home/
http://www.redwap.me/videos/35227/busty-secretary-gets-fucked-in-office/
http://www.redwap.me/videos/7745/natural-tits-redhead-girl-giving-head/
http://www.redwap.me/videos/401455/bambino-romping-blair-williams-on-top/
http://www.redwap.me/videos/402742/take-my-anal-close-to-heaven/
http://www.redwap.me/videos/418929/alien-prisoner-wrecks-kiki-minajs-ass/
http://www.redwap.me/videos/117950/lesbian-girlfriends-sharing-dick-in-casting/
http://www.redwap.me/videos/63983/carrie-is-getting-prepared-to-go-to-work/
http://www.redwap.me/videos/257440/bent-over-redhead-banged-in-public/
http://www.redwap.me/videos/279104/beautiful-russian-student-bangs-in-public/
http://www.redwap.me/videos/7359/soccer-milf-sliding-on-a-cock/
http://www.redwap.me/videos/7824/kaylee-evans-and-friends-getting-loose/
http://www.redwap.me/videos/29689/horny-latina-is-the-perfect-quickie/
http://www.redwap.me/videos/4234/my-busty-girlfriend-fucking-on-camera/
http://www.redwap.me/videos/4121/cute-dentist-gave-him-a-fuck/
http://www.redwap.me/videos/304041/euro-slut-doing-it-for-fun/
http://www.redwap.me/videos/391045/hot-ride-for-tight-ass-mama/
http://www.redwap.me/videos/19806/amazing-lily-love-in-the-gym/
http://www.redwap.me/videos/16627/putting-her-new-toy-to-work/
http://www.redwap.me/videos/266476/lonely-chubby-queen-loves-music-and-masturbation/
http://www.redwap.me/videos/384860/sexy-mom-with-a-latex-fetish/
http://www.redwap.me/videos/154/super-horny-teen-waited-too-long/
http://www.redwap.me/videos/7176/payton-was-feeling-kinky-this-morning/
http://www.redwap.me/videos/301375/brown-sugar/
http://www.redwap.me/videos/4250/natural-titted-jade-aspen-in-action/
http://www.redwap.me/videos/300359/young-couple-enjoying-their-moment-together/
http://www.redwap.me/videos/274575/huge-tits-pierced-amateur-banged-outdoor/
http://www.redwap.me/videos/178457/european-horny-couple-banging-in-bedroom/
http://www.redwap.me/videos/49637/wonderful-babes-get-naked-and-play/
http://www.redwap.me/videos/33800/busty-cougar-julia-ann-cum-sprayed/
http://www.redwap.me/videos/118367/cameraman-shoves-huge-cock-in-agent/
http://www.redwap.me/videos/133670/hot-milf-hunted-down-for-pleasure/
http://www.redwap.me/videos/350/specially-if-you-are-getting-paid/
http://www.redwap.me/videos/19963/her-perfect-tits-bounced-all-around/
http://www.redwap.me/videos/140441/perfect-ass-blonde-babe-banged-pov/
http://www.redwap.me/videos/266815/stunning-babe-enjoys-sensual-masturbation-audio/
http://www.redwap.me/videos/64303/preparing-her-ass-for-anal-sex/
http://www.redwap.me/videos/266691/slutty-partners-embrace-outdoor-sex-passionately/
http://www.redwap.me/videos/103500/busty-babe-pov-banged-couple-booty/
http://www.redwap.me/videos/119445/exotic-cutie-deepthroats-and-rides-cock/

http://www.redwap.me/videos/117045/lesbian-cutie-munching-on-juicy-pussy/
http://www.redwap.me/videos/231312/short-hair-amateur-fucks-in-public/
http://www.redwap.me/videos/18156/heathers-step-mom-joins-the-couple/
http://www.redwap.me/videos/263296/pale-blonde-beauty-banged-after-massage/
http://www.redwap.me/videos/238351/curly-haired-amateur-bangs-in-public/
http://www.redwap.me/videos/394859/campus-game-of-dare-gone-sexual/
http://www.redwap.me/videos/4865/cute-teen-with-perfect-double-ds-breasts/
http://www.redwap.me/videos/303776/sexy-teen-fucks-for-her-rent/
http://www.redwap.me/videos/255302/putting-my-soft-lips-to-use/
http://www.redwap.me/videos/185351/small-tittied-milf-banged-to-cumshot/
http://www.redwap.me/videos/435300/hung-dude-pounds-gorgeous-lana-rhoades039-oiled-big-wet-butt/
http://www.redwap.me/videos/257945/tanned-busty-girlfriend-banged-in-bed/
http://www.redwap.me/videos/292513/naked-blonde-gets-huge-tits-massaged/
http://www.redwap.me/videos/102708/latina-teen-banging-pov-brunette-squirt/
http://www.redwap.me/videos/260930/stunning-milfs-had-wild-lesbian-sex/
http://www.redwap.me/videos/181516/czech-brunette-amateur-bangs-outdoor-pov/
http://www.redwap.me/videos/299492/sex-casting-at-reality-kings-studio/
http://www.redwap.me/videos/385034/thick-blonde-get-a-work-out/
http://www.redwap.me/videos/391664/ariella-ferreras-milf-pussy-got-railed/
http://www.redwap.me/videos/203956/experienced-masseur-bangs-big-ass-brunette/
http://www.redwap.me/videos/220317/ebony-dance-banged-in-fake-taxi/
http://www.redwap.me/videos/63653/like-a-naughty-girlfriend-i-made-him-a-sex-video/
http://www.redwap.me/videos/292603/young-pornstar-riley-reid-licking-pussy/
http://www.redwap.me/videos/16710/redhead-babe-with-a-good-ass/
http://www.redwap.me/videos/315420/teen-girl-with-awesome-footjob-skills/
http://www.redwap.me/videos/173671/lesbian-brunette-takes-strap-on-dildo/
http://www.redwap.me/videos/25193/tsa-dude-surrounded-by-milf-tits/
http://www.redwap.me/videos/301882/busty-brunette-jumping-on-his-cock/
http://www.redwap.me/videos/115567/lesbians-in-lingerie-have-oral-sex/
http://www.redwap.me/videos/19161/tiny-teen-sucking-her-massive-man/
http://www.redwap.me/videos/395132/peta-jensen-fuck-the-king/
http://www.redwap.me/videos/266663/busty-latina-mistress-deep-penetration-sex/
http://www.redwap.me/videos/4145/because-her-step-mom-was-upstairs/
http://www.redwap.me/videos/378039/natural-big-boobs-babe-washing-car/
http://www.redwap.me/videos/34106/russian-girl-trading-sex-for-rent/
http://www.redwap.me/videos/220039/club-dancer-bangs-in-fake-taxi/
http://www.redwap.me/videos/282626/big-ass-mature-banged-from-behind/
http://www.redwap.me/videos/64860/group-sex-with-our-history-teacher/
http://www.redwap.me/videos/247222/tight-girlfriend-pussy-glazed-with-cum/
http://www.redwap.me/videos/231966/uk-babe-gives-footjob-in-casting/
http://www.redwap.me/videos/401423/evelin-stones-pussy-romped-from-behind/
http://www.redwap.me/videos/233337/masseur-fucks-pussy-and-fingers-ass/
http://www.redwap.me/videos/244981/sexy-brunette-babe-gets-erotic-fuck/
http://www.redwap.me/videos/403517/contractor-bangs-huge-tits-milf-housewife/
http://www.redwap.me/videos/203639/ill-be-your-naughty-girl/
http://www.redwap.me/videos/204558/brunette-banged-outside-in-public-pov/
http://www.redwap.me/videos/203308/short-haired-ebony-amateur-banged-pov/
http://www.redwap.me/videos/298750/euro-sex-party-with-two-teens/
http://www.redwap.me/videos/110475/hot-lesbian-girlfriends-fingering-in-bed/
http://www.redwap.me/videos/133059/milf-hairy-pussy-hole-hard-fucked/
http://www.redwap.me/videos/7088/renna-ryann-having-a-tasty-snack/

http://www.redwap.me/videos/93935/i-love-when-paris-surprises-me/
http://www.redwap.me/videos/320975/two-friends-making-a-homemade-sextape/
http://www.redwap.me/videos/388277/fresh-jizz-for-her-perfect-tits/
http://www.redwap.me/videos/203321/beautiful-brunette-and-redhead-lesbians-licking/
http://www.redwap.me/videos/406569/fantastic-fuck-with-a-fit-girl/
http://www.redwap.me/videos/133692/hot-babe-bouncing-hard-and-tirelessly/
http://www.redwap.me/videos/250327/hot-brunette-loves-to-taste-candy/
http://www.redwap.me/videos/423014/beautiful-milf-fucks-a-in-a-hardcore-interracial-scene/
http://www.redwap.me/videos/133380/caring-less-while-enjoying-the-blowjob/
http://www.redwap.me/videos/204576/sexy-blonde-agent-banged-till-cumshot/
http://www.redwap.me/videos/430739/no-party-like-a-teen-orgy/
http://www.redwap.me/videos/233069/redhead-mature-lady-fucks-in-panties/
http://www.redwap.me/videos/250183/big-couch-makes-hardcore-sex-possible/
http://www.redwap.me/videos/176645/dude-fucks-tight-euro-brunette-babe/
http://www.redwap.me/videos/126765/laced-panties-blonde-loves-big-cock/
http://www.redwap.me/videos/330686/brown-sugar/
http://www.redwap.me/videos/293024/cute-teen-brunette-eva-loves-sucking/
http://www.redwap.me/videos/170/super-sweet-girl-deepthroating-and-fucking/
http://www.redwap.me/videos/294044/ebony-amateur-flashing-bum-in-public/
http://www.redwap.me/videos/388129/blonde-lesbian-teen-masturbates-with-toy/
http://www.redwap.me/videos/247265/busty-black-babes-expose-ass-cheeks/
http://www.redwap.me/videos/191593/beautiful-tanned-brunette-banging-to-creampie/
http://www.redwap.me/videos/7321/long-legged-brunette-milf-bianca-breeze/
http://www.redwap.me/videos/4328/sweet-alexis-gets-fucked-with-love/
http://www.redwap.me/videos/270173/homemade-bj-with-a-hungry-girlfriend/
http://www.redwap.me/videos/234357/hot-brunette-amateur-gets-anal-screwed/
http://www.redwap.me/videos/379022/big-boobs-stepmom-fucks-teen-couple/
http://www.redwap.me/videos/16836/the-girls-got-them-rock-hard/
http://www.redwap.me/videos/444478/milf-in-stockings-seduces-you/
http://www.redwap.me/videos/29143/paige-turnah-insists-on-her-desert/
http://www.redwap.me/videos/386127/crazy-fuck-for-a-shy-girl/
http://www.redwap.me/videos/276276/teen-with-hot-body-stripping-masturbating/
http://www.redwap.me/videos/444541/buxom-blonde-woman-takes-it-from-behind-hard-and-fast/
http://www.redwap.me/videos/382125/huge-tits-milf-fuck-young-hitchhiker/
http://www.redwap.me/videos/23020/huge-tits-on-this-slim-masseuse/
http://www.redwap.me/videos/302147/young-slut-for-a-kinky-couple/
http://www.redwap.me/videos/18462/blonde-college-girl-masturbating-on-camera/
http://www.redwap.me/videos/354770/sex-party-with-the-international-students/
http://www.redwap.me/videos/228607/petite-dark-haired-babe-gets-facial/
http://www.redwap.me/videos/250617/busty-latina-caressed-sucked-and-dicked-with-huge-cock/
http://www.redwap.me/videos/370382/lily-rader-and-jennifer-jacobs-blowjob/
http://www.redwap.me/videos/264476/blonde-mature-sucks-young-big-cock/
http://www.redwap.me/videos/31505/brunette-doctor-got-just-the-thing/
http://www.redwap.me/videos/156850/blondie-victoria-gets-her-ass-stretched/
http://www.redwap.me/videos/66838/busty-girlfriend-recorded-her-in-action/
http://www.redwap.me/videos/306235/teen-girlfriend-veronica-gets-revenge-sex-video/
http://www.redwap.me/videos/25673/jasmine-gets-her-chocolate-pussy-eaten/
http://www.redwap.me/videos/278193/busty-brunette-got-horny-during-massage/
http://www.redwap.me/videos/34777/annas-been-looking-for-a-big-cock-to-satisfy-her/
http://www.redwap.me/videos/7218/big-titted-boss-summer-brielle-taylor/
http://www.redwap.me/videos/162/wild-tessa-giving-head-on-camera/

http://www.redwap.me/videos/126782/blonde-enjoys-erotic-fucking-and-cumshot/
http://www.redwap.me/videos/292956/blonde-with-bikini-tan-lines-fucks/
http://www.redwap.me/videos/66783/two-blondes-for-a-lucky-bastard/
http://www.redwap.me/videos/124488/sexy-socks-and-lesbian-teen-fucking/
http://www.redwap.me/videos/277689/naughty-girl-who-never-wear-panties/
http://www.redwap.me/videos/16722/horny-tina-is-ready-to-negotiate/
http://www.redwap.me/videos/357880/blown-away-part-2-fucking-for-a-diamond/
http://www.redwap.me/videos/369615/eva-lovia-fucked-like-a-spreadeagle/
http://www.redwap.me/videos/402666/teen-bangs-big-cock-roommates-bf/
http://www.redwap.me/videos/266704/curvaceous-girlfriend-teases-her-sensitive-nipples/
http://www.redwap.me/videos/253054/cum-overloaded-pretty-face-gf-lizzy/
http://www.redwap.me/videos/300561/teen-and-milf-fucking-with-poolboy/
http://www.redwap.me/videos/165086/this-sexy-babe-masturbates-her-pussy/
http://www.redwap.me/videos/266987/playful-mates-define-the-rules-and-play-the-games/
http://www.redwap.me/videos/25224/tight-chick-picked-up-in-public/
http://www.redwap.me/videos/249403/enticing-princess-caresses-and-fucks-happily/
http://www.redwap.me/videos/291329/my-pie-is-sweeter-than-yours/
http://www.redwap.me/videos/286555/doctor-eats-and-fucks-redheads-pussy/
http://www.redwap.me/videos/23/sweet-face-and-very-good-ass/
http://www.redwap.me/videos/244765/sexy-brunette-gets-female-agent-wet/
http://www.redwap.me/videos/266561/beautiful-teen-plays-with-her-toy-and-boyfriends-cock/
http://www.redwap.me/videos/133975/working-out-her-horny-pc-floor/
http://www.redwap.me/videos/254866/busty-latina-pussy-loves-the-poke-of-the-finger/
http://www.redwap.me/videos/1046/horny-mom-who-loves-young-pussy/
http://www.redwap.me/videos/234464/cameraman-toys-and-fucks-sexy-agent/
http://www.redwap.me/videos/395037/chubby-girlfriend-getting-rammed-at-home/
http://www.redwap.me/videos/434900/thesandfly-sexbites-first-person-pussy-shooter/
http://www.redwap.me/videos/300938/college-lesbian-sex-party-in-dorm/
http://www.redwap.me/videos/233054/dude-gives-rimjob-and-gets-blowjob/
http://www.redwap.me/videos/266534/slippery-vanessa-penetrated-hard-doggy-style-with-huge-dick/
http://www.redwap.me/videos/258649/hairy-brunette-gets-fucked-by-masseur/
http://www.redwap.me/videos/179418/exhibitionist-anal-banged-in-fake-taxi/
http://www.redwap.me/videos/311432/passionately-driving-by-her-teen-pussy/
http://www.redwap.me/videos/273560/photo-shooting-ends-with-hardcore-sex/
http://www.redwap.me/videos/123797/nineteen-years-old-amateur-in-casting/
http://www.redwap.me/videos/232110/amazing-ass-blonde-fucked-in-public/
http://www.redwap.me/videos/65282/cute-girlfriend-with-her-magical-big-tits/
http://www.redwap.me/videos/330649/sweet-teen-on-a-huge-pecker/
http://www.redwap.me/videos/357205/gamer-girl-fucked-by-boyfriend-while-playing/
http://www.redwap.me/videos/274574/fake-agent-shoots-casting-with-redhead/
http://www.redwap.me/videos/34395/ambers-booty/
http://www.redwap.me/videos/354240/euro-babes-like-it-in-four/
http://www.redwap.me/videos/330372/making-it-happen/
http://www.redwap.me/videos/418013/no-way-to-refuse/
http://www.redwap.me/videos/330863/fresh-cum-for-cuera/
http://www.redwap.me/videos/384468/banging-that-nice-brazilian-ass/
http://www.redwap.me/videos/243716/hot-russian-babe-masturbates-in-casting/
http://www.redwap.me/videos/444442/sneaky-sex-next-to-her-sleeping-roommate/
http://www.redwap.me/videos/267178/naughty-british-girl-with-hot-costume/
http://www.redwap.me/videos/6292/she-got-a-beautiful-face-and-her-ass/
http://www.redwap.me/videos/264000/amateur-assholes-riding-huge-toys/

http://www.redwap.me/videos/134655/leylas-hot-pussy-gets-pounded-for-cum/
http://www.redwap.me/videos/417198/short-skirt-slut/
http://www.redwap.me/videos/395136/facial-for-a-big-ass-natural-babe/
http://www.redwap.me/videos/168534/pink-strap-on-lesbian-action-in-bedroom/
http://www.redwap.me/videos/252041/tight-pussy-gets-a-robust-hard-cock/
http://www.redwap.me/videos/4206/cute-wraps-her-lips-around-a-cock/
http://www.redwap.me/videos/93876/she-got-a-beautiful-face-and-her-ass/
http://www.redwap.me/videos/404385/big-booty-asian-teen-gets-picked-up-and-fucked-up/
http://www.redwap.me/videos/31801/sexy-secretary-fucked-on-the-boss-table/
http://www.redwap.me/videos/317044/hot-babe-mandy-snyder-fucked-by-huge-cock/
http://www.redwap.me/videos/372921/horny-wife-sucks-off-her-hubby-before-he-drills-her/
http://www.redwap.me/videos/413407/innocent-stepdaughter-ruined/
http://www.redwap.me/videos/248006/sexcapade-with-her-boyfriend/
http://www.redwap.me/videos/18990/sex-under-the-sun/
http://www.redwap.me/videos/310187/young-model-josie-jagger-fucked-by-huge-cock/
http://www.redwap.me/videos/276787/stunning-brunette-babe-fucked-on-the-graveyard-by-the-cop/
http://www.redwap.me/videos/258311/milfs-taking-good-care-of-a-lucky-man/
http://www.redwap.me/videos/6/girl-taking-a-break-from-work/
http://www.redwap.me/videos/7345/blanche-is-back-to-stay-at-mikes-apartment/
http://www.redwap.me/videos/225738/bbw-blonde-mature-toying-and-squirting-on-cam/
http://www.redwap.me/videos/132476/jessie-paying-for-room-with-her-tight-ass/
http://www.redwap.me/videos/258381/randy-babe-likes-playing-with-a-massive-white-sex-toy/
http://www.redwap.me/videos/500/after-her-mouth-was-wrapped-around-his-dick/
http://www.redwap.me/videos/30575/they-dont-even-make-it-to-the-bed/
http://www.redwap.me/videos/412729/kristall-rush-gets-fucked-by-the-tsa-in-both-holes/
http://www.redwap.me/videos/247696/notorious-moms-warming-up-for-a-youthful-fuck/
http://www.redwap.me/videos/271454/threesome-with-two-perfect-teens/
http://www.redwap.me/videos/413429/banged-on-a-bed/
http://www.redwap.me/videos/404537/natalia-starr-loves-to-ride-her-hubbys-cock/
http://www.redwap.me/videos/327551/layla-london-bouncing-and-shaking-her-delicious-titties/
http://www.redwap.me/videos/8343/back-to-the-shop-for-some-group-sex/
http://www.redwap.me/videos/266488/sexy-babe-rides-huge-cock-with-her-sexy-stilettos-on/
http://www.redwap.me/videos/399730/after-my-wife-licked-my-ass-i-plowed-her-tight-snatch/
http://www.redwap.me/videos/407074/beautiful-french-babe-loves-to-play-with-handymen/
http://www.redwap.me/videos/204566/stunning-mom-with-big-ass-banged-in-bedroom/
http://www.redwap.me/videos/364416/anissa-goes-down-on-her-masseur/
http://www.redwap.me/videos/444060/hot-mom-and-teen-have-ffm-threesome-and-get-facialized/
http://www.redwap.me/videos/292549/thomas-gets-a-blonde-christmas-angel-as-his-christmas-gift/
http://www.redwap.me/videos/376124/horny-housewife-on-vacation-spies-on-a-couple-fucking-hard/
http://www.redwap.me/videos/404432/beautiful-eva-lovia-makes-her-step-brother-crazy-about-her/
http://www.redwap.me/videos/306234/ebony-teen-loves-white-dick-in-interracial-sex/
http://www.redwap.me/videos/249498/tattooed-babe-loves-to-fuck-hard-and-rough/
http://www.redwap.me/videos/65373/back-to-the-shop-for-some-group-sex/
http://www.redwap.me/videos/211/young-girl-get-fucked-by-her-brother-friend/
http://www.redwap.me/videos/34062/nikki-sending-naughty-pics-to-a-guy/
http://www.redwap.me/videos/110587/busty-banged-from-behind-in-a-fake-taxi/
http://www.redwap.me/videos/176249/stunning-emma-mae-showing-off-her-perfect-pussy-and-titties/
http://www.redwap.me/videos/4065/young-latina-miya-stone-giving-head/
http://www.redwap.me/videos/359036/xmas-cheer-for-a-naughty-boy/
http://www.redwap.me/videos/392623/titjob-and-oral-from-a-sexy-sweetie/
http://www.redwap.me/videos/293818/amy-anderssen-and-nikki-benz-my-teachers/

http://www.redwap.me/videos/267085/naughty-girlfriend-enjoys-stretching-her-tight-pussy/
http://www.redwap.me/videos/4143/natural-titted-tanned-babe-in-passionate-sex/
http://www.redwap.me/videos/251418/wet-slippery-milf-pussy-gets-the-ignition/
http://www.redwap.me/videos/290106/huge-clit-euro-blonde-fucks-outdoor-pov/
http://www.redwap.me/videos/410567/impressive-latina-goes-down-for-daddys-dick/
http://www.redwap.me/videos/29693/gia-steel-making-his-iron-cock-grow/
http://www.redwap.me/videos/252664/slutty-lesbians-try-out-a-few-sexadventures-on-new-bed/
http://www.redwap.me/videos/361734/bimbo-sex-predator-is-a-cock-addict/
http://www.redwap.me/videos/272525/cock-craving-horny-milf-fucked-well-outdoor/
http://www.redwap.me/videos/135164/deep-throat-stacey-ends-with-a-facial/
http://www.redwap.me/videos/125615/pink-panties-milf-deep-fucked-in-bed/
http://www.redwap.me/videos/207936/russian-amateur-babe-bangs-in-public-pov/
http://www.redwap.me/videos/196055/blonde-brit-with-great-tits-gets-banged/
http://www.redwap.me/videos/433313/yummy-brunette-with-big-tits-makes-a-perfect-joi-instructor/
http://www.redwap.me/videos/66895/busty-girlfriend-fucking-and-taking-facial-cumshot/
http://www.redwap.me/videos/330052/sexy-sienna/
http://www.redwap.me/videos/1331/18yo-cute-presley-is-too-horny-today/
http://www.redwap.me/videos/26901/stepmom-kayla-gets-the-boyfriend-riled-up/
http://www.redwap.me/videos/189081/hotty-welcomes-studs-cunt-plowing-after-massage/
http://www.redwap.me/videos/117747/blonde-masseuse-giving-massage-on-big-dick/
http://www.redwap.me/videos/189910/cheating-wife-banging-in-british-fake-taxi/
http://www.redwap.me/videos/94245/sweet-juicy-tight-pussy-and-one-cock/
http://www.redwap.me/videos/309021/two-teens-fucked-in-group-sex-scene/
http://www.redwap.me/videos/387725/big-cock-guy-bangs-bubble-butt-teen/
http://www.redwap.me/videos/231612/amateur-babe-loves-cash-and-public-sex/
http://www.redwap.me/videos/115427/classy-closeup-lesbians-in-erotic-massage-fun/
http://www.redwap.me/videos/266811/beautiful-patients-fucks-hard-a-fake-doctor/
http://www.redwap.me/videos/59110/blonde-milf-laura-sliding-on-a-cock/
http://www.redwap.me/videos/125084/teen-couple-sensual-deep-fucking-in-bed/
http://www.redwap.me/videos/133883/cock-sucking-college-queens-do-the-test/
http://www.redwap.me/videos/171492/short-haired-euro-brunette-loves-big-cock/
http://www.redwap.me/videos/196835/huge-tits-hottie-licking-ass-in-casting/
http://www.redwap.me/videos/132617/lovely-lavay-riding-and-taking-facial-cumshot/
http://www.redwap.me/videos/33982/all-natural-hungarian-girl-strips-for-cash/
http://www.redwap.me/videos/7860/group-of-girls-share-a-fat-cock/
http://www.redwap.me/videos/214782/spanish-babe-bangs-in-british-fake-taxi/
http://www.redwap.me/videos/420271/couch-coop-with-a-slut/
http://www.redwap.me/videos/429891/creeper-gets-to-fuck/
http://www.redwap.me/videos/395123/looking-for-perfect-tits-in-a-bikini-shop/
http://www.redwap.me/videos/258089/busty-brunette-gets-the-sweet-fuck-on-her-wet-pussy/
http://www.redwap.me/videos/126181/jeans-shorts-teen-spunked-on-her-ass/
http://www.redwap.me/videos/682/she-had-to-teach-them-a-lesson/
http://www.redwap.me/videos/110288/sexy-lesbian-teens-playing-with-strap-on/
http://www.redwap.me/videos/233096/sweaty-blonde-has-sex-in-public-pov/
http://www.redwap.me/videos/65890/cute-teen-angie-bangs-for-the-rent/
http://www.redwap.me/videos/416569/asking-her-friend-to-join-the-fun/
http://www.redwap.me/videos/358928/marvellous-big-boobs-teen-and-her-bf/
http://www.redwap.me/videos/204940/short-haired-redhead-milf-banged-in-bedroom/
http://www.redwap.me/videos/67182/cute-milf-danika-dash-facesitting-and-fucking/
http://www.redwap.me/videos/156623/sexy-brunette-gets-plunge-with-hard-cock/
http://www.redwap.me/videos/266725/independent-lady-loves-the-extreme-sex-adventures/

http://www.redwap.me/videos/370519/marc-rose-fucks-tina-kay-hard-doggystyle/
http://www.redwap.me/videos/67246/another-mommy-that-wanted-some-fun-times/
http://www.redwap.me/videos/133663/spend-time-with-me-and-lets-fuck/
http://www.redwap.me/videos/122885/british-cock-sucker-in-a-fake-taxi/
http://www.redwap.me/videos/274576/handsome-guy-licks-and-fucks-female-agent/
http://www.redwap.me/videos/287230/brunette-beauty-gets-big-cock-in-casting/
http://www.redwap.me/videos/223550/natural-busty-teen-banged-in-photo-studio/
http://www.redwap.me/videos/398661/sloppy-blowjob-and-deepthroating-by-blair-williams/
http://www.redwap.me/videos/104006/busty-hairy-milf-bangs-pov-blowjob-european/
http://www.redwap.me/videos/41/lola-is-at-home-studying-to-fuck/
http://www.redwap.me/videos/404351/slutty-ebony-babe-infiltrates-her-boyfriends-cock/
http://www.redwap.me/videos/266510/chubby-pornstar-mariah-gets-the-monster-cock/
http://www.redwap.me/videos/18571/fucking-and-creaming-my-girlfriend-on-camera/
http://www.redwap.me/videos/58302/cassidy-was-a-ballerina-not-long-ago/
http://www.redwap.me/videos/269487/busty-dark-haired-brit-bangs-in-cab/
http://www.redwap.me/videos/6726/they-were-showing-ass-all-the-way/
http://www.redwap.me/videos/270077/teen-group-sex-with-all-natural-hotties/
http://www.redwap.me/videos/247207/busty-milf-shows-her-cock-thirsty-hole/
http://www.redwap.me/videos/132540/kelly-greene-takes-cash-and-a-cock/
http://www.redwap.me/videos/6929/blue-eyed-busty-babe-sucking-in-public/
http://www.redwap.me/videos/248376/rewarding-a-hero-with-the-good-stuff/
http://www.redwap.me/videos/249721/playful-couple-ready-to-begin-outdoor-sex/
http://www.redwap.me/videos/247290/feeding-her-thick-cock-the-hard-style/
http://www.redwap.me/videos/134446/sexy-mom-bounces-well-on-massive-cock/
http://www.redwap.me/videos/125085/teen-couple-sensual-deep-fucking-in-bed/
http://www.redwap.me/videos/249453/seductive-babes-shower-cock-with-dripping-cum/
http://www.redwap.me/videos/264384/lesbians-playing-with-sex-toys-in-bedroom/
http://www.redwap.me/videos/4934/amazing-girl/
http://www.redwap.me/videos/7821/cute-milf-danika-dash-facesitting-and-fucking/
http://www.redwap.me/videos/294855/oiled-brunette-gets-masseurs-cock-from-behind/
http://www.redwap.me/videos/248203/slutty-party-babes-parade-for-hardcore-sex/
http://www.redwap.me/videos/209632/dark-haired-european-beauty-fucks-in-bedroom/
http://www.redwap.me/videos/235869/perfect-pussy-stimulation-for-horny-ryu-enami/
http://www.redwap.me/videos/357087/russian-hipster-babe-loves-the-yankee-cock/
http://www.redwap.me/videos/287234/pale-brunette-lesbo-finger-fucked-in-casting/
http://www.redwap.me/videos/438749/vintage-video-of-hot-wifey-sucking-me-off/
http://www.redwap.me/videos/170047/skinny-blonde-mature-lady-banging-to-creampie/
http://www.redwap.me/videos/257050/blonde-gets-big-tits-massaged-in-cab/
http://www.redwap.me/videos/209158/nikki-benz-and-bridgette-b-professional-fuck/
http://www.redwap.me/videos/182855/big-boobs-blonde-pounding-pov-to-cumshot/
http://www.redwap.me/videos/398940/sidney-alexis-pussy-fuck-like-a-spreadeagle/
http://www.redwap.me/videos/311732/fuck-me-professes-asking-teen-nina-north/
http://www.redwap.me/videos/232592/sleek-teenager-trying-to-fuck-50yo-milf/
http://www.redwap.me/videos/141980/sexy-kitana-lure-gets-an-anal-fucked/
http://www.redwap.me/videos/921/the-bosses-young-and-smoking-hot-daughter/
http://www.redwap.me/videos/210897/masseuse-rubbing-cunt-to-busty-brunette-babe/
http://www.redwap.me/videos/7508/my-girlfriends-step-mom-is-too-hot/
http://www.redwap.me/videos/195866/clothed-brunette-milf-gets-banged-in-bed/
http://www.redwap.me/videos/29141/she-gets-alexis-ready-for-his-cock/
http://www.redwap.me/videos/20055/ariana-marie-riding-and-taking-facial-load/
http://www.redwap.me/videos/214284/tattooed-brit-giving-rimjob-in-fake-taxi/

http://www.redwap.me/videos/59046/alice-march-moans-as-she-gets-fucked/
http://www.redwap.me/videos/385490/stepmom-teasing-teens-bf-with-big-tits/
http://www.redwap.me/videos/356400/flexible-lesbo-teens-ballet-dance-in-bed/
http://www.redwap.me/videos/119509/ebony-babe-interracial-bangs-in-a-cab/
http://www.redwap.me/videos/123846/lesbian-teens-sucking-wet-pussies-in-bed/
http://www.redwap.me/videos/435933/alivegirl-hot-squirter-usacollege-loves-outdoor-sex/
http://www.redwap.me/videos/11518/loni-is-a-naugthy-girl/
http://www.redwap.me/videos/249510/busty-mariah-displays-her-treasured-ass-cheeks/
http://www.redwap.me/videos/274902/petite-hairy-pussy-model-bangs-in-casting/
http://www.redwap.me/videos/125635/brunette-teen-fucking-huge-dick-in-bed/
http://www.redwap.me/videos/900/super-cute-college-girls-having-group-sex/
http://www.redwap.me/videos/4294/drinking-milkshake-while-her-tits-are-out/
http://www.redwap.me/videos/391669/michael-vegas-romping-brandie-bae-on-top/
http://www.redwap.me/videos/19515/girl-getting-dirty-for-a-free-stay/
http://www.redwap.me/videos/249690/female-taxi-driver-caught-fucking-her-client/
http://www.redwap.me/videos/303775/sexy-ebony-threeseome-with-two-assed-chicks/
http://www.redwap.me/videos/188241/beautiful-dark-haired-babe-banged-to-cumshot/
http://www.redwap.me/videos/15359/cecilia-vega-gets-her-ass-throughly-pounded/
http://www.redwap.me/videos/13008/fionas-perfect-ass-sliding-on-a-cock/
http://www.redwap.me/videos/248023/shy-girl-poses-erotically-to-take-pictures/
http://www.redwap.me/videos/4351/i-hot-asian-sliding-on-a-cock/
http://www.redwap.me/videos/261077/hot-blonde-fucks-in-dark-public-stairwell/
http://www.redwap.me/videos/248544/beautiful-teen-with-sexy-boobies-pleasured-insanely/
http://www.redwap.me/videos/132597/no-money-to-pay-for-the-place/
http://www.redwap.me/videos/386702/monster-tits-milf-bangs-contractor-at-home/
http://www.redwap.me/videos/196405/lesbian-milfs-licking-and-fingering-in-bed/
http://www.redwap.me/videos/293637/cab-driver-anal-fucking-foreign-babe-outdoor/
http://www.redwap.me/videos/267204/big-boobies-babe-dicked-hard-doggy-style/
http://www.redwap.me/videos/411/sweet-ass-teen-taking-that-huge-cock/
http://www.redwap.me/videos/403918/brunette-skank-with-big-tits-wants-to-play-in-pov/
http://www.redwap.me/videos/134129/petite-brunette-confirms-he-has-big-cock/
http://www.redwap.me/videos/110018/sexy-blonde-aganet-bangs-stud-in-casting/
http://www.redwap.me/videos/248623/party-people-fucking-hard-like-horny-horses/
http://www.redwap.me/videos/436755/amateur-girl-getting-screwed-by-her-bf/
http://www.redwap.me/videos/126774/married-couple-fuck-in-front-of-agent/
http://www.redwap.me/videos/266673/blonde-cutie-riding-and-taking-from-behind/
http://www.redwap.me/videos/16657/kim-makes-a-special-video-for-her-bf/
http://www.redwap.me/videos/410919/lesbian-pussy-tasting-session-in-the-gym/
http://www.redwap.me/videos/375853/phoenix-maries-pussy-screwed-doggystyle-from-behind/
http://www.redwap.me/videos/246740/enjoying-time-with-two-tight-wet-vaginas/
http://www.redwap.me/videos/360569/jaye-summers-sucks-marco-ducatis-thick-cock/
http://www.redwap.me/videos/266718/stunning-latina-babe-enjoys-cock-pleasure-outdoor/
http://www.redwap.me/videos/263399/good-looking-blonde-mom-banged-in-bed/
http://www.redwap.me/videos/117329/classy-casting-lesbians-finger-fuck-in-office/
http://www.redwap.me/videos/204569/busty-lesbian-babe-gets-licked-by-girlfriend/
http://www.redwap.me/videos/422822/cocos-booty/
http://www.redwap.me/videos/440672/tanned-teen-wants-you-to-stroke-it/
http://www.redwap.me/videos/267190/vagina-vision-n-ultra-hd-sexy-teen-sex-videos/
http://www.redwap.me/videos/265868/hot-lady-in-fishnet-lingerie-gets-fucked/
http://www.redwap.me/videos/34024/perfectly-shaped-milf-in-tight-wet-dress/
http://www.redwap.me/videos/246505/fuckable-babe-craves-an-explosive-jerk-off/

http://www.redwap.me/videos/273864/dude-bangs-best-friends-mom-in-bedroom/
http://www.redwap.me/videos/23351/closeup-nighttime-fuck-with-super-hot-blonde/
http://www.redwap.me/videos/255581/a-pro-joi-and-cums-masturbation-porn/
http://www.redwap.me/videos/398257/evelin-stones-tight-pussy-romped-from-behind/
http://www.redwap.me/videos/262259/masseur-licks-and-fucks-small-tittied-blonde/
http://www.redwap.me/videos/393653/huge-boobs-milf-deep-throats-young-cock/
http://www.redwap.me/videos/255414/jeri-solo-teen-pretty-sporty-baseball-bat/
http://www.redwap.me/videos/185682/hot-lesbians-date-with-strap-on-dildo/
http://www.redwap.me/videos/67977/i-love-when-my-gf-surprises-me/
http://www.redwap.me/videos/252185/horny-girlfriend-strips-off-gracefully-to-fuck/
http://www.redwap.me/videos/21527/pornstar-abbey-brooks-in-anal-costume-orgy/
http://www.redwap.me/videos/4447/her-natural-tits-look-even-bigger-now/
http://www.redwap.me/videos/196301/blonde-milf-gets-twat-licked-and-banged/
http://www.redwap.me/videos/181522/redhair-and-brunette-lesbian-teens-oral-sex/
http://www.redwap.me/videos/252241/very-cute-heart-breaker-first-big-cock/
http://www.redwap.me/videos/257156/latina-princess-rewards-the-desired-morning-blowjob/
http://www.redwap.me/videos/279124/brunette-strips-and-licks-redhead-lesbo-babe/
http://www.redwap.me/videos/246180/costumed-babe-does-anal-in-fake-taxi/
http://www.redwap.me/videos/269020/long-haired-blonde-milf-in-lesbian-sex/
http://www.redwap.me/videos/64126/young-ashton-with-amazingly-rounded-big-tits/
http://www.redwap.me/videos/61159/her-love-taste-sweet/
http://www.redwap.me/videos/143048/sexy-anissa-kate-gets-her-pussy-rammed/
http://www.redwap.me/videos/444861/shorthaired-amateur-gets-facefucked/
http://www.redwap.me/videos/114774/redhead-beauty-licks-busty-lesbian-brunette-babe/
http://www.redwap.me/videos/134535/horny-babe-driving-cock-fast-and-rough/
http://www.redwap.me/videos/85291/teen-babe-is-listening-to-music-while-fucking/
http://www.redwap.me/videos/26914/no-time-to-take-her-panties-off/
http://www.redwap.me/videos/137430/tattoed-amateur-model-ride-cock-at-home/
http://www.redwap.me/videos/252660/mouth-justice-before-drilling-that-wet-hole/
http://www.redwap.me/videos/353025/great-talk-and-more-with-step-bro/
http://www.redwap.me/videos/29690/jynx-maze-getting-her-ass-in-position/
http://www.redwap.me/videos/91952/alec-knight-fucks-sex-appeal-luna-kitsuen/
http://www.redwap.me/videos/412331/delicate-babe-makes-a-massive-cock-erupt-like-a-cum-volcano/
http://www.redwap.me/videos/1356/bringing-out-the-naughty-girl-in-me/
http://www.redwap.me/videos/246935/beautiful-blonde-mom-watches-her-daughter-fuck/
http://www.redwap.me/videos/82997/erik-everhard-fucks-pale-teen-kiera-winters/
http://www.redwap.me/videos/91209/cute-redhead-fucked-hard-at-the-audition/
http://www.redwap.me/videos/252141/giant-ass-cheeks-mom-dirty-hardcore-sex/
http://www.redwap.me/videos/162264/teen-with-wonderful-body-teasing-on-cam/
http://www.redwap.me/videos/361856/cory-chase-screwing-brooke-haze-on-top-of-the-strap-on/
http://www.redwap.me/videos/4307/two-busty-girls-sucking-and-tit-fucking/
http://www.redwap.me/videos/290838/busty-redhead-mom-in-lingerie-sucks-dick/
http://www.redwap.me/videos/398476/hairy-pussy-busty-milf-bangs-big-cock/
http://www.redwap.me/videos/26918/hottie-meas-one-for-the-oral-pleasures/
http://www.redwap.me/videos/403968/horny-girlfriend-ready-to-host-a-party/
http://www.redwap.me/videos/111457/kiara-lord-left-her-bf-on-the-sofa-and-her-stepmom-walked-in/
http://www.redwap.me/videos/157057/whore-has-oral-fun-with-her-man/
http://www.redwap.me/videos/295385/real-milf-wife-who-truly-loves-anal/
http://www.redwap.me/videos/90520/milla-albuquerque-and-roge-ferro-hardcore-fucking/
http://www.redwap.me/videos/293100/she-came-to-experience-some-faapy-love/
http://www.redwap.me/videos/35563/anniversary-present/

http://www.redwap.me/videos/353664/latina-loves-the-sun-and-his-cock/
http://www.redwap.me/videos/357154/melissa-moore-fucking-her-daddys-business-partner/
http://www.redwap.me/videos/19075/shae-summers-and-her-perfect-natural-tits/
http://www.redwap.me/videos/390536/boyfriend-struggle-between-ebony-milf-and-girlfriend/
http://www.redwap.me/videos/31581/bonnie-needs-a-towel-after-this-round/
http://www.redwap.me/videos/91609/jmac-fucks-hard-curvy-latina-savana-ginger/
http://www.redwap.me/videos/407319/the-sensual-massage-every-real-woman-deserves/
http://www.redwap.me/videos/6962/lovely-gianna-nicole-came-by-monster-curves/
http://www.redwap.me/videos/89828/jmac-has-sixty-nine-with-kelsi-monroe/
http://www.redwap.me/videos/18192/sara-masturbating-and-fucking-like-her-stepmom/
http://www.redwap.me/videos/303908/jeri-teen-pretty-brown-flashing-pussy-public/
http://www.redwap.me/videos/251135/beautiful-blonde-babe-fucked-hard-on-wall/
http://www.redwap.me/videos/91438/victoria-has-the-good-time-with-her-classmate-in-the-bedroom/
http://www.redwap.me/videos/407029/blonde-blanche-in-a-hellish-cock-ride/
http://www.redwap.me/videos/418682/breaking-the-no-sex-with-roommate-rule/
http://www.redwap.me/videos/257889/lesbian-cutties-had-oral-sex-in-bedroom/
http://www.redwap.me/videos/65783/young-couple-and-their-experienced-milf-neighbor/
http://www.redwap.me/videos/388409/big-boobed-girlfriend-has-nice-fuck-session/
http://www.redwap.me/videos/293435/milf-gets-sex-ride-of-her-life/
http://www.redwap.me/videos/116880/classy-models-ass-gets-cumshot-at-massage/
http://www.redwap.me/videos/90426/jmac-fucks-lily-love-in-the-gym/
http://www.redwap.me/videos/269026/busty-gags-and-bangs-in-fake-taxi/
http://www.redwap.me/videos/275533/great-ass-carmel-gets-banged-from-behind/
http://www.redwap.me/videos/255103/sexy-couple-engages-in-hardcore-pussy-penetration/
http://www.redwap.me/videos/252990/penetrating-the-beautiful-arena-from-behind-seamlessly/
http://www.redwap.me/videos/291326/attracted-into-her-smoking-hot-step-mom/
http://www.redwap.me/videos/325942/heroine-saved-the-day-with-pure-lust/
http://www.redwap.me/videos/134534/rollergirl-likes-to-play-with-multiple-joysticks/
http://www.redwap.me/videos/258118/sexy-sluts-quenching-caught-well-on-camera/
http://www.redwap.me/videos/267734/wet-pussy-blonde-maid-loves-fucking-when-free/
http://www.redwap.me/videos/19118/from-one-hot-ass-to-the-next/
http://www.redwap.me/videos/133817/sexy-babe-given-a-nice-birthday-fuck/
http://www.redwap.me/videos/335812/college-girls-in-mood-for-some-fun/
http://www.redwap.me/videos/241605/ebony-minx-has-interracial-sex-in-cab/
http://www.redwap.me/videos/417184/brazilian-booty/
http://www.redwap.me/videos/132645/suck-this-masterpiece/
http://www.redwap.me/videos/300360/only-one-may-win-the-princess-pussy/
http://www.redwap.me/videos/83049/adriana-chechik-and-jasmine-wolff-gonna-lick/
http://www.redwap.me/videos/123826/blonde-milf-fucked-after-an-oriental-massage/
http://www.redwap.me/videos/90139/amateur-hotties-are-showing-tits-for-money/
http://www.redwap.me/videos/258516/hot-latina-babe-offers-the-ultimate-fuck/
http://www.redwap.me/videos/210892/german-dark-haired-babe-banged-in-casting/
http://www.redwap.me/videos/266962/naughty-girlfriend-knows-what-she-loves-most/
http://www.redwap.me/videos/90013/loupan-and-mariana-kriguer-hardcore-pussy-drilling/
http://www.redwap.me/videos/246896/hot-latina-milf-fucks-after-tennis-win/
http://www.redwap.me/videos/4867/redhead-amateur-teen-does-it-for-money/
http://www.redwap.me/videos/172827/youn-asian-pornstar-sharon-lee-fucked-hard/
http://www.redwap.me/videos/271696/making-out-with-a-petite-american-cutie/
http://www.redwap.me/videos/265524/busty-babe-rimming-and-banging-in-casting/
http://www.redwap.me/videos/285709/outdoors-sex-with-the-slut-next-door/
http://www.redwap.me/videos/91379/blonde-milf-fingered-and-stuffed-with-cock/

http://www.redwap.me/videos/304334/studious-girl-with-an-absolute-tight-pussy/
http://www.redwap.me/videos/249834/one-on-one-with-an-enchanting-beauty-from-the-beach/
http://www.redwap.me/videos/89799/teanna-trump-in-lingerie-pleasures-tony-martinez/
http://www.redwap.me/videos/92899/juan-largo-meets-a-hot-girl-rosa-that-needs-some-cash/
http://www.redwap.me/videos/90684/neeo-fucks-big-ass-bitch-simone-style/
http://www.redwap.me/videos/176643/blonde-british-bbw-banged-in-fake-taxi/
http://www.redwap.me/videos/256381/busty-uk-beauty-sucks-cock-in-casting/
http://www.redwap.me/videos/170043/chubby-british-blonde-bangs-in-fake-taxi/
http://www.redwap.me/videos/418510/up-for-a-rub/
http://www.redwap.me/videos/248126/naughty-babes-engage-in-steamy-dorm-fuck/
http://www.redwap.me/videos/6392/i-love-when-my-gf-surprises-me/
http://www.redwap.me/videos/292490/huge-tits-bbw-girlfriend-bangs-till-creampie/
http://www.redwap.me/videos/240631/nice-butt-blonde-fucks-in-public-pov/
http://www.redwap.me/videos/397670/sidney-alexis-slurping-ryan-mclanes-big-cock/
http://www.redwap.me/videos/271086/petite-chick-hungry-for-that-man-juice/
http://www.redwap.me/videos/61700/guy-fucking-his-first-chocolate-teen-pussy/
http://www.redwap.me/videos/278793/bent-over-blonde-banged-in-fake-taxi/
http://www.redwap.me/videos/254631/brunette-milf-finally-gets-some-thick-cock/
http://www.redwap.me/videos/242919/dude-picks-up-and-fucks-amateur-babe/
http://www.redwap.me/videos/388369/playful-karissa-kane-enjoys-the-love-game/
http://www.redwap.me/videos/248632/gorgeous-blonde-fucked-outdoor-with-fat-cock/
http://www.redwap.me/videos/266783/hot-brunette-penetrated-well-with-long-boner/
http://www.redwap.me/videos/26884/stepmom-losing-her-mind-over-this-dick/
http://www.redwap.me/videos/62695/so-tight-they-could-fuck-for-hours/
http://www.redwap.me/videos/247723/sexy-ass-cheeks-cushion-the-riding-experience/
http://www.redwap.me/videos/551/little-angel-and-a-heavy-black-cock/
http://www.redwap.me/videos/266728/busty-whore-pricked-handsomely-bend-over-style/
http://www.redwap.me/videos/290110/hot-ass-blonde-mom-bangs-in-bedroom/
http://www.redwap.me/videos/4778/whitney-wanted-to-investigate-his-trouser-snake/
http://www.redwap.me/videos/195087/sexy-busty-agent-gets-licked-in-casting/
http://www.redwap.me/videos/253145/hot-lesbians-endure-the-sweetness-of-masturbation/
http://www.redwap.me/videos/246958/hungarian-horny-girl-enjoys-feeding-on-cock/
http://www.redwap.me/videos/463/young-petite-redhead-taking-a-big-cock/
http://www.redwap.me/videos/19731/very-nice-facial-cumshot-on-my-girlfriend/
http://www.redwap.me/videos/120953/analloving-amateur-gets-a-fake-taxi-creampie/
http://www.redwap.me/videos/248839/latina-hoe-gets-the-perfect-cock-size/
http://www.redwap.me/videos/266705/double-pleasure-with-a-milf-and-daughter/
http://www.redwap.me/videos/354401/banging-blueeyed-brunette/
http://www.redwap.me/videos/92744/ava-dalush-and-james-brossman-group-sex/
http://www.redwap.me/videos/8461/young-ashton-with-amazingly-rounded-big-tits/
http://www.redwap.me/videos/59702/sweet-juicy-tight-pussy-and-one-cock/
http://www.redwap.me/videos/8856/another-mommy-that-wanted-some-fun-times/
http://www.redwap.me/videos/190987/milf-and-younger-lesbian-hotties-in-bed/
http://www.redwap.me/videos/133000/horny-milf-could-not-just-watch-anymore/
http://www.redwap.me/videos/246468/pretty-face-admires-a-fat-erect-cock/
http://www.redwap.me/videos/264807/big-booty-blonde-from-public-gets-banged/
http://www.redwap.me/videos/186593/sexy-dark-haired-agent-banged-on-casting/
http://www.redwap.me/videos/107997/natural-busty-babe-pounded-pov-till-cumshot/
http://www.redwap.me/videos/252575/horny-milf-takes-on-a-shy-chick/
http://www.redwap.me/videos/375020/tina-kays-pussy-continue-to-fucked-doggy/
http://www.redwap.me/videos/248804/sexy-students-explicit-foam-party-erotic-fun/

http://www.redwap.me/videos/16666/making-a-sextape-with-cute-college-girl/
http://www.redwap.me/videos/359350/small-stepsister-wants-her-brothers-huge-dick/
http://www.redwap.me/videos/384221/naughty-lass-in-a-hood-fucked-hard/
http://www.redwap.me/videos/11482/blindfolded-girlfriend/
http://www.redwap.me/videos/117495/tattooed-brit-gets-huge-cock-in-cab/
http://www.redwap.me/videos/414793/flat-chested-teen-gets-the-casting-treatment/
http://www.redwap.me/videos/261538/redhead-czech-student-banged-in-public-pov/
http://www.redwap.me/videos/247367/hot-chick-got-some-crazy-natural-curves/
http://www.redwap.me/videos/148973/exposed-her-tits-sucks-all-my-cum/
http://www.redwap.me/videos/294169/busty-natural-brunette-gets-rammed-and-creampie/
http://www.redwap.me/videos/370380/xander-corvus-cock-suck-by-eva-lovia/
http://www.redwap.me/videos/117565/euro-casting-agent-sucking-useless-soft-cock/
http://www.redwap.me/videos/398254/bambino-romping-blair-williams-pussy-on-top/
http://www.redwap.me/videos/703/my-cock-is-finally-going-in-her/
http://www.redwap.me/videos/91898/mackenzie-banks-gets-banged-by-tony-rubino/
http://www.redwap.me/videos/273726/busty-brit-deep-throats-in-fake-taxi/
http://www.redwap.me/videos/297401/sexy-ebony-wrapped-her-beautiful-legs-around/
http://www.redwap.me/videos/283660/thick-cock-young-guy-bangs-sexy-milf/
http://www.redwap.me/videos/248312/amazing-day-to-kiss-and-play-dirty/
http://www.redwap.me/videos/116811/euro-beauty-toying-pussy-after-getting-licked/
http://www.redwap.me/videos/190017/brunette-teen-masturbation-on-chair-at-home/
http://www.redwap.me/videos/32707/euro-babe-doing-morning-yoga-and-blowjob/
http://www.redwap.me/videos/196846/gorgeous-lesbians-licking-each-other-in-bed/
http://www.redwap.me/videos/266916/amazing-naturals-threesome-feast-with-hot-teens/
http://www.redwap.me/videos/247911/alluring-ass-cheeks-for-the-lucky-cock/
http://www.redwap.me/videos/90890/blonde-slut-maia-davis-sucks-tyler-steel/
http://www.redwap.me/videos/105874/fakehospital-doctors-cock-heals-sexy-squirting-blonde/
http://www.redwap.me/videos/239979/blow-job-liza-rewarded-with-huge-facial/
http://www.redwap.me/videos/104007/dark-haired-lesbians-oral-sex-euro-friendly/
http://www.redwap.me/videos/246979/hot-blonde-does-her-best-in-bed/
http://www.redwap.me/videos/124487/horny-slut-fucks-some-fat-big-cock/
http://www.redwap.me/videos/266764/hot-blonde-enjoys-our-erotic-interview-questions/
http://www.redwap.me/videos/92864/brick-tastes-sweet-pussy-of-guiliana-alexis/
http://www.redwap.me/videos/412642/cock-crazy-scarlet-mae-scores-a-rockstar/
http://www.redwap.me/videos/89265/slender-tanned-amateur-slut-pleasured-tall-stud/
http://www.redwap.me/videos/82383/chubby-chicks-showing-asses-and-fucking-hard/
http://www.redwap.me/videos/399979/gf-playing-video-games-with-her-magnificent-booty/
http://www.redwap.me/videos/206721/redhead-lesbian-with-strap-on-bangs-brunette/
http://www.redwap.me/videos/5253/young-bailie-with-so-big-fake-tits/
http://www.redwap.me/videos/259931/threesome-with-a-cyborg-and-her-friend/
http://www.redwap.me/videos/318385/rebel-emo-teen-gf-receives-a-facial/
http://www.redwap.me/videos/261540/bent-over-busty-babe-banged-on-massage/
http://www.redwap.me/videos/134256/exhausted-girfriend-insists-on-huge-fat-cock/
http://www.redwap.me/videos/305/miali-and-her-college-friends-having-fun/
http://www.redwap.me/videos/406036/meet-my-beautiful-naughty-blue-eyes-girlfriend/
http://www.redwap.me/videos/124459/two-shaved-pussy-lesbians-fucking-in-bed/
http://www.redwap.me/videos/106968/redhair-and-brunette-lesbian-teens-oral-sex/
http://www.redwap.me/videos/373867/tyler-nixon-bangs-abella-dangers-sweet-pussy/
http://www.redwap.me/videos/92105/latina-slut-angelina-mylee-pleasrues-tall-jmac/
http://www.redwap.me/videos/364130/beautiful-black-chick-with-an-nice-ass/
http://www.redwap.me/videos/178455/british-amateur-deep-throats-in-fake-taxi/

http://www.redwap.me/videos/309086/alexis-adams-loves-sucking-on-huge-cocks/
http://www.redwap.me/videos/231309/huge-tits-milf-anal-fucks-in-casting/
http://www.redwap.me/videos/253442/busty-girlfriend-dicked-hard-with-massive-cock/
http://www.redwap.me/videos/258119/blonde-teen-christen-courtney-fucking-big-cock/
http://www.redwap.me/videos/308463/latina-girl-from-the-beach-fucked-hard/
http://www.redwap.me/videos/181517/skinny-milf-fucking-to-creampie-in-bedroom/
http://www.redwap.me/videos/123323/thats-exactly-what-i-did-with-that-milf/
http://www.redwap.me/videos/274022/dark-haired-lesbo-babe-licks-redhead-hottie/
http://www.redwap.me/videos/247372/seductive-woman-visit-her-boss-at-home/
http://www.redwap.me/videos/25293/real-cocks-always-better-than-a-toy/
http://www.redwap.me/videos/267079/beautiful-woman-stripped-off-and-touched-softly/
http://www.redwap.me/videos/274936/busty-fit-milf-deep-throats-young-dick/
http://www.redwap.me/videos/249189/adorable-milf-fucked-by-a-handy-man/
http://www.redwap.me/videos/183243/sexy-old-vs-young-lesbian-action-in-bed/
http://www.redwap.me/videos/293894/teen-pays-for-rent-with-hardcore-sex/
http://www.redwap.me/videos/19669/amateur-babe-spreading-and-sucking-on-camera/
http://www.redwap.me/videos/958/young-couple-and-their-experienced-milf-neighbor/
http://www.redwap.me/videos/199005/curly-blonde-milf-banged-by-younger-dude/
http://www.redwap.me/videos/1038/this-young-lady-is-too-horny-today/
http://www.redwap.me/videos/289342/blonde-babe-caught-cab-driver-touching-dick/
http://www.redwap.me/videos/4988/back-from-tennis-practice-ready-for-sex/
http://www.redwap.me/videos/288519/beautiful-czech-babe-bangs-in-public-pov/
http://www.redwap.me/videos/16783/cute-college-face-with-cum-on-it/
http://www.redwap.me/videos/25316/he-cums-straight-on-her-botox-lips/
http://www.redwap.me/videos/402235/freaky-girlfriend-willing-to-try-something-new/
http://www.redwap.me/videos/414469/lady-dee-gets-treated-like-a-queen/
http://www.redwap.me/videos/189961/canadian-blonde-banged-in-british-fake-taxi/
http://www.redwap.me/videos/91302/jessica-roberts-gives-head-to-bruno-dickenz/
http://www.redwap.me/videos/21508/lucy-heart-buttfucked-after-showing-new-negligee/
http://www.redwap.me/videos/202655/lesbians-oral-sex-in-sixty-nine-position/
http://www.redwap.me/videos/380632/aidra-fox-stretch-pussy-fuck-balls-deep/
http://www.redwap.me/videos/247301/nice-perky-nips-with-a-pretty-face/
http://www.redwap.me/videos/132916/pounding-on-cosplay-fan-with-big-tits/
http://www.redwap.me/videos/204922/sexy-blonde-milf-lesbians-had-oral-sex/
http://www.redwap.me/videos/174602/big-tits-girls-fucked-in-hardcore-threesome-movie/
http://www.redwap.me/videos/137092/hot-webcam-girl-has-so-many-orgasms/
http://www.redwap.me/videos/121624/stunning-brunette-gal-fucked-and-face-cummed/
http://www.redwap.me/videos/115924/erotic-massage-ebony-fucked-by-her-masseur/
http://www.redwap.me/videos/5256/cute-teen-angie-bangs-for-the-rent/
http://www.redwap.me/videos/83155/bootylicious-blonde-annika-albrite-sucks-johnny-sins/
http://www.redwap.me/videos/31704/bad-at-massage-good-at-the-ending/
http://www.redwap.me/videos/62951/hot-girls-urged-the-cameraman-into-action/
http://www.redwap.me/videos/63697/this-young-lady-is-too-horny-today/
http://www.redwap.me/videos/62234/two-birds-making-love-caught-on-tape/
http://www.redwap.me/videos/269576/gorgeous-latina-mistress-shows-her-naked-body/
http://www.redwap.me/videos/5138/busty-girlfriend-fucking-and-taking-facial-cumshot/
http://www.redwap.me/videos/331845/sweet-latina-teen-looking-for-a-raise/
http://www.redwap.me/videos/359047/bj-and-titjob-from-a-busty-teen/
http://www.redwap.me/videos/34105/tall-and-slender-blonde-teen-amanda-tate/
http://www.redwap.me/videos/170635/busty-hairy-milf-bangs-pov-wanking-euro/
http://www.redwap.me/videos/4214/amazing-katrina-jade-sliding-on-a-cock/

http://www.redwap.me/videos/252107/tease-my-tiny-pussy-cries-horny-girlfriend/
http://www.redwap.me/videos/63378/18yo-cute-presley-is-too-horny-today/
http://www.redwap.me/videos/19375/20-years-old-shae-summers-with-fantastic-jugs/
http://www.redwap.me/videos/347935/some-crazy-sexy-poses-in-threesome-heaven/
http://www.redwap.me/videos/66449/a-beautiful-sunny-day-with-my-gf/
http://www.redwap.me/videos/242341/busty-american-babe-fucks-in-fake-taxi/
http://www.redwap.me/videos/234563/massive-natural-tits-on-this-webcam-girl/
http://www.redwap.me/videos/416232/lana-rhoades-and-nicolette-shea-pussy-fucking/
http://www.redwap.me/videos/404505/hot-restroom-quickie-with-a-gorgeous-waitress/
http://www.redwap.me/videos/266761/threesome-master-with-two-tight-pink-holes/
http://www.redwap.me/videos/168149/euro-anal-sex-party-with-two-models/
http://www.redwap.me/videos/126189/blonde-and-brunette-lesbos-in-sixty-nine/
http://www.redwap.me/videos/89098/roxxi-silver-sucks-off-juan-largo-in-pov/
http://www.redwap.me/videos/253706/perfect-horny-milf-hunts-for-monster-cock/
http://www.redwap.me/videos/404532/exotic-lubed-babe-gets-orgasmic-massage-session/
http://www.redwap.me/videos/167118/dude-fucks-beautiful-busty-blonde-mature-lady/
http://www.redwap.me/videos/91200/dillion-carter-plays-with-big-natural-knockers/
http://www.redwap.me/videos/397824/veronika-used-and-abused/
http://www.redwap.me/videos/413385/keeping-it-a-secret/
http://www.redwap.me/videos/413868/thick-babe-gets-ruined/
http://www.redwap.me/videos/403924/busty-milf-wants-to-be-fucked-by-hug-plumber-boy/
http://www.redwap.me/videos/353859/best-kind-of-waifu/
http://www.redwap.me/videos/246316/horny-driver-takes-advantage-of-her-guest/
http://www.redwap.me/videos/430893/college-girls-gone-wild/
http://www.redwap.me/videos/354989/working-for-a-tip/
http://www.redwap.me/videos/425329/quickie-in-a-onesie/
http://www.redwap.me/videos/301623/three-of-a-kind/
http://www.redwap.me/videos/300939/cute-ebony-girlfriend-fucked/
http://www.redwap.me/videos/417290/kinky-for-the-camera/
http://www.redwap.me/videos/252458/eurobabe-feels-the-intensity-of-the-fuck/
http://www.redwap.me/videos/5993/posing-for-her-boyfriend/
http://www.redwap.me/videos/418433/begging-for-his-jizz/
http://www.redwap.me/videos/249785/redhead-milf-fucked-right/
http://www.redwap.me/videos/425255/heat-of-the-jungle/
http://www.redwap.me/videos/242/everyone-take-off-their-clothes-off-and-fuck/
http://www.redwap.me/videos/415444/teens-dreams-come-true/
http://www.redwap.me/videos/421589/horny-milf-in-love-with-her-step-daughter-round-ass/
http://www.redwap.me/videos/123311/chicks-in-the-club/
http://www.redwap.me/videos/61750/lesbian-girls-gone-wild/
http://www.redwap.me/videos/384647/different-kind-of-hunger/
http://www.redwap.me/videos/415696/steamer-in-the-making/
http://www.redwap.me/videos/404816/threesome-on-the-move/
http://www.redwap.me/videos/30474/quickie-with-the-pilot/
http://www.redwap.me/videos/7000/ladies-for-a-night/
http://www.redwap.me/videos/26188/lesbians-in-the-sunlight/
http://www.redwap.me/videos/404834/college-girls-gone-bad/
http://www.redwap.me/videos/62515/licking-each-other-clit/
http://www.redwap.me/videos/228/skinny-kiera-sliding-on-a-big-cock-and-taking-facial/
http://www.redwap.me/videos/406398/turkish-babe-bends-over-and-begs-to-be-ass-fucked/
http://www.redwap.me/videos/302128/hell-of-a-booty/
http://www.redwap.me/videos/123326/busty-latina-milf-alejandra/

http://www.redwap.me/videos/439966/pretty-blonde-gal-gives-an-amazing-blowjob-to-stranger-outdoors/
http://www.redwap.me/videos/418050/ladder-to-sucksess/
http://www.redwap.me/videos/112523/finest-erotica-hardcore-scene-with-hot-asian-babe-sharon-lee/
http://www.redwap.me/videos/420297/to-kill-time/
http://www.redwap.me/videos/266827/latinas-lingerie-fashion-show-by-her-lavish-wardrobe/
http://www.redwap.me/videos/29778/smoking-hot-blonde-in-hotel-room-fingering-herself/
http://www.redwap.me/videos/92054/harley-dean-and-tony-rubino-having-cool-sex/
http://www.redwap.me/videos/35224/full-of-vigor-and-a-fit-toned-body/
http://www.redwap.me/videos/265084/hot-ass-brunette-anal-banged-in-fake-taxi/
http://www.redwap.me/videos/82673/pretty-babe-gets-her-hole-licked-and-fucked/
http://www.redwap.me/videos/23383/busty-milfs-seduction-of-a-young-innocent-guy/
http://www.redwap.me/videos/248183/pretty-little-moms-pussy-vs-young-teens-huge-cock/
http://www.redwap.me/videos/90371/brooklyn-lee-and-malena-morgan-in-licking-show/
http://www.redwap.me/videos/253662/tiny-college-slut-in-love-with-male-cum/
http://www.redwap.me/videos/90593/anita-toro-giving-nice-blow-to-bruno-dickenz/
http://www.redwap.me/videos/356025/latina-teen-emily-mena-has-a-big-heart/
http://www.redwap.me/videos/395545/ebony-maid-in-short-uniform-upskirt-and-fuck/
http://www.redwap.me/videos/6021/a-girlfriend-posing-nude-for-a-school-project/
http://www.redwap.me/videos/416736/ebony-student-takes-the-load-before-getting-caught/
http://www.redwap.me/videos/301639/freak-on-a-leash/
http://www.redwap.me/videos/266546/hot-babe-welcomes-pleasure-with-well-stretched-legs/
http://www.redwap.me/videos/273725/dark-haired-model-eats-euro-female-agent/
http://www.redwap.me/videos/420359/pov-home-porn-with-big-explosion-cumshot/
http://www.redwap.me/videos/92459/ebony-slutty-woman-gears-the-cum-stick/
http://www.redwap.me/videos/195107/british-escort-fucking-in-a-fake-taxi/
http://www.redwap.me/videos/126187/blonde-strips-off-and-fucks-in-casting/
http://www.redwap.me/videos/114836/tattooed-brit-giving-rimjob-in-fake-taxi/
http://www.redwap.me/videos/89252/charli-shiin-and-tyler-steel-banging-nicely/
http://www.redwap.me/videos/266755/valuable-lesson/
http://www.redwap.me/videos/207917/blonde-female-agent-seduces-babe-on-the-couch/
http://www.redwap.me/videos/406293/six-eurobabes-line-up-for-a-single-cock/
http://www.redwap.me/videos/294037/slim-blonde-in-shorts-sucks-in-fake-taxi/
http://www.redwap.me/videos/132410/paris-fucks-her-man-on-his-bday/
http://www.redwap.me/videos/82746/jmac-and-megan-sweetz-in-so-cool-hardcore/
http://www.redwap.me/videos/437407/juicy-blowjobs-and-big-cumshots-from-sexy-wives/
http://www.redwap.me/videos/354081/wet-and-wetter/
http://www.redwap.me/videos/298780/milf-gives-couple-some-sex-therapy-in-threesome/
http://www.redwap.me/videos/178204/sexy-passionate-session-of-solo-masturbation-with-angelica/
http://www.redwap.me/videos/267001/stunning-babe-with-monster-curves-exposes-her-pussy/
http://www.redwap.me/videos/89172/coco-valentina-gets-nailed-by-jmac-in-pov/
http://www.redwap.me/videos/92002/handsome-guy-picks-up-and-fucks-horny-milf/
http://www.redwap.me/videos/89724/msucled-jmac-pleasures-hot-ass-ebony-slut-leila/
http://www.redwap.me/videos/249637/sexy-girlfriends-revenge-sex-with-one-amazing-dude/
http://www.redwap.me/videos/90633/skinny-girl-casey-pleasing-her-man-romeo-price/
http://www.redwap.me/videos/996/young-couple-having-sex-with-their-history-teacher/
http://www.redwap.me/videos/5019/young-riley-sliding-on-a-fat-black-cock/
http://www.redwap.me/videos/282962/heartbroken-babe-found-comfort-with-brother-in-law/
http://www.redwap.me/videos/418936/charles-dera-and-ana-foxxx-hard-fucking-session/
http://www.redwap.me/videos/288022/hot-jessica-fucks-with-the-dude-she-just-met-on-the-street/
http://www.redwap.me/videos/281208/huge-tits-blonde-gets-anal-fcuked-in-cab/
http://www.redwap.me/videos/361873/aidra-fox-tight-pussy-drill-by-xander-corvus/

http://www.redwap.me/videos/312998/teens-ripped-by-huge-cock-in-hardcore-sex-video/
http://www.redwap.me/videos/90604/lola-foxx-is-fucking-with-sexy-johnny-sins/
http://www.redwap.me/videos/397673/horny-ebony-sizi-sev-swallows-logan-longs-cock/
http://www.redwap.me/videos/243717/busty-babe-picked-up-in-public-and-laid/
http://www.redwap.me/videos/306190/hungry-milf-looking-to-devour-some-teen-pussy/
http://www.redwap.me/videos/230462/42-years-old-and-enjoying-my-first-black-cock/
http://www.redwap.me/videos/67943/young-couple-having-sex-with-their-history-teacher/
http://www.redwap.me/videos/266883/busty-black-queens-kill-one-huge-white-cock/
http://www.redwap.me/videos/7085/blonde-babe-and-her-friends-in-club-sex/
http://www.redwap.me/videos/90502/farell-gets-sucked-by-kyra-hot-in-pov/
http://www.redwap.me/videos/4775/girl-fucking-and-taking-facial-cumshot-for-money/
http://www.redwap.me/videos/90407/tempting-erika-staring-erica-martinelli-and-tony-tigrao/
http://www.redwap.me/videos/111159/hd-pov-brunette-with-big-tits-wants-your-cum/
http://www.redwap.me/videos/310304/teen-raylin-ann-taked-her-first-big-cock/
http://www.redwap.me/videos/419677/manage-to-fuck-a-rich-girl-for-money/
http://www.redwap.me/videos/247523/college-girl-looking-to-make-some-quick-cash/
http://www.redwap.me/videos/307572/barbara-bieber-gets-pussy-rammed-after-fitness-class/
http://www.redwap.me/videos/355088/dealt-a-great-hand/
http://www.redwap.me/videos/31713/april-oneil-gets-some-cream-on-her-muff/
http://www.redwap.me/videos/272632/my-snake-and-i-always-ready-to-help/
http://www.redwap.me/videos/90072/tyler-steel-getss-sucked-by-petite-victoria-love/
http://www.redwap.me/videos/248211/her-big-pierced-boobs-are-made-for-titfucking/
http://www.redwap.me/videos/91492/candi-lane-shows-off-her-hairy-little-bush/
http://www.redwap.me/videos/379255/rocking-hard-cock-inside-my-hot-ebony-gf/
http://www.redwap.me/videos/82715/clover-and-sexy-sasha-casey-enjoy-each-other/
http://www.redwap.me/videos/58497/sex-after-a-crazy-night-of-picnic-partying/
http://www.redwap.me/videos/90829/perfect-brunette-with-delicious-ass-poses-and-masturbates/
http://www.redwap.me/videos/260949/cab-driver-big-tits-banged-by-black-cock/
http://www.redwap.me/videos/358830/haley-reed-rides-on-top-of-brick-danger/
http://www.redwap.me/videos/259578/tiny-teen-wants-to-deep-thorats-your-dick/
http://www.redwap.me/videos/91071/chloe-foster-giving-a-head-to-chris-strokes/
http://www.redwap.me/videos/253565/young-gamer-teens-fucked-in-their-nerdy-pussies/
http://www.redwap.me/videos/34489/amanda-tate-having-sex-with-her-sisters-boyfriend/
http://www.redwap.me/videos/418945/cute-teen-sluts-harass-sexy-milf-anissa-kate/
http://www.redwap.me/videos/274/the-way-to-get-back-on-task-is-to-give-him-what-he-wants/
http://www.redwap.me/videos/389951/be-careful-ivana-sugar-might-give-you-diabetes/
http://www.redwap.me/videos/226/kiera-gets-fucked-by-her-older-brothers-friend/
http://www.redwap.me/videos/247152/horny-doctor-offers-prescribes-sex-to-hot-patient/
http://www.redwap.me/videos/132557/gf-blows-her-man-on-his-bday/
http://www.redwap.me/videos/170578/british-brunette-milf-eats-ass-in-fake-taxi/
http://www.redwap.me/videos/418651/step-sis-and-her-bestie-for-the-night/
http://www.redwap.me/videos/350507/great-timing-for-a-teen-and-her-towels/
http://www.redwap.me/videos/399678/ebony-college-teen-longing-to-pay-her-tuition/
http://www.redwap.me/videos/89130/petite-and-amateur-girl-does-the-nice-blowjob-showing-her-skills/
http://www.redwap.me/videos/257127/perfectly-shaped-babe-with-beautiful-tits-doing-herself/
http://www.redwap.me/videos/282840/busty-model-deep-throats-agents-dick-in-casting/
http://www.redwap.me/videos/429947/fuck-like-nobodys-watching/
http://www.redwap.me/videos/272538/blonde-milf-and-sexy-babe-licking-each-other/
http://www.redwap.me/videos/383962/natural-huge-tits-gf-bangs-her-bf-student/
http://www.redwap.me/videos/259312/cherokee-bodacious-ebony-drilled-by-a-black-dong/
http://www.redwap.me/videos/123390/cutie-wearing-tight-gym-clothes-gets-fucked-outside/

http://www.redwap.me/videos/409560/busty-milf-is-mesmerized-by-this-hot-teen/
http://www.redwap.me/videos/89284/hot-action-with-sexy-aryell-and-roge-ferro/
http://www.redwap.me/videos/330206/slender-beauty-is-ready-for-a-new-experience/
http://www.redwap.me/videos/249799/oh-baby-i-wanted-you-for-so-long/
http://www.redwap.me/videos/168748/young-latina-loren-colombara-fucked-in-hardcore-po/
http://www.redwap.me/videos/246413/masculine-milf-hunter-finds-the-pussy-he-loves/
http://www.redwap.me/videos/4157/my-girl-is-the-hottest-see-her-boobs/
http://www.redwap.me/videos/19723/sicilia-come-stay-at-the-apartment-this-week/
http://www.redwap.me/videos/34121/kendra-wanted-to-stay-and-knew-the-deal/
http://www.redwap.me/videos/143815/kenna-and-lover-on-a-steamy-lesbian-sex/
http://www.redwap.me/videos/360133/super-hot-redhead-ella-hughes-fucked-in-car/
http://www.redwap.me/videos/266667/sexy-babe-cuddles-and-sensually-abused-for-pleasure/
http://www.redwap.me/videos/82803/blonde-teen-vanda-erotically-plays-with-sex-toy/
http://www.redwap.me/videos/82698/big-ass-abony-fendi-sucks-tattooed-muscled-ricky/
http://www.redwap.me/videos/384345/scissoring-on-a-couch/
http://www.redwap.me/videos/167756/amateur-gets-huge-tits-banged-in-fake-taxi/
http://www.redwap.me/videos/207/super-sweet-teen-having-sex-with-her-boyfriend/
http://www.redwap.me/videos/288297/beautiful-teen-riding-a-stick-for-her-audition/
http://www.redwap.me/videos/269878/carnal-oil-massage-makes-cutie-give-wet-irrumation/
http://www.redwap.me/videos/92157/alexa-amore-gives-a-nervous-but-hot-audition/
http://www.redwap.me/videos/91247/arousing-brunette-milf-gets-lured-in-the-apartment/
http://www.redwap.me/videos/90668/nikki-chase-rides-on-jmacs-big-hard-dick/
http://www.redwap.me/videos/114988/dark-haired-lesbians-eating-pussies-to-each-other/
http://www.redwap.me/videos/90535/hot-babe-in-glasses-cat-morris-sucking-dick/
http://www.redwap.me/videos/90757/brandi-love-and-cute-zoey-monroe-suck-cock/
http://www.redwap.me/videos/413225/ebony-slut-and-a-bwc/
http://www.redwap.me/videos/92097/aidra-fox-and-presley-hart-lick-each-other/
http://www.redwap.me/videos/247914/sexy-ava-finds-herself-in-deep-sex-trouble/
http://www.redwap.me/videos/396318/two-hot-dykes-eat-each-others-pussy-juice/
http://www.redwap.me/videos/358831/jessy-jones-rides-on-top-of-jessy-jones/
http://www.redwap.me/videos/307656/hot-babes-oil-massage-with-pussy-satisfaction-included/
http://www.redwap.me/videos/26149/a-massage-going-the-best-kind-of-wrong/
http://www.redwap.me/videos/170629/lesbian-teen-has-oral-sex-with-mature-lady/
http://www.redwap.me/videos/445529/phat-ass-girlfriend-takes-it-from-behind-in-pool-pov/
http://www.redwap.me/videos/310664/fitness-babe-victoria-sweet-seduces-hot-young-blonde/
http://www.redwap.me/videos/89109/alana-gray-and-jmac-are-fucking-very-hard/
http://www.redwap.me/videos/82695/young-busty-conny-carter-gives-head-to-denson/
http://www.redwap.me/videos/407046/young-busty-mom-gets-her-tight-cunt-smashed/
http://www.redwap.me/videos/230384/hairless-pussy-gap-receives-nailed-by-thick-cock/
http://www.redwap.me/videos/196831/hungarian-babe-flashing-in-a-british-fake-taxi/
http://www.redwap.me/videos/108136/love-creampie-cute-student-wants-you-to-cum/
http://www.redwap.me/videos/90974/emily-benjamins-rides-jmacs-hard-bazooka-on-bed/
http://www.redwap.me/videos/111515/paula-shy-slides-his-whole-shaft-deep-inside-her-wet-pussy/
http://www.redwap.me/videos/416633/ebony-college-girl-melting-in-her-boyfriend-arms/
http://www.redwap.me/videos/420877/naughty-yoga-session-with-a-hot-chocolate-girl/
http://www.redwap.me/videos/398264/ryan-mclane-doggy-fuck-sidney-alexis-from-behind/
http://www.redwap.me/videos/123845/tattooed-blonde-milf-hard-fucked-by-horny-stud/
http://www.redwap.me/videos/274098/blonde-flashed-tits-and-cunt-in-fake-taxi/
http://www.redwap.me/videos/203862/busty-blonde-banged-from-behind-in-fake-taxi/
http://www.redwap.me/videos/375817/joe-bones-stuffs-his-cock-aubrey-sinclairs-pussy/
http://www.redwap.me/videos/395905/bailey-brookes-doesnt-need-a-vibrator-when-there-is-a-real-cock/

http://www.redwap.me/videos/259591/my-wife-enjoys-dp-and-anal-cum-injection/
http://www.redwap.me/videos/445660/big-titted-mommy-bounces-on-young-cock-in-the-office/
http://www.redwap.me/videos/33910/kissing-cassidy-was-a-ballerina-not-long-ago/
http://www.redwap.me/videos/293440/teen-girl-pays-for-rent-with-hot-sex/
http://www.redwap.me/videos/108213/hot-brunette-wants-your-cock-deep-inside-her/
http://www.redwap.me/videos/311032/stunning-blondes-fucked-in-a-fantastic-threesome-action/
http://www.redwap.me/videos/360525/dolce-vandelas-sweet-pussy-lick-by-kiley-jay/
http://www.redwap.me/videos/247498/black-latina-cutie-got-her-tight-pussy-drilled/
http://www.redwap.me/videos/248731/hot-blonde-punk-teen-celebrates-a-big-cock/
http://www.redwap.me/videos/92237/arousing-brunette-stacey-foxxx-enjoys-with-tyler-steel/
http://www.redwap.me/videos/274900/busty-blonde-brit-gives-footjob-in-fake-cab/
http://www.redwap.me/videos/303903/we-have-yet-another-awesome-party-to-attend/
http://www.redwap.me/videos/34714/lovely-lara-took-load-on-her-cute-face/
http://www.redwap.me/videos/249128/horny-latina-babe-goes-for-the-hard-cock/
http://www.redwap.me/videos/407244/hot-teen-nympho-treated-like-a-total-slut/
http://www.redwap.me/videos/90163/averi-brooks-gonna-have-nice-screw-with-jmac/
http://www.redwap.me/videos/266853/monster-cock-destroys-tight-pussy-for-horny-teenager/
http://www.redwap.me/videos/106708/hd-pov-brunette-college-rubs-cock-against-tight-pussy/
http://www.redwap.me/videos/186599/spanish-babe-does-anal-in-british-fake-taxi/
http://www.redwap.me/videos/255268/horny-girlfriend-revenged-hard-with-a-massive-cock/
http://www.redwap.me/videos/266439/intimate-lesbians-fuck-hard-and-poke-their-cherries/
http://www.redwap.me/videos/763/the-idea-is-to-play-strip-black-jack/
http://www.redwap.me/videos/247674/busty-latina-mom-loadd-with-fat-cock-anally/
http://www.redwap.me/videos/65119/this-guy-must-fuck-her-like-never-before/
http://www.redwap.me/videos/306218/sexy-blonde-slut-nela-angel-getting-pussy-treatment/
http://www.redwap.me/videos/111332/silvia-lauren-joined-the-couple-on-the-sofa-for-a-threesome/
http://www.redwap.me/videos/92565/aroused-ava-cash-gets-seduced-by-bruno-dickenz/
http://www.redwap.me/videos/82707/hotties-brooklyn-lee-and-malena-morgan-get-naughty/
http://www.redwap.me/videos/267017/impressive-partners-getting-ready-to-know-each-other/
http://www.redwap.me/videos/261853/oiled-blonde-beauty-licked-and-banged-in-massage/
http://www.redwap.me/videos/47047/ryu-enami-gives-amazing-oral-during-harsh-hardcore/
http://www.redwap.me/videos/110203/made-up-busty-blonde-banged-in-fake-taxi/
http://www.redwap.me/videos/402733/a-peach-of-an-ass-lovely-anal-sex/
http://www.redwap.me/videos/92646/anita-berlusconi-in-threesome-with-chucky-and-renato/
http://www.redwap.me/videos/249748/feasting-hard-on-busty-brazilian-ass-without-regret/
http://www.redwap.me/videos/266463/hot-females-share-the-pleasures-of-erotic-parties/
http://www.redwap.me/videos/91790/jmac-gets-pleasured-by-busty-blonde-keiyra-lina/
http://www.redwap.me/videos/246820/use-me-but-quench-my-thirst-for-cock/
http://www.redwap.me/videos/293316/beautiful-slim-mom-bangs-hard-cock-in-bedroom/
http://www.redwap.me/videos/91161/exotic-busty-milf-in-dress-seduces-handsome-stud/
http://www.redwap.me/videos/91067/chris-strokes-and-teddi-rae-are-fooling-around/
http://www.redwap.me/videos/97734/blue-eyed-babe-gets-fuck-and-facial-pov/
http://www.redwap.me/videos/172582/hottest-threesome-sex-video-with-gf-and-her-mom/
http://www.redwap.me/videos/417976/wonder-woman-is-the-queen-of-eating-ass/
http://www.redwap.me/videos/247545/fucked-her-wet-pussy-till-she-passes-out/
http://www.redwap.me/videos/90739/super-booty-with-ryan-driller-and-staci-ellis/
http://www.redwap.me/videos/68102/blue-eyed-blonde-girlfriend-fucking-and-taking-facial/
http://www.redwap.me/videos/91641/tight-ass-teen-brunette-in-boots-gets-licked/
http://www.redwap.me/videos/91863/lia-lor-and-malena-morgan-play-with-vibrator/
http://www.redwap.me/videos/288495/cute-czech-teen-flashing-perfect-tits-in-public/
http://www.redwap.me/videos/378298/riding-him-nicely-after-giving-an-amazing-blowjob/

http://www.redwap.me/videos/295875/real-couple-going-naughty-in-home-porn-tapes/
http://www.redwap.me/videos/439223/joseline-kelly-gets-banged-by-seth-gamble-doggystyle/
http://www.redwap.me/videos/92944/james-brossman-fucks-sophie-lynx-and-vanda-lust/
http://www.redwap.me/videos/261843/unacceptable-for-her-to-fail-her-test-drive/
http://www.redwap.me/videos/248606/lovely-mom-given-a-chance-for-doggy-fuck/
http://www.redwap.me/videos/251086/coming-home-to-my-girl-and-her-mom/
http://www.redwap.me/videos/263123/extremely-lucky-man-surrounded-by-two-lovely-girls/
http://www.redwap.me/videos/92918/nice-sex-with-gisele-mona-and-tony-rubino/
http://www.redwap.me/videos/309399/ana-rose-fucks-her-fitness-instructor-doggy-style/
http://www.redwap.me/videos/266545/busty-babe-rides-massive-cock-anally-and-moans/
http://www.redwap.me/videos/155557/milf-lesbians-in-panties-licking-on-the-sofa/
http://www.redwap.me/videos/435161/mom-with-big-tits-and-young-lover-have-passionate-sex/
http://www.redwap.me/videos/428140/ping-pong-and-a-big-dong/
http://www.redwap.me/videos/422750/amateur-babe-and-her-boyfriend-make-a-homemade-porn-video/
http://www.redwap.me/videos/406277/all-natural-curved-girlfriend-fucks-for-a-sex-tape/
http://www.redwap.me/videos/111373/no-one-understands-how-to-please-a-woman-like-another-woman/
http://www.redwap.me/videos/422172/in-the-spotlight/
http://www.redwap.me/videos/6764/redhead-teen-lacey-vega-taking-a-big-cock/
http://www.redwap.me/videos/247736/adorable-college-girl-offers-to-fuck-a-stranger/
http://www.redwap.me/videos/91718/horny-christie-nelson-gives-head-to-juan-largo/
http://www.redwap.me/videos/203328/busty-blonde-giving-tits-job-in-fake-taxi/
http://www.redwap.me/videos/407043/sly-slut-jasmine-jae-deals-with-a-dangerous-cock/
http://www.redwap.me/videos/19831/natural-titted-french-babe-fucking-and-taking-facial-cumshot/
http://www.redwap.me/videos/82540/jmac-and-sasha-de-la-vega-having-oral-fun/
http://www.redwap.me/videos/110987/redhead-with-monster-tits-in-fake-taxi-banged-pov/
http://www.redwap.me/videos/82669/horny-and-hot-brunette-naomi-gets-dirty-with-sabby/
http://www.redwap.me/videos/266654/athletic-frame-babe-does-her-stuff-even-in-public/
http://www.redwap.me/videos/271658/busty-petite-babe-licks-female-agent-on-the-couch/
http://www.redwap.me/videos/417852/bike-rider/
http://www.redwap.me/videos/403448/daya-handled-her-need-for-a-long-hard-cock/
http://www.redwap.me/videos/19789/blonde-girl-come-stay-at-the-apartment-this-week/
http://www.redwap.me/videos/104495/hd-pov-blonde-babe-scarlet-red-riding-your-big-dick/
http://www.redwap.me/videos/252440/sweet-ass-mama-oils-it-and-fucks-huge-cock/
http://www.redwap.me/videos/89552/horny-girl-in-a-sexy-stockings-coco-valentina-posing/
http://www.redwap.me/videos/85271/perky-model-with-natural-forms-is-doing-something-sexy/
http://www.redwap.me/videos/257379/sexy-girl-next-doors-love-to-spreads-her-legs/
http://www.redwap.me/videos/205107/remi-lacroix-fucking-hard-in-some-different-nasty-positions/
http://www.redwap.me/videos/367512/blue-eyed-latina-deserves-a-stiff-prick-and-a-sturdy-fuck/
http://www.redwap.me/videos/257442/sex-party-with-slutty-college-babes-banging-like-crazy/
http://www.redwap.me/videos/258135/busty-brunette-engages-with-a-hot-and-fat-cock/
http://www.redwap.me/videos/406909/tattooed-biker-allures-a-teen-pray-for-pussy-treatment/
http://www.redwap.me/videos/133917/hot-babes-with-twice-wet-pussies-for-a-fuck/
http://www.redwap.me/videos/32271/teeny-wants-to-ride-a-rocket/
http://www.redwap.me/videos/207244/masseur-seduces-whore-to-group-sex-her-wet-pussy/
http://www.redwap.me/videos/1075/babe-with-excellent-body-takes-care-of-my-dick/
http://www.redwap.me/videos/228682/horny-couple-having-hardcore-sex-right-after-waking-up/
http://www.redwap.me/videos/414245/alexis-monroe-squirts-all-over-a-long-stiff-dong/
http://www.redwap.me/videos/5542/babe-with-huge-perfectly-shaped-tits-fucking-for-money/
http://www.redwap.me/videos/90705/preston-parker-gets-his-fat-cock-sucked-by-rahyndee/
http://www.redwap.me/videos/288019/sexy-blonde-agent-jarushka-welcomes-luke-on-the-casting/
http://www.redwap.me/videos/249753/hot-latina-queen-displays-her-horny-and-naked-body/

68

http://www.redwap.me/videos/90147/big-ass-soraya-carioca-gives-tony-tigrao-a-blowjob/
http://www.redwap.me/videos/91669/beautiful-round-bottom-staring-meagan-maze-and-michael-vegas/
http://www.redwap.me/videos/7729/lily-love-showing-her-beautiful-natural-tits-and-masturbating/
http://www.redwap.me/videos/304206/sexy-milf-reading-a-good-cock-in-hardcore-scene/
http://www.redwap.me/videos/6747/the-girls-couldnt-keep-their-hands-off-each-other/
http://www.redwap.me/videos/369641/bambino-fuck-the-teens-pussies-one-at-a-time/
http://www.redwap.me/videos/91925/hot-ass-clover-gives-amazing-blowjob-to-taylor-kush/
http://www.redwap.me/videos/414823/liz-rainbow-gets-her-pussy-pounded-on-top-of-a-car/
http://www.redwap.me/videos/387770/her-well-trained-ass-is-a-total-cock-crusher/
http://www.redwap.me/videos/268387/horny-fellow-fucking-his-tattooed-chicks-dripping-cunt-hardcore/
http://www.redwap.me/videos/402006/black-sexy-fit-girlfriend-bent-over-to-get-stretch/
http://www.redwap.me/videos/254859/naughty-nurse-gets-her-good-share-of-the-cock/
http://www.redwap.me/videos/291747/nurse-helps-patient-to-drain-his-balls-in-hospital/
http://www.redwap.me/videos/266680/lonely-moms-plotting-on-how-to-fuck-young-cock/
http://www.redwap.me/videos/89853/lesbians-lia-lor-and-malena-morgan-in-bedroom-action/
http://www.redwap.me/videos/249459/horny-teens-go-wild-in-college-and-drink-cum/
http://www.redwap.me/videos/92625/sexy-brunette-geats-nasty-and-wet-at-the-interview/
http://www.redwap.me/videos/36060/girl-takes-anal-fisting-even-though-shes-so-young/
http://www.redwap.me/videos/266880/intimate-lovers-spend-day-and-night-together-on-bed/
http://www.redwap.me/videos/105184/hd-pov-amy-fair-rides-you-with-her-bald-pussy/
http://www.redwap.me/videos/92560/james-brossman-gets-seduced-by-dark-haired-kira-queen/
http://www.redwap.me/videos/91359/cage-is-sucked-off-proper-by-lil-satin-bloom/
http://www.redwap.me/videos/255163/gorgeous-babe-with-petite-waist-rides-on-huge-cock/
http://www.redwap.me/videos/246668/duchess-of-round-booty-and-flexible-body-is-back/
http://www.redwap.me/videos/89621/a-hot-filipino-sucks-off-a-nerdy-white-boy/
http://www.redwap.me/videos/196042/female-agent-with-nice-ass-gets-banged-in-casting/
http://www.redwap.me/videos/176348/sexy-lesbian-nuru-massage-with-a-lot-of-oil/
http://www.redwap.me/videos/267086/clean-maid-shows-off-her-juicy-boobs-and-pussy/
http://www.redwap.me/videos/90613/irina-bruni-has-nice-sex-with-two-pretty-pals/
http://www.redwap.me/videos/249366/hot-milf-loves-jizz-and-riding-monster-cock/
http://www.redwap.me/videos/248422/blonde-milf-sasha-eager-to-fuck-for-money/
http://www.redwap.me/videos/267201/begging-for-some-thrilling-sex-with-young-teen/
http://www.redwap.me/videos/170330/stunning-busty-blonde-pounds-pov-european-big-cock/
http://www.redwap.me/videos/19929/the-best-group-sex-is-with-my-stepmom/
http://www.redwap.me/videos/233322/busty-babe-takes-huge-cock-in-a-cellar/
http://www.redwap.me/videos/212143/stranger-fucks-blonde-in-public-underground-car-park/
http://www.redwap.me/videos/175468/pretty-brunette-sapphira-touches-her-pussy-lips-softly/
http://www.redwap.me/videos/92243/bruno-dickenz-gets-sucked-by-babe-callie-calypso/
http://www.redwap.me/videos/180169/huge-tits-oiled-masseuse-fingers-her-lesbian-customer/
http://www.redwap.me/videos/83188/stunning-beauty-likes-huge-wieners-and-hard-penetrations/
http://www.redwap.me/videos/103872/stunning-busty-blonde-pounds-pov-hardcore-big-cock/
http://www.redwap.me/videos/181242/hot-dirty-talking-slut-wants-you-to-cum/
http://www.redwap.me/videos/20050/20-years-old-american-teen-with-big-perfect-tits/
http://www.redwap.me/videos/302983/sexy-milf-dayton-rains-fucking-like-a-devil/
http://www.redwap.me/videos/390779/natural-huge-tits-bbw-teen-bangs-dads-intern/
http://www.redwap.me/videos/248396/small-teen-with-braces-gets-hogtied-and-fucked/
http://www.redwap.me/videos/308230/girls-get-creampied-in-a-yoga-threesome-class/
http://www.redwap.me/videos/250350/horny-female-shows-off-her-wet-lustful-eyes/
http://www.redwap.me/videos/393010/jessy-jones-goes-hard-on-that-milf-pussy/
http://www.redwap.me/videos/413935/raining-man-juice-all-over-next-door-milf/
http://www.redwap.me/videos/18432/zoey-monroe-and-her-stepmom-share-a-cock/

http://www.redwap.me/videos/25382/he-wants-to-see-destinys-trampstamp-up-close/
http://www.redwap.me/videos/204721/slim-ebony-teen-does-something-forbidden-on-webcam/
http://www.redwap.me/videos/380317/natural-beauty-gets-the-green-for-being-pretty/
http://www.redwap.me/videos/82433/busty-mature-darla-crane-gives-man-oral-satisfaction/
http://www.redwap.me/videos/92261/pov-fucking-with-alice-manson-and-tyler-steel/
http://www.redwap.me/videos/181349/czech-female-agent-fucks-redhead-with-strap-on/
http://www.redwap.me/videos/62837/exotic-chick-provide-a-full-body-massage-service/
http://www.redwap.me/videos/290098/hot-lesbian-milf-licking-teens-ass-in-bed/
http://www.redwap.me/videos/205887/blonde-lesbian-pussy-lickers-in-morning-oral-sex/
http://www.redwap.me/videos/83065/cassie-laine-and-kiera-winters-fingering-wet-twats/
http://www.redwap.me/videos/282964/sexy-chick-greets-the-locksmith-with-hot-outfits/
http://www.redwap.me/videos/33907/short-teen-natasha-white-taking-a-big-cock/
http://www.redwap.me/videos/185272/blonde-female-agent-eats-brunette-on-the-couch/
http://www.redwap.me/videos/406301/slut-patrol-attacks-the-last-cock-remained-unsucked/
http://www.redwap.me/videos/305138/the-only-thing-this-hot-teen-wont-refuse/
http://www.redwap.me/videos/399353/hot-teen-couple-enjoys-nice-fucking-on-webcam/
http://www.redwap.me/videos/266925/lovely-blonde-licks-natural-candy-for-pussy-pleasure/
http://www.redwap.me/videos/297984/kendra-sunderland-webcam-porn-free-video-teen-sex-live/
http://www.redwap.me/videos/92150/hot-amateur-rides-on-fat-cock-at-interview/
http://www.redwap.me/videos/89114/gorgeous-horny-babe-gets-boned-in-a-store/
http://www.redwap.me/videos/384326/naughty-babes-on-a-wild-group-sex-party/
http://www.redwap.me/videos/319905/teen-sex-doll-gf-facefucked-by-big-cock/
http://www.redwap.me/videos/384563/fun-time-in-sauna-with-a-brazilian-princess/
http://www.redwap.me/videos/62716/we-found-some-fine-chicks-for-hot-ride/
http://www.redwap.me/videos/298268/masseur-bangs-huge-tits-gorgeous-blonde-till-cumshot/
http://www.redwap.me/videos/92746/sexy-babes-are-being-fucked-in-their-mouth/
http://www.redwap.me/videos/384713/lesbian-femdom/
http://www.redwap.me/videos/89647/sophia-reveals-her-sexy-forms-to-tony-rubino/
http://www.redwap.me/videos/89481/man-lick-hottie-before-starting-to-fuck-her/
http://www.redwap.me/videos/266816/abella-shows-her-cum-face-and-craves-anal-sex/
http://www.redwap.me/videos/143797/mix-tape-of-real-wives-getting-fucked-on-camera/
http://www.redwap.me/videos/421553/sliding-my-hard-dick-deep-inside-her-sugar-walls/
http://www.redwap.me/videos/414357/skyler-mckay-gets-pile-driver-fucked-in-the-cab/
http://www.redwap.me/videos/111609/slow-hardcore-erotic-scene-with-brunette-babe-holly-michaels/
http://www.redwap.me/videos/82268/attractive-sexy-blonde-trixie-fucked-rough-and-do-blowjob/
http://www.redwap.me/videos/212251/huge-boobs-blonde-anal-banged-in-london-fake-taxi/
http://www.redwap.me/videos/107741/hd-pov-amber-stars-big-black-tits-bouncing-your-face/
http://www.redwap.me/videos/195090/redhead-gets-huge-tits-banged-in-a-fake-taxi/
http://www.redwap.me/videos/304718/shy-teen-melissa-moore-wants-to-try-some-porn/
http://www.redwap.me/videos/292498/slender-redhead-teen-anne-swix-enjoys-her-casting-adventure/
http://www.redwap.me/videos/32704/lovely-lara-was-left-home-alone-with-her-tutor/
http://www.redwap.me/videos/82656/a-soccer-mom-has-the-night-of-her-life/
http://www.redwap.me/videos/30634/bibi-getting-her-pussy-filled-like-a-cream-donut/
http://www.redwap.me/videos/1191/shaes-mom-left-her-at-home-to-have-sex/
http://www.redwap.me/videos/82653/roxy-lovette-spends-her-free-time-with-will-powers/
http://www.redwap.me/videos/418308/fantastic-facial/
http://www.redwap.me/videos/281856/incredible-brunette-babe-annie-gets-licked-by-sexy-nessy/
http://www.redwap.me/videos/290824/cab-driver-eats-and-fucks-busty-blonde-in-public/
http://www.redwap.me/videos/89956/tessalia-and-tony-tigrao-in-oral-sex-near-pool/
http://www.redwap.me/videos/89378/jmac-gets-sucked-by-lily-love-and-natalie-moore/
http://www.redwap.me/videos/278180/hot-euro-blonde-banged-in-fake-taxi-in-woods/

http://www.redwap.me/videos/249257/strangers-show-their-hard-desires-for-sex-in-public/
http://www.redwap.me/videos/92360/katerina-kay-and-her-friends-in-orgy-in-club/
http://www.redwap.me/videos/34693/i-pounded-that-little-snatch-all-over-the-couch/
http://www.redwap.me/videos/89391/teen-giselle-leon-fucked-by-black-guy-shane-diesel/
http://www.redwap.me/videos/298925/black-babe-having-sex-with-her-bf/
http://www.redwap.me/videos/113111/hot-brunette-babe-amber-sym-loves-to-masturbate-when-alone/
http://www.redwap.me/videos/443588/big-ass-teens-have-hardcore-foursome-with-one-lucky-guy/
http://www.redwap.me/videos/113066/anna-rosa-wanted-an-afternoon-of-sweet-and-sensual-sex/
http://www.redwap.me/videos/196052/pretty-blonde-babe-courtney-taylor-titty-fucking-a-big-cock/
http://www.redwap.me/videos/439949/flat-chested-schoolgirl-in-skirt-bounces-on-hard-dick-pov/
http://www.redwap.me/videos/272959/it-is-time-for-some-hardcore-anal-after-sucking-dick/
http://www.redwap.me/videos/423328/big-ass-chinese-babe-rides-hard-tool-reverse-cowgirl-style/
http://www.redwap.me/videos/266686/horny-and-slutty-ziggy-admits-to-lets-try-anal-call/
http://www.redwap.me/videos/394494/michael-sneakily-fuck-carters-pussy/
http://www.redwap.me/videos/269155/hot-latina-babe-drilled-hard-on-bed-with-fat-schlong/
http://www.redwap.me/videos/444075/lucky-guy-got-his-cock-sucked-by-hotties-in-public/
http://www.redwap.me/videos/423142/extravagant-lesbian-milf-shows-cute-teen-new-tricks-on-sofa/
http://www.redwap.me/videos/417125/picked-up-and-pounded/
http://www.redwap.me/videos/90641/two-girls-are-ready-to-do-everything-for-money/
http://www.redwap.me/videos/85272/gorgeous-blonde-and-brunette-take-on-one-hard-dick/
http://www.redwap.me/videos/365382/nubian-princess-gives-head-to-stepdad-like-a-queen/
http://www.redwap.me/videos/420689/astonishing-brunette-mom-rides-young-cock-after-the-mutual-69/
http://www.redwap.me/videos/248300/sexy-teen-with-gorgeous-eyes-shows-her-pretty-smile/
http://www.redwap.me/videos/258767/cayla-gets-pussy-eating-action-from-her-gorgeous-girlfriend/
http://www.redwap.me/videos/246515/we-can-help-you-get-a-hard-nice-fuck/
http://www.redwap.me/videos/106787/hd-pov-hot-college-girl-is-eager-to-please-you/
http://www.redwap.me/videos/272488/tight-brunette-is-ass-fucked-live-at-1hottie-everynight/
http://www.redwap.me/videos/91164/abby-and-her-friends-have-a-nice-christmas-threesome/
http://www.redwap.me/videos/90436/babes-evi-fox-and-nicole-thomas-suck-preston-parker/
http://www.redwap.me/videos/82386/nice-blowjob-scene-by-beautiful-curvy-whore-mali-luna/
http://www.redwap.me/videos/82703/lola-larue-sucks-a-white-boys-dick-super-dry/
http://www.redwap.me/videos/254176/stop-working-and-fuck-me-honey-said-kiara-mia/
http://www.redwap.me/videos/249754/booby-banger-exposes-her-horny-body-and-erotic-mind/
http://www.redwap.me/videos/260378/wcp-club-fake-cops-on-booty-patrol/
http://www.redwap.me/videos/23434/twin-sisters-closeup-in-ffm-threeway-action/
http://www.redwap.me/videos/401208/busting-on-a-her-wonderful-round-breasts/
http://www.redwap.me/videos/355886/spanish-hottie-claudia-bavel-riding-nachos-dick/
http://www.redwap.me/videos/90877/diamond-foxx-plays-dirty-in-xanders-penis/
http://www.redwap.me/videos/19705/experienced-woman-took-control-of-the-situation/
http://www.redwap.me/videos/156114/riley-and-her-bf-need-cheries-affection/
http://www.redwap.me/videos/92081/chris-strokes-gets-fellatio-from-gia-jakarta/
http://www.redwap.me/videos/33870/quickly-escalated-things-at-the-dorm-party/
http://www.redwap.me/videos/248646/busty-nurse-displays-her-cock-hardening-nudity/
http://www.redwap.me/videos/263827/thirsty-petite-latina-keen-for-a-deal/
http://www.redwap.me/videos/91407/tinslee-reagan-pleasures-xander-corvus-in-backyard/
http://www.redwap.me/videos/134302/my-costume-a-charm-to-impress-dicks/
http://www.redwap.me/videos/393372/johnny-rockard-sub-slut-home-delivery-service/
http://www.redwap.me/videos/277673/beautiful-petite-lesbian-model-toyed-in-casting/
http://www.redwap.me/videos/407055/beauty-queen-armed-with-a-tasty-booty/
http://www.redwap.me/videos/19869/audrina-was-an-asian-vision-of-beauty/
http://www.redwap.me/videos/92805/prince-yahshua-swaps-oral-with-noelle-easton/

http://www.redwap.me/videos/211440/natural-busty-blonde-mature-fucks-till-creampie/
http://www.redwap.me/videos/266951/adorable-babe-with-amusing-glamour-fucks-well/
http://www.redwap.me/videos/396695/intense-but-passionate-lovemaking-with-noe-milk/
http://www.redwap.me/videos/258001/athletic-body-babe-desires-to-workout-erotically/
http://www.redwap.me/videos/418932/two-crazy-hoes-fight-for-charles-cock/
http://www.redwap.me/videos/356010/sexy-natasha-propped-up-on-his-pillow/
http://www.redwap.me/videos/244168/canadian-blonde-anal-fucks-in-uk-casting/
http://www.redwap.me/videos/92547/aurora-raven-sucks-bruno-dickenz-in-pov/
http://www.redwap.me/videos/118264/pulled-euro-amateur-misled-by-fake-agent/
http://www.redwap.me/videos/82666/james-brossman-films-adorable-babe-ria-rodrigez/
http://www.redwap.me/videos/132975/volunteering-myself-to-help-relieving-her-stress/
http://www.redwap.me/videos/412774/cock-addicted-vera-bliss-finds-her-remedy/
http://www.redwap.me/videos/91272/tyler-steel-and-valerie-white-having-screw/
http://www.redwap.me/videos/252244/we-all-have-those-naughty-faapy-needs/
http://www.redwap.me/videos/407048/cutie-from-south-carolina-starts-on-faapy/
http://www.redwap.me/videos/90735/big-tittied-milf-is-stripping-before-fellow/
http://www.redwap.me/videos/329910/luxurious-euro-babes-in-a-foursome-scene/
http://www.redwap.me/videos/89600/blonde-emily-austin-masturbates-and-does-oral/
http://www.redwap.me/videos/89522/nerdy-teens-strips-for-cold-hard-cash/
http://www.redwap.me/videos/195891/tattooed-stud-fucks-female-agent-in-casting/
http://www.redwap.me/videos/249573/nice-babes-with-huge-butts-parade-themselves/
http://www.redwap.me/videos/34112/negotiating-in-the-cabin-of-my-track/
http://www.redwap.me/videos/215037/short-haired-ebony-banged-for-cash-pov/
http://www.redwap.me/videos/90319/ordinary-people-are-behaving-badly-for-cash/
http://www.redwap.me/videos/4118/blonde-cute-spanish-speaking-asian-in-europe/
http://www.redwap.me/videos/385401/thick-cubanita-cristal-rides-her-hubbys-friend/
http://www.redwap.me/videos/287570/interracial-lesbian-covering-each-others-in-soap/
http://www.redwap.me/videos/249608/artistic-porn-elevated-to-loftier-erotic-levels/
http://www.redwap.me/videos/321609/would-a-blowjob-help-you-focus-baby/
http://www.redwap.me/videos/355107/hows-that-for-a-table-pose/
http://www.redwap.me/videos/386146/this-thor-movie-scene-goes-completely-bonkers/
http://www.redwap.me/videos/146817/mature-eva-notty-threesome-with-teens/
http://www.redwap.me/videos/89688/epic-gals-do-some-lesbo-times/
http://www.redwap.me/videos/124454/slim-gym-manager-fucks-in-casting/
http://www.redwap.me/videos/89971/wonderful-girls-are-pleasing-one-guy/
http://www.redwap.me/videos/266948/slutty-housewife-prepares-coffee-to-stimulate-her-body/
http://www.redwap.me/videos/31579/maddys-giving-this-con-some-release/
http://www.redwap.me/videos/358956/innocent-beauty-shows-her-true-face/
http://www.redwap.me/videos/123383/abrill-looking-to-rent-several-nights/
http://www.redwap.me/videos/82343/michael-vegas-slaps-chocolate-ashlynn-sixxx/
http://www.redwap.me/videos/244125/busty-tattooed-milf-bangs-in-lingerie/
http://www.redwap.me/videos/204886/hungarian-amateur-banged-in-british-cab/
http://www.redwap.me/videos/26112/tess-and-tracy-change-sweet-kisses/
http://www.redwap.me/videos/298355/black-guy-scored-an-amazing-milf/
http://www.redwap.me/videos/19483/long-legged-spanish-girl-lorena-garcia/
http://www.redwap.me/videos/294036/perfect-butt-ebony-gets-interracial-massage/
http://www.redwap.me/videos/236445/busty-amateur-fucks-in-photo-shooting/
http://www.redwap.me/videos/365510/young-wanker-got-lucky-with-a-stunning-blue-eyed-milf/
http://www.redwap.me/videos/392481/big-curves-make-dudes-penis-hard/
http://www.redwap.me/videos/124452/lesbians-finger-each-other-to-orgasms/
http://www.redwap.me/videos/251983/lovely-ladies-strive-to-conquer-cock/

http://www.redwap.me/videos/89246/destiny-bonked-at-a-massage-parlour/
http://www.redwap.me/videos/401454/logan-long-pounds-sizi-sev-doggystyle/
http://www.redwap.me/videos/267050/sensually-appreciating-what-the-eyes-see/
http://www.redwap.me/videos/246540/mick-blue-is-the-bitch-now/
http://www.redwap.me/videos/188638/anally-surprised-on-a-kinky-valentine/
http://www.redwap.me/videos/271673/busty-female-expresses-her-insatiable-desires/
http://www.redwap.me/videos/256379/girlfriend-in-socks-licked-and-screwed/
http://www.redwap.me/videos/214706/fake-agent-fucks-two-sexy-friends/
http://www.redwap.me/videos/21501/classy-assfucking-couple-with-busty-beauty/
http://www.redwap.me/videos/279105/tattooed-busty-girlfriend-bangs-in-knickers/
http://www.redwap.me/videos/63894/linda-and-kaylee-took-jmacs-cock/
http://www.redwap.me/videos/123264/very-fresh-tall-milf-samantha-sheridan/
http://www.redwap.me/videos/92269/redheaded-cutie-is-pounded-during-job-interview/
http://www.redwap.me/videos/126161/sexy-female-agent-wants-studs-cock/
http://www.redwap.me/videos/124478/amateur-beaury-takes-toy-from-agent/
http://www.redwap.me/videos/262075/princess-leia-fucked-by-boba-fett/
http://www.redwap.me/videos/273031/handsome-model-finished-his-casting-with-fucking/
http://www.redwap.me/videos/408935/boobylicious-milf-tackled-by-two-strong-guys/
http://www.redwap.me/videos/286733/cute-shortie-stopped-by-for-job-interview/
http://www.redwap.me/videos/89570/suellen-machado-sucks-tony-tigrao-in-backyard/
http://www.redwap.me/videos/7902/tons-of-girls-for-few-lucky-guys/
http://www.redwap.me/videos/276549/weekend-party-started-at-faapy/
http://www.redwap.me/videos/266115/cute-blonde-lady-bangs-new-cabbie/
http://www.redwap.me/videos/134211/innocent-looking-babe-enjoying-her-leisure/
http://www.redwap.me/videos/19667/russian-girl-spreading-in-mikes-apartment/
http://www.redwap.me/videos/30673/erik-likes-her-oyster-in-oil/
http://www.redwap.me/videos/266736/lovely-female-shows-her-pretty-smile/
http://www.redwap.me/videos/257101/sexually-inviting-andrade-shows-her-sweetness/
http://www.redwap.me/videos/122916/horny-redhead-milf-sucked-limp-cock/
http://www.redwap.me/videos/133667/busty-horny-girls-show-their-lust/
http://www.redwap.me/videos/110630/beautiful-busty-brunette-has-lesbian-massage/
http://www.redwap.me/videos/399977/luscious-ladies-devouring-a-hard-dicks/
http://www.redwap.me/videos/127686/curious-teens-enjoy-first-lesbian-fucking/
http://www.redwap.me/videos/234466/small-tittied-german-babe-in-casting/
http://www.redwap.me/videos/91018/jmac-is-more-than-lucky-these-days/
http://www.redwap.me/videos/246605/superb-milf-with-no-husband-in-sight/
http://www.redwap.me/videos/89653/tattooed-stud-clover-fucks-heavy-chested-siri/
http://www.redwap.me/videos/154982/santa-is-having-joy-banging-playgirl-doggystyle/
http://www.redwap.me/videos/4829/averi-getting-wild-for-the-right-price/
http://www.redwap.me/videos/16801/and-the-clothes-started-coming-right-off/
http://www.redwap.me/videos/269493/slim-brunette-bangs-till-orgasm-in-casting/
http://www.redwap.me/videos/133658/sweet-blonde-admiring-the-calm-sea-waves/
http://www.redwap.me/videos/214708/blonde-wanks-cock-to-masseur-till-cumshot/
http://www.redwap.me/videos/116186/massage-client-beauty-tugs-masseur-to-climax/
http://www.redwap.me/videos/247313/a-wife-confesses-to-the-delivery-man/
http://www.redwap.me/videos/90428/bruno-dickenz-gets-sucked-by-nadia-mills/
http://www.redwap.me/videos/418964/polish-babe-ania-kinski-is-getting-frisky/
http://www.redwap.me/videos/91857/ginger-ellee-ges-nailed-by-romeo-price/
http://www.redwap.me/videos/114539/tall-erotic-masseuse-and-her-petite-client/
http://www.redwap.me/videos/284273/cab-driver-came-back-right-on-time/
http://www.redwap.me/videos/247473/beauty-from-boston-flew-for-an-audition/

http://www.redwap.me/videos/133036/lunch-goes-threesome-with-some-fine-ladies/
http://www.redwap.me/videos/249900/amazing-tattoo-makes-this-slut-even-hotter/
http://www.redwap.me/videos/91984/young-fit-brunettes-strip-for-some-cash/
http://www.redwap.me/videos/28396/giselle-got-something-better-than-banana-phone/
http://www.redwap.me/videos/247055/licking-her-erect-nipple-with-erotic-desires/
http://www.redwap.me/videos/62100/russia-beauty-teams-up-with-spain-hotty/
http://www.redwap.me/videos/92789/cody-sky-fucks-curvy-black-luxury-amore/
http://www.redwap.me/videos/273723/brown-haired-busty-mom-banged-in-bedroom/
http://www.redwap.me/videos/250329/horny-girls-expose-their-wonderful-nude-bodies/
http://www.redwap.me/videos/370381/tina-kay-swallow-marc-rose-whole-slab/
http://www.redwap.me/videos/275732/fake-agent-and-appretince-bangs-busty-model/
http://www.redwap.me/videos/92358/tall-jmac-fucks-amateur-brunette-stephanie-marr/
http://www.redwap.me/videos/91595/blonde-milfs-sharing-cock-of-handsome-stud/
http://www.redwap.me/videos/240350/dude-bangs-shaved-twat-milf-till-orgasm/
http://www.redwap.me/videos/6828/slender-babe-came-to-us-from-russia/
http://www.redwap.me/videos/266742/busy-babe-interrupted-and-shown-some-amusement/
http://www.redwap.me/videos/92757/tattooed-punk-cody-sky-fucks-mia-austin/
http://www.redwap.me/videos/330110/stepmom-and-her-daughter-sharing-a-moment/
http://www.redwap.me/videos/281567/busty-blonde-takes-off-underwear-in-casting/
http://www.redwap.me/videos/92794/young-blonde-afrodity-rides-on-choky-ice/
http://www.redwap.me/videos/92417/fernenda-sucks-tony-tigrao-on-soccer-field/
http://www.redwap.me/videos/90798/charlyse-bella-is-drilled-by-james-brossman/
http://www.redwap.me/videos/377922/aidra-fox-blowjob-xander-corvus-big-rod/
http://www.redwap.me/videos/249118/erotic-party-attracts-slutty-females-fucking-fearlessly/
http://www.redwap.me/videos/248046/brunette-mom-flaunts-her-cock-hardening-features/
http://www.redwap.me/videos/246654/sweet-nurse-helping-her-patient-feel-better/
http://www.redwap.me/videos/90847/blanche-seeks-for-inner-freedom-and-satisfaction/
http://www.redwap.me/videos/16740/alexis-came-to-stay-at-my-apartment/
http://www.redwap.me/videos/115715/cocksucking-massage-client-and-an-old-masseur/
http://www.redwap.me/videos/132487/cleaning-her-pipe-and-properly-using-it/
http://www.redwap.me/videos/89224/pale-layla-sintonni-pleasures-tanned-tony-tigrao/
http://www.redwap.me/videos/412458/pretty-german-sluts-analyze-their-anal-tendencies/
http://www.redwap.me/videos/386132/this-thor-move-scene-goes-completely-bonkers/
http://www.redwap.me/videos/214677/natural-busty-chestnut-babe-banged-till-cumshot/
http://www.redwap.me/videos/90360/exciting-love-affair-in-beautiful-paradise-island/
http://www.redwap.me/videos/285608/perfect-booty-brit-anal-banged-in-casting/
http://www.redwap.me/videos/67112/tons-of-girls-for-few-lucky-guys/
http://www.redwap.me/videos/369658/kinky-hairdressers-turn-their-salon-into-sodom/
http://www.redwap.me/videos/249824/an-exclusive-gentle-touch-from-her-dearest/
http://www.redwap.me/videos/62707/money-well-spent-on-beautiful-amateur-chick/
http://www.redwap.me/videos/92566/evey-rain-sucks-tyler-steel-in-pov/
http://www.redwap.me/videos/91215/destiny-unleashes-her-wetness-on-choky-ice/
http://www.redwap.me/videos/26877/tattooed-stepmom-with-bigtits-pussyfucked-in-trio/
http://www.redwap.me/videos/91063/busty-redhead-deedee-lynn-rides-on-jmac/
http://www.redwap.me/videos/63047/milf-using-maid-for-her-sexual-needs/
http://www.redwap.me/videos/92583/loupan-is-inflamed-by-patricia-kimberlys-looks/
http://www.redwap.me/videos/133881/beautiful-mom-rotated-on-classic-office-table/
http://www.redwap.me/videos/89289/sexy-games-with-pretty-babes-in-costumes/
http://www.redwap.me/videos/261566/muscled-dude-licks-and-bangs-slim-milf/
http://www.redwap.me/videos/82654/sexy-japanese-girl-seduces-her-horney-boss/
http://www.redwap.me/videos/257060/spanish-babe-anal-fucks-in-uk-casting/

http://www.redwap.me/videos/262203/fake-agent-bangs-blonde-cuttie-in-lingerie/
http://www.redwap.me/videos/381767/boat-trip-down-the-river-got-dirty/
http://www.redwap.me/videos/291550/small-tittied-euro-blonde-fucks-in-casting/
http://www.redwap.me/videos/372291/handsome-guy-falls-for-beautiful-female-agent/
http://www.redwap.me/videos/249145/taking-time-to-examine-her-delicious-meal/
http://www.redwap.me/videos/289756/joining-her-wife-and-doubling-the-pleasure/
http://www.redwap.me/videos/257932/young-dude-licks-and-bangs-busty-mom/
http://www.redwap.me/videos/416168/remix-of-this-amateur-milfs-swinging-experience/
http://www.redwap.me/videos/158330/gentleman-gets-lured-by-lover-in-the-wake/
http://www.redwap.me/videos/134506/dorm-party-turned-a-n-up-notch-higher/
http://www.redwap.me/videos/253061/slutty-babe-taken-for-wild-erotic-tour/
http://www.redwap.me/videos/266966/caring-lilith-confirms-her-well-has-the-sweetest-waters/
http://www.redwap.me/videos/276517/horny-nurse-banging-repair-man-in-office/
http://www.redwap.me/videos/92298/lusty-brunette-annie-whorehall-enjoys-in-taking-on-jmac/
http://www.redwap.me/videos/61810/cute-little-thing-exited-to-start-on-faapy/
http://www.redwap.me/videos/90168/hottie-jessica-amore-sucks-jimmy-legend-in-car/
http://www.redwap.me/videos/358267/sexy-vienna-black-fucked-after-washing-the-truck/
http://www.redwap.me/videos/380590/busty-adriana-having-an-affair-with-a-dilf/
http://www.redwap.me/videos/252196/darling-is-arousing-stud-with-her-naughty-oraljob/
http://www.redwap.me/videos/62788/shopping-for-titties-land-us-to-talented-brunette/
http://www.redwap.me/videos/90293/man-licks-twat-of-bitch-before-drilling-it/
http://www.redwap.me/videos/247866/sexy-girlfriends-decide-to-keep-their-friendship-open/
http://www.redwap.me/videos/414283/anissa-and-alexis-are-an-atomic-pair-of-lesbians/
http://www.redwap.me/videos/266685/slutty-babe-banged-outdoor-in-exciting-riding-position/
http://www.redwap.me/videos/31897/pornstar-abby-cross-fucked-as-a-costume-cutie/
http://www.redwap.me/videos/92675/alec-knight-and-audrey-aguilera-in-pov-scene/
http://www.redwap.me/videos/247531/who-would-save-them-before-their-turn-come/
http://www.redwap.me/videos/239652/babe-delights-hunk-with-her-schlong-sucking-skills/
http://www.redwap.me/videos/386772/redhead-babe-amina-danger-wants-anal-with-you/
http://www.redwap.me/videos/276274/slim-euro-babe-banged-on-cars-hood-outdoor/
http://www.redwap.me/videos/254873/slutty-ebony-dives-her-luscious-mouth-on-white-meat/
http://www.redwap.me/videos/62270/horny-girls-willing-to-bare-everything-for-cash/
http://www.redwap.me/videos/132392/hitting-the-beach-for-some-fresh-new-talent/
http://www.redwap.me/videos/85284/the-dirty-masseur-warms-his-pretty-client-up/
http://www.redwap.me/videos/82438/two-total-hotties-play-an-debauched-game-show/
http://www.redwap.me/videos/250663/slutty-moms-devote-their-leisure-to-sensual-eroticism/
http://www.redwap.me/videos/89539/chubby-carolina-taylor-pleasures-tyler-steel-in-pov/
http://www.redwap.me/videos/268598/big-butts-mom-shows-her-flexibility-on-stilettos/
http://www.redwap.me/videos/471708/small-tits-teen-is-pounded-doggy-style-by-interracial-shaft/
http://www.redwap.me/videos/5006/no-place-to-stay-not-a-problem/
http://www.redwap.me/videos/89609/jessica-roberts-and-levi-cash-gonna-screw/
http://www.redwap.me/videos/90421/james-brossman-gets-sucked-by-nerdy-marry-dream/
http://www.redwap.me/videos/246911/beautiful-babes-display-their-goodies-for-his-eyes/
http://www.redwap.me/videos/82717/guy-is-undressing-very-beautiful-and-sexual-milf/
http://www.redwap.me/videos/104715/beautiful-monster-boobs-babe-banged-pov-to-cumshot/
http://www.redwap.me/videos/62879/no-reason-to-be-shy-with-step-mommy/
http://www.redwap.me/videos/397168/lesbian-moms-wipe-each-others-asses-with-tongues/
http://www.redwap.me/videos/414806/curvy-barbie-doll-pays-for-the-rent-in-nature/
http://www.redwap.me/videos/19734/short-haired-czech-girl-posing-and-sucking-outside/
http://www.redwap.me/videos/92687/jaslene-jade-and-tyler-steel-going-to-pound/
http://www.redwap.me/videos/248815/digging-deeper-into-her-world-of-erotic-amusement/

http://www.redwap.me/videos/266805/slutty-vip-hoes-engage-in-hardcore-erotic-ecstasy/
http://www.redwap.me/videos/113562/pretty-brunette-asian-babe-marika-haze-getting-facialized/
http://www.redwap.me/videos/366875/beauty-acquires-her-bald-twat-ravished-by-rubber/
http://www.redwap.me/videos/273747/busty-model-gives-rimjob-to-fake-agent-uk/
http://www.redwap.me/videos/82652/loupan-pleases-busty-brunette-nataly-silva-in-bedroom/
http://www.redwap.me/videos/172654/beautiful-monster-boobs-babe-banged-pov-to-cumshot/
http://www.redwap.me/videos/4841/fresh-girl-gets-wild-for-the-right-price/
http://www.redwap.me/videos/92617/brunette-and-blonde-foursome-action-with-amazing-young-babes/
http://www.redwap.me/videos/33932/she-was-more-than-happy-to-show-them-off/
http://www.redwap.me/videos/418953/exotic-asian-beauty-is-seduced-by-euro-hippy-babe/
http://www.redwap.me/videos/91876/lusty-slut-marry-dream-sucks-renato-and-tony/
http://www.redwap.me/videos/296074/man-mistake-by-introducing-girlfriend-to-his-buddy/
http://www.redwap.me/videos/62143/getting-squeezed-by-two-ebonys-with-firm-asses/
http://www.redwap.me/videos/90353/adorable-abella-johnson-sucks-bruno-dickenz-in-pov/
http://www.redwap.me/videos/91192/kitty-and-jmac-swap-oral-favors-like-pros/
http://www.redwap.me/videos/271889/janna-came-to-stay-at-mikes-apartment/
http://www.redwap.me/videos/91819/cody-sky-fucking-holes-of-gabriella-paltrova/
http://www.redwap.me/videos/370988/buxom-babe-has-special-boob-cleaning-service/
http://www.redwap.me/videos/89423/kamilla-is-blowing-roge-ferro-dick-on-tape/
http://www.redwap.me/videos/360677/jamsine-jae-takes-control-over-her-female-student/
http://www.redwap.me/videos/173673/skinny-blonde-mature-bangs-young-dude-in-bedroom/
http://www.redwap.me/videos/83217/pilates-trainer-is-touching-his-girls-while-teaching/
http://www.redwap.me/videos/397680/doctor-d-is-treating-incurable-gag-reflex-with-cock/
http://www.redwap.me/videos/92930/chintya-doll-and-marina-visconti-fucked-by-men/
http://www.redwap.me/videos/91894/havoc-finds-some-girlfriends-to-hang-out-with/
http://www.redwap.me/videos/90544/levi-cash-and-shae-summers-in-extreme-banging/
http://www.redwap.me/videos/250501/horny-slutty-lesbians-engaged-in-an-arousing-quickie/
http://www.redwap.me/videos/305479/barbara-beiber-and-max-full-have-sweaty-workout/
http://www.redwap.me/videos/134247/sexy-moms-with-massive-boobies-love-the-camera/
http://www.redwap.me/videos/90417/lsuty-claire-heart-gets-nailed-hard-preston-parker/
http://www.redwap.me/videos/92836/chelsey-sucks-off-choky-and-renato-quite-well/
http://www.redwap.me/videos/404370/passionate-spanish-bonita-breaks-loose-on-a-stiff-cock/
http://www.redwap.me/videos/263026/blonde-czech-babe-brittany-rides-the-cab-drivers-dick/
http://www.redwap.me/videos/92938/chubby-ellie-may-blonde-sucks-handsome-jmac-outdoor/
http://www.redwap.me/videos/388361/aubrey-sinclair-surfs-on-her-step-bros-cock/
http://www.redwap.me/videos/33994/latina-is-feeling-slutty-today-and-taking-two/
http://www.redwap.me/videos/198125/petite-blonde-licked-by-female-agent-in-casting/
http://www.redwap.me/videos/380568/glamorous-milf-linda-casting-at-mugur-porn-home/
http://www.redwap.me/videos/1336/lola-has-gotten-extremely-close-to-her-stepmother/
http://www.redwap.me/videos/361771/marco-ducatis-yard-cock-fucks-jaye-summers-vagina/
http://www.redwap.me/videos/421754/multicolored-multitalented/
http://www.redwap.me/videos/592/instructing-their-busty-little-daughter-in-sexual-matters/
http://www.redwap.me/videos/132507/corinna-puts-him-to-work-cleaning-her-pipe/
http://www.redwap.me/videos/296515/gorgeous-brunette-babes-have-a-sensual-and-lusty-affair/
http://www.redwap.me/videos/434183/bigtit-wife-gives-horny-hubby-a-delicious-titjob/
http://www.redwap.me/videos/1309/sweet-lola-has-gotten-extremely-close-to-her-stepmother/
http://www.redwap.me/videos/266440/perfect-round-assed-black-hoes-show-their-caboose/
http://www.redwap.me/videos/248813/mea-melone-knows-what-happens-at-mikes-apartment/
http://www.redwap.me/videos/282029/turned-on-redhead-bobmshell-jasmine-fucks-the-lucky-cop/
http://www.redwap.me/videos/246609/my-stepmom-love-using-me-as-her-slut/
http://www.redwap.me/videos/219008/beautiful-eyed-brit-babe-banged-in-a-cab/

http://www.redwap.me/videos/266565/sensual-lesbians-in-dire-need-of-just-one-cock/
http://www.redwap.me/videos/414224/two-groupies-get-to-ride-some-rocker-cock/
http://www.redwap.me/videos/109537/hd-pov-amy-fair-looks-into-your-eyes-whilst-sucking/
http://www.redwap.me/videos/249258/naughty-babe-seduced-while-enjoying-a-casual-drink/
http://www.redwap.me/videos/107548/hd-pov-horny-curly-haired-brunette-loves-a-creampie/
http://www.redwap.me/videos/418933/curvalicious-moriah-gets-her-tasty-snatch-eaten-and-pounded/
http://www.redwap.me/videos/192229/darling-is-arousing-stud-with-her-oral-joy-job/
http://www.redwap.me/videos/90107/jazz-duro-and-melissa-pitanga-banging-so-great/
http://www.redwap.me/videos/92294/milla-albuquerque-and-tony-tigrao-in-latin-porn/
http://www.redwap.me/videos/402988/abella-and-mandy-took-control-of-logans-dick/
http://www.redwap.me/videos/58306/latina-is-feeling-slutty-today-and-taking-two/
http://www.redwap.me/videos/65256/lola-has-gotten-extremely-close-to-her-stepmother/
http://www.redwap.me/videos/90446/sofie-carter-sucks-big-penis-of-tyler-steel/
http://www.redwap.me/videos/371184/captain-america-drowns-black-widow-in-his-superhero-spunk/
http://www.redwap.me/videos/82901/alex-gonz-is-being-pleased-by-maggie-green/
http://www.redwap.me/videos/83004/alec-knight-is-blown-by-amateur-milani-mor/
http://www.redwap.me/videos/266503/latina-gal-spreads-tiny-legs-for-maximum-penetration/
http://www.redwap.me/videos/266876/fake-doctor-prescribes-pleasure-drugs-to-her-patients/
http://www.redwap.me/videos/312749/girlfriends-stumble-into-the-mist-of-nudists-and-swingers/
http://www.redwap.me/videos/123378/girls-gave-us-some-great-looks-at-their-asses/
http://www.redwap.me/videos/91585/oiled-tessalia-enjoying-a-big-delicious-pecker-outside/
http://www.redwap.me/videos/62913/she-needed-her-cock-hunger-fix-and-we-listened/
http://www.redwap.me/videos/270996/this-lesbian-experiment-was-not-ever-ment-to-be-seen/
http://www.redwap.me/videos/248038/slutty-doctor-uses-his-office-space-for-pleasure/
http://www.redwap.me/videos/385879/innocently-looking-anna-rey-is-made-of-fire-and-passion/
http://www.redwap.me/videos/90218/abella-johnson-and-bruno-dickenz-in-pov-porn/
http://www.redwap.me/videos/435363/busty-all-natural-blonde-cougar-seduces-young-and-hung-fucker/
http://www.redwap.me/videos/214929/johnny-rockard-street-meet-with-a-kinky-sub-leia-organa/
http://www.redwap.me/videos/47003/from-the-supermarket-to-the-stable/
http://www.redwap.me/videos/271659/curious-chick-aaliyah-decides-to-try-her-luck-on-casting/
http://www.redwap.me/videos/112023/maria-knows-the-peaks-and-valleys-of-her-luscious-body/
http://www.redwap.me/videos/297008/she-knows-to-comes-to-her-masseur-for-quality-pounding/
http://www.redwap.me/videos/404279/cute-spanish-mamacita-gets-her-huge-hooters-sticky-with-jizz/
http://www.redwap.me/videos/92727/handsome-guy-preston-parker-fucks-the-crazy-adorable-girl-rahyndee/
http://www.redwap.me/videos/418927/black-boho-chick-opens-her-chakras-for-a-stiff-rod/
http://www.redwap.me/videos/92143/bald-fucker-jmac-hardly-fucking-young-blonde-chick-stella-ferarri/
http://www.redwap.me/videos/435598/lucky-virgin-dude-fucks-with-an-experienced-horny-korean-chick/
http://www.redwap.me/videos/182959/sunny-leone-offers-a-world-class-performance-in-this-scene/
http://www.redwap.me/videos/82950/sweet-threesome-of-gorgeous-babes-jake-taylor-and-shyla-jameson/
http://www.redwap.me/videos/418950/little-lady-bug-gets-schooled-by-her-big-titted-piano-teacher/
http://www.redwap.me/videos/374040/sneaky-dude-gets-lucky-in-a-reverse-gangbang-with-amazing-teens/
http://www.redwap.me/videos/90858/busty-redhead-chick-aurora-rose-works-with-jmac-s-gigantic-cock/
http://www.redwap.me/videos/403704/blazing-hotie/
http://www.redwap.me/videos/404301/curvy-office-sluts-indulge-their-burning-desire-for-high-class-cock/
http://www.redwap.me/videos/185717/tj-and-adriana-are-headed-to-the-mountains-for-a-weekend/
http://www.redwap.me/videos/221353/wieder-schmutzig-nach-der-dusche/
http://www.redwap.me/videos/378104/porn-agent-ana-is-pretty-content-with-the-young-applicants-girth/
http://www.redwap.me/videos/404411/abella-and-mandy-are-tricked-group-fucking-is-a-yoga-thing/
http://www.redwap.me/videos/83096/latin-brunette-beauty-issa-rose-got-her-nasty-asshole-cleaned-up-with-tongue-by-tight-dicked-dude-jmac/
http://www.redwap.me/videos/404364/kisses-sweet-like-candy-lead-randy-babes-in-to-sapphic-satisfaction/

http://www.redwap.me/videos/310066/amazing-marina-angel-is-tempted-by-a-dudes-fat-monster-dick/
http://www.redwap.me/videos/429810/pride-of-russia/
http://www.redwap.me/videos/425133/horniest-handyman/
http://www.redwap.me/videos/412959/kinkster-kym/
http://www.redwap.me/videos/425933/hoops-and-whistles/
http://www.redwap.me/videos/354502/anime-assault/
http://www.redwap.me/videos/392529/vag-wedgie/
http://www.redwap.me/videos/25007/the-sprinkling-clam/
http://www.redwap.me/videos/157462/geile-hausfrau/
http://www.redwap.me/videos/404815/their-agreement/
http://www.redwap.me/videos/415684/fffm-is-fantastic/
http://www.redwap.me/videos/415819/racy-report/
http://www.redwap.me/videos/384895/spectacular-and-spectacled/
http://www.redwap.me/videos/137878/geilen-schwanz-geritten/
http://www.redwap.me/videos/354788/genuine-intimacy/
http://www.redwap.me/videos/415093/racy-report/
http://www.redwap.me/videos/417192/uks-finest-lass/
http://www.redwap.me/videos/145612/sie-mag-schwanz/
http://www.redwap.me/videos/414447/racy-reunion/
http://www.redwap.me/videos/414945/the-luckiest-locksmith/
http://www.redwap.me/videos/301720/whats-leaking/
http://www.redwap.me/videos/416896/inviting-and-enticing/
http://www.redwap.me/videos/354038/witching-and-bitching/
http://www.redwap.me/videos/413343/raciest-realtor/
http://www.redwap.me/videos/421652/her-rockin-bod/
http://www.redwap.me/videos/280937/bundle-deals-with-movers/
http://www.redwap.me/videos/133864/appreciating-the-value-of-friendship/
http://www.redwap.me/videos/213660/boese-krankenschwester-versorgt/
http://www.redwap.me/videos/176676/luder-brauch-samen/
http://www.redwap.me/videos/169367/luder-brauch-samen/
http://www.redwap.me/videos/417172/achievement-unlocked/
http://www.redwap.me/videos/405007/kalani-at-her-kinkiest/
http://www.redwap.me/videos/430756/in-the-cards/
http://www.redwap.me/videos/330129/hanky-panky/
http://www.redwap.me/videos/354376/boxed-in/
http://www.redwap.me/videos/354213/racy-rosar/
http://www.redwap.me/videos/336/her-schoolwork/
http://www.redwap.me/videos/429020/thesandfly-sexbites-grassy-knoll-assassination/
http://www.redwap.me/videos/423/schoolwork/
http://www.redwap.me/videos/396960/daybreak-excitements/
http://www.redwap.me/videos/384931/real-slut-party/
http://www.redwap.me/videos/270413/juicy-butt-babe-fucks-hard-inside-classroom/
http://www.redwap.me/videos/420281/finest-czech-slut/
http://www.redwap.me/videos/90267/alexis-perez-is-a-sexy-brunette-slut-and-she-is-doing-blowjob-in-car/
http://www.redwap.me/videos/404527/sexy-lexi-dona-gets-sensual-tantric-treatment/
http://www.redwap.me/videos/63694/the-bosses-young-and-smoking-hot-daughter/
http://www.redwap.me/videos/327923/lena-paul-loves-the-taste-of-cum/
http://www.redwap.me/videos/358968/poolside-puss/
http://www.redwap.me/videos/301400/job-interview-turned-racy/
http://www.redwap.me/videos/306227/asian-babe-dee-fucking-fitness-coach-in-gym/
http://www.redwap.me/videos/91576/bruno-likes-to-penetrate-the-amateur-bodied-girl-scarlette-rose/

http://www.redwap.me/videos/178395/maria-knows-the-peaks-and-valleys-of-her-luscious-body/
http://www.redwap.me/videos/356004/horny-lesbians-has-their-nipples-and-pussies-covered-in-lipstick/
http://www.redwap.me/videos/404203/insanely-curvy-stepmom-breaks-her-sons-dick-off-from-fucking/
http://www.redwap.me/videos/113834/tj-and-adriana-are-headed-to-the-mountains-for-a-weekend/
http://www.redwap.me/videos/18518/filmed-by-her-ex-boyfriend/
http://www.redwap.me/videos/33876/fashionable-milf-mia-ryder-fucking-her-employees/
http://www.redwap.me/videos/246634/inexperienced-and-attractive-chick-twerking/
http://www.redwap.me/videos/435187/blindfolded-chick-with-big-tits-has-group-sex-with-hunks/
http://www.redwap.me/videos/123244/redhead-milf-gabriela-gets-her-pussy-drilled/
http://www.redwap.me/videos/415491/takes-talent/
http://www.redwap.me/videos/434692/amateur-teen-gives-head-before-being-pussy-drilled-in-pov/
http://www.redwap.me/videos/429858/crazy-about-that-cock/
http://www.redwap.me/videos/379498/pounding-her-big-ass-while-fixing-herself-a-snack/
http://www.redwap.me/videos/249750/slutty-sydney-glazed-with-shinny-boss-cum/
http://www.redwap.me/videos/259941/amazing-fuck-with-cyrstal-rae/
http://www.redwap.me/videos/3013/fuck-the-pain-away/
http://www.redwap.me/videos/312735/asian-babe-fucked-and-creampied/
http://www.redwap.me/videos/330517/queen-of-hearts/
http://www.redwap.me/videos/62731/nervous-chick-gets-her-first-audition/
http://www.redwap.me/videos/200/young-scarlett-and-friends/
http://www.redwap.me/videos/16775/naughty-shae/
http://www.redwap.me/videos/416149/from-audition-to-sextape-real-quick/
http://www.redwap.me/videos/471945/amateurs-suck-a-cock/
http://www.redwap.me/videos/4267/lucy-and-her-horny-stepmother-share-a-cock/
http://www.redwap.me/videos/416933/manhandling-morgan/
http://www.redwap.me/videos/429940/only-made-her-prettier/
http://www.redwap.me/videos/61602/miami-girl-with-monstrous-curves/
http://www.redwap.me/videos/18182/lick-it-up-lick-it-up/
http://www.redwap.me/videos/19454/party-finished-off-on-some-eager-faces/
http://www.redwap.me/videos/65481/natural-titted-redhead-ryan-smiles-showing-off/
http://www.redwap.me/videos/134237/describing-her-rear-beauty-on-the-couch/
http://www.redwap.me/videos/30740/jesse-jane-and-riley-steele-threesome/
http://www.redwap.me/videos/3952/eva-lovia-shae-summers/
http://www.redwap.me/videos/10165/the-trap-was-sprung-and-natalia-finally-got-a-cock/
http://www.redwap.me/videos/92776/slender-teenage-babe-zarena-summers-stars-in-prestons-pov-video/
http://www.redwap.me/videos/4618/practicing-really-hard/
http://www.redwap.me/videos/67658/young-rebel-anastasia-morna/
http://www.redwap.me/videos/296495/taxi-driver-gives-blonde-bitch-valerie-a-good-hard-pounding/
http://www.redwap.me/videos/89340/stunning-babes-blonde-and-brunette-show-off-their-charms-at-the-kitchen/
http://www.redwap.me/videos/354254/blasting-and-taking-off/
http://www.redwap.me/videos/795/strip-pokeher/
http://www.redwap.me/videos/419902/geeky-latina-is-gorgeous/
http://www.redwap.me/videos/65005/beautiful-barmaid-gets-fucked-at-her-work-place/
http://www.redwap.me/videos/65712/a-sexy-blonde-gets-fucked/
http://www.redwap.me/videos/355151/hot-head/
http://www.redwap.me/videos/415811/hardcore-interruption/
http://www.redwap.me/videos/250662/sexy-ebony-babe-displays-her-flat-tummy-disrobes/
http://www.redwap.me/videos/412912/the-biggest-one-yet/
http://www.redwap.me/videos/123313/fat-ass-out/
http://www.redwap.me/videos/247353/girlfriend-takes-care-of-every-morning-woods/

http://www.redwap.me/videos/114990/hairy-lesbian-masseuse-in-wam-erotic-action/
http://www.redwap.me/videos/384308/instant-classic/
http://www.redwap.me/videos/90182/busty-amber-cox-sucks-romeo-price-in-pov/
http://www.redwap.me/videos/627/three-hot-ass-college-girls-eating-each-other/
http://www.redwap.me/videos/34628/watch-me-fucking-my-girlfriend/
http://www.redwap.me/videos/472170/busty-blonde-teasing-with-her-pussy/
http://www.redwap.me/videos/7313/find-a-blowjob-spot/
http://www.redwap.me/videos/355232/nicely-done-natasha/
http://www.redwap.me/videos/8258/cum-on-these-big-young-round-tits-for-money/
http://www.redwap.me/videos/472268/pirates-of-the-caribbean-porn-spoof/
http://www.redwap.me/videos/101337/proper-application/
http://www.redwap.me/videos/302169/just-one-bite/
http://www.redwap.me/videos/412887/luxurious-sex/
http://www.redwap.me/videos/413037/cant-handle-the-cock/
http://www.redwap.me/videos/63620/paying-beautiful-and-exotic-yasmin/
http://www.redwap.me/videos/355966/petite-teen-assaulted-by-an-angry-girlfriend-with-lesbian-tendencies/
http://www.redwap.me/videos/393651/nasty-hairdressers-fucks-young-cock-in-salon/
http://www.redwap.me/videos/430296/flexible-like-no-other/
http://www.redwap.me/videos/444354/pov-sex-with-a-big-booty-brunette/
http://www.redwap.me/videos/330004/blonde-beauty-queen/
http://www.redwap.me/videos/113560/vanda-lust-and-kiara-lord-give-ryan-a-nice-blowjob-as-a-gift/
http://www.redwap.me/videos/66424/i-stuff-my-little-beautiful-whore/
http://www.redwap.me/videos/278810/petite-brunette-girlfriend-banged-till-orgasm/
http://www.redwap.me/videos/63855/bigger-better/
http://www.redwap.me/videos/472762/shorthaired-brunette-giving-a-bj-in-pov/
http://www.redwap.me/videos/473155/boys-are-wired-wrong/
http://www.redwap.me/videos/170115/theaccidentalhookerscene4/
http://www.redwap.me/videos/472706/nigtie-teasing-and-dildo-masturbation/
http://www.redwap.me/videos/472811/nerd-girl-masturbates-on-a-bed/
http://www.redwap.me/videos/266868/sexy-girlfriends-share-an-awesome-dick/
http://www.redwap.me/videos/113916/samantha-buried-her-face-and-went-down-to-eat-madis-pussy/
http://www.redwap.me/videos/295106/eighteen-of-age-all-natural-and-horny-as-hell/
http://www.redwap.me/videos/422038/real-size-queen/
http://www.redwap.me/videos/417364/covered-in-it/
http://www.redwap.me/videos/422188/down-and-really-dirty/
http://www.redwap.me/videos/415043/two-girls-and-two-hung-studs/
http://www.redwap.me/videos/301313/pussy-licking-on-a-couch/
http://www.redwap.me/videos/7213/lindsey-paying-the-rent-with-pussy/
http://www.redwap.me/videos/247282/party-addicts-spend-tie-together-feeling-pleasurable/
http://www.redwap.me/videos/331005/customer-satisfaction/
http://www.redwap.me/videos/139/college-ass-in-chocolate-syrup/
http://www.redwap.me/videos/33791/busty-stepmom-fucking-frisky-teens-during-ffm/
http://www.redwap.me/videos/18096/jizz-on-her-perfect-tanned-ass/
http://www.redwap.me/videos/431106/kiki-is-kinky/
http://www.redwap.me/videos/331717/round-brown-booty/
http://www.redwap.me/videos/239801/enjoying-the-huge-black-cock-of-my-boyfriend/
http://www.redwap.me/videos/266965/hot-blonde-banged-hard-doggy-style-and-anally/
http://www.redwap.me/videos/4793/big-cock-and-quick-money/
http://www.redwap.me/videos/246849/lovely-encounter-with-a-massive-penis/
http://www.redwap.me/videos/413483/lenas-cum-addiction/
http://www.redwap.me/videos/430857/demanding-girlfriend-drilled-hard/

http://www.redwap.me/videos/354887/his-schlong-and-the-chaiselongue/
http://www.redwap.me/videos/425757/stepdaddys-big/
http://www.redwap.me/videos/387/once-everybody-was-there/
http://www.redwap.me/videos/189506/good-looking-blonde-teen-with-giant-natural-tits-on-webcam-masturbation/
http://www.redwap.me/videos/405199/to-pass-the-time/
http://www.redwap.me/videos/217109/blonde-agent-banged-by-stud-in-casting/
http://www.redwap.me/videos/26800/european-threeway-fun-with-smalltitted-milf/
http://www.redwap.me/videos/425155/lost-and-found/
http://www.redwap.me/videos/248545/sex-toy-party-starts/
http://www.redwap.me/videos/35212/she-stopped-by-mikes-apartment-looking-for-a-place-to-stay/
http://www.redwap.me/videos/309019/teen-leah-gotti-and-milf-eva-long-in-threesome/
http://www.redwap.me/videos/393560/dirty-dorm-celebration/
http://www.redwap.me/videos/422179/lusty-latina-cockrider/
http://www.redwap.me/videos/7882/and-a-group-facial-cumshot/
http://www.redwap.me/videos/329942/munching-on-her-trimmed-cunt/
http://www.redwap.me/videos/182966/lexi-belle-and-her-lover-enjoying-an-afternoon-in-their-room/
http://www.redwap.me/videos/413616/comfortably-kinky/
http://www.redwap.me/videos/379406/xander-corvus-screwing-aidra-fox-on-top/
http://www.redwap.me/videos/298354/meet-my-lovely-guardian/
http://www.redwap.me/videos/416932/pounding-pipers-pussy/
http://www.redwap.me/videos/272558/seducing-two-young-hungarian-chicks/
http://www.redwap.me/videos/18952/three-way-action/
http://www.redwap.me/videos/247602/amusing-teenagers-showing-how-to-kiss-passionately/
http://www.redwap.me/videos/281353/busty-slut-jasmine-sucks-and-fucks-a-big-dicked-horny-cop/
http://www.redwap.me/videos/425682/dads-a-panty-sniffer/
http://www.redwap.me/videos/420270/naked-and-all-wet/
http://www.redwap.me/videos/1163/lets-try-anal-sex-this-night/
http://www.redwap.me/videos/168296/brunette-masseuse-gives-cock-massage/
http://www.redwap.me/videos/391367/stepmom-joins-teen-couple-for-threesome/
http://www.redwap.me/videos/12949/flirty-madelyn-marie-seducing-a-milkman/
http://www.redwap.me/videos/19885/on-my-parents-bed/
http://www.redwap.me/videos/430293/passionate-sex-session/
http://www.redwap.me/videos/445671/handsome-brunette-babe-enjoys-fucking-hard-with-hunk-in-kitchen/
http://www.redwap.me/videos/425949/red-hot/
http://www.redwap.me/videos/155637/sexy-lesbians-lick-each-others-puss/
http://www.redwap.me/videos/63222/amazing-blonde-girlfriend/
http://www.redwap.me/videos/420991/amateur-kenzie-reeves-gets-fucked-and-eats-cum-in-pov/
http://www.redwap.me/videos/181070/take-my-hand/
http://www.redwap.me/videos/359113/catty-katerina-fucked/
http://www.redwap.me/videos/115873/pussylicking-lesbos-bathtime-fun-with-her-gf/
http://www.redwap.me/videos/354846/shaving-her-perfect-body/
http://www.redwap.me/videos/430742/your-greatest-pov-experience/
http://www.redwap.me/videos/429906/this-girl-blows/
http://www.redwap.me/videos/18118/naughty-latina-rebecca-blaze/
http://www.redwap.me/videos/63836/young-bailie-with-so-big-fake-tits/
http://www.redwap.me/videos/413105/dirty-family-affair/
http://www.redwap.me/videos/608/lustful-marina-visconti/
http://www.redwap.me/videos/430755/camera-shy/
http://www.redwap.me/videos/25465/tanya-tate-in-a-hardcore-tete-a-tete/
http://www.redwap.me/videos/110824/sexy-lesbians-fingering-in-bedroom/

http://www.redwap.me/videos/151156/grosser-schwanz/
http://www.redwap.me/videos/425889/strap-attack/
http://www.redwap.me/videos/418177/greatest-butt-in-the-biz/
http://www.redwap.me/videos/421781/kinky-kristen-lee/
http://www.redwap.me/videos/243720/czech-busty-babe-fucks-in-public/
http://www.redwap.me/videos/272158/blonde-babe-with-a-passion-for-balls/
http://www.redwap.me/videos/111618/enjoy-this-hot-solo-scene-with-amber-sym-in-sexy-lingerie/
http://www.redwap.me/videos/33920/she-offered-me-her-pussy-in-my-track/
http://www.redwap.me/videos/261/18-year-old-kiera-winters-giving-head/
http://www.redwap.me/videos/384297/jumping-abby/
http://www.redwap.me/videos/10074/a-tick-blonde-women-with-big-fat-ass/
http://www.redwap.me/videos/422798/perfect-fitness-curves/
http://www.redwap.me/videos/139462/hairy-russian-mother-fucking/
http://www.redwap.me/videos/397017/massive-cock-for-a-massive-slut/
http://www.redwap.me/videos/353479/slut-cant-get-enough/
http://www.redwap.me/videos/422018/perfect-outfit/
http://www.redwap.me/videos/355013/arias-amazing-talent/
http://www.redwap.me/videos/427785/a-fun-porn-parody/
http://www.redwap.me/videos/406286/ebony-babe-gets-extra-throat-massage/
http://www.redwap.me/videos/384298/spitroasting-kinky-christen/
http://www.redwap.me/videos/205484/latina-babe-adrianna-luna-likes-a-hot-and-special-creampie/
http://www.redwap.me/videos/16575/tag-team/
http://www.redwap.me/videos/355051/melissas-moist-pussy/
http://www.redwap.me/videos/4019/big-cock-for-chloe/
http://www.redwap.me/videos/311008/redhead-babe-ashyln-scott-is-serviced-by-johnnies-huge-cock/
http://www.redwap.me/videos/2730/blue-eyed-blonde-girlfriend-fucking-and-taking-facial/
http://www.redwap.me/videos/414292/racy-real-estate-banging/
http://www.redwap.me/videos/384196/fabulous-pov-with-cum-loving-gf/
http://www.redwap.me/videos/329902/busty-cougar-getting-it-deep/
http://www.redwap.me/videos/384755/naughty-milf-in-a-red-neon-latex-outfit/
http://www.redwap.me/videos/301242/lesbians-showing-their-lust/
http://www.redwap.me/videos/257887/euro-fake-agent-bangs-petite-model/
http://www.redwap.me/videos/114455/hot-lesbians-in-sixty-nine-oral-position/
http://www.redwap.me/videos/302926/lusty-lena-fucking/
http://www.redwap.me/videos/23019/brandy-aniston-working-that-starfish/
http://www.redwap.me/videos/687/haleys-pussy/
http://www.redwap.me/videos/473182/karma-rx-really-wants-a-car/
http://www.redwap.me/videos/177038/august-ames-pussy-starts-to-drip-as-kendra-massages-her-clit/
http://www.redwap.me/videos/420749/stepsis-takes-it/
http://www.redwap.me/videos/394169/afterhours-fitness-fuck/
http://www.redwap.me/videos/133933/hot-mom-undressing-to-flaunt-her-cherry/
http://www.redwap.me/videos/18490/super-cute-teen-natasha-white/
http://www.redwap.me/videos/30663/blonde-riley-fucks-in-tennis-socks/
http://www.redwap.me/videos/430829/stranger-danger/
http://www.redwap.me/videos/301181/cumcovered-ass/
http://www.redwap.me/videos/19742/good-ass-for-a-doggy/
http://www.redwap.me/videos/164727/brunette-with-huge-tits-pov-fucking-euro-breasts/
http://www.redwap.me/videos/33931/fresh-18yearold-european-pussy-cindy/
http://www.redwap.me/videos/422122/incredibly-curvy-and-incredibly-wet/
http://www.redwap.me/videos/33066/busty-beauty-anissa-kate-strips-and-gets-fucked/
http://www.redwap.me/videos/16712/fucking-his-gf-from-behind-on-camera-ass-cumshot/

http://www.redwap.me/videos/354930/sensual-summertime-sex/
http://www.redwap.me/videos/331218/at-her-best/
http://www.redwap.me/videos/329992/licking-her-phat-booty/
http://www.redwap.me/videos/427979/rae-of-lust/
http://www.redwap.me/videos/19499/a-hot-milf-girlfriend/
http://www.redwap.me/videos/235/high-stakes/
http://www.redwap.me/videos/231295/doctor-fucks-patient-after-nurse/
http://www.redwap.me/videos/18986/girl-time/
http://www.redwap.me/videos/420464/her-sexual-appetite/
http://www.redwap.me/videos/422702/helpful-teen-slut/
http://www.redwap.me/videos/414871/a-wild-ride/
http://www.redwap.me/videos/384173/great-lesbian-lovemaking/
http://www.redwap.me/videos/253/an-exchange-student-from-france/
http://www.redwap.me/videos/217973/pierced-pussy-euro-girlfriend-bangs/
http://www.redwap.me/videos/302398/gfs-friend-is-really-naughty/
http://www.redwap.me/videos/346316/amazon-milf-fucking-tiny-kid/
http://www.redwap.me/videos/442380/college-girls-are-the-kinkiest/
http://www.redwap.me/videos/301955/dicking-a-blonde-latina/
http://www.redwap.me/videos/415660/ticket-to-ride/
http://www.redwap.me/videos/118030/tattooed-blonde-lesbian-babe-licks/
http://www.redwap.me/videos/384284/she-thinks-his-cock-is-yummy/
http://www.redwap.me/videos/426970/teaching-by-example/
http://www.redwap.me/videos/406694/big-ass-pakistani-babe-and-her-man-make-porn-video/
http://www.redwap.me/videos/1062/college-girls-are-showing-off-their-stylish-merks/
http://www.redwap.me/videos/184619/take-my-hand/
http://www.redwap.me/videos/18142/three-babes-kissing-each-others-pussies/
http://www.redwap.me/videos/430231/daya-gets-drilled/
http://www.redwap.me/videos/425427/asians-love-white-cocks/
http://www.redwap.me/videos/123352/boutique-booty/
http://www.redwap.me/videos/415918/masturbating-amateur-is-pleasantly-surprised-by-a-hard-beef-bayonet/
http://www.redwap.me/videos/266796/family-party-with-two-wet-pussies-a-fat-long-dick/
http://www.redwap.me/videos/361864/kiley-jay-returns-the-finger-fuck-favor-fucking-dolce-vandela/
http://www.redwap.me/videos/7004/on-public-display/
http://www.redwap.me/videos/249330/horny-mom-seduces-and-bangs-teen/
http://www.redwap.me/videos/196258/teen-caught-masturbating-must-see/
http://www.redwap.me/videos/266489/big-tits-babe-glazed-with-cum-and-drilled-hard/
http://www.redwap.me/videos/133375/busty-peta-jensen-riding-cock-hard/
http://www.redwap.me/videos/398166/sexstarved-whore/
http://www.redwap.me/videos/422743/busty-milf-catches-young-stud-masturbating-and-helps-him-out/
http://www.redwap.me/videos/436398/babes-pink-hair-gets-her-pussy-plowed/
http://www.redwap.me/videos/187103/natural-busty-babe-pounded-pov-till-cumshot/
http://www.redwap.me/videos/415010/cumcovered-and-happy/
http://www.redwap.me/videos/427099/a-sausage-too-big/
http://www.redwap.me/videos/397947/tina-kay-takes-a-heavy-load-all-over-her-fantastic-butt/
http://www.redwap.me/videos/7030/teasing-ladies-in-the-vip/
http://www.redwap.me/videos/227638/tattooed-blonde-banged-in-public/
http://www.redwap.me/videos/249394/big-tits-mom-driven-insane-by-young-bigdick-boy/
http://www.redwap.me/videos/176666/fucked-in-the-shower-by-big-cock/
http://www.redwap.me/videos/384738/winner-takes-it-all/
http://www.redwap.me/videos/266480/adorable-teen-gets-a-sausage-for-breakfast/
http://www.redwap.me/videos/156693/junge-weiber/

http://www.redwap.me/videos/16849/easy-teasy/
http://www.redwap.me/videos/373870/aidra-fox-deep-throat-blowjob-xander-corvus-big-rod/
http://www.redwap.me/videos/385943/match-made-in-heaven/
http://www.redwap.me/videos/302066/her-pretty-ass/
http://www.redwap.me/videos/402008/tiny-chick-gets-all-the-cum-shots-she-desires/
http://www.redwap.me/videos/331639/stripper-sucking-cock/
http://www.redwap.me/videos/425809/railed-for-rent/
http://www.redwap.me/videos/415027/brunettes-best-solo/
http://www.redwap.me/videos/427922/her-helpful-girlfriends/
http://www.redwap.me/videos/18126/sara-and-her-step-mom/
http://www.redwap.me/videos/396017/tiny-babe-ava-hardy-climbs-jmacs-mountain-cock/
http://www.redwap.me/videos/263101/pale-redhead-teen-fucks-in-bedroom/
http://www.redwap.me/videos/358939/licking-her-out/
http://www.redwap.me/videos/4797/marina-paying-the-rent-with-her-mouth-and-pussy/
http://www.redwap.me/videos/185490/cougar-with-pigtails-sucks-cock/
http://www.redwap.me/videos/384253/lusty-lesbians/
http://www.redwap.me/videos/354002/busty-slut-for-a-buff-stud/
http://www.redwap.me/videos/384393/oiledup-and-owned/
http://www.redwap.me/videos/6987/put-in-work/
http://www.redwap.me/videos/437669/blonde-bimbo-pussy-fucked-next-to-her-sleeping-friend-pov/
http://www.redwap.me/videos/405673/cadey-mercury-learns-to-drive-cock-shift-for-her-drivers-license/
http://www.redwap.me/videos/4082/experienced-milf-helping-young-couple/
http://www.redwap.me/videos/413120/perfect-interracial-experience/
http://www.redwap.me/videos/3965/experienced-milf-and-a-young-cutie/
http://www.redwap.me/videos/231867/my-girlfriend-agneta-loves-my-cock-and-cum/
http://www.redwap.me/videos/134154/i-need-a-lift-ill-offer-a-nice-fuck/
http://www.redwap.me/videos/127687/pierced-pussy-teen-fucks-in-her-bed/
http://www.redwap.me/videos/248233/beautiful-chubby-babe-craves-for-sensual-companionship/
http://www.redwap.me/videos/369901/stepmom-gives-dorky-teens-a-fuck-lesson/
http://www.redwap.me/videos/119481/dicksucking-sweetie-screwing-santas-north-pole/
http://www.redwap.me/videos/354922/getting-her-wish/
http://www.redwap.me/videos/32683/the-cameraman-finally-got-cassidy/
http://www.redwap.me/videos/232122/blonde-in-homemade-blowjob-pov/
http://www.redwap.me/videos/147318/busty-young-brunette-masturbates/
http://www.redwap.me/videos/354426/atv-fucking/
http://www.redwap.me/videos/458/amazing-dorm-poker-game/
http://www.redwap.me/videos/252433/perfect-partners-entice-themselves-with-sensual-sex/
http://www.redwap.me/videos/301949/racy-reverse-cowgirl/
http://www.redwap.me/videos/19687/sucking-and-marking-cocks/
http://www.redwap.me/videos/425670/hide-and-fuck/
http://www.redwap.me/videos/422089/sexing-sydney-up/
http://www.redwap.me/videos/257064/british-hottie-fucking-wildly-on-the-bus-without-shame/
http://www.redwap.me/videos/267246/seductive-beauty-in-high-heels-gets-assfucked/
http://www.redwap.me/videos/112881/pretty-blonde-babe-courtney-taylor-titty-fucking-a-big-cock/
http://www.redwap.me/videos/418984/luna-star-makes-a-squirting-mess-in-her-bosss-place/
http://www.redwap.me/videos/246721/new-years-party-hardcore-erotic-scenes/
http://www.redwap.me/videos/419924/oily-layla/
http://www.redwap.me/videos/413224/her-best-offer/
http://www.redwap.me/videos/425051/crazy-dorm-celebration/
http://www.redwap.me/videos/384902/passionate-humping-in-a-brazilian-style/
http://www.redwap.me/videos/728/my-vacation-in-a-bedroom/

http://www.redwap.me/videos/7832/dancing-teasing-stripping/
http://www.redwap.me/videos/444066/ebony-lady-with-shaved-twat-shows-her-dick-riding-skills/
http://www.redwap.me/videos/22815/stoya-anal-ballerina/
http://www.redwap.me/videos/384466/fucking-her-daughters-bf/
http://www.redwap.me/videos/404443/bootilicious-babe-massages-clients-cock-with-her-cunt/
http://www.redwap.me/videos/294177/perfect-booty-ebony-milf-gets-interracial/
http://www.redwap.me/videos/418030/postgame-rituals/
http://www.redwap.me/videos/301190/lady-in-the-streets/
http://www.redwap.me/videos/384329/outdoors-facial/
http://www.redwap.me/videos/197784/sexy-lesbian-teens-playing-with-strap-on/
http://www.redwap.me/videos/6890/positions-to-make-her-tits-bounce-around/
http://www.redwap.me/videos/355956/gifted-mischel-channson-is-worth-all-the-jizz-on-her-face/
http://www.redwap.me/videos/285063/big-ass-girl-gets-dressed-and-fucked-by-her-lover/
http://www.redwap.me/videos/415040/big-man-on-campus/
http://www.redwap.me/videos/16776/lucy-takes-a-lesson-from-her-stepmother/
http://www.redwap.me/videos/355008/sweaty-steamy-threesome/
http://www.redwap.me/videos/109131/lesbian-beauties-licking-to-orgasm-in-bed/
http://www.redwap.me/videos/443567/pretty-blonde-babe-in-stockings-rides-dick-like-a-pro/
http://www.redwap.me/videos/238994/a-juicy-pussy-is-talking-to-you-camgirls2016com/
http://www.redwap.me/videos/64806/anal-fuck-and-ass-cumshot/
http://www.redwap.me/videos/412875/naughty-nailing-in-nylons/
http://www.redwap.me/videos/422350/kylies-killing-it/
http://www.redwap.me/videos/418224/sexstarved-euro-sluts/
http://www.redwap.me/videos/301507/staying-on-top/
http://www.redwap.me/videos/413390/samba-sex/
http://www.redwap.me/videos/323111/lustful-milf-gave-him-the-fuck-of-his-life/
http://www.redwap.me/videos/355334/sweet-and-fuckable/
http://www.redwap.me/videos/122294/tattoed-guy-banging-his-slut/
http://www.redwap.me/videos/266830/busty-babe-bendover-sex-at-a-wild-naked-party/
http://www.redwap.me/videos/59028/perfectly-shaped-tanned-brazilian/
http://www.redwap.me/videos/235360/small-tittied-blonde-takes-big-cock/
http://www.redwap.me/videos/247014/hairy-pussy-yearns-for-a-smart-fuck/
http://www.redwap.me/videos/222383/young-hungarian-babe-bangs-in-public/
http://www.redwap.me/videos/359074/outdoor-oral-in-the-backyard/
http://www.redwap.me/videos/250540/blonde-hungarian-chick-gets-her-pussy-slammed-by-a-dude/
http://www.redwap.me/videos/34050/its-all-about-the-compensation/
http://www.redwap.me/videos/430197/one-of-the-craziest/
http://www.redwap.me/videos/16587/they-needed-some-lessons/
http://www.redwap.me/videos/397649/blair-williams-sucking-off-bambinos-cock/
http://www.redwap.me/videos/384588/alluring-exotic-latina-and-her-toy/
http://www.redwap.me/videos/353646/rough-poolside-sex/
http://www.redwap.me/videos/295612/husband-licks-and-fucks-wife-in-lingerie/
http://www.redwap.me/videos/265389/slim-girlfriend-in-socks-bangs-in-bed/
http://www.redwap.me/videos/7228/dancing-sucking-licking-and-fucking/
http://www.redwap.me/videos/33824/beautiful-hottie-buttfucked-after-deepthroat/
http://www.redwap.me/videos/74225/petite-sluts-hillary-scott-and-sasha-grey-get-nasty/
http://www.redwap.me/videos/444556/handsome-blonde-gal-with-big-tits-fucked-hard-in-public/
http://www.redwap.me/videos/219011/german-amateur-bangs-in-casting/
http://www.redwap.me/videos/248380/being-unfaithful-to-his-wife/
http://www.redwap.me/videos/430790/slob-gets-punished/
http://www.redwap.me/videos/267000/perfect-bendover-brunette-showcases-her-butt/

http://www.redwap.me/videos/16923/amazing-satin-bloom-gets-ass-creamed/
http://www.redwap.me/videos/7293/czech-babe-blanche-bradburry/
http://www.redwap.me/videos/25676/jasmines-best-massage-yet/
http://www.redwap.me/videos/4339/college-girl-dakota/
http://www.redwap.me/videos/1167/eighteen-year-old-presley/
http://www.redwap.me/videos/434734/tender-milf-gets-her-bubble-butt-slammed-hard-from-behind/
http://www.redwap.me/videos/443640/petite-babe-got-her-shaved-pussy-slammed-hard-and-hardcore/
http://www.redwap.me/videos/257446/booby-banger-with-hot-melons-rides-hard-on-fat-cock/
http://www.redwap.me/videos/23511/busty-anissa-kate-bangs-boss-in-the-carpark/
http://www.redwap.me/videos/34026/super-cute-home-teen-giving-head/
http://www.redwap.me/videos/387855/first-time-lesbian-sex/
http://www.redwap.me/videos/354257/busty-beauty-fucking-on-the-floor/
http://www.redwap.me/videos/445668/big-ass-sluts-have-a-hardcore-foursome-with-hung-guy/
http://www.redwap.me/videos/239384/massage-couple-fucking-at-work-place/
http://www.redwap.me/videos/486/girls-from-the-next-dorm/
http://www.redwap.me/videos/16701/self-loving-babe/
http://www.redwap.me/videos/422845/gfs-improved-look/
http://www.redwap.me/videos/21542/gaping-assfucked-babe-gets-cumshot-on-her-ass/
http://www.redwap.me/videos/37546/sweet-latina-chick/
http://www.redwap.me/videos/267046/look-what-ive-got-here/
http://www.redwap.me/videos/404860/sharing-is-caring/
http://www.redwap.me/videos/314790/milf-nurturing-a-young-lad-after-accident/
http://www.redwap.me/videos/115947/huge-tits-blonde-gets-breasts-cum/
http://www.redwap.me/videos/199257/roberta-berti-shows-her-perky-natural-tits-and-tight-pussy/
http://www.redwap.me/videos/19312/18-years-old-mia-hurley/
http://www.redwap.me/videos/4554/recording-a-video-started-to-get-ideas/
http://www.redwap.me/videos/134546/hot-mom-fucked-by-horny-dad/
http://www.redwap.me/videos/173132/british-babe-flashing-huge-naturals-in-fake-taxi/
http://www.redwap.me/videos/233006/sweet-girl-and-her-milf-mother/
http://www.redwap.me/videos/361262/hot-mature-babe-and-teen-grind-their-pussies-wildly-in-bed/
http://www.redwap.me/videos/64824/hardcore-exchange/
http://www.redwap.me/videos/266708/slutty-teen-with-wet-pussy-enjoys-sucking-fucking-cock/
http://www.redwap.me/videos/279578/big-booty-ticket/
http://www.redwap.me/videos/329972/nailing-a-broad/
http://www.redwap.me/videos/7143/the-equipment-she-provided/
http://www.redwap.me/videos/414214/elsas-dream/
http://www.redwap.me/videos/19681/russian-girl-showing-her-natural-stuff/
http://www.redwap.me/videos/6381/i-can-take-it-in-my-ass/
http://www.redwap.me/videos/331718/lesbian-lovemaking/
http://www.redwap.me/videos/353594/big-round-booty-cowgirl/
http://www.redwap.me/videos/265264/cayla-and-naomis-hot-lesbian-sex-among-the-mess-theyve-made/
http://www.redwap.me/videos/374848/nineteen-black-beauty/
http://www.redwap.me/videos/16806/sara-returns-the-favor/
http://www.redwap.me/videos/305445/incredibly-hot-babe-getting-shagged/
http://www.redwap.me/videos/35078/naughty-natasha-taking-facial-cumshot-after-a-good-fuck/
http://www.redwap.me/videos/413295/big-booty-diamond/
http://www.redwap.me/videos/406579/licious-seduction/
http://www.redwap.me/videos/396680/want-some-morre/
http://www.redwap.me/videos/178/ariella-undressed-her-stepdaughter-and-licked-her-pussy/
http://www.redwap.me/videos/3969/how-to-have-and-film-sex-in-a-car/
http://www.redwap.me/videos/302397/stepmom-gets-in-on-the-action/

http://www.redwap.me/videos/420375/just-the-way-she-loves-it/
http://www.redwap.me/videos/35415/abella-danger-facialized-after-couch-fuck/
http://www.redwap.me/videos/397238/stepmom-and-teen-tribbing-in-bed/
http://www.redwap.me/videos/287445/slut-makes-herself-and-me-cum-in-the-same-time/
http://www.redwap.me/videos/301425/sloppy-blowjob-for-a-stud/
http://www.redwap.me/videos/413237/the-big-reveal/
http://www.redwap.me/videos/417264/on-her-knees/
http://www.redwap.me/videos/231321/sexy-blonde-takes-dildo-in-casting/
http://www.redwap.me/videos/717057/witch-shows-off-her-anal-magic-tricks/
http://www.redwap.me/videos/419060/blondie-jiggles-her-funbags-riding-the-delivery-man/
http://www.redwap.me/videos/419107/the-only-way-to-defeat-electra-is-to-desecrate-her-with-dare-devils-fuck/
http://www.redwap.me/videos/419091/cute-tiny-doll-does-whatever-sugar-daddy-wants-her-to/
http://www.redwap.me/videos/222520/sexy-minx-opens-mouth-to-suck-biggest-penis/
http://www.redwap.me/videos/301301/hot-office-threesome/
http://www.redwap.me/videos/419029/naughty-german-lady-gets-a-hard-meat-injection-up-her-slit/
http://www.redwap.me/videos/419044/spanish-babes-inquisition-for-jordy/
http://www.redwap.me/videos/419000/river-adventure-for-busty-asian-babe-with-the-captain/
http://www.redwap.me/videos/419031/naughty-couple-steal-a-camera-and-fuck-in-public/
http://www.redwap.me/videos/132656/big-blonde-brazilian-ass/
http://www.redwap.me/videos/420124/makes-overalls-look-good/
http://www.redwap.me/videos/404821/blowing-it-dry/
http://www.redwap.me/videos/416868/massive-round-booty/
http://www.redwap.me/videos/68050/ass-pussy/
http://www.redwap.me/videos/249393/brazilian-liandra-explored-to-her-full-potential/
http://www.redwap.me/videos/66169/cassandra-her-stepmom-getting-fucked/
http://www.redwap.me/videos/251809/horny-wife-eats-my-cum-while-she-supposed-to-be-at-work/
http://www.redwap.me/videos/422142/the-ultimate-foursome/
http://www.redwap.me/videos/419075/mandy-wont-let-her-ass-stay-unappreciated/
http://www.redwap.me/videos/331052/innocentlooking-babe-and-her-naughty-side/
http://www.redwap.me/videos/353612/brunette-with-glasses-and-her-sex-tape/
http://www.redwap.me/videos/7318/a-tick-blonde-woman-bedeli-butland/
http://www.redwap.me/videos/308444/moneytalks-porn-tube-movies/
http://www.redwap.me/videos/156761/milf-toying-herself-while-getting-her-ass-fucked/
http://www.redwap.me/videos/419080/three-voluptuous-eurobabes-take-turns-on-a-big-dick/
http://www.redwap.me/videos/282838/brunette-lesbo-fisting-busty-blonde/
http://www.redwap.me/videos/18348/lucy-and-her-stepmother-share-a-cock-and-facial/
http://www.redwap.me/videos/384568/pink-top-cocksucker/
http://www.redwap.me/videos/391955/fiery-redhead-wizardess-melts-the-snow-with-her-body/
http://www.redwap.me/videos/249561/hardcore-pussy-fuck-with-fat-cock/
http://www.redwap.me/videos/331637/dorm-pool-fuckfest/
http://www.redwap.me/videos/292954/female-agent-licks-delicious-pussy-in-casting/
http://www.redwap.me/videos/303389/nonstop-partying/
http://www.redwap.me/videos/249122/busty-mom-pumped-hard-with-pleasure/
http://www.redwap.me/videos/300327/hot-and-passionate-petite-chick-with-burning-desires/
http://www.redwap.me/videos/157883/house-anal-sex-with-the-russian-girl/
http://www.redwap.me/videos/4926/a-reasonable-and-negotiable-price/
http://www.redwap.me/videos/762155/goth-girl-plays-with-an-inflatable-plug/
http://www.redwap.me/videos/301873/fantastic-milf-likes-it-rough/
http://www.redwap.me/videos/415859/big-ass-amateur-teen-in-fishnet-is-fucked-and-creampied/
http://www.redwap.me/videos/65229/i-can-take-it-in-my-ass/
http://www.redwap.me/videos/386134/twerking-hottie/

http://www.redwap.me/videos/330456/size-queen-giselle/
http://www.redwap.me/videos/181467/the-next-step/
http://www.redwap.me/videos/64635/i-had-to-put-my-cock-in-this-barmaid/
http://www.redwap.me/videos/351373/horny-schoolgirl-finally-gets-her-teacher-attention/
http://www.redwap.me/videos/417888/next-level-horny/
http://www.redwap.me/videos/430287/cumtastic-clip/
http://www.redwap.me/videos/415725/cumcovered-pink-pussy/
http://www.redwap.me/videos/11912/a-tape-of-3-fucking/
http://www.redwap.me/videos/29659/vicki-deepthroats-her-admirer/
http://www.redwap.me/videos/414618/slippery-and-wet/
http://www.redwap.me/videos/441259/busty-canadian-teen-fucks-herself/
http://www.redwap.me/videos/421114/cute-blonde-czech-amateur-receives-a-firm-pov-anal-pounding/
http://www.redwap.me/videos/421651/feeling-the-glow/
http://www.redwap.me/videos/266839/seductive-teen-plays-fucks-with-huge-boner/
http://www.redwap.me/videos/762462/redhead-babe-gets-fucked-on-a-bed/
http://www.redwap.me/videos/419955/latinas-work-load/
http://www.redwap.me/videos/425218/tanned-twat-fucked/
http://www.redwap.me/videos/304323/her-thick-thick-cheeks/
http://www.redwap.me/videos/417706/best-way-to-celebrate-easter/
http://www.redwap.me/videos/64663/lets-try-anal-after-pussy/
http://www.redwap.me/videos/132537/a-softball-team-and-their-very-long-tradition/
http://www.redwap.me/videos/843/proper-stretch/
http://www.redwap.me/videos/361708/two-amazing-teenies-have-vr-threesome-with-one-horny-stud/
http://www.redwap.me/videos/386554/outdoors-facial-for-a-hottie/
http://www.redwap.me/videos/6877/amazing-funbags-natural-big-and-4/
http://www.redwap.me/videos/417278/europes-finest-sluts/
http://www.redwap.me/videos/240813/handsome-guy-fucks-female-agent/
http://www.redwap.me/videos/247218/gorgeous-teenager-enjoys-a-truck-ride/
http://www.redwap.me/videos/15470/ms-benton-and-two-freinds-of-her-son/
http://www.redwap.me/videos/167096/latina-teen-banging-pov-sexy-squirt/
http://www.redwap.me/videos/7572/natural-titted-blonde-girl/
http://www.redwap.me/videos/231607/pov-with-my-gf-stacey-ends-with-creampie/
http://www.redwap.me/videos/384192/facialed-blonde/
http://www.redwap.me/videos/268413/seductive-mom-listening-carefully-while-admiring/
http://www.redwap.me/videos/30637/sexy-riley-adding-her-juice-to-his-drink/
http://www.redwap.me/videos/429908/dp-and-screening/
http://www.redwap.me/videos/354198/milf-in-lingerie-seducing-a-handsome-fellow/
http://www.redwap.me/videos/444546/cute-ass-babe-rides-a-big-boner-in-the-kitchen/
http://www.redwap.me/videos/353959/taming-leone/
http://www.redwap.me/videos/246675/young-girlfriends-taking-care-of-their-needs/
http://www.redwap.me/videos/420277/three-way-including-the-wife-and-her-stepsister/
http://www.redwap.me/videos/175102/staci-teased-her-pussy-with-quick-strokes-rubbing-her-nicely/
http://www.redwap.me/videos/249547/appreciating-the-flexible-women-on-earth/
http://www.redwap.me/videos/404322/sidney-alexis-curvy-ass-looks-like-an-easy-target/
http://www.redwap.me/videos/417169/anal-pleasure-for-a-thick-hottie/
http://www.redwap.me/videos/384431/kings-reward/
http://www.redwap.me/videos/859/samantha-invites-chloe-to-a-threesome-fuck-session/
http://www.redwap.me/videos/260942/perfect-ass-milf-banged-in-armchair/
http://www.redwap.me/videos/19214/facesitting-with-her-perfect-teen-ass/
http://www.redwap.me/videos/396100/contractor-helps-huge-tits-milf-at-home/
http://www.redwap.me/videos/354890/they-get-to-watch/

http://www.redwap.me/videos/203668/presley-hart-enjoys-sucking-and-fucking-before-going-to-bed/
http://www.redwap.me/videos/266919/petite-babe-held-tight-off-the-ground-and-fucked-hard/
http://www.redwap.me/videos/389787/intense-finish-to-an-intense-fuck/
http://www.redwap.me/videos/19997/intruding-on-their-moment-with-my-camera/
http://www.redwap.me/videos/67971/the-trap-was-sprung-and-natalia-finally-got-a-cock/
http://www.redwap.me/videos/353595/tasting-her-own-pussy/
http://www.redwap.me/videos/289834/incredible-busty-brit-gets-anal-in-casting/
http://www.redwap.me/videos/241893/fucking-tiny-ass-naomi/
http://www.redwap.me/videos/206733/huge-tittied-redhead-banged-in-public-in-a-cab/
http://www.redwap.me/videos/178634/brooklyn-chase-tugs-on-his-black-cock-so-he-could-drill-her/
http://www.redwap.me/videos/174997/sexy-blonde-samantha-rone-in-a-passionate-office-romance/
http://www.redwap.me/videos/248205/stunning-young-female-black-cock-sexperience/
http://www.redwap.me/videos/354068/fourplays-ending/
http://www.redwap.me/videos/265/my-sweet-girl-courtney-taking-facial-after-a-fuck/
http://www.redwap.me/videos/425651/the-best-blowjob-eyes/
http://www.redwap.me/videos/19007/tanned-blonde-milf/
http://www.redwap.me/videos/443442/big-ass-blonde-milf-gets-pounded-and-receives-a-facial/
http://www.redwap.me/videos/122887/tattooed-blonde-lesbo-licks-brunette/
http://www.redwap.me/videos/420049/teens-new-look/
http://www.redwap.me/videos/303494/santas-naughty-little-helpers/
http://www.redwap.me/videos/1340/gorgeous-long-legged-euro-babe/
http://www.redwap.me/videos/1278/the-most-important-subject-for-any-girl-to-study-is-cock/
http://www.redwap.me/videos/425650/bouncy-latina-beauty/
http://www.redwap.me/videos/330544/kinky-ryu/
http://www.redwap.me/videos/232127/british-cock-sucker-in-a-fake-taxi/
http://www.redwap.me/videos/418520/hardcore-neighborhood/
http://www.redwap.me/videos/19095/stretch-position/
http://www.redwap.me/videos/55951/extreme-milf-angelina-gets-her-fuckholes-ravaged/
http://www.redwap.me/videos/18220/banging-katy/
http://www.redwap.me/videos/7016/bouncing-to-the-beat/
http://www.redwap.me/videos/28473/riley-reid-gets-her-sweet-pussy-ravaged/
http://www.redwap.me/videos/412733/frisky-asian-doll-cindy-likes-to-play-with-daddys-prick/
http://www.redwap.me/videos/301526/tribbing-hotties/
http://www.redwap.me/videos/143884/naughty-young-horny-nurses/
http://www.redwap.me/videos/19438/two-super-cute-teens-doing-it-on-my-camera/
http://www.redwap.me/videos/64046/bigger-and-better-tits/
http://www.redwap.me/videos/355162/masturbating-on-the-grass/
http://www.redwap.me/videos/287575/sexy-masseuse-goes-the-extra-mile-to-make-her-massage-memorable/
http://www.redwap.me/videos/218996/petite-tanned-brunette-beauty-banged/
http://www.redwap.me/videos/184611/need-you-bad/
http://www.redwap.me/videos/65092/young-riley-sliding-on-a-fat-black-cock/
http://www.redwap.me/videos/132554/experimenting-with-each-other/
http://www.redwap.me/videos/248449/a-jeweler-fucks-a-horny-woman/
http://www.redwap.me/videos/301680/curvy-nikki/
http://www.redwap.me/videos/405326/inviting-and-exciting/
http://www.redwap.me/videos/28872/he-cums-inside-sharon-lee/
http://www.redwap.me/videos/294173/natural-busty-blonde-fucks-fat-cock-in-casting/
http://www.redwap.me/videos/4175/horny-samantha/
http://www.redwap.me/videos/443561/big-breasted-ebony-babe-bounces-on-fat-boner-in-pov/
http://www.redwap.me/videos/247198/beautiful-young-ladies-having-the-time-of-their-lives/
http://www.redwap.me/videos/395765/blond-milf-sucking-friends-big-fat-cock/

http://www.redwap.me/videos/2065/babe-looks-amazing-sliding-on-a-cock/
http://www.redwap.me/videos/18097/latina-miya-stone/
http://www.redwap.me/videos/354541/sexy-sophia/
http://www.redwap.me/videos/301164/cockriding-beauty/
http://www.redwap.me/videos/431147/steamy-shower-milf/
http://www.redwap.me/videos/266396/slutty-brunette-rides-cock-for-money/
http://www.redwap.me/videos/122293/hot-lesbian-teens-in-action/
http://www.redwap.me/videos/419048/splendid-blonde-finds-a-lost-massive-cock-that-needed-a-head/
http://www.redwap.me/videos/246225/blonde-russian-gets-public-bang/
http://www.redwap.me/videos/356183/blown-away-part-5-interracial-threesome/
http://www.redwap.me/videos/415103/masseurs-oral-massage/
http://www.redwap.me/videos/258307/amazing-cowgirl-taming-my-boner/
http://www.redwap.me/videos/448182/first-time-anal-experience-for-skinny-slut-remy-lacroix/
http://www.redwap.me/videos/432784/hot-babe-and-yummy-mummy-share-a-giant-fuck-stick/
http://www.redwap.me/videos/94433/fuck-me-if-you-want-to-stay/
http://www.redwap.me/videos/248833/superb-teenager-fucks-innocently-for-long/
http://www.redwap.me/videos/294529/sweet-latina-chick-xxx/
http://www.redwap.me/videos/397083/next-in-line/
http://www.redwap.me/videos/354212/girls-having-a-party/
http://www.redwap.me/videos/109387/hd-pov-addison-avery-rides-your-cock-until-you-cum/
http://www.redwap.me/videos/266493/horny-babe-with-superb-tits-sucks-huge-cock-rides/
http://www.redwap.me/videos/7254/monster-curves-between-the-two-of-them/
http://www.redwap.me/videos/367532/huge-penis-satisfies-wicked-hottie-to-the-max/
http://www.redwap.me/videos/935/anal-night/
http://www.redwap.me/videos/419287/window-shopping/
http://www.redwap.me/videos/6356/anal-couple/
http://www.redwap.me/videos/20042/roommate-sex-revenge/
http://www.redwap.me/videos/330550/flexy-lesbian-fun/
http://www.redwap.me/videos/397980/evelin-stone-craves-for-a-bigcock/
http://www.redwap.me/videos/4871/gorgeous-ash-hollywood/
http://www.redwap.me/videos/425584/eating-ass-to-impress/
http://www.redwap.me/videos/418986/spanish-milf-squirts-all-over-the-fake-cab-driver/
http://www.redwap.me/videos/418379/quick-bj-from-gf/
http://www.redwap.me/videos/415461/naughty-novea-fuckfest/
http://www.redwap.me/videos/116347/busty-agent-fucks-brunette-beauty/
http://www.redwap.me/videos/384824/sore-losers/
http://www.redwap.me/videos/246655/running-and-gunning-pussies-in-the-office/
http://www.redwap.me/videos/4489/euro-babe-blanche-bradburry-paying-the-rent-with-pussy/
http://www.redwap.me/videos/414027/booty-is-perfect/
http://www.redwap.me/videos/405867/vr-milf-bj/
http://www.redwap.me/videos/19677/girl-getting-nailed-on-camera-and-loving-every-minute-of-it/
http://www.redwap.me/videos/250816/loose-pussy-lovers-creating-the-lesbian-ambient/
http://www.redwap.me/videos/307174/stepmom-helping-teen-in-fucking-with-her-new-bf/
http://www.redwap.me/videos/412785/tennis-and-piano-player-ella-plays-best-on-a-dick/
http://www.redwap.me/videos/66697/i-bought-an-anal-toy-lets-try-it/
http://www.redwap.me/videos/989/group-sex-with-their-milf-neighbor/
http://www.redwap.me/videos/249143/slutty-milf-loves-artistic-sex-positions/
http://www.redwap.me/videos/430474/right-kind-of-interracial/
http://www.redwap.me/videos/293431/moms-bang-teen-porn-tube/
http://www.redwap.me/videos/331613/sparks-everywhere/
http://www.redwap.me/videos/266980/like-wild-animals/

http://www.redwap.me/videos/384150/outdoors-amazing-threesome/
http://www.redwap.me/videos/20026/mom-and-daughter-giving-head-together/
http://www.redwap.me/videos/65562/party-starts/
http://www.redwap.me/videos/235349/tanned-amateur-takes-creampie-in-casting/
http://www.redwap.me/videos/414448/way-too-tight/
http://www.redwap.me/videos/285991/busty-blonde-tits-and-anal-banged-in-cab-in-public/
http://www.redwap.me/videos/415178/a-perfect-titjob/
http://www.redwap.me/videos/273217/watching-a-horny-babe-getting-naked/
http://www.redwap.me/videos/4840/cute-face-young-pretty-pussy/
http://www.redwap.me/videos/132556/new-milf-fucking-and-taking-facial-load/
http://www.redwap.me/videos/405841/riding-that-thick-cock/
http://www.redwap.me/videos/5176/natural-titted-redhead-ryan-smiles-showing-off/
http://www.redwap.me/videos/121609/uptown-lez-rubdown-for-chicks-closeup/
http://www.redwap.me/videos/416969/hyper-into-hyperdrive/
http://www.redwap.me/videos/762475/my-anal-virginity/
http://www.redwap.me/videos/18197/i-had-no-choice-but-to-fuck-her/
http://www.redwap.me/videos/6988/blonde-spanish-speaking-european-asian/
http://www.redwap.me/videos/267268/abigail-mac-fucked-by-hitman-on-the-dinner-table/
http://www.redwap.me/videos/11734/i-know-that-girl/
http://www.redwap.me/videos/349654/redhead-spanish-beauty/
http://www.redwap.me/videos/26772/stepmom-uma-teaches-teens-her-sexy-skills/
http://www.redwap.me/videos/90/one-blonde-and-one-brunette/
http://www.redwap.me/videos/63828/ass-fucked-girlfriend-elizabeth-bentley/
http://www.redwap.me/videos/187436/the-road-less-traveled-by/
http://www.redwap.me/videos/418992/fine-girl-makes-her-boy-explode-on-her-belly/
http://www.redwap.me/videos/386422/patriotic-lesbian-action/
http://www.redwap.me/videos/405596/busty-and-bendy-teen/
http://www.redwap.me/videos/430896/bunked-and-banged/
http://www.redwap.me/videos/404267/curvy-housewife-angela-white-deserves-a-hard-fuck/
http://www.redwap.me/videos/112437/sweet-blonde-teen-jessi-gold-getting-drilled-hard-on-her-bed/
http://www.redwap.me/videos/305785/quiet-night-to-show-her-my-love/
http://www.redwap.me/videos/199214/pretty-gina-gerson-knocked-on-his-door-wearing-only-a-towel/
http://www.redwap.me/videos/126740/pink-panties-milf-fucked-until-creampie/
http://www.redwap.me/videos/416947/her-biggest-one-yet/
http://www.redwap.me/videos/413360/sharing-cum-with-stepmom/
http://www.redwap.me/videos/330043/doing-anything-he-wants/
http://www.redwap.me/videos/63309/my-girl-is-the-best/
http://www.redwap.me/videos/358003/curvy-lena-paul-gets-her-boobs-fucked/
http://www.redwap.me/videos/266814/let-the-mommy-do-her-work/
http://www.redwap.me/videos/268903/fun-sex-party-with-two-slutty-brunettes/
http://www.redwap.me/videos/252697/sexy-brunette-agent-gets-fucked-by-camermans-big-fat-cock/
http://www.redwap.me/videos/303955/witness-how-bad-she-wants-it/
http://www.redwap.me/videos/124517/female-agent-sucks-cock-to-athletic-stud/
http://www.redwap.me/videos/794/veronica-was-home-alone-looking-to-get-fucked/
http://www.redwap.me/videos/384928/fat-ass-for-a-fat-cock/
http://www.redwap.me/videos/272585/hope-howell-lets-him-lick-her-pussy/
http://www.redwap.me/videos/437016/asian-wife-sucks-a-small-dick-and-cum-in-mouth/
http://www.redwap.me/videos/239739/girlfriend-sucking-dick-before-sleeping/
http://www.redwap.me/videos/252670/sucking-cock-in-car-always-her-fantasy/
http://www.redwap.me/videos/273721/redhead-czech-student-banged-outdoor/
http://www.redwap.me/videos/113403/sexy-mia-manarote-getting-drilled-and-cummed-on-in-the-pool/

http://www.redwap.me/videos/425182/amazing-ashley-adams/
http://www.redwap.me/videos/126762/business-man-fucks-horny-milf-until-creampie/
http://www.redwap.me/videos/276471/amateur-fuckin-guy-cum-into-her-pussy-fast/
http://www.redwap.me/videos/34479/i-film-bad-ass-bootys-mila-riley/
http://www.redwap.me/videos/30018/pirates-threesome-scenes/
http://www.redwap.me/videos/418056/saras-perfect-at-spreading/
http://www.redwap.me/videos/296007/playful-blonde-chick-cayla-is-eager-to-suck-a-dick-for-a-job/
http://www.redwap.me/videos/247604/treating-her-lovely-cherry-with-toys/
http://www.redwap.me/videos/300356/two-beautifuls-playful-and-innocents-looking-birds/
http://www.redwap.me/videos/426061/when-a-lesbian-wants-it/
http://www.redwap.me/videos/64178/gorgeous-long-legged-euro-babe/
http://www.redwap.me/videos/183015/hot-blonde-beauty-having-sex/
http://www.redwap.me/videos/18921/a-girl-for-my-birthday/
http://www.redwap.me/videos/418473/riding-in-pov/
http://www.redwap.me/videos/430190/jacuzzi-quickie/
http://www.redwap.me/videos/304256/sweaty-lovemaking/
http://www.redwap.me/videos/422847/girls-love-cocks/
http://www.redwap.me/videos/282376/sexy-blonde-babe-jessica-enjoys-her-first-casting-experience/
http://www.redwap.me/videos/422104/sweet-taste-of-bj/
http://www.redwap.me/videos/390219/riding-his-young-cock/
http://www.redwap.me/videos/425864/quinn-of-blowjobs/
http://www.redwap.me/videos/762661/anaheim-quickie/
http://www.redwap.me/videos/206640/ass-fucking-my-wife-inge-in-nature/
http://www.redwap.me/videos/67129/club-of-sex/
http://www.redwap.me/videos/245643/dude-shoves-big-cock-into-brunette/
http://www.redwap.me/videos/418393/outdoors-anal-whore/
http://www.redwap.me/videos/16714/the-pussy-payment/
http://www.redwap.me/videos/430435/she-wants-more/
http://www.redwap.me/videos/94891/fucking-my-friends-step-mom/
http://www.redwap.me/videos/246462/horny-wives-enjoy-sex-with-hot-dude/
http://www.redwap.me/videos/113819/sunny-leone-offers-a-world-class-performance-in-this-scene/
http://www.redwap.me/videos/4071/he-kept-the-videos-and-now-he-gets-his-revenge/
http://www.redwap.me/videos/257382/policeman-have-his-cock-wet-by-a-cougar/
http://www.redwap.me/videos/404293/curvy-keisha-is-always-in-for-a-cock-even-her-roommates-bf-will-do/
http://www.redwap.me/videos/406458/hairy-indonesian-slut-rides-a-cock-like-a-pro-pov/
http://www.redwap.me/videos/65489/black-girl-with-big-succulent-tits-sliding-on-a-white-cock/
http://www.redwap.me/videos/243651/teenage-blonde-super-star-love-extreme-anal-rides/
http://www.redwap.me/videos/19593/emmanuelle-london-with-her-huge-round-tits/
http://www.redwap.me/videos/247175/slutty-females-caressing-friends-clitoris/
http://www.redwap.me/videos/419339/prostate-massage-and-milking-get-the-desired-results-in-cum/
http://www.redwap.me/videos/429355/bbw-amateurs-danny-dawson-and-miss-ladycakes-lez-out/
http://www.redwap.me/videos/269071/gorgeous-teen-seducing-her-landlord/
http://www.redwap.me/videos/414294/so-small-so-sexy/
http://www.redwap.me/videos/329932/lusty-liona/
http://www.redwap.me/videos/414838/milf-knows-best/
http://www.redwap.me/videos/113/i-fuck-two-horny-girls-on-camera/
http://www.redwap.me/videos/18616/horny-girlfriends-share-a-cock/
http://www.redwap.me/videos/430270/so-fucking-tasty/
http://www.redwap.me/videos/248172/slutty-females-pussy-loving-men-indoor-sex/
http://www.redwap.me/videos/258739/busty-brunette-loves-talking-dirty/
http://www.redwap.me/videos/301472/birthday-banging/

http://www.redwap.me/videos/431054/breakfast-at-lunas/
http://www.redwap.me/videos/184623/back-at-your-door/
http://www.redwap.me/videos/4724/my-pussys-radio-controlled/
http://www.redwap.me/videos/396905/taking-it-like-a-good-girl/
http://www.redwap.me/videos/110629/brunette-wakes-up-blonde-for-lesbian-sex-in-the-morning/
http://www.redwap.me/videos/406581/stepmoms-kinky-desires/
http://www.redwap.me/videos/414507/petite-cocksucker/
http://www.redwap.me/videos/762458/busty-mature-with-saggy-tits-seducing-a-guy/
http://www.redwap.me/videos/430830/blondes-having-more-fun/
http://www.redwap.me/videos/413457/railing-a-lusty-latina/
http://www.redwap.me/videos/425252/great-gorgeous-and-asian/
http://www.redwap.me/videos/384504/fab-fucking-four/
http://www.redwap.me/videos/430143/banging-sweet-bobbi/
http://www.redwap.me/videos/29184/brooklyn-fixes-even-cokedick/
http://www.redwap.me/videos/25296/bolted-on-tits-getting-squeezed/
http://www.redwap.me/videos/14909/two-pussies-share-prestons-cock/
http://www.redwap.me/videos/353531/footjob-and-a-blowjob/
http://www.redwap.me/videos/266749/tiny-babe-pumped-hard-on-her-pussy-with-monster-cock/
http://www.redwap.me/videos/290154/small-tittied-blonde-fucking-huge-dick/
http://www.redwap.me/videos/374880/lily-raders-pussy-fucked-from-behind/
http://www.redwap.me/videos/290813/brunette-amateur-pov-banged-in-casting/
http://www.redwap.me/videos/303553/sexy-babe-tries-out-modeling-and-porn/
http://www.redwap.me/videos/65468/18-year-old-shae-gets-fucked-in-clothes/
http://www.redwap.me/videos/209637/lesbian-redhead-babe-leads-milf-to-orgasm/
http://www.redwap.me/videos/123920/santas-north-pole-comes-at-christmas/
http://www.redwap.me/videos/355996/cockhungry-milf-gets-what-she-wants/
http://www.redwap.me/videos/430337/greatest-bikini-ever/
http://www.redwap.me/videos/8175/nice-teen-orgy-in-the-club/
http://www.redwap.me/videos/126804/tattooed-ass-milf-fucked-in-her-bed/
http://www.redwap.me/videos/158461/naughty-model-ties-hands-of-friend/
http://www.redwap.me/videos/11466/sara-is-horny-as-hell/
http://www.redwap.me/videos/258656/arousing-princess-shows-off-her-nudity-pussy/
http://www.redwap.me/videos/282384/beautiful-european-lesbian-girlfriend-licking/
http://www.redwap.me/videos/276527/inked-ebony-gives-interracial-rimjob-in-fake-cab/
http://www.redwap.me/videos/404804/plumber-please/
http://www.redwap.me/videos/301783/thats-how-you-take-a-break/
http://www.redwap.me/videos/384971/group-sex-for-a-maximum-satisfaction/
http://www.redwap.me/videos/353702/stacked-model/
http://www.redwap.me/videos/388955/rileys-best/
http://www.redwap.me/videos/249771/amusing-partners-fuck-well-and-handsomely/
http://www.redwap.me/videos/293688/painting-and-anal-sex/
http://www.redwap.me/videos/266722/facial-for-a-blondie/
http://www.redwap.me/videos/301739/gets-all-the-jizz/
http://www.redwap.me/videos/249110/alluring-female-cant-contain-her-sexually-aroused-body/
http://www.redwap.me/videos/113104/sexy-passionate-session-of-solo-masturbation-with-angelica/
http://www.redwap.me/videos/414520/girls-love-girls/
http://www.redwap.me/videos/379289/joe-bones-stuffs-aubrey-sinclairs-pussy/
http://www.redwap.me/videos/359115/party-for-adults/
http://www.redwap.me/videos/7805/pounding-the-party/
http://www.redwap.me/videos/179664/amateur-couple-pov-oral-sex/
http://www.redwap.me/videos/430382/lovely-latina-pussy/

http://www.redwap.me/videos/303395/stepmom-switcheroo/
http://www.redwap.me/videos/354025/four-play/
http://www.redwap.me/videos/218576/lesbians-passionately-licking/
http://www.redwap.me/videos/418676/milf-spending-time-with-her-step-daughter/
http://www.redwap.me/videos/133596/too-naughty-notty/
http://www.redwap.me/videos/302463/ravishing-russian-sluts/
http://www.redwap.me/videos/420926/randy-crystal-catlin-eagerly-awaits-her-lover/
http://www.redwap.me/videos/421408/jungle-savage-banging-the-way-our-ancestors-did-it/
http://www.redwap.me/videos/421446/teen-shae-eats-a-big-cucumber-in-the-kitchen/
http://www.redwap.me/videos/421123/bridesmaids-seduce-the-groom-for-revenge/
http://www.redwap.me/videos/421130/spicy-spanish-milf-bridgette-gets-frisky-in-the-cinema/
http://www.redwap.me/videos/414396/hitchhiker-in-heat/
http://www.redwap.me/videos/430213/furry-boots-anal/
http://www.redwap.me/videos/6898/very-busty-business/
http://www.redwap.me/videos/268003/busty-pierced-brit-deep-throats-in-cab/
http://www.redwap.me/videos/417705/wont-disobey-the-boss/
http://www.redwap.me/videos/356438/schoolbabyshott/
http://www.redwap.me/videos/23018/milf-letting-him-fuck-her-in-the-ass/
http://www.redwap.me/videos/421906/foursome-on-fire/
http://www.redwap.me/videos/24271/taking-her-from-behind-in-the-office-restroom/
http://www.redwap.me/videos/435159/amateur-blonde-mia-malkova-fucks-like-a-pro-in-pov/
http://www.redwap.me/videos/445670/dirty-minded-dykes-grind-cunts-and-bang-with-a-strapon/
http://www.redwap.me/videos/244763/blonde-fucked-from-behind-in-public/
http://www.redwap.me/videos/420421/helpless-to-stop-it/
http://www.redwap.me/videos/266682/curly-blonde-looking-for-some-fun/
http://www.redwap.me/videos/351370/redhead-milf-get-in-bed-with-her-student/
http://www.redwap.me/videos/4439/filming-my-girlfriend-bethany/
http://www.redwap.me/videos/4161/gorgeous-elena-spreading-and-masturbating-on-camera/
http://www.redwap.me/videos/291735/huge-tits-short-haired-blonde-in-banging-fake-taxi/
http://www.redwap.me/videos/413076/bbc-for-amber/
http://www.redwap.me/videos/303849/hot-lesbian-ass-licking-teen-girls/
http://www.redwap.me/videos/384514/pillow-fight-turns-steamy/
http://www.redwap.me/videos/25164/slutty-student-wants-to-bump-her-grades/
http://www.redwap.me/videos/406074/tireing-hardcore-sex/
http://www.redwap.me/videos/112441/dillion-harper-performing-the-hottest-blowjob-of-her-life/
http://www.redwap.me/videos/402991/ladys-pretty-pussy-wants-a-big-cock-to-fuck/
http://www.redwap.me/videos/420426/cum-for-gf-and-her-friend/
http://www.redwap.me/videos/422232/outta-control-bikini-babes/
http://www.redwap.me/videos/417300/young-couples-real-lesson/
http://www.redwap.me/videos/404847/special-delivery/
http://www.redwap.me/videos/217101/brown-haired-tanned-beauty-banged/
http://www.redwap.me/videos/307715/we-just-getting-started/
http://www.redwap.me/videos/293262/pale-amateur-licks-tanned-female-agent-in-casting/
http://www.redwap.me/videos/19328/team-spirit/
http://www.redwap.me/videos/249808/recording-a-memorable-massage-session/
http://www.redwap.me/videos/402966/lesbian-babes-fucks-strap-on-and-tribs/
http://www.redwap.me/videos/421297/blonde-mom-strips-to-stockings-for-her-boy-toys-cock/
http://www.redwap.me/videos/191636/busty-european-milf-banged-in-public/
http://www.redwap.me/videos/7064/sleeping-on-the-job-satisfy-my-pussy/
http://www.redwap.me/videos/34073/graduation-day/
http://www.redwap.me/videos/134095/lonely-horny-babe-searches-for-pleasure/

http://www.redwap.me/videos/395162/patty-michova-psylocke-vs-magneto/
http://www.redwap.me/videos/14048/super-sweetness-gets-fucked-by-a-huge-black-cock/
http://www.redwap.me/videos/417834/drilling-her-hairy-pussy/
http://www.redwap.me/videos/273456/juicy-teen-babe-hungry-for-a-dong/
http://www.redwap.me/videos/269923/brunette-gets-foot-and-pussy-massaged/
http://www.redwap.me/videos/18951/young-sweet-latina-fucking-and-taking-facial/
http://www.redwap.me/videos/462/18-year-old-horny-pianist/
http://www.redwap.me/videos/414778/ripe-for-taking/
http://www.redwap.me/videos/421770/mia-culpa/
http://www.redwap.me/videos/420951/lazy-little-house-cleaner-gets-her-delicious-twat-eaten-by-the-boss/
http://www.redwap.me/videos/421133/blonde-teen-lovita-licks-the-pink-asshole-of-the-older-kathy/
http://www.redwap.me/videos/293439/teen-alexis-bottoms-loves-huge-cocks/
http://www.redwap.me/videos/421144/professor-cougar-pounces-on-a-young-dick/
http://www.redwap.me/videos/319198/meet-horny-women-with-her-daughter-in-threesome/
http://www.redwap.me/videos/378978/petite-latina-babe-bangs-in-various-positions/
http://www.redwap.me/videos/421045/aspen-romanoff-can-pay-any-debt-with-her-tits/
http://www.redwap.me/videos/421142/deep-orifice-exam-at-the-cock-doctors-office/
http://www.redwap.me/videos/421022/taking-her-to-another-dimension-with-tantric-massage/
http://www.redwap.me/videos/421134/taking-control-over-her-silky-cunt/
http://www.redwap.me/videos/423185/petite-ebony-waitress-serves-the-customer-with-her-lips/
http://www.redwap.me/videos/423096/testing-her-new-slutty-pussy-with-an-older-cunt/
http://www.redwap.me/videos/423085/mickey-tyler-in-need-of-hard-cock-loving/
http://www.redwap.me/videos/421146/curvy-cutie-gets-a-dp-birthday-surprise/
http://www.redwap.me/videos/423199/capri-cavanni-is-a-cockriding-champ/
http://www.redwap.me/videos/421529/lily-labeau-teaches-her-hubby-how-she-likes-to-be-fucked/
http://www.redwap.me/videos/420515/adorable-jasmine-vega-making-a-revenge-fuck-sweet-as-honey/
http://www.redwap.me/videos/422271/the-last-jedi-bangs-the-dark-side/
http://www.redwap.me/videos/421536/fucking-the-fortune-teller-who-was-right-about-the-future/
http://www.redwap.me/videos/420713/milftastic-spanish-teacher-lets-her-student-play-with-her-tits/
http://www.redwap.me/videos/420412/vanessa-cage-is-the-ultimate-poker-prize/
http://www.redwap.me/videos/421406/impatient-client-bangs-the-delivery-girl/
http://www.redwap.me/videos/421559/vanessa-cage-gives-an-anatomy-lesson/
http://www.redwap.me/videos/419589/extra-thick-latina-housewife-loves-her-coffee-with-cum/
http://www.redwap.me/videos/421404/misha-cross-pays-for-her-cab-with-her-cute-booty/
http://www.redwap.me/videos/421474/nice-looking-nikky-dream-rides-her-lovers-prick/
http://www.redwap.me/videos/420890/hipster-dj-nails-dorky-slut-in-the-club-bathroom/
http://www.redwap.me/videos/421319/sunny-lane-and-india-summer-get-into-some-slutty-office-business/
http://www.redwap.me/videos/421545/czech-hottie-gets-her-muff-stuffed/
http://www.redwap.me/videos/420582/hot-spanish-afternoons-are-made-for-fucking/
http://www.redwap.me/videos/421551/ariana-aimes-wants-cock-on-the-spot/
http://www.redwap.me/videos/419530/lovely-amy-white-takes-this-bad-boys-load-inside-her/
http://www.redwap.me/videos/420931/foxy-kimber-gets-gangbanged-on-the-shopping-line/
http://www.redwap.me/videos/420867/foxxi-black-massages-and-eats-out-her-client/
http://www.redwap.me/videos/419949/sultry-lesbians-enjoy-each-others-juicy-slits/
http://www.redwap.me/videos/421516/banging-blond-babe-bailey-boned-by-a-bro/
http://www.redwap.me/videos/419178/victoria-punishes-her-cheating-man-with-halloween-banging/
http://www.redwap.me/videos/420290/bootylicious-ebony-moriah-wants-to-play-with-the-baseball-stick/
http://www.redwap.me/videos/421067/teenage-whoreinlaw-gets-a-sapphic-milf-experience/
http://www.redwap.me/videos/421526/extra-horny-sluts-ordered-too-many-cocks-in-their-party/
http://www.redwap.me/videos/420191/stepsis-in-school-uniform-bends-over-for-her-stepbro/
http://www.redwap.me/videos/422337/hungarian-babe-lana-belles-shagging-skills-put-to-the-test/

http://www.redwap.me/videos/418143/scream-for-ice-cream/
http://www.redwap.me/videos/421648/horny-polish-milf-takes-the-load-of-the-missionary/
http://www.redwap.me/videos/421497/star-wars-the-last-temptation-a-porn-parody/
http://www.redwap.me/videos/823/moving-is-hard/
http://www.redwap.me/videos/420310/going-dutch-with-taylor-sands/
http://www.redwap.me/videos/421567/sex-depraved-slut-gets-shagged-in-the-warmth-of-the-car/
http://www.redwap.me/videos/290097/sexy-babe-joyce-cheats-on-her-boyfriend-with-a-random-dude/
http://www.redwap.me/videos/404939/making-it-rain/
http://www.redwap.me/videos/421519/catching-a-wanker-in-the-closed-proves-to-be-helpful-for-webcam-chick/
http://www.redwap.me/videos/420267/black-friday-faapy-style/
http://www.redwap.me/videos/430224/boss-milf-banged/
http://www.redwap.me/videos/112536/stunning-emma-mae-showing-off-her-perfect-pussy-and-titties/
http://www.redwap.me/videos/330081/curvy-teen-fucked/
http://www.redwap.me/videos/269504/smashing-action-with-a-girl-in-a-perfect-bra/
http://www.redwap.me/videos/762830/big-booty-babe-claps-that-ass/
http://www.redwap.me/videos/385890/best-brazilian-booty/
http://www.redwap.me/videos/392064/sofi-and-megan-squirting-pussy-juice-all-over-a-lucky-dude/
http://www.redwap.me/videos/405479/defiant-stepsister-slut/
http://www.redwap.me/videos/238325/pov-hardcore-pussy-drilling/
http://www.redwap.me/videos/64194/anal-fingering-and-more/
http://www.redwap.me/videos/195417/ass-pov-with-my-hispanic-girlfriend-isabel/
http://www.redwap.me/videos/4394/while-they-were-fucking-her-stepmom-walked-in/
http://www.redwap.me/videos/384595/its-been-a-while/
http://www.redwap.me/videos/404159/euro-cougar-is-enjoying-a-young-schlong-in-her-ass/
http://www.redwap.me/videos/4579/sensual-taissia/
http://www.redwap.me/videos/353718/japanese-babe-gets-some/
http://www.redwap.me/videos/242360/cute-xmas-angel-fucks-handsome-guy/
http://www.redwap.me/videos/416850/purple-hair-dont-care/
http://www.redwap.me/videos/16567/some-money-talks-fun/
http://www.redwap.me/videos/417711/two-girls-one-cock/
http://www.redwap.me/videos/267051/hot-facial-for-a-pretty-blonde/
http://www.redwap.me/videos/430397/pool-date-night/
http://www.redwap.me/videos/405954/costumes-and-lust/
http://www.redwap.me/videos/303552/two-sexy-euro-teens-fucked-in-outdoor-foursome-sex/
http://www.redwap.me/videos/385958/doing-it-for-cash/
http://www.redwap.me/videos/123218/tanned-brazilian-ass-nayra-mendes/
http://www.redwap.me/videos/18841/my-girl-emmanuelle-need-a-good-fuck-today/
http://www.redwap.me/videos/330067/wham-bam-thank-you-maam/
http://www.redwap.me/videos/424907/naomi-woods-raises-his-teen-spirit/
http://www.redwap.me/videos/405304/stepmom-and-threesome/
http://www.redwap.me/videos/271131/big-tits-brunette-feeling-aroused-and-in-complete-control/
http://www.redwap.me/videos/450898/emma-butt-demonstrates-her-sucking-skills/
http://www.redwap.me/videos/451323/emma-butt-cow-girl-position/
http://www.redwap.me/videos/266629/girl-gets-fucked-by-her-brother/
http://www.redwap.me/videos/423311/making-her-happy-by-teasing-her-cunt-with-massage/
http://www.redwap.me/videos/423492/bridgette-b-is-a-cheating-bimbo-housewife/
http://www.redwap.me/videos/423021/kathy-takes-care-of-her-lady/
http://www.redwap.me/videos/423376/fitness-babe-working-out-on-notorious-cock/
http://www.redwap.me/videos/423455/awesome-spanish-babe-with-natural-tits-fucks-passionately/
http://www.redwap.me/videos/423819/sarah-banks-finds-comfort-on-brads-big-dick/

http://www.redwap.me/videos/424248/exciting-natalia-starr-is-saving-the-universe-with-assfuck/
http://www.redwap.me/videos/423371/shes-making-a-nice-bargain-with-her-cute-pussy/
http://www.redwap.me/videos/422667/jade-jantzen-fucking-a-hobo-with-her-hubby-nearby/
http://www.redwap.me/videos/422334/polish-kurwa-ania-kinski-is-in-need-of-money-and-cock/
http://www.redwap.me/videos/423484/angel-piaff-gets-a-good-dicking-in-some-sexy-lingerie/
http://www.redwap.me/videos/424030/nerdy-schoolgirls-want-a-facial/
http://www.redwap.me/videos/450897/emma-butt-tautens-her-vag-on-cock-in-pov/
http://www.redwap.me/videos/423067/passionately-kissing-natasha-malkova-makes-her-blowjob-good/
http://www.redwap.me/videos/422978/this-creampie-is-a-hole-in-one/
http://www.redwap.me/videos/423810/sleeping-wifey-gets-cucked-by-a-gorgeous-cougar/
http://www.redwap.me/videos/422820/vienna-black-lets-him-pet-her-pussy/
http://www.redwap.me/videos/424340/sensual-lovemaking-with-czech-babe-lady-dee/
http://www.redwap.me/videos/423739/hipster-babe-starts-her-modeling-career-fucking-in-the-park/
http://www.redwap.me/videos/423489/beautiful-oriental-slut-gets-her-pussy-mastered-by-the-driver/
http://www.redwap.me/videos/394832/lesbian-wrestling/
http://www.redwap.me/videos/424183/stepmom-goes-pussy-hunting-with-her-big-dicked-son/
http://www.redwap.me/videos/423458/marilyn-mansion-needs-a-massage-and-shag/
http://www.redwap.me/videos/414872/choked-and-banged/
http://www.redwap.me/videos/422329/pippa-blonde-has-a-shag-before-her-interview/
http://www.redwap.me/videos/423446/monica-asiss-throat-and-pussy-are-put-to-the-test/
http://www.redwap.me/videos/404777/true-friends-share/
http://www.redwap.me/videos/422883/riding-big-sis-bald-boyfriend-in-the-kitchen/
http://www.redwap.me/videos/249133/tiny-milf-penetrated-well-on-the-couch/
http://www.redwap.me/videos/415110/real-estate-threesome/
http://www.redwap.me/videos/421568/banging-gf-and-her-bbf-seems-like-the-perfect-afternoon/
http://www.redwap.me/videos/424054/homewrecker-maddy-oreily-seduces-a-horny-husband/
http://www.redwap.me/videos/57986/foxy-di-anally-rides-big-cock-making-her-sphincter-expand/
http://www.redwap.me/videos/26101/ana-seducing-her-girlfriend-on-the-backseat/
http://www.redwap.me/videos/64590/i-know-that-girl/
http://www.redwap.me/videos/421631/girls-and-boys-go-wild/
http://www.redwap.me/videos/423268/star-wars-the-last-temptation-a-porn-parody-scene-4/
http://www.redwap.me/videos/424278/busty-stripper-takes-advantage-of-the-clients-boner/
http://www.redwap.me/videos/248711/amazing-big-natural-tits-hardcore-lesbo-threesome/
http://www.redwap.me/videos/417461/backseat-driving/
http://www.redwap.me/videos/5549/back-to-the-shop-to-fuck-three-girls/
http://www.redwap.me/videos/315850/slutty-girlfiendd-gets-picked-up-at-the-park/
http://www.redwap.me/videos/384997/his-cock-deserves-it/
http://www.redwap.me/videos/361986/girl-in-panties-sucking-a-cock-in-pov/
http://www.redwap.me/videos/414868/kinky-kitchen-sex/
http://www.redwap.me/videos/422214/kiras-crazy-tight-pussy/
http://www.redwap.me/videos/267042/horny-huge-tits-boss-cries-on-couch-doggy-sex/
http://www.redwap.me/videos/35532/ana-rose-rides-his-dick/
http://www.redwap.me/videos/417426/euro-sluts-fucking-outdoors/
http://www.redwap.me/videos/301227/asstastic-blonde-hottie/
http://www.redwap.me/videos/271681/warm-up-with-a-hula-hoop/
http://www.redwap.me/videos/266801/busty-babe-loves-sex-from-behind-with-fat-cock/
http://www.redwap.me/videos/272624/intense-threesome-with-two-hotties/
http://www.redwap.me/videos/266692/amazing-shaved-teen-in-pov-performance/
http://www.redwap.me/videos/302132/teaching-her-little-girl/
http://www.redwap.me/videos/133932/behind-the-shop-hardcore-sex/
http://www.redwap.me/videos/233121/natural-busty-euro-student-in-casting/

http://www.redwap.me/videos/176353/brunette-latina-babe-banged-pov/
http://www.redwap.me/videos/445667/busty-milf-with-bubble-butt-fucks-hard-in-the-shower/
http://www.redwap.me/videos/6679/special-agreement/
http://www.redwap.me/videos/278331/webcam-teen-has-great-orgasms-with-hitachi/
http://www.redwap.me/videos/427873/watermelons-and-their-melons/
http://www.redwap.me/videos/417937/ginger-amateur-stormy-grey-masturbates-before-being-fucked-in-pov/
http://www.redwap.me/videos/424823/lubed-up-eurobabe-gets-a-thick-creampie/
http://www.redwap.me/videos/470377/rainbow-booty/
http://www.redwap.me/videos/424627/busty-ella-knox-has-some-fucking-fun-in-the-sun/
http://www.redwap.me/videos/763025/dont-wake-daddy/
http://www.redwap.me/videos/470382/always-the-bridesmaid/
http://www.redwap.me/videos/424499/pin-up-cutie-gets-a-big-load-in-her-coochie/
http://www.redwap.me/videos/426732/making-her-squirm-while-shagged-on-the-balcony/
http://www.redwap.me/videos/762984/stepmoms-boobs-3/
http://www.redwap.me/videos/426769/outdoor-sex-for-cash-with-april-dawn/
http://www.redwap.me/videos/424767/amirah-adarahs-ass-gets-destroyed-by-a-big-dick/
http://www.redwap.me/videos/426412/lusty-lingerie-lesbian-love/
http://www.redwap.me/videos/424837/evi-foxx-and-nicole-thomas-give-him-the-ride-of-his-life/
http://www.redwap.me/videos/424672/this-pussy-will-purr/
http://www.redwap.me/videos/470398/oral-fixation/
http://www.redwap.me/videos/470396/employee-appreciation/
http://www.redwap.me/videos/763088/rage-quit/
http://www.redwap.me/videos/470408/cheater-cheater-cock-eater/
http://www.redwap.me/videos/769755/spreading-her-asshole-wide/
http://www.redwap.me/videos/426090/elegant-russian-model-unwinds-with-deep-pussy-massage/
http://www.redwap.me/videos/470393/licking-his-mistress/
http://www.redwap.me/videos/426130/ukraine-busty-babe-gets-intensive-examination-by-the-doctor/
http://www.redwap.me/videos/424441/cassie-and-daphne-are-two-hot-sluts-that-love-lesbo-fun/
http://www.redwap.me/videos/763114/the-new-girl-part-3/
http://www.redwap.me/videos/763079/yoga-for-perverts/
http://www.redwap.me/videos/424270/cameron-minx-is-a-little-whore-begging-for-more/
http://www.redwap.me/videos/763009/monster-curves-science-xxx-parody/
http://www.redwap.me/videos/763008/one-hot-milf/
http://www.redwap.me/videos/426298/beautiful-teens-dominate-their-daddy/
http://www.redwap.me/videos/426789/airport-security-is-tight/
http://www.redwap.me/videos/426860/gorgeous-lesbian-casting-session/
http://www.redwap.me/videos/426921/johnny-castle-uses-his-largest-asset-to-the-fullest/
http://www.redwap.me/videos/19975/she-was-pretty-loyal-to-her-man-but/
http://www.redwap.me/videos/762995/all-night-rager/
http://www.redwap.me/videos/763096/fucking-neighbors/
http://www.redwap.me/videos/426123/lost-american-babe-fucks-in-european-woods-for-cash/
http://www.redwap.me/videos/424394/kymberlee-sucks-off-her-boyfriend-before-the-movie/
http://www.redwap.me/videos/424916/hood-rat-stripper-needs-the-d/
http://www.redwap.me/videos/424374/redhead-with-amazing-natural-boobs-rides-it-like-a-rodeo/
http://www.redwap.me/videos/763073/she-loves-playing-with-joysticks/
http://www.redwap.me/videos/424973/yello-jay-gets-porked-by-a-fucking-cop/
http://www.redwap.me/videos/18456/panties-off/
http://www.redwap.me/videos/424844/angel-rush-making-love-to-her-man/
http://www.redwap.me/videos/426252/mikeys-ass-dank-pussy-can-take-some-more-punishment/
http://www.redwap.me/videos/424545/cockstarved-soldier-babes-get-their-fill/
http://www.redwap.me/videos/169424/short-haired-euro-babe-banged-to-males-orgasm/

http://www.redwap.me/videos/34480/insane-female-body-in-tight-web-dress/
http://www.redwap.me/videos/762996/daddys-debt/
http://www.redwap.me/videos/425712/dirty-talking-slut/
http://www.redwap.me/videos/763036/hankering-for-a-spanking/
http://www.redwap.me/videos/763064/romance-languages/
http://www.redwap.me/videos/426270/jillian-janson-sucks-his-cock-dry/
http://www.redwap.me/videos/763086/movie-night-done-right/
http://www.redwap.me/videos/763003/pussy-is-international/
http://www.redwap.me/videos/16708/heathers-stepmom/
http://www.redwap.me/videos/762998/the-other-side-of-the-whore/
http://www.redwap.me/videos/763084/tight-little-slit/
http://www.redwap.me/videos/763060/fluids-on-the-flight/
http://www.redwap.me/videos/763078/my-conjugal-stepmother/
http://www.redwap.me/videos/763157/ramming-rebecca/
http://www.redwap.me/videos/425430/too-close-to-comfort/
http://www.redwap.me/videos/425104/never-say-never/
http://www.redwap.me/videos/763072/cheating-wife-fucked-in-a-tent/
http://www.redwap.me/videos/422235/aggressive-negotiations/
http://www.redwap.me/videos/762997/private-dick/
http://www.redwap.me/videos/763050/hard-pressed/
http://www.redwap.me/videos/388043/legal-age-teenager-honey-likes-fucking/
http://www.redwap.me/videos/762988/cinematic-climax/
http://www.redwap.me/videos/212119/hot-lesbians-tribbing-in-massage-room/
http://www.redwap.me/videos/34037/me-in-my-dorm-super-sweet-fresh-18-year-old-teen/
http://www.redwap.me/videos/172489/gina-allowed-him-to-plunge-his-big-dick-into-her-tight-ass/
http://www.redwap.me/videos/381724/cute-gf-is-quite-thirsty-for-his-hard-bbc/
http://www.redwap.me/videos/269648/the-booty-that-makes-any-cock-swell-with-blood/
http://www.redwap.me/videos/384485/best-friends-forver/
http://www.redwap.me/videos/274093/blue-haired-amateur-banged-in-fake-cab/
http://www.redwap.me/videos/301896/oily-pleasure/
http://www.redwap.me/videos/33498/office-secretary-getting-pounded/
http://www.redwap.me/videos/112564/sexy-blonde-after-massage-gets-fucked/
http://www.redwap.me/videos/35318/camp-orgy/
http://www.redwap.me/videos/6746/katrina-jade-with-big-beautiful-natural-tits/
http://www.redwap.me/videos/398702/oily-and-wet/
http://www.redwap.me/videos/415453/blindfolded-and-banged/
http://www.redwap.me/videos/112961/paula-shy-jumped-on-top-and-rode-daniels-big-erect-cock/
http://www.redwap.me/videos/34463/taking-a-good-pounding-on-all-fours/
http://www.redwap.me/videos/267034/morning-with-a-stunning-milf/
http://www.redwap.me/videos/267063/horny-bombshell-and-her-muscled-lover/
http://www.redwap.me/videos/416938/a-very-special-deal/
http://www.redwap.me/videos/399162/pov-pounding-with-a-housewife/
http://www.redwap.me/videos/113606/megan-salinas-getting-bent-over-the-dresser-by-her-boyfriend/
http://www.redwap.me/videos/399141/their-first-sex-tape/
http://www.redwap.me/videos/4874/euro-babe-paying-the-rent-with-her-ass/
http://www.redwap.me/videos/301646/dorm-orgy/
http://www.redwap.me/videos/421051/cum-sharing-with-my-best-friend/
http://www.redwap.me/videos/763020/off-the-rack/
http://www.redwap.me/videos/384856/celebration-satisfaction/
http://www.redwap.me/videos/353483/shared-guilt/
http://www.redwap.me/videos/428249/alternative-teen-gets-a-free-dick-ride/

http://www.redwap.me/videos/405838/the-danger-zone/
http://www.redwap.me/videos/763376/punking-the-poolboy/
http://www.redwap.me/videos/763606/selling-his-soul-episode-3/
http://www.redwap.me/videos/763611/where-theres-smoke-theres-fire/
http://www.redwap.me/videos/470378/her-first-cock/
http://www.redwap.me/videos/662726/cute-amateur-teen-babe-with-small-tits-in-pov-scene/
http://www.redwap.me/videos/421603/the-last-jedi-joins-the-dark-side/
http://www.redwap.me/videos/428107/anissa-kate-gets-her-pants-covered-in-cum/
http://www.redwap.me/videos/427149/romantic-letter-leads-to-passionate-morning-sex/
http://www.redwap.me/videos/763590/selling-his-soul-episode-2/
http://www.redwap.me/videos/763222/the-headhunter/
http://www.redwap.me/videos/763166/this-tit-is-not-a-toy/
http://www.redwap.me/videos/763143/blowjob-101/
http://www.redwap.me/videos/763208/boot-camp/
http://www.redwap.me/videos/763165/hot-milf/
http://www.redwap.me/videos/763136/tied-up-tittyfuck/
http://www.redwap.me/videos/763206/personal-trainers-session-3/
http://www.redwap.me/videos/427540/exploring-the-deapths-of-her-pink-teen-muff/
http://www.redwap.me/videos/662715/amateur-brunette-gets-nailed-backseats-after-some-public-blowjob/
http://www.redwap.me/videos/428180/abella-danger-sucking-cock-like-a-master/
http://www.redwap.me/videos/763130/showing-her-whos-boss/
http://www.redwap.me/videos/763177/girth-in-her-shell-a-xxx-parody/
http://www.redwap.me/videos/763605/take-me-home/
http://www.redwap.me/videos/427326/sean-lawless-delivers-his-package/
http://www.redwap.me/videos/763221/my-roommates-hot-girlfriend/
http://www.redwap.me/videos/763202/shes-not-what-he-expected/
http://www.redwap.me/videos/763092/ass-after-midnight/
http://www.redwap.me/videos/763148/mother-of-the-bride/
http://www.redwap.me/videos/763200/my-best-friends-parents/
http://www.redwap.me/videos/763239/my-stepmoms-social-club/
http://www.redwap.me/videos/763199/milf-shares-stepdaughters-bf/
http://www.redwap.me/videos/763197/walkin-on-cumshine/
http://www.redwap.me/videos/427280/exotic-jade-kush-enjoys-long-foreplay-and-hard-fucking/
http://www.redwap.me/videos/763115/rubbing-her-the-right-way/
http://www.redwap.me/videos/427224/dazzling-russian-beauty-angel-rush-treats-cock-with-care/
http://www.redwap.me/videos/763131/naked-nuptials/
http://www.redwap.me/videos/428306/exotic-babe-loves-the-taste-of-cock-and-the-smell-of-money/
http://www.redwap.me/videos/213003/agent-bangs-natural-blonde-babe-in-casting/
http://www.redwap.me/videos/19815/natural-titted-girl-wants-to-stay-at-the-apartment/
http://www.redwap.me/videos/763033/blind-experiment/
http://www.redwap.me/videos/397948/jessa-rhodes-gets-some-barbarian-sex-for-saving-a-hero-in-danger/
http://www.redwap.me/videos/309018/nerdy-teen-leah-takes-a-pounding-by-huge-cock/
http://www.redwap.me/videos/763103/mothers-little-helper/
http://www.redwap.me/videos/66739/mariah-and-her-boyfriend/
http://www.redwap.me/videos/763176/big-tip-for-pizza-sluts/
http://www.redwap.me/videos/763144/taking-care-of-businessman/
http://www.redwap.me/videos/293432/amateur-exgirlfriend-porn/
http://www.redwap.me/videos/763217/fucking-nerds/
http://www.redwap.me/videos/763137/from-snoring-to-whoring/
http://www.redwap.me/videos/285613/pierced-busty-amateur-gets-banged-outdoor/
http://www.redwap.me/videos/763158/big-tits-on-tiffany/

http://www.redwap.me/videos/238878/sexy-babe-fucks-outdoor-at-night/
http://www.redwap.me/videos/359015/her-perfect-ass/
http://www.redwap.me/videos/233321/petite-amateur-takes-facial-in-casting/
http://www.redwap.me/videos/196044/blonde-deserved-free-ride-after-flashing-tits/
http://www.redwap.me/videos/425666/dick-too-big/
http://www.redwap.me/videos/380865/petite-teen-bangs-big-cock-in-bedroom/
http://www.redwap.me/videos/430046/anal-is-amazing/
http://www.redwap.me/videos/193949/leche-69-can-i-pay-with-pussy/
http://www.redwap.me/videos/212103/hot-lesbians-in-sixty-nine-oral-position/
http://www.redwap.me/videos/417709/banging-teen-in-a-van/
http://www.redwap.me/videos/161199/huge-tits-brunette-babe-banging-pov/
http://www.redwap.me/videos/417420/the-peoples-whore/
http://www.redwap.me/videos/429997/peal-necklace-for-a-teen/
http://www.redwap.me/videos/64591/very-curios-to-explore-more/
http://www.redwap.me/videos/384922/big-ass-fucked-from-behind/
http://www.redwap.me/videos/404596/smooth-saleswoman/
http://www.redwap.me/videos/420966/horny-chick-gets-fucked-by-a-policeman/
http://www.redwap.me/videos/268056/sexy-tainah-displays-her-sensual-castle-and-play-with-it/
http://www.redwap.me/videos/422856/seems-like-this-blond-slut-has-some-spirit/
http://www.redwap.me/videos/719027/aaliyah-gets-a-birthday-gangbang/
http://www.redwap.me/videos/764143/tanned-gf-fucks-around-the-house/
http://www.redwap.me/videos/34741/young-latina-jaye-summers/
http://www.redwap.me/videos/764114/seducing-the-stripper/
http://www.redwap.me/videos/246901/adorable-babe-twisted-and-fucked-hard/
http://www.redwap.me/videos/719615/valentina-nappi-wants-anal-sex/
http://www.redwap.me/videos/453684/fabulous-brunette-savannah-stern-fucks-on-the-kitchen-counter/
http://www.redwap.me/videos/763602/open-for-negotiations/
http://www.redwap.me/videos/764138/closed-set/
http://www.redwap.me/videos/764129/armenian-babe-gets-cum-in-her-eye/
http://www.redwap.me/videos/764147/the-sessions-part-3/
http://www.redwap.me/videos/763931/tits-on-parade/
http://www.redwap.me/videos/763691/latina-weather-girl/
http://www.redwap.me/videos/424268/all-natural-euro-teen-fucks-like-a-cat-in-heat/
http://www.redwap.me/videos/763029/juicy-julia/
http://www.redwap.me/videos/424261/steamy-lesbo-sex-in-the-shower/
http://www.redwap.me/videos/764109/the-easter-hunny/
http://www.redwap.me/videos/717760/jmac-nails-two-hipster-chicks-on-the-beach/
http://www.redwap.me/videos/763779/spring-break-surprise/
http://www.redwap.me/videos/763344/play-it-straight/
http://www.redwap.me/videos/763528/selling-his-soul-episode-1/
http://www.redwap.me/videos/470379/sparing-some-change/
http://www.redwap.me/videos/764107/club-cunts/
http://www.redwap.me/videos/763785/cafe-au-milf/
http://www.redwap.me/videos/763832/bubble-bath/
http://www.redwap.me/videos/763711/selling-his-soul-episode-4/
http://www.redwap.me/videos/763339/bouldering-booty/
http://www.redwap.me/videos/763367/bad-babysitter-episode-1/
http://www.redwap.me/videos/763714/color-theory/
http://www.redwap.me/videos/763464/jimena-puts-on-a-show/
http://www.redwap.me/videos/764103/booty-call-with-my-bros-mom/
http://www.redwap.me/videos/763296/i-spy/

http://www.redwap.me/videos/763017/one-last-time-with-anal/
http://www.redwap.me/videos/763507/catch-of-the-day/
http://www.redwap.me/videos/763364/in-the-garden-of-the-milf/
http://www.redwap.me/videos/763669/tiny-blonde-loves-big-dick/
http://www.redwap.me/videos/763268/hot-brunette-has-multiple-orgasms/
http://www.redwap.me/videos/764137/slop-top/
http://www.redwap.me/videos/763731/boning-the-bodyguard/
http://www.redwap.me/videos/764099/maya-gets-soaking-wet/
http://www.redwap.me/videos/763631/get-in-the-van/
http://www.redwap.me/videos/764024/the-next-big-thing/
http://www.redwap.me/videos/763491/moving-day/
http://www.redwap.me/videos/763628/afterparty-sex/
http://www.redwap.me/videos/763347/he-shoots-he-scores/
http://www.redwap.me/videos/763373/give-me-cock/
http://www.redwap.me/videos/763442/bad-behaviors-2/
http://www.redwap.me/videos/763394/just-trying-to-earn-a-little-extra-college-money/
http://www.redwap.me/videos/763470/how-to-bake-a-creampie/
http://www.redwap.me/videos/763019/strip-poker/
http://www.redwap.me/videos/763633/speech-101/
http://www.redwap.me/videos/763754/highend-hijinks/
http://www.redwap.me/videos/718173/busty-cougar-julia-ann-cum-sprayed/
http://www.redwap.me/videos/763770/the-milkman/
http://www.redwap.me/videos/763810/shady-spa-shakedown/
http://www.redwap.me/videos/470407/two-player-grinding/
http://www.redwap.me/videos/763015/sharing-the-shower-2/
http://www.redwap.me/videos/763392/1-800-phone-sex-line-6/
http://www.redwap.me/videos/763083/button-mashing/
http://www.redwap.me/videos/763692/ill-take-it-thick-creamy/
http://www.redwap.me/videos/763855/corporate-espionage/
http://www.redwap.me/videos/763052/thanksgiving-turkey-toss/
http://www.redwap.me/videos/763474/roommate-revenge/
http://www.redwap.me/videos/763056/my-stepsisters-girlfriend/
http://www.redwap.me/videos/763857/moving-truck-public-fuck/
http://www.redwap.me/videos/470403/selfie-help/
http://www.redwap.me/videos/763024/the-pussys-wetter-on-the-other-side/
http://www.redwap.me/videos/763790/neighbors-crazy-ex-revenge-sex/
http://www.redwap.me/videos/763358/polish-his-knob/
http://www.redwap.me/videos/763773/something-a-little-different/
http://www.redwap.me/videos/763629/the-care-package/
http://www.redwap.me/videos/763821/just-a-taste/
http://www.redwap.me/videos/763246/latinas-big-tits-and-plump-lips/
http://www.redwap.me/videos/763582/petite-latina-mounts-big-dick/
http://www.redwap.me/videos/763524/sir-keirans-school-of-anal-training-part-1/
http://www.redwap.me/videos/763434/1-800-phone-sex-line-8/
http://www.redwap.me/videos/763476/anatomy-of-desire-scene-4/
http://www.redwap.me/videos/763614/xanders-world-tour-ep3/
http://www.redwap.me/videos/763248/zz-lemonade-aidra-fox/
http://www.redwap.me/videos/763565/tattoos-big-tits-and-long-legs/
http://www.redwap.me/videos/763698/twerk-it/
http://www.redwap.me/videos/763436/cuckhold-watches-busty-babe-fuck/
http://www.redwap.me/videos/763328/under-the-covers-agent/

http://www.redwap.me/videos/762986/stuck-n-fuck/
http://www.redwap.me/videos/763478/practice-makes-a-perfect-slut/
http://www.redwap.me/videos/763275/a-night-of-sin/
http://www.redwap.me/videos/762990/one-wet-cheerleader/
http://www.redwap.me/videos/763308/the-nudist-next-door/
http://www.redwap.me/videos/763039/how-to-fuck-butt/
http://www.redwap.me/videos/763530/blonde-teen-rides-boss-husband/
http://www.redwap.me/videos/763812/asstronomy/
http://www.redwap.me/videos/424719/college-cheerleaders-give-this-bloke-one-hell-of-a-time/
http://www.redwap.me/videos/763334/fancy-ass-fucking/
http://www.redwap.me/videos/717376/lesbians-in-the-sunlight/
http://www.redwap.me/videos/763399/wet-for-a-dilf/
http://www.redwap.me/videos/717759/boobalicious-ebony-beauty-gets-fucked-in-cute-leggings/
http://www.redwap.me/videos/763044/two-balls-in-the-corner-pocket/
http://www.redwap.me/videos/424026/roomie-with-massive-boobs-gets-the-dicking-she-hoped-for/
http://www.redwap.me/videos/763742/initiation-sex/
http://www.redwap.me/videos/763435/undercover-ass/
http://www.redwap.me/videos/353669/avas-outdoors-pounding/
http://www.redwap.me/videos/426291/plump-ass-cassie-experiences-the-most-romantic-massage/
http://www.redwap.me/videos/424728/kali-roses-gets-her-asshole-slammed-and-creampied/
http://www.redwap.me/videos/424892/horny-hipster-teen-gets-her-root-chakra-smashed/
http://www.redwap.me/videos/763678/shy-spy/
http://www.redwap.me/videos/426092/marilyn-mansions-fat-tits-require-some-strong-hand/
http://www.redwap.me/videos/718042/cheating-milf-get-her-garden-checked/
http://www.redwap.me/videos/763391/pinup-posing/
http://www.redwap.me/videos/763673/pale-cutie-begs-for-cock/
http://www.redwap.me/videos/763051/pleasing-my-stepmom/
http://www.redwap.me/videos/763403/hr-whorientation/
http://www.redwap.me/videos/763256/groom-bangs-the-bridesmaid/
http://www.redwap.me/videos/763386/penetrating-pantyhose/
http://www.redwap.me/videos/763689/blonde-braceface-fucks-outdoors/
http://www.redwap.me/videos/763383/blessing-in-disguise/
http://www.redwap.me/videos/763395/youll-never-be-cool/
http://www.redwap.me/videos/763448/clothes-whore/
http://www.redwap.me/videos/763325/meet-my-stepmom/
http://www.redwap.me/videos/763820/shy-cutie-joins-camgirl-threesome/
http://www.redwap.me/videos/763132/wife-coach/
http://www.redwap.me/videos/763063/zz-erection-2016-part-4/
http://www.redwap.me/videos/763788/small-town-tush/
http://www.redwap.me/videos/763351/the-lusty-landlady/
http://www.redwap.me/videos/762485/her-boyfrined-and-i/
http://www.redwap.me/videos/763536/darcie-loves-noelle/
http://www.redwap.me/videos/763683/sexy-slutty-jane/
http://www.redwap.me/videos/717805/best-boatride-ever-with-a-tight-pussy-and-wet-mouth/
http://www.redwap.me/videos/763340/the-nympho-milf-awakens/
http://www.redwap.me/videos/763397/growth-spurt/
http://www.redwap.me/videos/763333/aussie-guy-turns-table-on-jasmine/
http://www.redwap.me/videos/763271/mind-if-stepmom-joins-you/
http://www.redwap.me/videos/763513/plowing-the-wedding-planner/
http://www.redwap.me/videos/763053/downton-grabby-2/
http://www.redwap.me/videos/763297/gym-fuck-with-bubble-butt-girl/

http://www.redwap.me/videos/763479/rub-it-out/
http://www.redwap.me/videos/764494/double-trouble-cali-carter-lily-rader/
http://www.redwap.me/videos/424979/nikki-nightly-is-the-naughtiest-attendant/
http://www.redwap.me/videos/763809/pillow-talk/
http://www.redwap.me/videos/764478/old-mans-sneaky-nurse-gets-perverse/
http://www.redwap.me/videos/764288/man-on-the-run/
http://www.redwap.me/videos/730292/fucking-a-latina-maid-for-easter/
http://www.redwap.me/videos/763531/my-stripping-stepmom/
http://www.redwap.me/videos/764146/gym-prankers-2/
http://www.redwap.me/videos/763883/threesome-sex-with-the-ex/
http://www.redwap.me/videos/763816/college-confessions/
http://www.redwap.me/videos/763732/valentinas-bilingual-threesome/
http://www.redwap.me/videos/764308/bad-news-boyfriend/
http://www.redwap.me/videos/763838/milfs-grab-back/
http://www.redwap.me/videos/763935/the-bewitcher-a-dp-xxx-parody-episode-2/
http://www.redwap.me/videos/764265/a-slut-in-the-streets/
http://www.redwap.me/videos/763326/horny-hostess/
http://www.redwap.me/videos/764200/a-squirt-for-a-cheat/
http://www.redwap.me/videos/763265/pinkblot-test/
http://www.redwap.me/videos/719446/booty-call-from-anissa/
http://www.redwap.me/videos/763363/showing-her-the-ropes/
http://www.redwap.me/videos/764215/ukrainian-anal-queen/
http://www.redwap.me/videos/764276/feels-good-to-go-wild/
http://www.redwap.me/videos/763316/from-posing-to-moaning/
http://www.redwap.me/videos/764044/walk-all-over-me/
http://www.redwap.me/videos/719193/busty-secretary-gets-fucked-in-office/
http://www.redwap.me/videos/764343/the-finisher-a-dp-xxx-parody-episode-2/
http://www.redwap.me/videos/764352/first-time-anal-fun/
http://www.redwap.me/videos/764218/spring-break-night-club-2/
http://www.redwap.me/videos/764253/hose-in-the-garden/
http://www.redwap.me/videos/719146/sweet-curvy-amateur-deepthroats-a-huge-dick/
http://www.redwap.me/videos/764173/the-wifei-password/
http://www.redwap.me/videos/764006/blonde-pussy-fucked-in-public/
http://www.redwap.me/videos/764198/diary-of-a-nympho/
http://www.redwap.me/videos/764054/sending-stepmoms-nudes/
http://www.redwap.me/videos/763950/stripper-lessons/
http://www.redwap.me/videos/763908/right-in-the-pussy/
http://www.redwap.me/videos/764257/dirty-little-step-mommy/
http://www.redwap.me/videos/763876/tiny-nerd-loves-big-dick/
http://www.redwap.me/videos/763970/turn-me-off-and-on-again/
http://www.redwap.me/videos/764184/that-warm-and-fuzzy-feeling/
http://www.redwap.me/videos/764240/pussy-on-pointe/
http://www.redwap.me/videos/763966/hard-at-the-yard-sale/
http://www.redwap.me/videos/763911/whats-good-for-the-goose/
http://www.redwap.me/videos/764256/my-blindfolded-stepmom/
http://www.redwap.me/videos/764079/winners-casting-couch/
http://www.redwap.me/videos/763675/clutching-her-pearls/
http://www.redwap.me/videos/764228/capture-my-booty/
http://www.redwap.me/videos/764231/beat-the-meat/
http://www.redwap.me/videos/764327/spring-break-night-club-3/
http://www.redwap.me/videos/764296/my-piano-teacher-is-a-pervert/

http://www.redwap.me/videos/763218/katts-sloppy-bj-buys-clothes/
http://www.redwap.me/videos/764084/hula-ho/
http://www.redwap.me/videos/763923/comic-fuck-fest/
http://www.redwap.me/videos/764320/oil-change/
http://www.redwap.me/videos/764252/busty-latina-filled-with-dick/
http://www.redwap.me/videos/426945/eager-teen-cutie-slobbers-all-over-your-knob/
http://www.redwap.me/videos/764042/the-night-i-met-my-master/
http://www.redwap.me/videos/764026/vr-cuckhold-cheater/
http://www.redwap.me/videos/763907/sugar-mammas-salon/
http://www.redwap.me/videos/764014/office-hours/
http://www.redwap.me/videos/763996/blonde-teen-fucks-for-ride/
http://www.redwap.me/videos/764016/athena-cums-from-miami/
http://www.redwap.me/videos/764021/cute-redhead-tests-tiny-pussy/
http://www.redwap.me/videos/763954/gina-valentina-bdsm-fantasy/
http://www.redwap.me/videos/427539/amirah-tries-steves-shisha-and-gets-dope-ramming/
http://www.redwap.me/videos/764260/poolside-perving/
http://www.redwap.me/videos/764319/a-sneaky-threesome-situation/
http://www.redwap.me/videos/764208/thick-euro-chicks/
http://www.redwap.me/videos/763969/jaye-summers-rebound-sex/
http://www.redwap.me/videos/764214/through-a-glass-wetly/
http://www.redwap.me/videos/730218/big-ass-latina-revels-while-being-drilled/
http://www.redwap.me/videos/764055/cum-gobbler/
http://www.redwap.me/videos/763152/peeping-tomboy/
http://www.redwap.me/videos/764022/little-red-rider-a-dp-xxx-parody/
http://www.redwap.me/videos/763933/mechanical-bull-booty/
http://www.redwap.me/videos/763900/sexy-secrets/
http://www.redwap.me/videos/764041/creampie-surprise-misha-cross/
http://www.redwap.me/videos/763997/blacklight-babe/
http://www.redwap.me/videos/764188/april-fooling-around/
http://www.redwap.me/videos/763195/all-backed-up/
http://www.redwap.me/videos/763233/home-from-college/
http://www.redwap.me/videos/763193/post-party-quickie-for-mommy/
http://www.redwap.me/videos/763153/hide-and-seek/
http://www.redwap.me/videos/764177/punishing-the-freeloader/
http://www.redwap.me/videos/764157/ramming-the-reporter/
http://www.redwap.me/videos/764127/pranking-a-gold-digger/
http://www.redwap.me/videos/29113/now-whats-the-story-of-that-ass/
http://www.redwap.me/videos/425701/taking-it-slow/
http://www.redwap.me/videos/359151/creepy-brother-fucks-his-little-sisters-sleepover/
http://www.redwap.me/videos/302422/cum-covered-beauty/
http://www.redwap.me/videos/763793/afterparty-ebony-threesome/
http://www.redwap.me/videos/257443/latina-slut-anticipates-cum-in-her-mouth-and-blows-cock/
http://www.redwap.me/videos/763999/bully-me-bitch/
http://www.redwap.me/videos/764102/latina-milf-fucks-the-wrong-guy/
http://www.redwap.me/videos/219522/busty-agent-fucks-brunette-beauty/
http://www.redwap.me/videos/295655/watch-them-cum-over-and-over/
http://www.redwap.me/videos/404586/limo-lust/
http://www.redwap.me/videos/105567/horny-lesbian-babes-couch-quicky/
http://www.redwap.me/videos/763439/get-her-juices-flowing/
http://www.redwap.me/videos/66060/shaes-mom-left-her-at-home/
http://www.redwap.me/videos/764071/boning-the-butler/

http://www.redwap.me/videos/763396/1-800-phone-sex-line-5/
http://www.redwap.me/videos/432504/big-booty-amateur-babe-in-stockings-has-pov-anal-sex/
http://www.redwap.me/videos/257049/slim-lesbian-babes-licking-each-other/
http://www.redwap.me/videos/401053/sloppy-blowjob-by-blair-williams/
http://www.redwap.me/videos/670/super-cute-lesbian-college-girls/
http://www.redwap.me/videos/763427/1-800-phone-sex-line-7/
http://www.redwap.me/videos/717997/gorgeous-20-y-o-model-anal-creampie/
http://www.redwap.me/videos/391893/laying-layla/
http://www.redwap.me/videos/765125/just-a-regular-massage/
http://www.redwap.me/videos/765337/slick-swimsuit/
http://www.redwap.me/videos/764937/morning-routine/
http://www.redwap.me/videos/470412/scared-unstraight/
http://www.redwap.me/videos/765119/house-slutting/
http://www.redwap.me/videos/763823/bucked-and-fucked/
http://www.redwap.me/videos/765195/tanned-and-stretched-out/
http://www.redwap.me/videos/730462/kinky-sluts-having-fun-in-the-kitchen/
http://www.redwap.me/videos/765230/a-warm-place-to-stay-tonight/
http://www.redwap.me/videos/765134/hideaway-sex-to-avoid-the-ex/
http://www.redwap.me/videos/764706/southern-belle-rides-a-hard-cock/
http://www.redwap.me/videos/764925/friendly-neighborhood-slut/
http://www.redwap.me/videos/764380/wet-and-ready/
http://www.redwap.me/videos/764905/sugar-for-hannah/
http://www.redwap.me/videos/764529/online-ass/
http://www.redwap.me/videos/764668/living-room-suck-fuck/
http://www.redwap.me/videos/764677/our-valedicktorian/
http://www.redwap.me/videos/764582/porn-habits/
http://www.redwap.me/videos/764399/lesbifriends/
http://www.redwap.me/videos/764646/i-like-to-be-natural/
http://www.redwap.me/videos/764670/crazy-for-cosplay-episode-1/
http://www.redwap.me/videos/764435/soapy-selfcare/
http://www.redwap.me/videos/764438/the-finisher-a-dp-xxx-parody-episode-3/
http://www.redwap.me/videos/764530/peacocking/
http://www.redwap.me/videos/764394/booty-burglars/
http://www.redwap.me/videos/764697/string-me-along/
http://www.redwap.me/videos/764601/tumbling-towers/
http://www.redwap.me/videos/764338/pole-position/
http://www.redwap.me/videos/764395/poker-face/
http://www.redwap.me/videos/764354/putting-on-a-show/
http://www.redwap.me/videos/764336/namastanal/
http://www.redwap.me/videos/764400/one-of-everything-part-2/
http://www.redwap.me/videos/764359/stuckup-stepmom/
http://www.redwap.me/videos/764708/squirtsational/
http://www.redwap.me/videos/730968/dirty-milf-getting-a-pounding/
http://www.redwap.me/videos/764657/gold-standard/
http://www.redwap.me/videos/764341/therapeutic-fuck/
http://www.redwap.me/videos/764667/moriah-fucks-her-muse/
http://www.redwap.me/videos/764650/backstreet-pussy-stretching/
http://www.redwap.me/videos/731178/all-you-can-fuck-buffet/
http://www.redwap.me/videos/764528/radiant-booty-2/
http://www.redwap.me/videos/764728/busting-the-barista/
http://www.redwap.me/videos/764596/too-horny-to-sleep/

http://www.redwap.me/videos/764564/borrow-a-boyfriend/
http://www.redwap.me/videos/764721/eye-on-the-infield/
http://www.redwap.me/videos/764506/no-pain-no-gpa-gain/
http://www.redwap.me/videos/764557/pumping-under-pressure/
http://www.redwap.me/videos/764653/photoshoot-fuck/
http://www.redwap.me/videos/764456/stormys-secret/
http://www.redwap.me/videos/764432/baby-batter-cakes/
http://www.redwap.me/videos/764487/hitchhiker-gives-blowjob-in-car/
http://www.redwap.me/videos/764497/rich-fucks-part-3/
http://www.redwap.me/videos/764556/going-in-blind/
http://www.redwap.me/videos/764463/squirt-and-slurp/
http://www.redwap.me/videos/764620/one-thick-latina-chick/
http://www.redwap.me/videos/764593/peeping-stepson/
http://www.redwap.me/videos/764686/sacrifice-my-ass/
http://www.redwap.me/videos/764442/christening-the-cougar/
http://www.redwap.me/videos/764430/one-of-everything-part-3/
http://www.redwap.me/videos/764519/porn-star-sex-tips-2/
http://www.redwap.me/videos/764485/the-oil-spill/
http://www.redwap.me/videos/764649/a-long-time-cumming/
http://www.redwap.me/videos/764449/confessions-of-a-buttaholic/
http://www.redwap.me/videos/764545/just-juicy/
http://www.redwap.me/videos/764415/hot-slut-next-door/
http://www.redwap.me/videos/764714/the-late-night-out/
http://www.redwap.me/videos/764740/a-squirt-in-the-streets/
http://www.redwap.me/videos/764699/snow-cabin-fever/
http://www.redwap.me/videos/763301/laundry-day-deepthroat/
http://www.redwap.me/videos/764608/lovers-in-the-backseat/
http://www.redwap.me/videos/764525/paying-rent-with-a-sex-tape/
http://www.redwap.me/videos/764363/would-your-wife-do-this-baileys-first-anal/
http://www.redwap.me/videos/764584/backyard-camping-for-hottie-on-house-arrest/
http://www.redwap.me/videos/731919/euro-milf-shares-his-big-johnson-with-teen-hottie/
http://www.redwap.me/videos/764429/tits-on-a-plane/
http://www.redwap.me/videos/764516/tiny-babe-rides-dick-around-the-room/
http://www.redwap.me/videos/764645/athenas-risque-photoshoot/
http://www.redwap.me/videos/763120/my-professors-a-pornstar/
http://www.redwap.me/videos/764428/round-rump-on-rhonda/
http://www.redwap.me/videos/764514/webcamming-angel-gets-caught/
http://www.redwap.me/videos/764356/couples-counselling/
http://www.redwap.me/videos/764163/powder-puff-girl/
http://www.redwap.me/videos/764526/banging-the-babysitter/
http://www.redwap.me/videos/731303/fucking-her-brainz-out-blew-the-casting-agents-mind/
http://www.redwap.me/videos/764742/elevator-creeping/
http://www.redwap.me/videos/764732/schoolgirl-seductress/
http://www.redwap.me/videos/764379/thirst-trappers/
http://www.redwap.me/videos/764644/double-booked/
http://www.redwap.me/videos/764409/teen-tastes-stepfathers-cock/
http://www.redwap.me/videos/764552/blonde-filled-with-customer-service/
http://www.redwap.me/videos/764534/daycare-milf/
http://www.redwap.me/videos/764473/urban-sexxxploration/
http://www.redwap.me/videos/764483/stepmother-seduction/
http://www.redwap.me/videos/731839/two-blonde-girls-sharing-this-studs-thick-cock/

http://www.redwap.me/videos/730240/latina-teen-with-bubble-butts-pays-with-sex-for-the-cab/
http://www.redwap.me/videos/764544/abby-loves-seamen-in-her-mouth/
http://www.redwap.me/videos/764424/bad-seeds/
http://www.redwap.me/videos/764387/splish-splash-ass/
http://www.redwap.me/videos/440/18-year-old-whitney/
http://www.redwap.me/videos/764381/shower-cappers/
http://www.redwap.me/videos/5883/this-guy-must-fuck-her-like-never-before/
http://www.redwap.me/videos/202646/hot-busty-british-blonde-fucked-in-casting/
http://www.redwap.me/videos/764543/ramming-adriana/
http://www.redwap.me/videos/764577/hotel-room-booty-call/
http://www.redwap.me/videos/764367/forgotten-anniversary/
http://www.redwap.me/videos/764362/holosexual/
http://www.redwap.me/videos/764671/something-borrowed-something-blew/
http://www.redwap.me/videos/764632/banging-raye/
http://www.redwap.me/videos/412935/pov-plumber-fuck/
http://www.redwap.me/videos/59799/playing-with-my-money/
http://www.redwap.me/videos/764640/laying-carpet/
http://www.redwap.me/videos/764385/threesome-vlog-with-step-bro/
http://www.redwap.me/videos/764569/bed-breastfest/
http://www.redwap.me/videos/3327/anal-practice/
http://www.redwap.me/videos/18171/the-party-cruised-into-the-fuck-club/
http://www.redwap.me/videos/764412/gimme-gimme-never-get/
http://www.redwap.me/videos/429874/working-that-ass/
http://www.redwap.me/videos/764072/happy-to-help/
http://www.redwap.me/videos/290485/busty-blonde-slut-michelle-thorne-filled-with-a-fat-cock/
http://www.redwap.me/videos/30672/lily-labeau-and-her-testicle-chokehold/
http://www.redwap.me/videos/293746/bodacious-blonde-and-a-cute-brunette-mingle-each-other/
http://www.redwap.me/videos/765447/play-me/
http://www.redwap.me/videos/764598/the-hangover-threesome/
http://www.redwap.me/videos/331813/sweet-teen-experience-intense-orgasm/
http://www.redwap.me/videos/764729/shesquats/
http://www.redwap.me/videos/241/on-the-loose/
http://www.redwap.me/videos/770208/striped-and-squirt/
http://www.redwap.me/videos/252768/enjoying-every-inch-of-penetration-and-stroke/
http://www.redwap.me/videos/765879/manic-pixie-cream-girl/
http://www.redwap.me/videos/765920/latina-snack/
http://www.redwap.me/videos/115871/blonde-waitress-fucks-in-casting/
http://www.redwap.me/videos/376048/teen-babe-begs-for-her-dorky-bfs-cock/
http://www.redwap.me/videos/765180/domestic-disruption/
http://www.redwap.me/videos/765505/the-swap/
http://www.redwap.me/videos/764924/noise-cumplaint/
http://www.redwap.me/videos/765484/fucking-my-gfs-stepsister/
http://www.redwap.me/videos/765621/first-day-on-the-job-cali-carter/
http://www.redwap.me/videos/764917/big-boob-problems/
http://www.redwap.me/videos/765630/the-future-is-fucked/
http://www.redwap.me/videos/765491/tai-chi-tree-fall/
http://www.redwap.me/videos/765184/boinking-the-bouncer/
http://www.redwap.me/videos/765654/penis-reduction-surgery-the-dos-donts/
http://www.redwap.me/videos/765387/cuckold-in-the-closet/
http://www.redwap.me/videos/764838/new-girls-just-wanna-have-fun/
http://www.redwap.me/videos/764944/maid-for-loving-you/

http://www.redwap.me/videos/764923/babysitter-threesome/
http://www.redwap.me/videos/764798/shower-sluts/
http://www.redwap.me/videos/765147/wedding-planning-pt-1/
http://www.redwap.me/videos/457879/misty-stone-with-small-tits-is-fucked-in-doggy-style-and-creampied/
http://www.redwap.me/videos/764784/anal-surprise-party/
http://www.redwap.me/videos/765650/jiggly-jump-rope/
http://www.redwap.me/videos/764959/pussy-patrol/
http://www.redwap.me/videos/764694/stretch-it-out/
http://www.redwap.me/videos/765301/meet-the-fuckers-episode-2/
http://www.redwap.me/videos/765226/fucking-my-stepmom-for-eva/
http://www.redwap.me/videos/765344/panty-sniffing-stepdaughter/
http://www.redwap.me/videos/764311/quick-bathroom-break/
http://www.redwap.me/videos/765397/licking-the-librarian/
http://www.redwap.me/videos/764736/sticky-fingers/
http://www.redwap.me/videos/763880/the-foreman-is-a-whore-man/
http://www.redwap.me/videos/765164/stranded-milf/
http://www.redwap.me/videos/764822/welcome-to-the-neighborwhore/
http://www.redwap.me/videos/764324/shes-in-control-now/
http://www.redwap.me/videos/765148/the-icing-on-the-cock/
http://www.redwap.me/videos/765268/pounding-the-pool-boy/
http://www.redwap.me/videos/764947/the-jerk-with-a-johnson/
http://www.redwap.me/videos/764315/sleeping-bag-swap/
http://www.redwap.me/videos/764956/kelsi-gets-down/
http://www.redwap.me/videos/765040/hand-solo-a-dp-xxx-parody-episode-1/
http://www.redwap.me/videos/765383/meet-the-fuckers-episode-3/
http://www.redwap.me/videos/765280/squeaky-clean-cheater/
http://www.redwap.me/videos/765002/put-it-in-your-mouth/
http://www.redwap.me/videos/764186/cock-reduction/
http://www.redwap.me/videos/765296/hide-that-big-booty/
http://www.redwap.me/videos/764216/the-size-queen/
http://www.redwap.me/videos/764828/polishing-his-trophy/
http://www.redwap.me/videos/765345/fucking-the-new-girl-in-town/
http://www.redwap.me/videos/764282/boning-her-bodyguard/
http://www.redwap.me/videos/765108/sneaking-around-with-her-bffs-son/
http://www.redwap.me/videos/764982/happy-anniversary-darling/
http://www.redwap.me/videos/764097/the-sessions-part-2/
http://www.redwap.me/videos/765271/naughty-nova/
http://www.redwap.me/videos/763915/shopping-for-a-big-dick/
http://www.redwap.me/videos/765364/petite-redhead-takes-a-big-dick/
http://www.redwap.me/videos/765390/you-have-the-right-to-remain-sexy/
http://www.redwap.me/videos/765023/sex-with-her-besties-boyfriend/
http://www.redwap.me/videos/765279/fucking-the-ugly-duckling/
http://www.redwap.me/videos/764900/1-800-phone-sex-line-9/
http://www.redwap.me/videos/765005/stepmother-stepson-bonding/
http://www.redwap.me/videos/765069/like-father/
http://www.redwap.me/videos/765168/fucking-her-uncanny-valley/
http://www.redwap.me/videos/765064/hand-solo-a-dp-xxx-parody-episode-2/
http://www.redwap.me/videos/765239/follow-me/
http://www.redwap.me/videos/765141/caught-on-cam/
http://www.redwap.me/videos/765388/highway-home-episode-4/
http://www.redwap.me/videos/765318/ass-battery/

http://www.redwap.me/videos/765396/highway-home-episode-3/
http://www.redwap.me/videos/764259/hostel-situation/
http://www.redwap.me/videos/765332/zz-motel-dicking-the-drifter/
http://www.redwap.me/videos/765068/the-milfinlaw/
http://www.redwap.me/videos/765369/whats-up-her-ass/
http://www.redwap.me/videos/765067/30-minutes-in-heaven/
http://www.redwap.me/videos/765057/tell-me-when-its-over/
http://www.redwap.me/videos/764765/plumbers-pussy/
http://www.redwap.me/videos/765353/highway-home-episode-2/
http://www.redwap.me/videos/764991/up-and-cummer/
http://www.redwap.me/videos/458338/curvy-ebony-whore-sina-men-rides-on-cock/
http://www.redwap.me/videos/765101/tias-sneaky-steam/
http://www.redwap.me/videos/765350/body-heat/
http://www.redwap.me/videos/764312/strictly-hardcore/
http://www.redwap.me/videos/764984/hotel-room-cheating/
http://www.redwap.me/videos/765190/sneaky-spinning/
http://www.redwap.me/videos/764992/greedy-grind/
http://www.redwap.me/videos/764789/oil-spill-thrills/
http://www.redwap.me/videos/765063/nailing-like-its-on-sale/
http://www.redwap.me/videos/764768/fuck-the-bourgeois/
http://www.redwap.me/videos/765162/paparazzi-pussy/
http://www.redwap.me/videos/765298/room-service-anal/
http://www.redwap.me/videos/765241/my-girlfriend-gets-a-lapdance/
http://www.redwap.me/videos/765221/teach-me-kayla-green-kiara-lord/
http://www.redwap.me/videos/765165/hot-teen-gets-recycled/
http://www.redwap.me/videos/764806/call-girls-first-time/
http://www.redwap.me/videos/764920/karma-fucks-my-boyfriend/
http://www.redwap.me/videos/765368/fucking-his-stepdaughters-bestie/
http://www.redwap.me/videos/763978/slim-cutie-filled-with-mega-cock/
http://www.redwap.me/videos/730342/lana-rhoades-gets-her-hairy-cunt-nailed-in-a-pov-scene/
http://www.redwap.me/videos/457934/bombshell-ebony-gal-misty-stone-rides-on-bbc/
http://www.redwap.me/videos/763859/star-stroked/
http://www.redwap.me/videos/764996/adulteress-in-distress/
http://www.redwap.me/videos/764772/whitney-goes-wild/
http://www.redwap.me/videos/763433/wandering-hands/
http://www.redwap.me/videos/764682/smokin-hot-charity-on-a-rooftop/
http://www.redwap.me/videos/764048/cheaters-threesome-surprise/
http://www.redwap.me/videos/764168/girlfriends-gone-wild/
http://www.redwap.me/videos/765124/tiny-blonde-snacking-on-dick/
http://www.redwap.me/videos/765156/rich-girl-gets-greasy/
http://www.redwap.me/videos/765376/sneaky-salon/
http://www.redwap.me/videos/763831/wife-insurance/
http://www.redwap.me/videos/763040/the-fever-dream/
http://www.redwap.me/videos/764233/tight-and-tempting/
http://www.redwap.me/videos/765058/shower-bang/
http://www.redwap.me/videos/765041/busted-lesbian-threesome/
http://www.redwap.me/videos/763304/anal-booty-call-with-petite-minx/
http://www.redwap.me/videos/764059/stepsisters-bedtime-pussy-play/
http://www.redwap.me/videos/765065/amazing-aspen/
http://www.redwap.me/videos/764804/dine-and-dash/
http://www.redwap.me/videos/765305/fitness-finesse/

http://www.redwap.me/videos/763169/santas-twerkshop/
http://www.redwap.me/videos/765206/small-guy-shaming/
http://www.redwap.me/videos/764749/sexy-spinner-gets-spun/
http://www.redwap.me/videos/765304/big-wet-bridal-butt/
http://www.redwap.me/videos/764840/club-ladies-night/
http://www.redwap.me/videos/765327/assh-twerks/
http://www.redwap.me/videos/763154/the-energizer-pussy/
http://www.redwap.me/videos/763593/in-the-garden-of-eden/
http://www.redwap.me/videos/764771/flex-and-sex/
http://www.redwap.me/videos/765019/destructive-confessions/
http://www.redwap.me/videos/765033/rescue-me/
http://www.redwap.me/videos/765324/catfighting-for-cock/
http://www.redwap.me/videos/765953/double-timing-wife-3/
http://www.redwap.me/videos/765086/hand-solo-a-dp-xxx-parody-episode-4/
http://www.redwap.me/videos/765354/highway-home-episode-1/
http://www.redwap.me/videos/764824/pure-lesbian-lust/
http://www.redwap.me/videos/765234/hot-churro-for-alina/
http://www.redwap.me/videos/764827/cucked-for-historical-accuracy/
http://www.redwap.me/videos/763802/gf-fucks-to-get-out-of-trouble/
http://www.redwap.me/videos/765097/bad-girl-justice-part-2/
http://www.redwap.me/videos/765320/recline-unwind/
http://www.redwap.me/videos/766048/x-ray-ass/
http://www.redwap.me/videos/763991/noise-complaints/
http://www.redwap.me/videos/764541/rich-fucks-part-4/
http://www.redwap.me/videos/765454/making-a-mess-on-the-maid/
http://www.redwap.me/videos/763843/sweet-hart/
http://www.redwap.me/videos/764179/seducing-his-girlfriend/
http://www.redwap.me/videos/764595/bouncing-booty/
http://www.redwap.me/videos/766741/assking-nicely/
http://www.redwap.me/videos/765137/dream-analysis/
http://www.redwap.me/videos/765179/wild-car-wash/
http://www.redwap.me/videos/425285/pretty-in-a-park/
http://www.redwap.me/videos/419165/pop-star-mandy-gets-her-asshole-filled-with-jizz/
http://www.redwap.me/videos/765317/lexi-lore-hot-shower/
http://www.redwap.me/videos/764845/whisking-abella-away-from-danger/
http://www.redwap.me/videos/765635/meat-eating-vegan/
http://www.redwap.me/videos/765117/hitting-hard/
http://www.redwap.me/videos/765360/jerking-the-morning-shift/
http://www.redwap.me/videos/765243/tiny-nerd-takes-it-all/
http://www.redwap.me/videos/764281/filling-her-best-friends-holes/
http://www.redwap.me/videos/765459/the-cutest-cock-sucker/
http://www.redwap.me/videos/763318/fasshionably-late/
http://www.redwap.me/videos/432501/big-ass-girlfriend-in-stockings-fucks-doggy-style-on-sofa/
http://www.redwap.me/videos/470411/neighborhood-snatch-committee/
http://www.redwap.me/videos/318272/she-takes-that-beast-in-her-asss/
http://www.redwap.me/videos/765200/fun-between-the-rungs/
http://www.redwap.me/videos/764973/handy-fuck/
http://www.redwap.me/videos/765120/stepmom-gets-soaked/
http://www.redwap.me/videos/764299/keiran-appreciates-brandi/
http://www.redwap.me/videos/763878/sweet-tits/
http://www.redwap.me/videos/765665/the-mad-dr-deville/

http://www.redwap.me/videos/765675/lipstick-lesbians/
http://www.redwap.me/videos/765547/lick-my-limo/
http://www.redwap.me/videos/765898/celestia-vega-fucked-on-stream/
http://www.redwap.me/videos/765528/squirt-fest/
http://www.redwap.me/videos/765743/honey-its-a-motorbunny/
http://www.redwap.me/videos/766202/switching-lives-pt-1/
http://www.redwap.me/videos/766181/sexy-doctor-adventures/
http://www.redwap.me/videos/766034/sweet-naomi/
http://www.redwap.me/videos/765340/mommys-got-some-bazookas/
http://www.redwap.me/videos/765636/sauna-seduction/
http://www.redwap.me/videos/765871/cock-chakra/
http://www.redwap.me/videos/765511/piper-sucks-fucks-by-the-pool/
http://www.redwap.me/videos/765594/dripping-the-ball/
http://www.redwap.me/videos/765709/the-soccer-blow-by-blow/
http://www.redwap.me/videos/766083/tomboy-tastes-her-roommates-pussy/
http://www.redwap.me/videos/765728/nursing-my-stepsons-sick-dick/
http://www.redwap.me/videos/766157/bomb-pussy/
http://www.redwap.me/videos/765894/three-player-game/
http://www.redwap.me/videos/765668/athena-for-dessert/
http://www.redwap.me/videos/765800/the-next-morning-scene-4/
http://www.redwap.me/videos/770981/two-girls-fuck-around-in-front-of-their-horny-classroom/
http://www.redwap.me/videos/765694/melt-in-her-mouth/
http://www.redwap.me/videos/766089/blow-a-dp-xxx-parody-episode-1/
http://www.redwap.me/videos/765705/lilly-fucks-her-bfs-roommate/
http://www.redwap.me/videos/766051/breathing-sexcercise/
http://www.redwap.me/videos/766165/fucking-my-best-friend/
http://www.redwap.me/videos/765783/preppies-in-pantyhose-part-1/
http://www.redwap.me/videos/767321/party-girl-wants-a-fucking-fiesta/
http://www.redwap.me/videos/766067/sign-my-copy/
http://www.redwap.me/videos/765798/preppies-in-pantyhose-part-2/
http://www.redwap.me/videos/767492/apology-accepted/
http://www.redwap.me/videos/765699/finally-some-good-fucking-food/
http://www.redwap.me/videos/767306/make-you-a-man/
http://www.redwap.me/videos/765333/the-cumsoaked-gardener/
http://www.redwap.me/videos/765176/polish-that-cock/
http://www.redwap.me/videos/767491/bench-press-my-biddy/
http://www.redwap.me/videos/765939/submissive-sex-slave/
http://www.redwap.me/videos/765571/betting-on-the-backspin/
http://www.redwap.me/videos/767486/one-night-standin/
http://www.redwap.me/videos/766073/oil-up-ashly/
http://www.redwap.me/videos/767485/let-her-rest/
http://www.redwap.me/videos/767421/ball-fetish/
http://www.redwap.me/videos/766215/switching-lives-pt-2/
http://www.redwap.me/videos/766108/thot-in-the-shower/
http://www.redwap.me/videos/767238/nylon-nuru/
http://www.redwap.me/videos/767251/pay-to-betray/
http://www.redwap.me/videos/767157/zoe-too-tight-for-scene/
http://www.redwap.me/videos/767265/masseuse-secret/
http://www.redwap.me/videos/767500/you-laugh-you-lose-your-clothes/
http://www.redwap.me/videos/765842/hippie-ending-massage/
http://www.redwap.me/videos/766025/the-naughty-nuru-masseuse/

http://www.redwap.me/videos/765403/i-need-my-protein-shake/
http://www.redwap.me/videos/766220/blow-a-dp-xxx-parody-episode-2/
http://www.redwap.me/videos/767248/geek-girl-gets-it-rough/
http://www.redwap.me/videos/767349/caught-in-deeper-pussy/
http://www.redwap.me/videos/767232/public-meltdown/
http://www.redwap.me/videos/767201/shy-maids/
http://www.redwap.me/videos/767154/stuck-fucked/
http://www.redwap.me/videos/767108/meditation-massage/
http://www.redwap.me/videos/767276/last-call/
http://www.redwap.me/videos/770987/one-on-one-with-my-ex/
http://www.redwap.me/videos/766997/horny-home-care/
http://www.redwap.me/videos/767340/lick-my-pussy/
http://www.redwap.me/videos/767024/thats-not-cheating-part-1/
http://www.redwap.me/videos/767010/squirt-fight/
http://www.redwap.me/videos/766145/flash-photography/
http://www.redwap.me/videos/767054/water-balloon-charity-fuck/
http://www.redwap.me/videos/767277/fucked-by-an-online-stranger/
http://www.redwap.me/videos/765493/making-a-good-first-impression/
http://www.redwap.me/videos/767229/bikini-babe-bang/
http://www.redwap.me/videos/767051/bath-bombshell/
http://www.redwap.me/videos/767346/bodystocking-boobs/
http://www.redwap.me/videos/767336/towel-girl-2/
http://www.redwap.me/videos/767416/help-me-stretch/
http://www.redwap.me/videos/765704/slipping-it-in-the-soccer-milf/
http://www.redwap.me/videos/767504/walled-and-balled/
http://www.redwap.me/videos/767091/are-you-even-a-doctor/
http://www.redwap.me/videos/765658/getting-over-him-under-her/
http://www.redwap.me/videos/767326/prized-posessions/
http://www.redwap.me/videos/767017/swing-on-by-part-2/
http://www.redwap.me/videos/767197/inlawful-infidelity/
http://www.redwap.me/videos/767142/an-alarming-affair/
http://www.redwap.me/videos/767080/vrod-gets-dangerass/
http://www.redwap.me/videos/767400/orange-you-glad/
http://www.redwap.me/videos/767425/lets-play-with-ourselves/
http://www.redwap.me/videos/767078/spray-me-down-there/
http://www.redwap.me/videos/767044/busted-at-the-banana-shop/
http://www.redwap.me/videos/767291/good-girls-grovel/
http://www.redwap.me/videos/767063/fucking-the-masterpiece/
http://www.redwap.me/videos/767040/cleaning-his-cock/
http://www.redwap.me/videos/770944/forgot-my-husband-at-the-salon/
http://www.redwap.me/videos/767456/you-snooze-you-lose-too/
http://www.redwap.me/videos/767076/at-her-service/
http://www.redwap.me/videos/767038/naturally-submissive-latina/
http://www.redwap.me/videos/770956/got-caught-by-the-maid/
http://www.redwap.me/videos/767237/humpstarting-her-ride/
http://www.redwap.me/videos/766939/slow-and-sexy/
http://www.redwap.me/videos/767075/hot-sticky-neon-night/
http://www.redwap.me/videos/770963/horny-russian-teen-pays-her-dues/
http://www.redwap.me/videos/767215/get-in-where-you-fit-in/
http://www.redwap.me/videos/767071/another-free-yoga-fuck/
http://www.redwap.me/videos/767175/fuck-like-its-the-end-of-the-world/

http://www.redwap.me/videos/766931/ready-player-cum/
http://www.redwap.me/videos/767509/tongue-twister/
http://www.redwap.me/videos/770923/unloading-everything-inside-her-hot-body/
http://www.redwap.me/videos/767130/cock-tonic/
http://www.redwap.me/videos/770998/college-girl-with-a-mesmerizing-figure/
http://www.redwap.me/videos/770936/study-and-sex-mix-well-together/
http://www.redwap.me/videos/767348/sweet-as-sugar-episode-4/
http://www.redwap.me/videos/767092/lingerie-party/
http://www.redwap.me/videos/767517/when-lisa-ann-cums-over/
http://www.redwap.me/videos/767032/cock-craving-cupcake/
http://www.redwap.me/videos/767271/i-quit-whos-cumming-with-me/
http://www.redwap.me/videos/767409/cocksicle-taste-test/
http://www.redwap.me/videos/767450/mixed-message-mailboy/
http://www.redwap.me/videos/770999/great-time-with-a-sweet-peach-from-gorgia/
http://www.redwap.me/videos/767285/he-came-at-night-part-2/
http://www.redwap.me/videos/766050/zz-kenfucky-derby/
http://www.redwap.me/videos/770933/no-break-till-it-squirts/
http://www.redwap.me/videos/770974/masseur-works-his-magic-on-two-gorgeous-birds/
http://www.redwap.me/videos/770988/visualize-me-au-naturel/
http://www.redwap.me/videos/770946/venezuela-refined-delicacy/
http://www.redwap.me/videos/767021/tea-party-trollop/
http://www.redwap.me/videos/764972/buttsex-next-to-bubby/
http://www.redwap.me/videos/770899/one-nighter-with-an-escort/
http://www.redwap.me/videos/766463/my-boyfriends-sister/
http://www.redwap.me/videos/767178/all-about-anal/
http://www.redwap.me/videos/763406/blonde-swingers-threesome/
http://www.redwap.me/videos/766990/cocktoberfest/
http://www.redwap.me/videos/770940/quicky-with-slutty-chick/
http://www.redwap.me/videos/764652/moving-day-lay/
http://www.redwap.me/videos/764691/tennis-teachers-pet/
http://www.redwap.me/videos/767381/breaking-entering-and-inserting/
http://www.redwap.me/videos/766599/working-out-the-kinks/
http://www.redwap.me/videos/765599/nerdy-teengasm/
http://www.redwap.me/videos/765524/teasin-texan/
http://www.redwap.me/videos/766916/bush-or-bare/
http://www.redwap.me/videos/770897/faapy-robots-coming-soon-near-you/
http://www.redwap.me/videos/766243/winters-wonderland/
http://www.redwap.me/videos/765749/squirt-until-it-hurts/
http://www.redwap.me/videos/767388/tantric-teachings/
http://www.redwap.me/videos/765483/kalis-rose/
http://www.redwap.me/videos/765116/little-runaway/
http://www.redwap.me/videos/767126/mate-training/
http://www.redwap.me/videos/765590/go-ham-or-go-home/
http://www.redwap.me/videos/765522/canadanal-day/
http://www.redwap.me/videos/766632/jordi-gets-layton/
http://www.redwap.me/videos/766385/cockcalling-on-the-job-site/
http://www.redwap.me/videos/765929/mia-is-a-blowjob-addict/
http://www.redwap.me/videos/764592/tiny-pussy-big-cock/
http://www.redwap.me/videos/767292/the-farmers-daughter/
http://www.redwap.me/videos/767096/customer-satisfaction/
http://www.redwap.me/videos/764471/brand-new-bimbo/

http://www.redwap.me/videos/766840/ebony-boob-wash/
http://www.redwap.me/videos/766075/good-clean-fun-with-angella/
http://www.redwap.me/videos/766910/my-survey-with-stella/
http://www.redwap.me/videos/766869/the-invitation-part-1/
http://www.redwap.me/videos/766809/fuck-the-pain-away/
http://www.redwap.me/videos/767003/ice-cream-dream/
http://www.redwap.me/videos/764616/plasster-cast/
http://www.redwap.me/videos/766214/forever-young/
http://www.redwap.me/videos/765513/eager-beaver/
http://www.redwap.me/videos/766404/ready-to-ride/
http://www.redwap.me/videos/766908/rock-out-with-no-cocks-out/
http://www.redwap.me/videos/766915/overzealous-director/
http://www.redwap.me/videos/355093/getting-them-both/
http://www.redwap.me/videos/178399/lesbians-playing-with-massager-in-bed/
http://www.redwap.me/videos/218/charlis-bf-asked-her-to-do-a-little-porn-filming/
http://www.redwap.me/videos/767037/naughty-nancy-ace/
http://www.redwap.me/videos/766656/dinner-for-deviants-whore-doeuvres/
http://www.redwap.me/videos/766516/prepare-for-kombat/
http://www.redwap.me/videos/767099/a-day-at-the-big-banana-factory/
http://www.redwap.me/videos/767125/cum-for-me-honey/
http://www.redwap.me/videos/765598/bad-cop-black-cock/
http://www.redwap.me/videos/63452/beautiful-euro-girl-paying-the-rent-with-her-tight-pussy/
http://www.redwap.me/videos/767087/cum-over-anytime/
http://www.redwap.me/videos/765549/stuck-in-a-rut/
http://www.redwap.me/videos/766594/creampie-diaries-part-3/
http://www.redwap.me/videos/766751/searching-for-a-selfie-slut/
http://www.redwap.me/videos/766377/pounding-mandys-mound/
http://www.redwap.me/videos/330502/banging-her-all-over-the-place/
http://www.redwap.me/videos/765696/pleasureville-a-dp-xxx-parody-episode-1/
http://www.redwap.me/videos/765374/poolside-poontang/
http://www.redwap.me/videos/764815/valentinas-anal-paradise/
http://www.redwap.me/videos/766336/katana-can-dance/
http://www.redwap.me/videos/764861/watch-me-fuck-your-best-friend/
http://www.redwap.me/videos/7519/redhead-milf-esmeralda-payne/
http://www.redwap.me/videos/767382/the-loophole-sarah-banks/
http://www.redwap.me/videos/767279/strapon-versus-the-real-deal/
http://www.redwap.me/videos/767061/sweet-as-sugar-episode-1/
http://www.redwap.me/videos/764862/long-stroke/
http://www.redwap.me/videos/301303/stranger-danger/
http://www.redwap.me/videos/766721/binding-light/
http://www.redwap.me/videos/771241/wild-little-girl-swallow-every-drop/
http://www.redwap.me/videos/4776/natural-titted-marina/
http://www.redwap.me/videos/765503/the-fuckerfly-effect/
http://www.redwap.me/videos/117166/british-lady-gets-creampie-in-cab/
http://www.redwap.me/videos/771139/hunter-gain-great-strength-by-drilling-willing-pussy/
http://www.redwap.me/videos/418909/slutty-babes-share-a-cock-in-the-tub/
http://www.redwap.me/videos/768463/mounted-bed-sex-tape/
http://www.redwap.me/videos/771252/babe-runs-to-her-horny-neighbors-after-class/
http://www.redwap.me/videos/767353/shake-those-hips-n-tits/
http://www.redwap.me/videos/771158/porn-to-fix-problems/
http://www.redwap.me/videos/764258/spring-break-house-party-3/

http://www.redwap.me/videos/768805/fuck-you-in-the-morning/
http://www.redwap.me/videos/768025/colorful-contrasst/
http://www.redwap.me/videos/767477/diving-for-a-good-dicking/
http://www.redwap.me/videos/768445/empress-sativa/
http://www.redwap.me/videos/768087/clean-your-room-again/
http://www.redwap.me/videos/767774/fuck-me-by-the-fire/
http://www.redwap.me/videos/768325/button-mashing-autumn-falls/
http://www.redwap.me/videos/768836/pussymania/
http://www.redwap.me/videos/771118/sweet-girl-who-deserve-it-all/
http://www.redwap.me/videos/768512/always-be-fucking/
http://www.redwap.me/videos/768401/picture-perfect-euro-babe/
http://www.redwap.me/videos/769354/subservient/
http://www.redwap.me/videos/768813/blowing-more-than-smoke/
http://www.redwap.me/videos/768010/park-bench/
http://www.redwap.me/videos/767480/cum-county/
http://www.redwap.me/videos/767603/dreams-really-do-cum-true/
http://www.redwap.me/videos/768820/the-sluts-the-pianist/
http://www.redwap.me/videos/767778/hot-bothered/
http://www.redwap.me/videos/768778/wild-teen-lets-loose/
http://www.redwap.me/videos/769358/perving-paperboy/
http://www.redwap.me/videos/768040/bunny-smitten/
http://www.redwap.me/videos/767753/balcony-rescue/
http://www.redwap.me/videos/768468/the-recruitment/
http://www.redwap.me/videos/768009/the-pussy-burglar/
http://www.redwap.me/videos/768823/dual-dildocycles/
http://www.redwap.me/videos/768797/the-spank-banker/
http://www.redwap.me/videos/768838/working-for-cummission/
http://www.redwap.me/videos/767320/booby-massage/
http://www.redwap.me/videos/767965/learning-to-lounge-and-lick/
http://www.redwap.me/videos/767315/dinner-for-one-table-for-two/
http://www.redwap.me/videos/189489/long-haired-milf-banged-in-bed/
http://www.redwap.me/videos/768799/cumplimentary-massage/
http://www.redwap.me/videos/767488/window-watcher-gets-his-wish/
http://www.redwap.me/videos/767946/super-milf/
http://www.redwap.me/videos/768549/overstayed-her-welcome/
http://www.redwap.me/videos/19842/these-two-horny-teens-need-a-cock/
http://www.redwap.me/videos/768830/roommates-like-it-rough/
http://www.redwap.me/videos/768641/should-have-known-better-too/
http://www.redwap.me/videos/767877/peeper-protector-2/
http://www.redwap.me/videos/10047/a-sex-therapist-who-specializes-in-younger-couples/
http://www.redwap.me/videos/330182/shes-a-pround-stepmom-now/
http://www.redwap.me/videos/768167/xxxmas-day-surprise/
http://www.redwap.me/videos/768477/category-whore-tornado/
http://www.redwap.me/videos/767957/all-natural-alice/
http://www.redwap.me/videos/768826/masquerade-ballsucking/
http://www.redwap.me/videos/767516/straight-to-business/
http://www.redwap.me/videos/768078/makeshift-cardboard-gloryhole/
http://www.redwap.me/videos/768524/golden-goddess/
http://www.redwap.me/videos/767447/squirt-show/
http://www.redwap.me/videos/767636/big-tiddy-goth-gf/
http://www.redwap.me/videos/768075/say-jizz/

http://www.redwap.me/videos/768000/playground-sharing/
http://www.redwap.me/videos/768041/banging-the-baker/
http://www.redwap.me/videos/768808/my-mechanic-fucked-my-wife/
http://www.redwap.me/videos/767362/getaway-girl/
http://www.redwap.me/videos/768533/cocktail-lounging/
http://www.redwap.me/videos/767954/your-slut-for-the-night/
http://www.redwap.me/videos/767948/the-secret-life-of-a-housewife/
http://www.redwap.me/videos/768476/on-the-run-2/
http://www.redwap.me/videos/768011/horny-for-my-husbands-brother/
http://www.redwap.me/videos/768817/killer-wives-episode-1/
http://www.redwap.me/videos/767422/sneaky-mom-clueless-dad/
http://www.redwap.me/videos/767950/gold-digger-duel/
http://www.redwap.me/videos/768071/admiring-amirah/
http://www.redwap.me/videos/768810/can-you-undress-me/
http://www.redwap.me/videos/768072/focus-or-fuck/
http://www.redwap.me/videos/767296/but-will-it-fit/
http://www.redwap.me/videos/164277/sasha-grey-and-hillary-scott-make-a-good-porno/
http://www.redwap.me/videos/767969/dickrupting-her-domestic-bliss/
http://www.redwap.me/videos/768811/from-the-streets-to-the-sheets/
http://www.redwap.me/videos/767303/visiting-hour-plower/
http://www.redwap.me/videos/765238/always-read-the-instructions/
http://www.redwap.me/videos/685/she-would-be-able-to-pay-for-the-rent/
http://www.redwap.me/videos/768283/can-you-help-my-mom/
http://www.redwap.me/videos/66500/sweet-lola-has-gotten-extremely-close-to-her-stepmother/
http://www.redwap.me/videos/266864/widespread-oral-sex-fingering-rubbing/
http://www.redwap.me/videos/291250/redhead-sucks-dick-for-agents-camera-in-casting/
http://www.redwap.me/videos/230936/slim-brunette-babe-sucks-big-cock/
http://www.redwap.me/videos/385775/two-hair-dressers-fucks-guy-in-salon/
http://www.redwap.me/videos/425919/ko-booty/
http://www.redwap.me/videos/417126/racy-in-retail/
http://www.redwap.me/videos/420590/just-the-tip/
http://www.redwap.me/videos/207344/redhead-amateur-deep-throats-in-british-casting/
http://www.redwap.me/videos/405508/mandy-with-another-man/
http://www.redwap.me/videos/133389/sexy-shoppers-flaunt-their-juicy-butts/
http://www.redwap.me/videos/421997/heading-for-the-hall-of-fame/
http://www.redwap.me/videos/764181/spring-break-beach-house-party-2/
http://www.redwap.me/videos/404257/curvy-milf-rachel-starr-gets-banged-in-the-gym/
http://www.redwap.me/videos/123246/a-good-fuck-after-doing-the-dishes/
http://www.redwap.me/videos/766194/latina-teen-needs-teaching/
http://www.redwap.me/videos/417556/caught-in-the-act/
http://www.redwap.me/videos/302171/xmas-xrated-party/
http://www.redwap.me/videos/386235/plump-brazilian-babe-with-the-tan-lines/
http://www.redwap.me/videos/7645/her-husband-would-approve-it/
http://www.redwap.me/videos/405884/faes-on-fire/
http://www.redwap.me/videos/4154/young-latina-marina-angel-in-white-lingerie-giving-head/
http://www.redwap.me/videos/387695/nailing-stepsister-form-behind-while-moms-around/
http://www.redwap.me/videos/425032/white-meat/
http://www.redwap.me/videos/4961/she-looked-amazing-with-her-booty-shorts-so-i-fucked-her/
http://www.redwap.me/videos/353533/furious-anal-penetration/
http://www.redwap.me/videos/421808/sister-demands-attention/
http://www.redwap.me/videos/322037/hot-anonymous-temptation/

http://www.redwap.me/videos/244315/big-ass-babe-riding-dick/
http://www.redwap.me/videos/271117/tattooed-blonde-anal-banged-in-fake-taxi/
http://www.redwap.me/videos/67225/good-ass-club/
http://www.redwap.me/videos/140746/blonde-babes-love-to-munch-on-the-wet-pussy/
http://www.redwap.me/videos/112717/gorgeous-blonde-staci-carr-drilled-hard-on-the-office-desk/
http://www.redwap.me/videos/4000/top-of-the-line-sooo-fuckin-perfect-tits/
http://www.redwap.me/videos/169/isabella-missing-sex-and-money/
http://www.redwap.me/videos/415427/hardcore-hike/
http://www.redwap.me/videos/764919/yoga-freaks-episode-9/
http://www.redwap.me/videos/768026/twitching-twat/
http://www.redwap.me/videos/215046/dark-haired-lesbians-eating-pussies-to-each-other/
http://www.redwap.me/videos/767772/fooled-by-the-pool/
http://www.redwap.me/videos/172007/cougar-amateur-sucking-a-fat-cock/
http://www.redwap.me/videos/768793/high-scoring-pussy/
http://www.redwap.me/videos/417723/banging-all-the-busty-euro-babes/
http://www.redwap.me/videos/21419/closeup-costume-ffm-threesome-with-brea-lynn/
http://www.redwap.me/videos/414276/fuck-fiesta/
http://www.redwap.me/videos/767401/slow-motion-for-me/
http://www.redwap.me/videos/768047/bendable-poseable-fuckable/
http://www.redwap.me/videos/331209/hot-cum-was-worth-the-effort/
http://www.redwap.me/videos/121622/shorthaired-blonde-lesbian-sucks-wet-pussy/
http://www.redwap.me/videos/412976/from-below/
http://www.redwap.me/videos/767769/crushing-on-cecilia/
http://www.redwap.me/videos/1205/mom-fucking-her-stepson-and-his-girlfriend/
http://www.redwap.me/videos/768266/obsessed-with-breasts/
http://www.redwap.me/videos/422155/interracial-sex-gets-crazy/
http://www.redwap.me/videos/766588/britts-big-bouncy-tits/
http://www.redwap.me/videos/763854/abella-gets-physical/
http://www.redwap.me/videos/765316/maya-oh-my/
http://www.redwap.me/videos/354126/double-the-pleasure/
http://www.redwap.me/videos/236419/fake-big-tits-blonde-bangs-in-public/
http://www.redwap.me/videos/271869/milf-with-a-perfect-ass/
http://www.redwap.me/videos/107522/hot-lesbians-oiling-in-massage-room/
http://www.redwap.me/videos/765256/massage-yourself/
http://www.redwap.me/videos/766943/the-naughty-nanny-part-1/
http://www.redwap.me/videos/771381/drilling-a-tight-slit-out-in-the-open/
http://www.redwap.me/videos/766483/pure-indulgence/
http://www.redwap.me/videos/768478/snap-a-snatch/
http://www.redwap.me/videos/768784/handsy-hairdresser/
http://www.redwap.me/videos/767548/packing-light/
http://www.redwap.me/videos/769163/pillow-fight/
http://www.redwap.me/videos/770639/free-anal-6/
http://www.redwap.me/videos/768749/tarot-dick/
http://www.redwap.me/videos/768845/cumming-in-the-communal-showers/
http://www.redwap.me/videos/769097/banging-my-bratty-roommate/
http://www.redwap.me/videos/767402/dorm-room-domme/
http://www.redwap.me/videos/766782/305-miami-mayhem/
http://www.redwap.me/videos/767818/the-mystique-of-madison/
http://www.redwap.me/videos/771354/new-girl-at-school/
http://www.redwap.me/videos/768446/get-bent/
http://www.redwap.me/videos/768057/nautical-naughtiness/

http://www.redwap.me/videos/768155/lusty-laundry-day/
http://www.redwap.me/videos/766563/car-tips-and-tricks/
http://www.redwap.me/videos/766749/carnival-queen/
http://www.redwap.me/videos/775193/virile-voyeur/
http://www.redwap.me/videos/765021/burst-on-my-balloons/
http://www.redwap.me/videos/768653/spot-me/
http://www.redwap.me/videos/766571/fucking-my-best-friends-mom/
http://www.redwap.me/videos/766796/one-hell-of-a-pounding/
http://www.redwap.me/videos/768205/the-demi-sutra/
http://www.redwap.me/videos/768310/graphic-in-traffic/
http://www.redwap.me/videos/768877/mascot-fucking-milf/
http://www.redwap.me/videos/768091/courtney-lends-a-helping-hand/
http://www.redwap.me/videos/767242/tempting-the-trespasser/
http://www.redwap.me/videos/766233/view-from-the-top/
http://www.redwap.me/videos/767145/simon-says/
http://www.redwap.me/videos/766453/abstract-sexpressionism/
http://www.redwap.me/videos/769239/internally-yours/
http://www.redwap.me/videos/766767/shower-room-lovers/
http://www.redwap.me/videos/767546/knock-knock/
http://www.redwap.me/videos/768286/a-rubdown-to-remember/
http://www.redwap.me/videos/767992/a-cold-night-in-december-part-2/
http://www.redwap.me/videos/766875/chastity-chase/
http://www.redwap.me/videos/767131/no-keys-no-problem/
http://www.redwap.me/videos/768970/no-drama-with-milfs/
http://www.redwap.me/videos/768301/managing-her-anger/
http://www.redwap.me/videos/768857/now-you-see-me-now-you-ho/
http://www.redwap.me/videos/766802/study-buddies/
http://www.redwap.me/videos/766813/bambi-faces-the-bench/
http://www.redwap.me/videos/768270/my-not-so-prude-best-friend-part-2/
http://www.redwap.me/videos/768171/massage-domme/
http://www.redwap.me/videos/767568/house-party-hotties/
http://www.redwap.me/videos/767755/shower-rules-reminder/
http://www.redwap.me/videos/769048/thick-as-fuck/
http://www.redwap.me/videos/768946/brandi-loves-latex/
http://www.redwap.me/videos/767995/night-swim/
http://www.redwap.me/videos/767137/serve-and-protect-that-pussy/
http://www.redwap.me/videos/768948/gym-bag-bang/
http://www.redwap.me/videos/767726/stretch-me/
http://www.redwap.me/videos/769079/separate-rooms-pt-2/
http://www.redwap.me/videos/767898/teen-spinners-phone-sex-goes-viral/
http://www.redwap.me/videos/766773/light-her-fire/
http://www.redwap.me/videos/768919/haley-loves-dick/
http://www.redwap.me/videos/766724/backdoor-nurse/
http://www.redwap.me/videos/766726/delivering-the-goods/
http://www.redwap.me/videos/767440/get-me-ready/
http://www.redwap.me/videos/768400/vinyl-vixen/
http://www.redwap.me/videos/766395/a-helping-hand/
http://www.redwap.me/videos/767203/one-last-time/
http://www.redwap.me/videos/767833/tip-the-waiter-again/
http://www.redwap.me/videos/767733/lexi-gets-drenched/
http://www.redwap.me/videos/769075/its-just-a-matter-of-time/

http://www.redwap.me/videos/765282/side-of-the-road-slut/
http://www.redwap.me/videos/769325/teen-sluts-summon-a-cock/
http://www.redwap.me/videos/768450/slippery-showdown/
http://www.redwap.me/videos/768974/campfire-chaperone/
http://www.redwap.me/videos/767539/backstage-bang/
http://www.redwap.me/videos/767864/i-saw-your-mom-suck-dick/
http://www.redwap.me/videos/767236/fucking-after-midnight/
http://www.redwap.me/videos/767601/sandy-siren-of-the-skies/
http://www.redwap.me/videos/767515/secret-public-play/
http://www.redwap.me/videos/767562/nicole-black-in-action/
http://www.redwap.me/videos/765858/sports-suck/
http://www.redwap.me/videos/767975/freshman-firsts/
http://www.redwap.me/videos/768884/fuck-valentines-day/
http://www.redwap.me/videos/767527/ninas-chapel-of-lust-part-1/
http://www.redwap.me/videos/765205/super-head/
http://www.redwap.me/videos/768371/just-bouncing-around/
http://www.redwap.me/videos/768508/bad-ballerina/
http://www.redwap.me/videos/769235/but-shes-my-fuck-toy/
http://www.redwap.me/videos/767675/rack-em-up/
http://www.redwap.me/videos/768469/spa-seduction/
http://www.redwap.me/videos/769190/nice-to-meat-you/
http://www.redwap.me/videos/767999/neighborly-love-motorbunny-edition/
http://www.redwap.me/videos/767953/hiding-in-plain-sight/
http://www.redwap.me/videos/766860/tight-fuckin-fit/
http://www.redwap.me/videos/766384/make-me-wet/
http://www.redwap.me/videos/767910/waking-up-the-comatose-cock/
http://www.redwap.me/videos/767284/breaking-and-entering-this-pussy/
http://www.redwap.me/videos/766842/a-wholesome-meal/
http://www.redwap.me/videos/766709/me-time/
http://www.redwap.me/videos/766743/sex-is-the-new-green-energy/
http://www.redwap.me/videos/768928/road-trip-triple-threat/
http://www.redwap.me/videos/767900/humping-my-chakras/
http://www.redwap.me/videos/768265/new-year-new-rear/
http://www.redwap.me/videos/768900/naughty-nia/
http://www.redwap.me/videos/766292/showing-her-the-ropes-mindi-mink-shyla-jennings/
http://www.redwap.me/videos/766706/euro-exhibitionist/
http://www.redwap.me/videos/768393/helping-her-get-dressed/
http://www.redwap.me/videos/768366/fuck-me-to-the-max/
http://www.redwap.me/videos/767944/spinning-fun/
http://www.redwap.me/videos/766779/bitchy-broadcasting/
http://www.redwap.me/videos/767911/make-yourself-freeuseful/
http://www.redwap.me/videos/770031/inherit-this/
http://www.redwap.me/videos/768853/teach-me-again-please/
http://www.redwap.me/videos/766256/just-jeans/
http://www.redwap.me/videos/767475/girls-gone-pov/
http://www.redwap.me/videos/772523/learning-from-stepmom/
http://www.redwap.me/videos/765266/double-dicking-doublecross/
http://www.redwap.me/videos/765339/dykes-in-debt/
http://www.redwap.me/videos/767289/cuddling-coochies/
http://www.redwap.me/videos/766820/banging-the-bookworm/
http://www.redwap.me/videos/766650/private-eyeful/

http://www.redwap.me/videos/768583/the-other-woman-romi-rain/
http://www.redwap.me/videos/768614/handle-the-vandal/
http://www.redwap.me/videos/768306/passionate-pussy/
http://www.redwap.me/videos/768883/valenteen-devil/
http://www.redwap.me/videos/766929/fix-me-a-snack/
http://www.redwap.me/videos/768133/getting-dirty-in-the-shower/
http://www.redwap.me/videos/768207/hold-the-line-and-this-dick/
http://www.redwap.me/videos/766887/cleaning-up-for-some-dick/
http://www.redwap.me/videos/768610/wet-marks-the-spot/
http://www.redwap.me/videos/768403/nurse-olivia/
http://www.redwap.me/videos/767669/grateful-for-cock/
http://www.redwap.me/videos/767762/hands-off/
http://www.redwap.me/videos/768994/flower-pounder/
http://www.redwap.me/videos/768046/male-order-bride/
http://www.redwap.me/videos/769184/makeup-titorial/
http://www.redwap.me/videos/767396/homebody-hotties/
http://www.redwap.me/videos/766805/big-titted-bubble-bath/
http://www.redwap.me/videos/764759/the-wetter-the-better/
http://www.redwap.me/videos/766791/girl-got-game/
http://www.redwap.me/videos/767721/paging-dr-maserati/
http://www.redwap.me/videos/775087/im-open-to-anything/
http://www.redwap.me/videos/768092/milf-wars/
http://www.redwap.me/videos/768747/my-daughters-new-boyfriend/
http://www.redwap.me/videos/768409/undercover-seduction/
http://www.redwap.me/videos/766379/my-girlfriend-their-threesome-slut/
http://www.redwap.me/videos/768873/cum-angel/
http://www.redwap.me/videos/768902/bend-me-over/
http://www.redwap.me/videos/768165/fuck-christmas-part-4/
http://www.redwap.me/videos/769248/mean-pearls/
http://www.redwap.me/videos/768376/shay-dreaming/
http://www.redwap.me/videos/768783/zz-improv-sex-and/
http://www.redwap.me/videos/766498/anal-squirt-surprise/
http://www.redwap.me/videos/766968/randy-roommates/
http://www.redwap.me/videos/766734/insubordinate-sub/
http://www.redwap.me/videos/769183/keep-it-clean/
http://www.redwap.me/videos/769155/island-getaway-threeway/
http://www.redwap.me/videos/767576/insta-bored/
http://www.redwap.me/videos/768566/slut-sweat-and-tears/
http://www.redwap.me/videos/766528/the-model-stepmom/
http://www.redwap.me/videos/770904/shes-in-a-league-of-her-own/
http://www.redwap.me/videos/768909/hot-nights-cold-blood-scene-3/
http://www.redwap.me/videos/766736/stuffing-skylar/
http://www.redwap.me/videos/767561/robber-banged-my-girlfriend/
http://www.redwap.me/videos/766832/pinup-pussy/
http://www.redwap.me/videos/768748/thicker-the-berry-sweeter-the-juice/
http://www.redwap.me/videos/768768/stalking-for-a-cocking/
http://www.redwap.me/videos/766932/handle-with-care-cock/
http://www.redwap.me/videos/768745/unwrap-your-milf/
http://www.redwap.me/videos/765359/slutty-mary/
http://www.redwap.me/videos/768028/bust-in-my-bubble-bath/
http://www.redwap.me/videos/766242/pink-passion/

http://www.redwap.me/videos/768115/grinding-it-out/
http://www.redwap.me/videos/768585/ivory-tries-anal/
http://www.redwap.me/videos/766523/the-other-woman-alex-blake-ashly-anderson/
http://www.redwap.me/videos/767134/custodial-cravings/
http://www.redwap.me/videos/766542/fire-in-the-kitchen/
http://www.redwap.me/videos/769138/cotton-candy-cuties/
http://www.redwap.me/videos/765644/rich-bitch/
http://www.redwap.me/videos/764832/mermaid-vibes/
http://www.redwap.me/videos/768717/hike-that-ass/
http://www.redwap.me/videos/769086/finders-keepers/
http://www.redwap.me/videos/767307/pool-hall-milf/
http://www.redwap.me/videos/767620/bicycle-rescue/
http://www.redwap.me/videos/768702/lunas-brothel/
http://www.redwap.me/videos/766960/should-have-known-better/
http://www.redwap.me/videos/768621/secrets-in-babysitting/
http://www.redwap.me/videos/767352/she-drives-a-hard-bargain/
http://www.redwap.me/videos/767719/clowning-around/
http://www.redwap.me/videos/769242/my-buddys-sister/
http://www.redwap.me/videos/767101/pussy-projection/
http://www.redwap.me/videos/769280/sexting-hijinx/
http://www.redwap.me/videos/768739/sneaking-in-the-back-door/
http://www.redwap.me/videos/766612/bonnie-bonds-with-her-neighbor/
http://www.redwap.me/videos/768430/dicking-in-the-deep-end/
http://www.redwap.me/videos/767681/wild-black-friday-line-up/
http://www.redwap.me/videos/769040/arctic-ass/
http://www.redwap.me/videos/766487/fresh-escort/
http://www.redwap.me/videos/767704/mommy-always-says-yes/
http://www.redwap.me/videos/767786/skinny-dip-dicking/
http://www.redwap.me/videos/766980/a-foot-in-hot-pussy/
http://www.redwap.me/videos/769173/cuckhold-life-happy-wife/
http://www.redwap.me/videos/769093/fit-for-fucking/
http://www.redwap.me/videos/768361/banging-her-brotherinlaw/
http://www.redwap.me/videos/769172/whats-the-problem/
http://www.redwap.me/videos/768374/stranded-ms-stone/
http://www.redwap.me/videos/769377/photocockied/
http://www.redwap.me/videos/769108/amadom-shea/
http://www.redwap.me/videos/768680/wet-series-dripping/
http://www.redwap.me/videos/768611/monicas-delight/
http://www.redwap.me/videos/767048/cum-shower-for-horny-mannequin/
http://www.redwap.me/videos/768415/innocent-teen-on-ice/
http://www.redwap.me/videos/767437/dildos-in-the-drain-pipe/
http://www.redwap.me/videos/769054/dream-cheater/
http://www.redwap.me/videos/769076/paint-pussy/
http://www.redwap.me/videos/769203/gamer-human-controller/
http://www.redwap.me/videos/767656/scoring-in-gamer-girls-ass/
http://www.redwap.me/videos/764865/camp-site-selfies/
http://www.redwap.me/videos/768287/running-after-dat-ass/
http://www.redwap.me/videos/768280/moving-out-part-1/
http://www.redwap.me/videos/769160/brazzibots-part-1/
http://www.redwap.me/videos/768004/hit-it-and-run/
http://www.redwap.me/videos/769200/booty-on-drip/

http://www.redwap.me/videos/767559/i-fucked-my-sisters-husband/
http://www.redwap.me/videos/771331/college-girl-paying-her-rent-in-public/
http://www.redwap.me/videos/769302/a-pot-of-golden-dildos/
http://www.redwap.me/videos/768696/girlfriend-swap-2/
http://www.redwap.me/videos/769114/all-tits-on-deck/
http://www.redwap.me/videos/768595/a-squirt-for-a-cheat-2/
http://www.redwap.me/videos/769331/steal-my-sex-toy/
http://www.redwap.me/videos/770066/delicious-derza/
http://www.redwap.me/videos/769237/my-stepsister-sucks/
http://www.redwap.me/videos/768628/toys-arent-enough/
http://www.redwap.me/videos/768550/pillow-humping-pussy/
http://www.redwap.me/videos/769327/anal-studies/
http://www.redwap.me/videos/769363/thats-what-friends-are-for/
http://www.redwap.me/videos/769957/cumming-home-from-the-festival/
http://www.redwap.me/videos/766747/karmens-casual-friday/
http://www.redwap.me/videos/768707/game-day-dicking/
http://www.redwap.me/videos/767927/i-fucking-love-art/
http://www.redwap.me/videos/766595/just-a-cup-of-tea/
http://www.redwap.me/videos/768577/oiled-up-orgasmic-overload/
http://www.redwap.me/videos/765801/the-next-morning-scene-3/
http://www.redwap.me/videos/768686/nothing-to-see-here/
http://www.redwap.me/videos/768918/all-that-glitters-is-lela/
http://www.redwap.me/videos/766361/filter-then-fuck-her/
http://www.redwap.me/videos/768657/the-man-who-fucked-farris-pt2/
http://www.redwap.me/videos/768271/neon-threesome/
http://www.redwap.me/videos/766609/zz-finishing-school-of-fucking/
http://www.redwap.me/videos/766126/riding-the-wife/
http://www.redwap.me/videos/767983/analyzing-anny/
http://www.redwap.me/videos/769107/killer-wives-episode-4/
http://www.redwap.me/videos/765604/horsing-around-with-the-stable-boy/
http://www.redwap.me/videos/768927/killer-wives-episode-2/
http://www.redwap.me/videos/769215/writers-cock-block/
http://www.redwap.me/videos/770192/the-breeders-part-4/
http://www.redwap.me/videos/768406/one-night-is-too-long-part-2/
http://www.redwap.me/videos/767668/sexy-seductive-scarlet/
http://www.redwap.me/videos/768224/my-fucking-step-goal/
http://www.redwap.me/videos/766338/the-slutwalker/
http://www.redwap.me/videos/764797/all-dolled-up-spring-break-edition/
http://www.redwap.me/videos/766574/cult-asspirations/
http://www.redwap.me/videos/767627/pornstars-are-just-like-us/
http://www.redwap.me/videos/768152/fuck-christmas-part-3/
http://www.redwap.me/videos/769271/bossing-up/
http://www.redwap.me/videos/768661/fuck-its-hot/
http://www.redwap.me/videos/767941/pornographic-evidence/
http://www.redwap.me/videos/768565/girlfriend-swap-1/
http://www.redwap.me/videos/767710/bath-time-twist/
http://www.redwap.me/videos/772912/colombian-tourist-gets-picked-up-for-a-quick-fuck/
http://www.redwap.me/videos/766851/painting-her-face/
http://www.redwap.me/videos/769056/pinup-picnic/
http://www.redwap.me/videos/768090/tiny-blonde-is-served-dick-in-the-kitchen/
http://www.redwap.me/videos/768145/affordable-housing/

http://www.redwap.me/videos/766298/queen-of-the-dick/
http://www.redwap.me/videos/766827/a-public-display-of-indecency/
http://www.redwap.me/videos/768164/stocking-stuffher/
http://www.redwap.me/videos/769347/the-boy-toy-deluxe/
http://www.redwap.me/videos/770198/shes-so-scandalous/
http://www.redwap.me/videos/771137/petite-redhead-gets-pounded-at-the-park/
http://www.redwap.me/videos/770290/fuck-forever-scene-1/
http://www.redwap.me/videos/768567/vacation-vibes/
http://www.redwap.me/videos/768643/the-nerd-nails-the-girl/
http://www.redwap.me/videos/766004/rileys-private-show/
http://www.redwap.me/videos/769312/a-textbook-threeway/
http://www.redwap.me/videos/768571/pledge-week/
http://www.redwap.me/videos/769251/balling-out/
http://www.redwap.me/videos/768913/lusty-laundry-day-maya-bijou/
http://www.redwap.me/videos/767760/escort-diaries/
http://www.redwap.me/videos/768612/such-a-sweet-melody/
http://www.redwap.me/videos/768356/insta-questions/
http://www.redwap.me/videos/769025/shower-head/
http://www.redwap.me/videos/770253/fuck-marriage/
http://www.redwap.me/videos/766459/cooking-show-conundrum/
http://www.redwap.me/videos/768856/photo-shoot/
http://www.redwap.me/videos/768440/uninvited-part-2/
http://www.redwap.me/videos/766468/pussy-off-the-rack/
http://www.redwap.me/videos/770912/breaking-tiny-black-tight-pussy/
http://www.redwap.me/videos/768506/do-not-distract-me/
http://www.redwap.me/videos/771435/sharing-my-man-with-my-friend/
http://www.redwap.me/videos/771399/shut-up-and-give-me-the-stick/
http://www.redwap.me/videos/769317/babys-gone-buck/
http://www.redwap.me/videos/768454/red-hot-rodeo/
http://www.redwap.me/videos/768965/banging-brooke/
http://www.redwap.me/videos/765710/alter-ego/
http://www.redwap.me/videos/775653/pretty-dirty-little-mouth/
http://www.redwap.me/videos/418513/calis-killin-it/
http://www.redwap.me/videos/767881/porn-puppet-on-a-string/
http://www.redwap.me/videos/767185/going-under/
http://www.redwap.me/videos/766952/a-game-of-sex/
http://www.redwap.me/videos/766266/hot-heavy-workload/
http://www.redwap.me/videos/768759/hardcore-sex-showdown-part-1/
http://www.redwap.me/videos/771346/fun-time-with-the-new-chick/
http://www.redwap.me/videos/769282/im-a-professional/
http://www.redwap.me/videos/772898/turning-gears/
http://www.redwap.me/videos/766297/massage-my-ass/
http://www.redwap.me/videos/766437/smart-home/
http://www.redwap.me/videos/766035/doing-life-and-doing-your-wife/
http://www.redwap.me/videos/766501/sex-over-stress/
http://www.redwap.me/videos/766431/blow-a-dp-xxx-parody-episode-4/
http://www.redwap.me/videos/775579/xxxtra-compassionate-care/
http://www.redwap.me/videos/765372/cougar-training/
http://www.redwap.me/videos/765847/too-hot-to-handle/
http://www.redwap.me/videos/775577/turning-the-tables/
http://www.redwap.me/videos/767566/dressing-room-poon/

http://www.redwap.me/videos/770247/dont-distract-me-too/
http://www.redwap.me/videos/768701/honey-are-you-there-too/
http://www.redwap.me/videos/769142/restwhoreant-critic/
http://www.redwap.me/videos/769030/bootyful-bartender/
http://www.redwap.me/videos/768725/locker-room-lusts/
http://www.redwap.me/videos/770806/golden-twerk/
http://www.redwap.me/videos/775389/i-know-a-better-workout/
http://www.redwap.me/videos/767740/large-and-in-charge/
http://www.redwap.me/videos/771063/devouring-my-chocolate-cake/
http://www.redwap.me/videos/770863/madly-deeply-into-you/
http://www.redwap.me/videos/463692/brunette-slut-savannah-stern-gets-pounded-and-creampied/
http://www.redwap.me/videos/768945/friendly-neighborly-milf/
http://www.redwap.me/videos/768095/night-of-reckoning-episode-1/
http://www.redwap.me/videos/765123/the-pantsing/
http://www.redwap.me/videos/775084/laundry-room-lust/
http://www.redwap.me/videos/771135/faapy-good-night-story/
http://www.redwap.me/videos/769250/festival-chicks-dont-need-dick/
http://www.redwap.me/videos/764364/looking-for-guidance/
http://www.redwap.me/videos/775452/snuck-and-cuck/
http://www.redwap.me/videos/767714/bathing-beauties/
http://www.redwap.me/videos/767688/lets-all-shower-together/
http://www.redwap.me/videos/772732/catfishing-milf/
http://www.redwap.me/videos/770859/road-trip-gone-wild/
http://www.redwap.me/videos/766460/shes-my-teacher/
http://www.redwap.me/videos/766347/homemade-amateur-sex/
http://www.redwap.me/videos/769003/sexual-glow/
http://www.redwap.me/videos/768102/choose-your-poison-2/
http://www.redwap.me/videos/775393/laying-a-hand-on-lela/
http://www.redwap.me/videos/767602/allsexclusive/
http://www.redwap.me/videos/768964/a-massage-for-bonnie/
http://www.redwap.me/videos/766019/bad-girl-locked-in-a-cage/
http://www.redwap.me/videos/765515/good-cop-bad-girl/
http://www.redwap.me/videos/766901/meeting-olivia-lua/
http://www.redwap.me/videos/766775/turning-up-the-heat/
http://www.redwap.me/videos/767843/picking-up-autumn-falls/
http://www.redwap.me/videos/766087/virgin-birthday/
http://www.redwap.me/videos/771343/exercising-her-delicious-booty/
http://www.redwap.me/videos/768762/her-ex-fucks-her-the-best/
http://www.redwap.me/videos/768973/taking-a-swing-at-it/
http://www.redwap.me/videos/766246/sneaking-around/
http://www.redwap.me/videos/766221/the-smaller-the-better/
http://www.redwap.me/videos/768146/bikini-bangers/
http://www.redwap.me/videos/765951/redneck-hot-tub/
http://www.redwap.me/videos/765181/let-them-eat-ass/
http://www.redwap.me/videos/768572/the-man-who-fucked-faris-pt1/
http://www.redwap.me/videos/765868/fresh-ass-daisy/
http://www.redwap.me/videos/769153/squirt-roast/
http://www.redwap.me/videos/767550/play-with-fire-get-burned/
http://www.redwap.me/videos/766922/masculin-feminin/
http://www.redwap.me/videos/765846/anal-probe-experiments-britain/
http://www.redwap.me/videos/771318/a-dream-finally-came-true/

http://www.redwap.me/videos/769341/stranded-sky/
http://www.redwap.me/videos/771403/tight-pussy-hunted-by-paparazzi/
http://www.redwap.me/videos/771210/a-forbidding-predicament-at-work/
http://www.redwap.me/videos/765747/home-alone-with-my-gfs-stepmom/
http://www.redwap.me/videos/770889/sex-with-a-gorgeous-woman-in-public/
http://www.redwap.me/videos/770860/tacking-my-sexy-gaming-girlfriend/
http://www.redwap.me/videos/765585/my-neighbor-is-a-squirting-nympho/
http://www.redwap.me/videos/767921/bound-and-soaked/
http://www.redwap.me/videos/766439/massage-revenge-fuck/
http://www.redwap.me/videos/766526/luna-gets-the-d/
http://www.redwap.me/videos/771430/public-sex-with-ukrainian-beauty/
http://www.redwap.me/videos/765943/two-cops-in-heat/
http://www.redwap.me/videos/765544/double-rub-down/
http://www.redwap.me/videos/767572/slutty-mary-kissa-sins/
http://www.redwap.me/videos/765183/dictating-lesbian-sex/
http://www.redwap.me/videos/771393/wife-join-in-for-threesome/
http://www.redwap.me/videos/771108/feeling-horny-for-some-threesome/
http://www.redwap.me/videos/765537/bachelorette-booty-call/
http://www.redwap.me/videos/771367/side-bitch-licking-every-drop/
http://www.redwap.me/videos/770879/horny-teen-takes-the-dick/
http://www.redwap.me/videos/764994/newbie-brunette-stretched-out/
http://www.redwap.me/videos/771191/pornstar-gets-her-first-double-penetration/
http://www.redwap.me/videos/771093/cheater-goes-retro-with-the-milkman/
http://www.redwap.me/videos/766693/lit-latina-night-out/
http://www.redwap.me/videos/766188/my-cheating-wife-rossella/
http://www.redwap.me/videos/764498/big-natural-exercise-boobs/
http://www.redwap.me/videos/765845/dildo-in-pants/
http://www.redwap.me/videos/771335/pussy-pounding-while-her-bestie-asleep/
http://www.redwap.me/videos/766917/tire-my-ass-out/
http://www.redwap.me/videos/765796/one-crazy-sexy-latina/
http://www.redwap.me/videos/765154/office-orgasms/
http://www.redwap.me/videos/765626/talking-to-the-wife/
http://www.redwap.me/videos/770894/big-cock-crushing-tiny-ebony-slit/
http://www.redwap.me/videos/766555/secret-lesbian-pool-party/
http://www.redwap.me/videos/765830/serving-up-some-anal/
http://www.redwap.me/videos/771162/finding-out-girlfriend-is-as-into-pussy-as-you-are/
http://www.redwap.me/videos/766265/just-gotta-rest-my-breasts/
http://www.redwap.me/videos/765984/where-the-fuck-is-my-scene/
http://www.redwap.me/videos/765423/a-hot-way-to-cool-off/
http://www.redwap.me/videos/765550/playing-dirty/
http://www.redwap.me/videos/771130/hard-cock-for-a-hot-gaming-chick/
http://www.redwap.me/videos/766156/pearl-necklace-for-a-thieving-date/
http://www.redwap.me/videos/766125/butt-floss-and-pussy-brush/
http://www.redwap.me/videos/466409/terrific-cock-sucker-jasmine-tame-goes-mad-of-a-tough-anal-fuck/
http://www.redwap.me/videos/765683/cute-mode-slut-mode/
http://www.redwap.me/videos/766140/wifes-first-cockation/
http://www.redwap.me/videos/765270/skater-girl/
http://www.redwap.me/videos/771237/little-slut-want-step-daddy-inside-her/
http://www.redwap.me/videos/766090/room-for-one-more-demi-sutra-nia-nacci/
http://www.redwap.me/videos/771232/secret-with-her-daughters-boyfriend/
http://www.redwap.me/videos/765223/italian-blonde-loves-public-sex/

http://www.redwap.me/videos/771446/man-on-a-mission/
http://www.redwap.me/videos/766052/fucking-euro-milf/
http://www.redwap.me/videos/766237/stuck-in-the-wall-booty-call/
http://www.redwap.me/videos/766544/oh-brother-dont-fuck-my-gf/
http://www.redwap.me/videos/767908/from-bad-night-to-fucking-great-day/
http://www.redwap.me/videos/766665/alarm-cock/
http://www.redwap.me/videos/766196/a-night-in-prague/
http://www.redwap.me/videos/771442/slutty-let-the-new-guy-slide-in-her-bum/
http://www.redwap.me/videos/770552/ok-ill-fuck-you/
http://www.redwap.me/videos/768235/pussy-painting/
http://www.redwap.me/videos/768871/peeping-on-a-vr-thief/
http://www.redwap.me/videos/768464/mommy-fucked-my-study-buddy/
http://www.redwap.me/videos/768191/ass-out/
http://www.redwap.me/videos/768878/hot-nights-cold-blood-scene-2/
http://www.redwap.me/videos/768841/yoga-freaks-episode-ten/
http://www.redwap.me/videos/766473/marathon-session/
http://www.redwap.me/videos/768947/monday-with-madison/
http://www.redwap.me/videos/768916/kinky-kidnap/
http://www.redwap.me/videos/769340/that-is-one-awesome-tip/
http://www.redwap.me/videos/767667/thanksgiving-dinner-sluts/
http://www.redwap.me/videos/766573/creampie-diaries-part-2/
http://www.redwap.me/videos/765781/the-next-morning-scene-1/
http://www.redwap.me/videos/769220/anal-yoga-with-aaliyah/
http://www.redwap.me/videos/768601/skater-bait/
http://www.redwap.me/videos/769376/hot-cold/
http://www.redwap.me/videos/767555/assmissible-evidence/
http://www.redwap.me/videos/768597/pussy-in-boots/
http://www.redwap.me/videos/769338/the-silent-caller-episode-1/
http://www.redwap.me/videos/767030/the-art-of-shower-fucking/
http://www.redwap.me/videos/768315/mall-cop-cock/
http://www.redwap.me/videos/768340/lick-and-thin/
http://www.redwap.me/videos/765831/kira-finds-her-motivation/
http://www.redwap.me/videos/767617/emma-gets-all-oiled-up/
http://www.redwap.me/videos/767800/another-study-break/
http://www.redwap.me/videos/769189/morning-rush/
http://www.redwap.me/videos/768980/playing-footsie/
http://www.redwap.me/videos/768930/broken-down-and-in-need-of-cock/
http://www.redwap.me/videos/772636/fuck-forever-scene-3/
http://www.redwap.me/videos/766682/dinner-for-deviants-palate-cleanser/
http://www.redwap.me/videos/770640/full-service/
http://www.redwap.me/videos/766176/selfies-with-the-dean/
http://www.redwap.me/videos/769257/brazzibots-part-3/
http://www.redwap.me/videos/767837/scarlet-pussy/
http://www.redwap.me/videos/769005/reel-er-in/
http://www.redwap.me/videos/769281/side-bitch/
http://www.redwap.me/videos/769344/happy-fucking-birthday/
http://www.redwap.me/videos/764946/1-800-phone-sex-line-12/
http://www.redwap.me/videos/766481/a-sexy-awakening/
http://www.redwap.me/videos/767887/a-cold-night-in-december-part-1/
http://www.redwap.me/videos/768584/milfy-massage/
http://www.redwap.me/videos/767827/hot-sweaty-day/

http://www.redwap.me/videos/766228/one-hour-photho/
http://www.redwap.me/videos/767141/tickles-to-jiggles/
http://www.redwap.me/videos/768129/a-cold-night-in-december-part-3/
http://www.redwap.me/videos/766536/the-gang-makes-a-porno-a-dp-xxx-parody-episode-1/
http://www.redwap.me/videos/770197/take-me-to-your-biggest-cock/
http://www.redwap.me/videos/769284/red-hot-boss-from-hell/
http://www.redwap.me/videos/775758/public-pranking/
http://www.redwap.me/videos/766270/his-loss/
http://www.redwap.me/videos/768253/fappy-new-year/
http://www.redwap.me/videos/768662/drywall-wet-pussy/
http://www.redwap.me/videos/767005/titty-accuracy/
http://www.redwap.me/videos/765863/pounded-by-the-plagiarist/
http://www.redwap.me/videos/769122/take-whats-ours/
http://www.redwap.me/videos/768181/impulse-control-issues/
http://www.redwap.me/videos/768190/elles-beautiful-booty/
http://www.redwap.me/videos/766843/poolside-pussy-ride/
http://www.redwap.me/videos/775719/use-me/
http://www.redwap.me/videos/765884/are-you-worthy-of-my-ass/
http://www.redwap.me/videos/765622/stepmom-in-the-closet/
http://www.redwap.me/videos/768864/hot-nights-cold-blood-scene-1/
http://www.redwap.me/videos/768198/friendzone-joi/
http://www.redwap.me/videos/766658/make-up-sex-cadence-lux/
http://www.redwap.me/videos/767328/barmaid-gets-laid-again/
http://www.redwap.me/videos/768594/you-will-regret-this-scene-1/
http://www.redwap.me/videos/767876/the-cum-spattered-bride/
http://www.redwap.me/videos/767184/he-came-at-night-part-1/
http://www.redwap.me/videos/768137/college-girl-confessions/
http://www.redwap.me/videos/767645/money-exchange/
http://www.redwap.me/videos/768212/my-not-so-prude-best-friend-part-1/
http://www.redwap.me/videos/766418/the-magic-finger-technique/
http://www.redwap.me/videos/765556/private-treatment/
http://www.redwap.me/videos/767952/head-to-toe-perfection/
http://www.redwap.me/videos/767361/make-em-bounce/
http://www.redwap.me/videos/769266/fucking-on-the-brink/
http://www.redwap.me/videos/765076/wet-and-waiting/
http://www.redwap.me/videos/766755/bath-time-with-sydney/
http://www.redwap.me/videos/766178/getting-her-beauty-peep/
http://www.redwap.me/videos/766870/three-way-ask-me-anything/
http://www.redwap.me/videos/769265/his-wifes-steamy-shower/
http://www.redwap.me/videos/767607/ninas-chapel-of-lust-part-2/
http://www.redwap.me/videos/768958/big-titty-bed-creep/
http://www.redwap.me/videos/768794/curvy-cutie-craves-cock/
http://www.redwap.me/videos/768296/ebony-three-player-game/
http://www.redwap.me/videos/767844/tease-me-please-me/
http://www.redwap.me/videos/771487/fight-turns-into-tongue-fucking/
http://www.redwap.me/videos/766493/tag-that-ass/
http://www.redwap.me/videos/767093/dirty-double-cross/
http://www.redwap.me/videos/767631/ballin-booties/
http://www.redwap.me/videos/765545/slippery-when-wet/
http://www.redwap.me/videos/769157/magna-cum-loudly/
http://www.redwap.me/videos/768497/you-just-might-get-it/

http://www.redwap.me/videos/768705/learning-the-hard-way/
http://www.redwap.me/videos/765074/mrs-sheas-room-service/
http://www.redwap.me/videos/765591/our-cute-little-plaything-3/
http://www.redwap.me/videos/767605/the-taste-of-pussy/
http://www.redwap.me/videos/769956/enhanced-lap-dance/
http://www.redwap.me/videos/765047/cabin-fever/
http://www.redwap.me/videos/768193/lovely-in-latex/
http://www.redwap.me/videos/769085/mom-stole-my-boyfriend/
http://www.redwap.me/videos/775712/anatomy-of-a-sex-scene/
http://www.redwap.me/videos/766350/detention-with-the-domme/
http://www.redwap.me/videos/768959/my-stepmom-ruined-my-audition/
http://www.redwap.me/videos/769387/hers-is-bigger/
http://www.redwap.me/videos/766189/spying-on-her-showering/
http://www.redwap.me/videos/766150/squirt-vibes/
http://www.redwap.me/videos/467433/gangsta-orgy-with-beauty-dior-cherokee-d-ass-and-skyy-black/
http://www.redwap.me/videos/775931/beauty-blog-blowjob/
http://www.redwap.me/videos/768124/night-of-reckoning-episode-3/
http://www.redwap.me/videos/768230/new-neighbor/
http://www.redwap.me/videos/768299/get-it-up-grandpa/
http://www.redwap.me/videos/775085/the-dildo-prince/
http://www.redwap.me/videos/766620/a-taste-of-honey/
http://www.redwap.me/videos/766284/horny-dangerous-life-on-the-lam/
http://www.redwap.me/videos/768754/wild-women-at-work/
http://www.redwap.me/videos/766961/teagans-tease/
http://www.redwap.me/videos/775391/say-yes-to-some-sex/
http://www.redwap.me/videos/769101/the-gallery-girl/
http://www.redwap.me/videos/766565/new-cam-hot-dam/
http://www.redwap.me/videos/768175/hustling-hussie/
http://www.redwap.me/videos/765797/no-such-thing-as-too-big/
http://www.redwap.me/videos/768505/practice-makes-perfect-pt-2/
http://www.redwap.me/videos/766507/looking-good-slick/
http://www.redwap.me/videos/770633/moist-neon-lights/
http://www.redwap.me/videos/766669/foreign-sexchange/
http://www.redwap.me/videos/768890/earning-my-valentine/
http://www.redwap.me/videos/766369/cruising-for-a-fuck/
http://www.redwap.me/videos/768706/happy-10th-birthday-mofos/
http://www.redwap.me/videos/765716/shopping-with-bae/
http://www.redwap.me/videos/769198/stealing-her-phone-again/
http://www.redwap.me/videos/766420/big-tits-skinny-dip/
http://www.redwap.me/videos/767541/what-a-maid-wants/
http://www.redwap.me/videos/766084/side-chick-showdown/
http://www.redwap.me/videos/767741/tempting-tiffany/
http://www.redwap.me/videos/768056/soaked-to-the-tits/
http://www.redwap.me/videos/768673/scrubbing-his-stress-away/
http://www.redwap.me/videos/767339/tiny-trick-or-treater/
http://www.redwap.me/videos/464023/fantastic-brunette-savannah-stern-shows-her-wild-nature-with-two-black-dudes/
http://www.redwap.me/videos/765605/tightest-milf-on-the-block/
http://www.redwap.me/videos/771439/the-new-babysitter-such-a-lick/
http://www.redwap.me/videos/771095/celebrating-with-a-bang-on-this-day/
http://www.redwap.me/videos/770893/horny-bisexual-cutie-craving-some-dick/

http://www.redwap.me/videos/764585/dick-in-delirious/
http://www.redwap.me/videos/766094/seduce-my-stepmom/
http://www.redwap.me/videos/766607/snag-and-bang/
http://www.redwap.me/videos/766423/afterschool-fun/
http://www.redwap.me/videos/764837/stepmoms-day/
http://www.redwap.me/videos/767730/fucking-for-a-bunch-of-strangers/
http://www.redwap.me/videos/476128/blondie-jasmine-tame-realizes-her-perverted-dreams-by-sucking-a-stiff-cock/
http://www.redwap.me/videos/771338/meeting-my-stepdaughter-friend/
http://www.redwap.me/videos/765663/a-handywomans-job/
http://www.redwap.me/videos/766226/blowin-out-the-birthday-candles/
http://www.redwap.me/videos/763957/pop-it-hard/
http://www.redwap.me/videos/766234/jades-happy-place/
http://www.redwap.me/videos/766660/curious-kylie-part-2/
http://www.redwap.me/videos/763323/instructor-spunks-in-georgies-mouth/
http://www.redwap.me/videos/765449/open-for-business/
http://www.redwap.me/videos/763646/anal-sexercise/
http://www.redwap.me/videos/763775/made-to-order/
http://www.redwap.me/videos/765482/soak-my-sundress/
http://www.redwap.me/videos/763231/pulled-over-pussy/
http://www.redwap.me/videos/764844/meating-the-mother/
http://www.redwap.me/videos/765091/tight-leather-pants/
http://www.redwap.me/videos/764402/the-naughty-librarian/
http://www.redwap.me/videos/764005/temper-tantrum/
http://www.redwap.me/videos/765958/devoured-by-the-wolfe/
http://www.redwap.me/videos/765776/sweating-the-rent/
http://www.redwap.me/videos/766054/purse-snatch/
http://www.redwap.me/videos/766677/rock-harder/
http://www.redwap.me/videos/765925/banging-before-breakfast/
http://www.redwap.me/videos/766510/truck-stop-sluts/
http://www.redwap.me/videos/766955/true-sextape/
http://www.redwap.me/videos/763607/stupid-cupid/
http://www.redwap.me/videos/764769/pounding-hangover/
http://www.redwap.me/videos/764910/exercise-balling/
http://www.redwap.me/videos/775759/made-to-fuck/
http://www.redwap.me/videos/765814/bondage-brat/
http://www.redwap.me/videos/765085/office-intern/
http://www.redwap.me/videos/765499/neon-dreams/
http://www.redwap.me/videos/770854/keep-this-a-secret/
http://www.redwap.me/videos/766253/most-important-meal-of-the-day/
http://www.redwap.me/videos/771332/my-molly-symphony/
http://www.redwap.me/videos/766652/bodyweight-workout/
http://www.redwap.me/videos/764787/bossy-threesome/
http://www.redwap.me/videos/769115/toying-around-with-my-stepsister/
http://www.redwap.me/videos/767891/twerk-tricks/
http://www.redwap.me/videos/768741/domme-teacher/
http://www.redwap.me/videos/768766/cock-blocked-by-mom/
http://www.redwap.me/videos/768257/breaking-in-the-new-year/
http://www.redwap.me/videos/765938/basement-booty/
http://www.redwap.me/videos/765102/making-movies/
http://www.redwap.me/videos/768460/smoke-showdown/

http://www.redwap.me/videos/765676/express-pussy-packaging/
http://www.redwap.me/videos/766293/weekend-fuckaway/
http://www.redwap.me/videos/770884/hunters-now-being-hunted/
http://www.redwap.me/videos/771159/a-steamy-anime-parody/
http://www.redwap.me/videos/768596/past-her-curfew/
http://www.redwap.me/videos/767009/revealing-vienna/
http://www.redwap.me/videos/771312/sexy-gamers-playing-dirty/
http://www.redwap.me/videos/771225/sorority-prank-gone-right/
http://www.redwap.me/videos/771510/fast-cash-for-top/
http://www.redwap.me/videos/768251/nubile-new-year/
http://www.redwap.me/videos/771152/going-mad-at-faapy-house/
http://www.redwap.me/videos/775080/angelic-bride-to-anal-angel/
http://www.redwap.me/videos/771409/two-goddess-devouring-each-other/
http://www.redwap.me/videos/770887/stumble-upon-my-college-crush/
http://www.redwap.me/videos/771207/bf-sneaks-out-for-threesome/
http://www.redwap.me/videos/771490/smart-girl-paying-her-dues/
http://www.redwap.me/videos/766587/stretching-with-stepmom/
http://www.redwap.me/videos/765018/long-distance-fucking-relationship/
http://www.redwap.me/videos/766290/locked-out-hottie/
http://www.redwap.me/videos/766502/full-ream-ahead/
http://www.redwap.me/videos/763298/harder-faster-milfier/
http://www.redwap.me/videos/765775/rooftop-locked-out/
http://www.redwap.me/videos/771128/glamorous-babe-at-night-show/
http://www.redwap.me/videos/766122/maid-finds-sleeping-couple/
http://www.redwap.me/videos/771504/lesbian-couple-teaming-up-on-babysitter/
http://www.redwap.me/videos/771080/wife-and-secretary-teaming-up/
http://www.redwap.me/videos/771153/busting-for-days-with-cuties/
http://www.redwap.me/videos/765444/wrong-turn-on-eighth-street/
http://www.redwap.me/videos/771359/thirsty-little-ebony-ridding-the-stick/
http://www.redwap.me/videos/766043/the-spanish-spinner/
http://www.redwap.me/videos/763398/while-my-guitar-gently-creeps/
http://www.redwap.me/videos/771350/deadpool-busting-crazy-nuts-on-faapy/
http://www.redwap.me/videos/763916/pounded-on-st-pattys/
http://www.redwap.me/videos/771170/fabulous-babe-spreads-her-kitty-wide/
http://www.redwap.me/videos/770918/two-young-cumsluts-sharing-the-cock/
http://www.redwap.me/videos/765888/petite-chick-stuffed-with-dick/
http://www.redwap.me/videos/466771/stiff-cock-drills-the-anus-of-blond-nympho-jasmine-tame/
http://www.redwap.me/videos/764270/jenna-foxxs-birthday-party-gift/
http://www.redwap.me/videos/771051/special-course-with-a-teacher/
http://www.redwap.me/videos/771244/tiny-college-girl-goes-wild-for-a-big-dick/
http://www.redwap.me/videos/766778/scavenger-hunt/
http://www.redwap.me/videos/771256/little-cash-opens-her-legs-wide/
http://www.redwap.me/videos/771477/my-beautiful-girlfriend-a-cum-addicted/
http://www.redwap.me/videos/765901/building-furniture/
http://www.redwap.me/videos/770871/fun-with-strangers/
http://www.redwap.me/videos/765855/squirting-squeaky-clean/
http://www.redwap.me/videos/767695/her-irresistible-sister/
http://www.redwap.me/videos/764894/roleplaying-voyeurism/
http://www.redwap.me/videos/764209/flexible-cutie-gets-stretched/
http://www.redwap.me/videos/768465/reflection-eternal/
http://www.redwap.me/videos/770855/stretching-tight-asian-pussy/

http://www.redwap.me/videos/768182/drive-me-wild/
http://www.redwap.me/videos/771422/bedtime-pleasures-for-two-stepsisters/
http://www.redwap.me/videos/768160/chainlink-tease/
http://www.redwap.me/videos/764064/horny-dangerous-conjugal-visit/
http://www.redwap.me/videos/769033/ki-moan-ohs/
http://www.redwap.me/videos/768721/molly-catches-marie/
http://www.redwap.me/videos/768672/battle-royale/
http://www.redwap.me/videos/768564/sensual-seduction/
http://www.redwap.me/videos/765780/the-next-morning-scene-2/
http://www.redwap.me/videos/766375/daring-dames/
http://www.redwap.me/videos/767152/yoga-brings-you-closer/
http://www.redwap.me/videos/764401/tiny-blonde-in-fishnets/
http://www.redwap.me/videos/765807/mediating-threesome/
http://www.redwap.me/videos/771197/blonde-hottie-with-a-tight-butt-ask-for-trouble/
http://www.redwap.me/videos/771068/slutty-chick-riding-stick-in-public-for-money/
http://www.redwap.me/videos/770867/gorgeous-latina-teen-stopping-by/
http://www.redwap.me/videos/771213/cute-teen-devours-married-dick/
http://www.redwap.me/videos/765616/cheaters-keepers/
http://www.redwap.me/videos/771306/unloading-all-over-her-sweet-body/
http://www.redwap.me/videos/765741/the-butt-plug-burglar/
http://www.redwap.me/videos/766666/horny-for-that-hot-dick/
http://www.redwap.me/videos/771163/lucky-fan-gets-his-favorite-pornstars-ride-his-cock/
http://www.redwap.me/videos/771499/threeway-with-my-step-brother/
http://www.redwap.me/videos/766277/late-for-his-date/
http://www.redwap.me/videos/765664/fuck-your-budget/
http://www.redwap.me/videos/763836/horny-vs-homebody/
http://www.redwap.me/videos/765583/prom-queen-pussy/
http://www.redwap.me/videos/765974/taking-her-before-the-prom/
http://www.redwap.me/videos/768290/maid-raid/
http://www.redwap.me/videos/766861/serving-a-dad-and-his-daughter/
http://www.redwap.me/videos/766880/assage-the-lela-star-method/
http://www.redwap.me/videos/767846/all-dolled-up-gonzo-edition/
http://www.redwap.me/videos/766147/an-immersive-story/
http://www.redwap.me/videos/766343/had-some-fun-gotta-run/
http://www.redwap.me/videos/765293/new-cock-smell/
http://www.redwap.me/videos/768385/suck-slut/
http://www.redwap.me/videos/764115/gym-prankers/
http://www.redwap.me/videos/766371/getaway-driver/
http://www.redwap.me/videos/765862/in-her-peace/
http://www.redwap.me/videos/767264/stranded-in-my-feelings/
http://www.redwap.me/videos/765957/bj-for-the-dj/
http://www.redwap.me/videos/771236/roommate-desperately-need-a-cock/
http://www.redwap.me/videos/770199/jenna-loves-big-dick/
http://www.redwap.me/videos/768750/taking-hot-yoga-to-a-new-level/
http://www.redwap.me/videos/765425/tongue-game/
http://www.redwap.me/videos/765904/just-like-my-big-sis/
http://www.redwap.me/videos/770883/please-fuck-me-for-my-vlog/
http://www.redwap.me/videos/769346/so-wrong-but-so-fucking-right/
http://www.redwap.me/videos/763545/bdsm-babe-abella-danger/
http://www.redwap.me/videos/768192/massage-training/
http://www.redwap.me/videos/768061/testing-her-concentration-3/

http://www.redwap.me/videos/766496/call-centre-cock/
http://www.redwap.me/videos/767931/food-for-thot/
http://www.redwap.me/videos/766351/dont-sweat-the-sweater/
http://www.redwap.me/videos/768416/wet-me-down/
http://www.redwap.me/videos/764247/the-finisher-a-dp-xxx-parody-episode-1/
http://www.redwap.me/videos/771156/steaming-for-threesome/
http://www.redwap.me/videos/765433/sex-with-lexxxus/
http://www.redwap.me/videos/768886/valentines-day-whorerror-story/
http://www.redwap.me/videos/768058/nailed-in-nylons/
http://www.redwap.me/videos/765260/everybody-loves-dolly/
http://www.redwap.me/videos/767989/preppies-in-pantyhose-part-3/
http://www.redwap.me/videos/766152/unboxing-a-big-cock/
http://www.redwap.me/videos/767580/the-exgirlfriend-episode-2/
http://www.redwap.me/videos/763704/making-her-drip/
http://www.redwap.me/videos/771470/strange-and-great-little-situation/
http://www.redwap.me/videos/772527/locker-room-licking/
http://www.redwap.me/videos/765655/soaking-wet-kitty/
http://www.redwap.me/videos/765331/anal-sex-education/
http://www.redwap.me/videos/765497/pleasuring-the-new-partner/
http://www.redwap.me/videos/765954/stepmoms-side-hustle/
http://www.redwap.me/videos/771505/tiny-slut-plays-like-a-pro/
http://www.redwap.me/videos/765284/self-defense-ass/
http://www.redwap.me/videos/767391/fuck-your-art/
http://www.redwap.me/videos/768239/tennis-t-a/
http://www.redwap.me/videos/768417/stripper-smokeshow/
http://www.redwap.me/videos/767661/stay-home-club/
http://www.redwap.me/videos/775889/gtl-gym-tits-and-licking/
http://www.redwap.me/videos/765988/underground-fuck-club/
http://www.redwap.me/videos/775888/meeting-his-horny-monster-a-xxx-parody/
http://www.redwap.me/videos/765660/sapphic-when-wet/
http://www.redwap.me/videos/766863/bossy-bitch/
http://www.redwap.me/videos/765757/tennis-titties/
http://www.redwap.me/videos/768442/stretched-to-the-limit/
http://www.redwap.me/videos/768988/cockring-toss/
http://www.redwap.me/videos/766605/get-off-your-ass-and-clean/
http://www.redwap.me/videos/766346/bedroom-burlesque/
http://www.redwap.me/videos/765342/class-jerk/
http://www.redwap.me/videos/769211/running-down-the-sheet/
http://www.redwap.me/videos/766817/angel-tits/
http://www.redwap.me/videos/767736/disco-fever/
http://www.redwap.me/videos/765900/pleasureville-a-dp-xxx-parody-episode-3/
http://www.redwap.me/videos/764101/liza-kolt-gets-cocked/
http://www.redwap.me/videos/768626/blue-jean-creamer/
http://www.redwap.me/videos/766580/she-needs-cash-and-loves-dick/
http://www.redwap.me/videos/765049/dont-breathe-just-fuck/
http://www.redwap.me/videos/767680/dance-with-me/
http://www.redwap.me/videos/767838/free-love/
http://www.redwap.me/videos/767224/give-me-some-sugar/
http://www.redwap.me/videos/764775/crazy-for-cosplay-episode-2/
http://www.redwap.me/videos/771209/dicking-down-my-loyal-girlfriend/
http://www.redwap.me/videos/768435/mc2ass/

http://www.redwap.me/videos/766110/buttpluggin-fun/
http://www.redwap.me/videos/771029/girlfriend-slit-hungry-for-juice/
http://www.redwap.me/videos/767230/high-class-ass/
http://www.redwap.me/videos/767724/sneaky-mom-3/
http://www.redwap.me/videos/767375/brazzers-house-3-unseen-moments/
http://www.redwap.me/videos/764803/lined-up-and-laid-out/
http://www.redwap.me/videos/763993/stage-stepmom/
http://www.redwap.me/videos/768188/unwrap-me/
http://www.redwap.me/videos/766672/emo-chick-needs-some-dick/
http://www.redwap.me/videos/767139/sweet-as-sugar-episode-2/
http://www.redwap.me/videos/771387/slutty-home/
http://www.redwap.me/videos/766766/finish-with-me/
http://www.redwap.me/videos/765748/learning-breaststroke/
http://www.redwap.me/videos/764977/heros-welcome/
http://www.redwap.me/videos/768298/shower-suction-and-fuck/
http://www.redwap.me/videos/768581/puddle-play/
http://www.redwap.me/videos/764082/sharing-the-shower/
http://www.redwap.me/videos/764464/cheating-with-her-bestie/
http://www.redwap.me/videos/768362/fap-from-the-past/
http://www.redwap.me/videos/767715/sneaky-customer/
http://www.redwap.me/videos/764418/my-best-fucking-friend/
http://www.redwap.me/videos/763473/does-this-make-my-booty-look-big/
http://www.redwap.me/videos/766026/hide-it-from-my-parents/
http://www.redwap.me/videos/771425/sweet-night-after-a-movie/
http://www.redwap.me/videos/767414/creampie-for-alaina/
http://www.redwap.me/videos/770864/taking-turn-on-neighbor/
http://www.redwap.me/videos/766249/new-to-the-neighborhood/
http://www.redwap.me/videos/766055/the-perfect-fit/
http://www.redwap.me/videos/768402/the-real-thing-tiffany-tatum/
http://www.redwap.me/videos/763958/plump-as-a-peach/
http://www.redwap.me/videos/764888/restraint/
http://www.redwap.me/videos/767531/the-go-getter/
http://www.redwap.me/videos/764731/the-boss-daughter/
http://www.redwap.me/videos/766835/zz-marathon-of-hump/
http://www.redwap.me/videos/765420/fix-your-fucking-marriage/
http://www.redwap.me/videos/766713/biker-girl/
http://www.redwap.me/videos/764678/side-of-the-road-shag/
http://www.redwap.me/videos/765641/welcum-to-the-neighborhood/
http://www.redwap.me/videos/766001/cumpany-lunch/
http://www.redwap.me/videos/768447/taking-a-different-route/
http://www.redwap.me/videos/766061/horny-gamer-chicks/
http://www.redwap.me/videos/768475/robbing-momma/
http://www.redwap.me/videos/768949/bedside-manner/
http://www.redwap.me/videos/767925/undercover-sexposed/
http://www.redwap.me/videos/764614/spinner-gets-drilled-hard/
http://www.redwap.me/videos/767828/downward-doggy-style/
http://www.redwap.me/videos/764440/undercover-rub-n-tug/
http://www.redwap.me/videos/766317/pump-her-rump/
http://www.redwap.me/videos/765922/getting-a-head/
http://www.redwap.me/videos/767711/leather-lust/
http://www.redwap.me/videos/763917/tickled-titties/

http://www.redwap.me/videos/771473/horny-slut-got-her-deepest-fantasy-fulfilled/
http://www.redwap.me/videos/766690/good-looking-tits/
http://www.redwap.me/videos/767861/what-girls-do-in-the-bathroom/
http://www.redwap.me/videos/768515/breaking-her-out/
http://www.redwap.me/videos/768311/elsa-likes-them-older/
http://www.redwap.me/videos/766109/cushion-for-the-pushin/
http://www.redwap.me/videos/771471/beautiful-nerdy-looking-for-a-hard-cock/
http://www.redwap.me/videos/766592/stress-test-sex/
http://www.redwap.me/videos/767912/under-the-table-2/
http://www.redwap.me/videos/765966/all-in/
http://www.redwap.me/videos/767735/glass-ass/
http://www.redwap.me/videos/771299/melting-the-snow-with-her-warm-holes/
http://www.redwap.me/videos/766066/feeling-blue-balls/
http://www.redwap.me/videos/768874/boning-the-bad-boyfriend/
http://www.redwap.me/videos/768795/balcony-bounce/
http://www.redwap.me/videos/767658/soaked-in-stockings/
http://www.redwap.me/videos/764909/1-800-phone-sex-line-10/
http://www.redwap.me/videos/771233/when-dick-at-home-is-not-enough/
http://www.redwap.me/videos/767807/jizz-quiz/
http://www.redwap.me/videos/768424/fore-whore/
http://www.redwap.me/videos/767525/promotion-or-pussy/
http://www.redwap.me/videos/767577/touch-my-body-challenge-hannah-hays/
http://www.redwap.me/videos/769004/dishing-out-some-pleasure/
http://www.redwap.me/videos/767816/jogging-neighbor-loves-dick/
http://www.redwap.me/videos/425320/girls-night/
http://www.redwap.me/videos/770874/cutie-flaunts-her-smoking-hot-body/
http://www.redwap.me/videos/768953/hardcore-sex-showdown-part-2/
http://www.redwap.me/videos/764210/wet-in-net/
http://www.redwap.me/videos/768676/busting-a-nut-in-the-bride/
http://www.redwap.me/videos/769018/from-one-college-chick-to-another/
http://www.redwap.me/videos/111039/hd-pov-hot-slutty-blonde-with-big-tits-wants-to-fuck/
http://www.redwap.me/videos/769213/brazzibots-part-2/
http://www.redwap.me/videos/767892/screw-safety/
http://www.redwap.me/videos/769094/booty-pop/
http://www.redwap.me/videos/766920/i-think-i-heard-something/
http://www.redwap.me/videos/767780/juicy-jigglers/
http://www.redwap.me/videos/769379/twistys-spring-break-part-2/
http://www.redwap.me/videos/769041/killer-wives-episode-3/
http://www.redwap.me/videos/767897/bdsm-confidential/
http://www.redwap.me/videos/768111/night-of-reckoning-episode-2/
http://www.redwap.me/videos/769068/affirmation-to-tit-formation/
http://www.redwap.me/videos/766645/curious-kylie-part-1/
http://www.redwap.me/videos/768671/my-secret-latina/
http://www.redwap.me/videos/766401/double-date-angela-allison-coco-demal/
http://www.redwap.me/videos/768932/titillating-treachery/
http://www.redwap.me/videos/772525/caught-on-the-cam/
http://www.redwap.me/videos/772894/fuck-forever-scene-4/
http://www.redwap.me/videos/355061/czech-slut-loves-money/
http://www.redwap.me/videos/767875/fucking-pay-up/
http://www.redwap.me/videos/769010/giving-him-the-talk/
http://www.redwap.me/videos/769098/you-can-fuck-my-ass-sir/

http://www.redwap.me/videos/767637/let-me-make-you-melt/
http://www.redwap.me/videos/768854/dressed-up-to-fuck/
http://www.redwap.me/videos/435113/asian-hottie-ryu-enami-got-her-hairy-snatch-slammed-hard/
http://www.redwap.me/videos/763771/secretly-rubbed-in-the-hot-tub/
http://www.redwap.me/videos/767940/ho-in-the-china-shop/
http://www.redwap.me/videos/766727/feel-the-burn/
http://www.redwap.me/videos/764812/mounted-by-my-motherinlaw/
http://www.redwap.me/videos/769262/the-milf-and-the-manny/
http://www.redwap.me/videos/771419/fun-between-roommates/
http://www.redwap.me/videos/766630/social-proof/
http://www.redwap.me/videos/775448/the-silent-caller-episode-3/
http://www.redwap.me/videos/771088/anal-sport-for-novice-schoolgirls/
http://www.redwap.me/videos/768580/moms-home-gym/
http://www.redwap.me/videos/766575/sapphic-spa-day/
http://www.redwap.me/videos/764507/sex-doll/
http://www.redwap.me/videos/771286/wild-thirsty-hitchhiker/
http://www.redwap.me/videos/767820/you-have-to-go-through-me-first/
http://www.redwap.me/videos/768521/testing-out-the-skills/
http://www.redwap.me/videos/766393/kinky-sofi/
http://www.redwap.me/videos/768742/brazilian-beauty-tries-anal/
http://www.redwap.me/videos/766442/pornisity/
http://www.redwap.me/videos/770188/the-silent-caller-episode-2/
http://www.redwap.me/videos/768839/what-is-in-your-luggage/
http://www.redwap.me/videos/764588/bodacious-boxer/
http://www.redwap.me/videos/765107/alinas-acroyoga-sex/
http://www.redwap.me/videos/354149/railing-russian-sluts/
http://www.redwap.me/videos/765857/naked-teen-temptress/
http://www.redwap.me/videos/763068/a-madison-massage/
http://www.redwap.me/videos/765464/deep-dive/
http://www.redwap.me/videos/766313/teen-dirty-talking/
http://www.redwap.me/videos/252005/luscious-lips-colliding-with-erotic-passion/
http://www.redwap.me/videos/354453/feeling-good-after-a-hot-anal-sex/
http://www.redwap.me/videos/766547/shower-sneak/
http://www.redwap.me/videos/763249/morning-glow/
http://www.redwap.me/videos/768321/in-sync/
http://www.redwap.me/videos/219001/busty-mature-licked-by-lesbian-teen/
http://www.redwap.me/videos/765722/dragon-queen-cosplay/
http://www.redwap.me/videos/765628/take-it-all/
http://www.redwap.me/videos/766182/mystery-massage/
http://www.redwap.me/videos/765996/bicycle-boning/
http://www.redwap.me/videos/766646/kali-wants-his-attention/
http://www.redwap.me/videos/767200/creeping-in-for-rent/
http://www.redwap.me/videos/765328/poolside-peeking/
http://www.redwap.me/videos/768343/nicolette-saves-the-world-part-2/
http://www.redwap.me/videos/765952/sugar-rush/
http://www.redwap.me/videos/768995/rentapornstar-the-wedding-planner-part-2/
http://www.redwap.me/videos/766484/competitive-casting/
http://www.redwap.me/videos/331628/thick-and-ready-to-ride/
http://www.redwap.me/videos/767006/behavior-modification/
http://www.redwap.me/videos/766474/silhouette-slam/
http://www.redwap.me/videos/768022/finishing-school-for-the-sexually-depraved/

http://www.redwap.me/videos/765977/flower-fucking/
http://www.redwap.me/videos/766204/all-about-aubrey/
http://www.redwap.me/videos/765715/dominant-desires/
http://www.redwap.me/videos/767655/scavenger-hump/
http://www.redwap.me/videos/769218/garden-salad/
http://www.redwap.me/videos/764887/a-heat-stroke-of-good-luck/
http://www.redwap.me/videos/766269/rude-awakening/
http://www.redwap.me/videos/768314/they-feel-real-to-me/
http://www.redwap.me/videos/766511/pta/
http://www.redwap.me/videos/766300/knowing-skylar/
http://www.redwap.me/videos/765924/fucking-like-frenemies-part-2/
http://www.redwap.me/videos/775887/runway-booty/
http://www.redwap.me/videos/763355/hidden-agenda/
http://www.redwap.me/videos/766320/beautiful-jugs/
http://www.redwap.me/videos/764950/milf-railed-at-the-station/
http://www.redwap.me/videos/769386/cut-them-free/
http://www.redwap.me/videos/766691/threesome-with-harmony/
http://www.redwap.me/videos/766885/your-day-with-kimmy-granger/
http://www.redwap.me/videos/765909/cleanup-in-aisle-69/
http://www.redwap.me/videos/766705/lovely-lucia/
http://www.redwap.me/videos/766360/secret-feetish/
http://www.redwap.me/videos/765619/daytime-domme/
http://www.redwap.me/videos/766197/pants-prank-gone-wrong/
http://www.redwap.me/videos/765405/ebony-chick-gets-a-sneaky-dick/
http://www.redwap.me/videos/763331/roadside-footjob/
http://www.redwap.me/videos/766486/sleepover-seduction/
http://www.redwap.me/videos/765767/low-ride-her/
http://www.redwap.me/videos/766002/super-soak-her/
http://www.redwap.me/videos/766619/rk-pop/
http://www.redwap.me/videos/763851/a-package-deal/
http://www.redwap.me/videos/763667/eastern-euro-anal-orgy/
http://www.redwap.me/videos/765030/squeegee-this/
http://www.redwap.me/videos/765701/depths-of-depravity/
http://www.redwap.me/videos/765730/pornstar-pr-crisis-management/
http://www.redwap.me/videos/764300/tiny-blonde-pussy-stretched-out/
http://www.redwap.me/videos/18363/this-party-is-filled-with-great-asses/
http://www.redwap.me/videos/779/18-year-old-rebel-anastasia-morna/
http://www.redwap.me/videos/210856/american-babe-banged-in-british-fake-taxi/
http://www.redwap.me/videos/765034/sexercise-slut/
http://www.redwap.me/videos/766586/afternoon-delight/
http://www.redwap.me/videos/766513/stretching-is-important/
http://www.redwap.me/videos/766408/pretty-paisley/
http://www.redwap.me/videos/763484/tiny-redhead-takes-dick-in-park/
http://www.redwap.me/videos/765671/bottle-service-sluts/
http://www.redwap.me/videos/354162/perfect-poolside-anal/
http://www.redwap.me/videos/766676/milf-catches-the-hunters/
http://www.redwap.me/videos/768211/my-gorgeous-roommates-laundry-day/
http://www.redwap.me/videos/772522/huff-puff-and-blow/
http://www.redwap.me/videos/430490/hardcore-request/
http://www.redwap.me/videos/766944/car-washing-hottie/
http://www.redwap.me/videos/258156/sexy-girlfriend-spends-time-with-a-huge-dick/

http://www.redwap.me/videos/63660/fuck-me-in-the-ass-and-cum-on-it/
http://www.redwap.me/videos/890/group-sex-with-our-history-teacher/
http://www.redwap.me/videos/184084/stunning-blonde-babe-mia-malkova-gets-fucked-and-cummed-on/
http://www.redwap.me/videos/16815/great-asses-and-some-beautiful-bodies/
http://www.redwap.me/videos/413508/manhandling-martini/
http://www.redwap.me/videos/353693/vixin-vixen/
http://www.redwap.me/videos/266978/shameless-slutty-moms-and-teens-bangs-hard-on-fat-cock/
http://www.redwap.me/videos/430086/a-milf-this-dirty/
http://www.redwap.me/videos/392764/huge-naturals-blonde-interupts-bf-studying/
http://www.redwap.me/videos/94213/spending-the-rest-of-the-day-naked/
http://www.redwap.me/videos/301325/busty-babe-banging/
http://www.redwap.me/videos/133990/suffocating-her-openings-with-big-cocks/
http://www.redwap.me/videos/355060/poolside-bj/
http://www.redwap.me/videos/771283/the-cunning-step-mother/
http://www.redwap.me/videos/79/a-study-group/
http://www.redwap.me/videos/369433/find-out-how-bonks/
http://www.redwap.me/videos/34769/single-college-students-having-sex/
http://www.redwap.me/videos/231727/busty-tattooed-hungarian-babe-fucks/
http://www.redwap.me/videos/104289/blonde-babe-fingeres-her-oiled-masseuse/
http://www.redwap.me/videos/33859/blonde-milf-laura-sliding-on-a-cock/
http://www.redwap.me/videos/388368/short-haired-babe-gets-distracted-by-her-lover/
http://www.redwap.me/videos/19209/stretching-out/
http://www.redwap.me/videos/133417/lets-go-inside-and-create-a-memory/
http://www.redwap.me/videos/414496/mommy-walks-in-on-stepson-jerking-off-and-gives-him-a-hand/
http://www.redwap.me/videos/412754/kiley-gets-seduced-by-her-curvy-milf-photographer/
http://www.redwap.me/videos/405465/aint-too-big/
http://www.redwap.me/videos/764629/lumberjack-off/
http://www.redwap.me/videos/424459/horny-asian-milf-gets-her-pussy-filled-with-cream/
http://www.redwap.me/videos/384648/hungriest-euro-sluts/
http://www.redwap.me/videos/423584/randy-witch-summons-a-mighty-cock-with-magic/
http://www.redwap.me/videos/769034/delicious-denise/
http://www.redwap.me/videos/426688/sonya-is-the-sluttobe-of-the-day/
http://www.redwap.me/videos/38196/teeny-wants-to-ride-a-rocket/
http://www.redwap.me/videos/271125/loving-partners-engaged-in-hardcore-sex/
http://www.redwap.me/videos/355156/triple-wet/
http://www.redwap.me/videos/765917/help-im-addickted-to-cock/
http://www.redwap.me/videos/769357/lessons-in-public-pickups/
http://www.redwap.me/videos/113525/sweet-hardcore-foursome-scene-with-petite-and-naughty-babes/
http://www.redwap.me/videos/4285/18-year-old-giselle-gets-fucked-in-doggy-style/
http://www.redwap.me/videos/805/having-sex-with-two-of-her-brightest-students/
http://www.redwap.me/videos/418966/busty-latina-teaches-jmac-how-to-fill-taco-shells/
http://www.redwap.me/videos/426239/thick-bitch-romi-rain-flashes-the-wrong-guy/
http://www.redwap.me/videos/266251/a-heroe-banging-a-villain/
http://www.redwap.me/videos/404410/cute-kinky-cheater-gives-it-all-to-the-first-stranger/
http://www.redwap.me/videos/769162/a-feminine-touch/
http://www.redwap.me/videos/767615/fuck-fashion/
http://www.redwap.me/videos/766982/tapas-that-ass/
http://www.redwap.me/videos/111395/big-titted-blonde-babe-riley-steele-in-a-spectacular-scene/
http://www.redwap.me/videos/468031/three-ghetto-booties-beauty-dior-cherokee-d-ass-and-skyy-black-sharing-one-bbc/
http://www.redwap.me/videos/429852/makin-a-sammich/

http://www.redwap.me/videos/387267/czech-goddesses-jump-on-each-other-feeling-men-unworthy-to-pleasure-them/
http://www.redwap.me/videos/445527/experienced-asian-gal-blows-and-rides-dick-on-massage-table/
http://www.redwap.me/videos/765902/pussy-pong/
http://www.redwap.me/videos/354952/the-hot-the-nice-and-the-horny/
http://www.redwap.me/videos/767924/wanted-fucked-or-alive-part-1/
http://www.redwap.me/videos/768418/maid-for-anal-2/
http://www.redwap.me/videos/771089/the-champs-of-stroke/
http://www.redwap.me/videos/769297/bathroom-in-black/
http://www.redwap.me/videos/65955/getting-into-the-industry/
http://www.redwap.me/videos/765437/model-misbehavior/
http://www.redwap.me/videos/765970/shower-intruder/
http://www.redwap.me/videos/763160/so-busted/
http://www.redwap.me/videos/765995/slutty-selvaggia/
http://www.redwap.me/videos/769829/blowjob-pov/
http://www.redwap.me/videos/767590/going-down/
http://www.redwap.me/videos/248196/hot-busty-babes-engage-din-erotic-party-sex/
http://www.redwap.me/videos/769067/leaving-her-baggage-behind/
http://www.redwap.me/videos/768527/the-dj-is-dtf/
http://www.redwap.me/videos/767545/dreaming-of-latinas/
http://www.redwap.me/videos/767625/sauna-seduction-liv-revamped/
http://www.redwap.me/videos/766821/drenched-and-dicked/
http://www.redwap.me/videos/770802/fuck-forever-scene-2/
http://www.redwap.me/videos/765819/kinky-nerd-wants-it-rough/
http://www.redwap.me/videos/768692/the-stepmom-of-your-dreams/
http://www.redwap.me/videos/768130/sun-kissed-curves/
http://www.redwap.me/videos/766398/paramedic-pussy/
http://www.redwap.me/videos/768329/workout-sex-club/
http://www.redwap.me/videos/768076/milf-on-the-prowl/
http://www.redwap.me/videos/767654/boxing-boning/
http://www.redwap.me/videos/767998/licking-in-lingerie/
http://www.redwap.me/videos/765446/bomb-ass-broad/
http://www.redwap.me/videos/768899/between-her-goalposts/
http://www.redwap.me/videos/767685/the-exgirlfriend-episode-3/
http://www.redwap.me/videos/764369/fuck-me-pay-me/
http://www.redwap.me/videos/766865/hard-en-garde/
http://www.redwap.me/videos/769126/cant-dickline-cash/
http://www.redwap.me/videos/766762/oktoberfucked/
http://www.redwap.me/videos/765518/checking-into-athena/
http://www.redwap.me/videos/768648/uninvited-part-3/
http://www.redwap.me/videos/767239/amateur-pov/
http://www.redwap.me/videos/769372/soccer-mom-rescue/
http://www.redwap.me/videos/765595/aspen-gets-her-wish/
http://www.redwap.me/videos/768631/squeaky-clean-and-ready-to-cum/
http://www.redwap.me/videos/768437/pictures-of-her/
http://www.redwap.me/videos/766707/the-geeks-a-freak/
http://www.redwap.me/videos/766737/squirting-luna-loves-anal/
http://www.redwap.me/videos/765247/brandis-boot-camp/
http://www.redwap.me/videos/768335/uninvited-part-1/
http://www.redwap.me/videos/767423/treasure-trail/
http://www.redwap.me/videos/767803/dance-for-me/

http://www.redwap.me/videos/771290/help-the-pipe-get-clogged/
http://www.redwap.me/videos/768101/body-blow-your-load/
http://www.redwap.me/videos/63398/ice-cream-truck/
http://www.redwap.me/videos/767470/shopping-spree-hoesiery/
http://www.redwap.me/videos/775186/absolutely-bootiful/
http://www.redwap.me/videos/766268/you-may-now-peg-the-bride/
http://www.redwap.me/videos/768904/tasting-ms-rainbow/
http://www.redwap.me/videos/766525/slutty-study-time/
http://www.redwap.me/videos/768176/cfnm-panty-fucker/
http://www.redwap.me/videos/768461/garden-milf/
http://www.redwap.me/videos/769084/wish-upon-a-dildo/
http://www.redwap.me/videos/766849/the-gang-makes-a-porno-a-dp-xxx-parody-episode-4/
http://www.redwap.me/videos/764709/my-stepmom-is-a-sex-fiend/
http://www.redwap.me/videos/766999/coaxing-a-cuntfession/
http://www.redwap.me/videos/765413/makeup-sexam/
http://www.redwap.me/videos/767635/hippie-hottie/
http://www.redwap.me/videos/769224/side-of-the-road-hoe/
http://www.redwap.me/videos/768479/the-prodigal-slut-returns/
http://www.redwap.me/videos/768386/teachers-pets/
http://www.redwap.me/videos/420578/pool-pounding/
http://www.redwap.me/videos/767245/smoking-hot-thots/
http://www.redwap.me/videos/413327/gorgeous-in-glasses/
http://www.redwap.me/videos/767697/group-rate-massage/
http://www.redwap.me/videos/766551/three-muffs-in-the-buff/
http://www.redwap.me/videos/179574/fucked-in-the-ass-by-a-stranger/
http://www.redwap.me/videos/767596/remote-control-her/
http://www.redwap.me/videos/763041/sibling-rivalry-3/
http://www.redwap.me/videos/404522/naughty-teen-doesnt-mind-fucking-next-to-dad/
http://www.redwap.me/videos/394113/harley-jade-in-sexy-black-lingerie/
http://www.redwap.me/videos/768539/bush-is-better/
http://www.redwap.me/videos/151175/applicant-gets-to-be-fucked-by-secretary/
http://www.redwap.me/videos/177743/samantha-licked-her-pussy-hard-until-madi-came-in-her-mouth/
http://www.redwap.me/videos/393833/tiny-black-teen-noemi-cant-get-enough-of-that-white-dick/
http://www.redwap.me/videos/6393/guilty-ass-charged/
http://www.redwap.me/videos/5784/havoc-with-her-dirty-experiments-again/
http://www.redwap.me/videos/266826/euro-cutie-with-hot-features-responds-to-a-nudity-survey/
http://www.redwap.me/videos/413646/pov-with-a-perfect-booty/
http://www.redwap.me/videos/3189/i-can-take-it-in-my-ass/
http://www.redwap.me/videos/443294/big-ass-hottie-has-hardcore-dick-riding-session-in-pov/
http://www.redwap.me/videos/765815/pleasureville-a-dp-xxx-parody-episode-2/
http://www.redwap.me/videos/160647/teen-with-glasses-nice-fucking-her-pussy-with-sex-toy/
http://www.redwap.me/videos/253883/pretty-playgirl-needs-pleasuring-for-her-vagina/
http://www.redwap.me/videos/414198/dress-to-impress/
http://www.redwap.me/videos/18157/party-asses-and-titties/
http://www.redwap.me/videos/353813/allnatural-and-wet/
http://www.redwap.me/videos/384501/screw-reading-lets-screw/
http://www.redwap.me/videos/420587/enticing-engagement/
http://www.redwap.me/videos/246937/stunning-females-please-themselves/
http://www.redwap.me/videos/430239/crazy-hot-amateur-slut/
http://www.redwap.me/videos/430978/in-for-a-show-tonight/
http://www.redwap.me/videos/2088/wake-bake-and-fuckin-shake/

http://www.redwap.me/videos/168562/stunning-lesbian-girlfriends-lesbos-sexy/
http://www.redwap.me/videos/365688/kiley-jay-returns-the-finger-fuck-favor/
http://www.redwap.me/videos/67216/amazing-black-big-natural-tits/
http://www.redwap.me/videos/248699/naughty-college-students-fuck-like-amateurs/
http://www.redwap.me/videos/422212/black-booty-banged/
http://www.redwap.me/videos/764852/go-team-go/
http://www.redwap.me/videos/202224/joy-takes-a-stiff-cock-in-her-hot-pussy/
http://www.redwap.me/videos/355076/better-than-car-washing/
http://www.redwap.me/videos/769063/separate-rooms-pt-1/
http://www.redwap.me/videos/775192/chloes-little-secret/
http://www.redwap.me/videos/764897/knotting-out-of-the-ordinary/
http://www.redwap.me/videos/423349/lea-lexis-teaches-the-young-couple-how-to-play/
http://www.redwap.me/videos/355197/classy-blonde-banged-outdoors/
http://www.redwap.me/videos/770928/warm-day-at-work/
http://www.redwap.me/videos/763005/cock-locked-up/
http://www.redwap.me/videos/276832/huge-tits-brunette-got-lesbian-massage/
http://www.redwap.me/videos/384401/steamy-lesbian-love/
http://www.redwap.me/videos/222419/oiled-babe-wanks-cock-to-masseur/
http://www.redwap.me/videos/439901/slutty-college-girls-have-an-orgy-party-in-dorm-room/
http://www.redwap.me/videos/766374/panty-perv/
http://www.redwap.me/videos/765960/swimsuit-issues/
http://www.redwap.me/videos/384439/her-mature-brazilian-ass/
http://www.redwap.me/videos/204946/fire-redhead-licked-and-fucked-till-creampie/
http://www.redwap.me/videos/330124/helpful-party-guests/
http://www.redwap.me/videos/133608/slowly-exploring-the-pleasure-of-sex/
http://www.redwap.me/videos/31609/jenna-cleans-the-floor-and-his-dick/
http://www.redwap.me/videos/415735/teen-gape-queen/
http://www.redwap.me/videos/147321/creamy-black-cunt/
http://www.redwap.me/videos/242090/blonde-female-agent-licks-pierced-model/
http://www.redwap.me/videos/764113/league-of-pornstars-a-xxx-parody/
http://www.redwap.me/videos/7115/a-blonde-spanish-speaking-asian-in-europe/
http://www.redwap.me/videos/768647/no-wanking/
http://www.redwap.me/videos/768507/handful-of-boob/
http://www.redwap.me/videos/765501/table-dhoe/
http://www.redwap.me/videos/413601/the-final-offer/
http://www.redwap.me/videos/384271/racy-return/
http://www.redwap.me/videos/113331/hot-and-horny-lesbians-in-sexy-stockings-licking-each-other/
http://www.redwap.me/videos/765648/stretching-out-bambi/
http://www.redwap.me/videos/766225/dreaming-of-creampie/
http://www.redwap.me/videos/764349/hurricane-adriana-floods-basement/
http://www.redwap.me/videos/767850/big-natural-nip-slips/
http://www.redwap.me/videos/766508/cheating-the-cheater/
http://www.redwap.me/videos/6386/busty-teen-getting-anal-training/
http://www.redwap.me/videos/766016/sleepover-cheat/
http://www.redwap.me/videos/768281/meat-and-greet/
http://www.redwap.me/videos/766659/beach-bum-babe/
http://www.redwap.me/videos/768656/spirit-bored/
http://www.redwap.me/videos/766951/thick-and-wet/
http://www.redwap.me/videos/765693/street-audition/
http://www.redwap.me/videos/270705/eat-your-girlfriend-well/
http://www.redwap.me/videos/34705/no-way-really-except/

http://www.redwap.me/videos/331719/artful-blowjob/
http://www.redwap.me/videos/113798/interracial-european-hardcore-massage/
http://www.redwap.me/videos/116350/hugged-lesbians-fingering-pussies/
http://www.redwap.me/videos/354933/lezleys-sexy-hijinks/
http://www.redwap.me/videos/111393/veronica-vain-gets-a-load-at-the-office-from-her-strict-boss/
http://www.redwap.me/videos/768979/cone-of-shamelessness/
http://www.redwap.me/videos/764046/the-bewitcher-a-dp-xxx-parody-episode-3/
http://www.redwap.me/videos/414896/melissa-is-moist/
http://www.redwap.me/videos/771421/found-the-magic-room/
http://www.redwap.me/videos/1128/lia-was-curiously-attracted-to-marks-mom/
http://www.redwap.me/videos/295/my-girls-naughty-girlfriend/
http://www.redwap.me/videos/424790/jenna-heals-rileys-broken-heart/
http://www.redwap.me/videos/66389/young-couple-fucking/
http://www.redwap.me/videos/11465/playing-with-her-amazing-tits/
http://www.redwap.me/videos/764890/crystal-beach-babe/
http://www.redwap.me/videos/129841/skinny-european-amateur-fucks-in-casting/
http://www.redwap.me/videos/141340/escape-from-mine-hot-outdoor-lovemaking-hd-clip/
http://www.redwap.me/videos/763865/getting-milf-handled/
http://www.redwap.me/videos/430855/bendy-blondie-banged/
http://www.redwap.me/videos/458279/bootylicious-ebony-whore-sinamen-gets-her-cunt-fucked-in-doggy-style/
http://www.redwap.me/videos/971/stylish-merkin/
http://www.redwap.me/videos/249151/flexible-latina-slut-exposes-her-twart-the-perfect-way/
http://www.redwap.me/videos/415286/a-naughty-bday-present/
http://www.redwap.me/videos/771508/bad-and-sexy-cop-on-bbc/
http://www.redwap.me/videos/423389/dream-girl-in-panties-gets-her-bubble-butt-smashed-hard/
http://www.redwap.me/videos/768388/constructive-slutty-behavior/
http://www.redwap.me/videos/417586/wetness-is-the-key/
http://www.redwap.me/videos/418388/she-knows-where-to-touch/
http://www.redwap.me/videos/421809/veronicas-jizzcovered-face/
http://www.redwap.me/videos/430487/double-whammy/
http://www.redwap.me/videos/413542/hits-the-spot/
http://www.redwap.me/videos/354075/sauna-seduction/
http://www.redwap.me/videos/357095/virgin-schoolgirls-deserve-anal-orgasm-too/
http://www.redwap.me/videos/768536/one-night-with-ms-paris/
http://www.redwap.me/videos/31557/jessis-really-into-foreplay/
http://www.redwap.me/videos/184786/hot-lesbians-oiling-in-massage-room/
http://www.redwap.me/videos/25141/one-for-the-hole/
http://www.redwap.me/videos/412922/happy-facial/
http://www.redwap.me/videos/19056/horny-girls-in-the-club/
http://www.redwap.me/videos/764232/how-to-lose-your-virginity-in-10-days/
http://www.redwap.me/videos/7141/these-girls-would-make-a-party-out-of-any-situation/
http://www.redwap.me/videos/762457/boys-are-moms-stress-relief/
http://www.redwap.me/videos/769129/whoring-out-the-red-carpet/
http://www.redwap.me/videos/11534/busty-babe-in-latex-getting-fucked/
http://www.redwap.me/videos/429869/rent-and-tight-pussies/
http://www.redwap.me/videos/301148/their-special-guest/
http://www.redwap.me/videos/362574/christen-courtneys-pussy-fuck-doggystyle-by-chad-rockwell/
http://www.redwap.me/videos/763690/lowkey-freak/
http://www.redwap.me/videos/132520/two-natural-titted-black-girls-share-a-big-cock/
http://www.redwap.me/videos/769020/rentapornstar-how-to-make-a-porno/
http://www.redwap.me/videos/354535/anal-with-teen-in-stockings-riding-on-top/

http://www.redwap.me/videos/35455/hot-tattoo-amateur-rides-a-cock-like-a-porn-star/
http://www.redwap.me/videos/257147/big-tits-babe-sinks-her-pussy-onto-hard-cock/
http://www.redwap.me/videos/274567/short-haired-czech-bangs-for-money/
http://www.redwap.me/videos/767337/trick-or-twat/
http://www.redwap.me/videos/2374/cassandras-horny-stepmom/
http://www.redwap.me/videos/763599/sneaky-apartment-pussy-pounding/
http://www.redwap.me/videos/765402/teen-temptress/
http://www.redwap.me/videos/325829/milf-taxidriver-lusts-for-her-passengers-dick/
http://www.redwap.me/videos/772734/the-butler-did-it/
http://www.redwap.me/videos/267750/stunning-russian-babe-in-a-seethrough-lingerie/
http://www.redwap.me/videos/414239/here-kitty/
http://www.redwap.me/videos/425397/unpredictable-halloween/
http://www.redwap.me/videos/412997/lifestyles-of-rich-and-famous/
http://www.redwap.me/videos/418876/anal-asana-with-adriana-chechik/
http://www.redwap.me/videos/413223/tiny-black-chick-and-a-bwc/
http://www.redwap.me/videos/766111/lapping-up-my-cumcicle/
http://www.redwap.me/videos/767830/honk-if-youre-fucking-horny/
http://www.redwap.me/videos/771401/stepsecret-to-keep-with-her-step-son/
http://www.redwap.me/videos/425726/teen-is-twisted/
http://www.redwap.me/videos/421757/anal-for-birthday/
http://www.redwap.me/videos/302081/rebound-fuck/
http://www.redwap.me/videos/768931/rentapornstar-the-wedding-planner-part-1/
http://www.redwap.me/videos/330419/teen-tasting-his-huge-dong/
http://www.redwap.me/videos/765792/summertime-and-the-livin-is-sleazy/
http://www.redwap.me/videos/766153/resistance-band-boning/
http://www.redwap.me/videos/767723/hot-tits-in-a-hot-tub/
http://www.redwap.me/videos/766512/football-fuckday/
http://www.redwap.me/videos/768322/bodyguard-bang/
http://www.redwap.me/videos/767621/classy-as-fuck/
http://www.redwap.me/videos/772736/perv-next-door/
http://www.redwap.me/videos/766625/models-day-out/
http://www.redwap.me/videos/157744/leche-69-blonde-beauty-anal-teen/
http://www.redwap.me/videos/767530/wetter-melons/
http://www.redwap.me/videos/330219/pounding-the-puta/
http://www.redwap.me/videos/415693/jillians-juicy-bj/
http://www.redwap.me/videos/384879/facial-for-a-curvy-brunette/
http://www.redwap.me/videos/414009/moans-and-screams/
http://www.redwap.me/videos/775081/banging-beats/
http://www.redwap.me/videos/388370/sensual-massage-turns-into-tantric-sex-with-explosive-orgasm/
http://www.redwap.me/videos/385021/revenge-dicking/
http://www.redwap.me/videos/416916/tanned-sweaty-and-banged/
http://www.redwap.me/videos/2678/the-economics-of-modeling/
http://www.redwap.me/videos/415355/in-for-a-show/
http://www.redwap.me/videos/175544/anna-rosa-wanted-an-afternoon-of-sweet-and-sensual-sex/
http://www.redwap.me/videos/764718/yoni-yogi/
http://www.redwap.me/videos/308458/romantic-evening-fueled-with-passion/
http://www.redwap.me/videos/413273/dangerous-passion/
http://www.redwap.me/videos/196312/sexy-blonde-aganet-bangs-stud-in-casting/
http://www.redwap.me/videos/14249/she-took-her-job-to-find-horny-dicks/
http://www.redwap.me/videos/764036/freaky-foreigner/
http://www.redwap.me/videos/766841/tiny-teen-drools-for-huge-cock/

http://www.redwap.me/videos/414981/all-about-money/
http://www.redwap.me/videos/134494/shy-lesbo-finally-admits-it-was-pleasurable/
http://www.redwap.me/videos/768993/getting-lucky-at-the-yard-sale/
http://www.redwap.me/videos/387662/lusty-layla-railed/
http://www.redwap.me/videos/354808/watching-her-fuck/
http://www.redwap.me/videos/420141/redhead-fucked-sideways/
http://www.redwap.me/videos/4200/fucking-kate-and-her-cute-friend/
http://www.redwap.me/videos/33862/my-boyfriend-recorded-me/
http://www.redwap.me/videos/353636/europes-finest/
http://www.redwap.me/videos/288981/reality-kings-cute-brunette-teen-loves-sucking-c/
http://www.redwap.me/videos/769311/taped-up-hottie/
http://www.redwap.me/videos/771410/rare-orgasmic-view/
http://www.redwap.me/videos/415586/tanning-bed-banging/
http://www.redwap.me/videos/405458/girls-about-to-get-wild/
http://www.redwap.me/videos/768370/moving-out-part-2/
http://www.redwap.me/videos/211371/horny-stud-bangs-female-agent-in-casting/
http://www.redwap.me/videos/3986/proper-relationship/
http://www.redwap.me/videos/415618/gfs-leaking-pussy/
http://www.redwap.me/videos/394804/bathing-with-a-steamy-ginger-gf/
http://www.redwap.me/videos/272148/appetizing-brunette-drilled-handsomely-on-couch/
http://www.redwap.me/videos/769374/inflatable-room/
http://www.redwap.me/videos/419637/two-milfs-learn-the-importance-of-sharing-on-thanksgiving/
http://www.redwap.me/videos/20017/roommates/
http://www.redwap.me/videos/764916/delivery-girl-part-3/
http://www.redwap.me/videos/132626/sara-getting-some-soccer-practice/
http://www.redwap.me/videos/38326/meddling-kids/
http://www.redwap.me/videos/246809/sexy-babe-shows-off-her-fit-body/
http://www.redwap.me/videos/399511/regular-freak/
http://www.redwap.me/videos/769109/skater-slut/
http://www.redwap.me/videos/4833/natural-big-titties/
http://www.redwap.me/videos/770250/power-outage-daphne-dare/
http://www.redwap.me/videos/293548/teen-beauty-bj-and-swallowing/
http://www.redwap.me/videos/767442/highlighting-her-curves/
http://www.redwap.me/videos/765070/viva-valentina/
http://www.redwap.me/videos/763964/wettest-workout-4/
http://www.redwap.me/videos/399292/horny-teen-suck-and-ride-a-hard-cock-on-webcam/
http://www.redwap.me/videos/414769/thick-as-fuck/
http://www.redwap.me/videos/266928/passionate-lesbian-allure/
http://www.redwap.me/videos/765259/two-cocks-for-ms-tequila/
http://www.redwap.me/videos/191365/muscled-stud-loosing-erection-during-casting/
http://www.redwap.me/videos/4327/a-spanish-blonde-asian-paying-the-rent-with-pussy/
http://www.redwap.me/videos/768666/uninvited-part-4/
http://www.redwap.me/videos/766611/ribbon-fucking/
http://www.redwap.me/videos/248521/busty-brazilian-completely-fucks-a-fat-cock/
http://www.redwap.me/videos/123317/me-in-my-dorm-super-sweet-natural-titted-teen/
http://www.redwap.me/videos/767218/nip-slip-payday/
http://www.redwap.me/videos/414059/face-full-o-cum/
http://www.redwap.me/videos/425698/saucy-slutty-sasha/
http://www.redwap.me/videos/257159/horny-babe-penetrated-hard-with-fat-black-dick/
http://www.redwap.me/videos/763777/here-for-oral-support/
http://www.redwap.me/videos/766024/anal-apocalypse/

http://www.redwap.me/videos/398944/cock-craving-slut-tiffany-doll-cum-with-sextoys/
http://www.redwap.me/videos/330085/big-tits-pov-slut/
http://www.redwap.me/videos/417409/different-kind-of-a-snack/
http://www.redwap.me/videos/302094/perfect-pair/
http://www.redwap.me/videos/767216/perfectly-busty-in-pink/
http://www.redwap.me/videos/369633/marc-rose-fucks-tina-kays-pussy-hard-doggystyle/
http://www.redwap.me/videos/422705/kinky-crissy-the-cockrider/
http://www.redwap.me/videos/277344/the-step-mom-huge-tits/
http://www.redwap.me/videos/764031/i-had-no-idea/
http://www.redwap.me/videos/769121/flexing-that-ass/
http://www.redwap.me/videos/767028/the-naughty-nanny-part-2/
http://www.redwap.me/videos/134598/anal-fucked-russian-girl-and-squirt/
http://www.redwap.me/videos/7646/bigger-and-better-tits/
http://www.redwap.me/videos/273583/petite-brunette-anal-fucking-in-fake-cab/
http://www.redwap.me/videos/7503/playing-for-pay/
http://www.redwap.me/videos/354580/going-even-deeper/
http://www.redwap.me/videos/33228/beautiful-babe-rubs-her-clit-with-cock-in-her-ass/
http://www.redwap.me/videos/25307/nurse-with-a-flat-stomach/
http://www.redwap.me/videos/766305/color-between-the-lines/
http://www.redwap.me/videos/18208/skinny-tanned-latina-sofia-rivera/
http://www.redwap.me/videos/297001/together-they-started-feverishly-tribbing/
http://www.redwap.me/videos/6920/natural-titted-girls-share-a-cock/
http://www.redwap.me/videos/420280/pool-means-pounding/
http://www.redwap.me/videos/766780/what-to-wear/
http://www.redwap.me/videos/770638/lets-not-tell-my-mom/
http://www.redwap.me/videos/355048/choked-and-poked/
http://www.redwap.me/videos/186039/ill-be-your-naughty-girl/
http://www.redwap.me/videos/765474/meet-the-fuckers-episode-4/
http://www.redwap.me/videos/263122/my-wife-is-going-to-kill-me-boss/
http://www.redwap.me/videos/425537/taking-it-deep/
http://www.redwap.me/videos/18395/bossy-big-breast/
http://www.redwap.me/videos/419389/welcoming-neighbors/
http://www.redwap.me/videos/94938/taking-a-shower-before-fucking/
http://www.redwap.me/videos/3996/cute-skinny-teen-chloe/
http://www.redwap.me/videos/301954/standing-doggy-fuck/
http://www.redwap.me/videos/30638/cummed-on-her-cheeks/
http://www.redwap.me/videos/16766/fresh-meat-katy-rose/
http://www.redwap.me/videos/417341/bringing-her-friend/
http://www.redwap.me/videos/175854/shaved-pussy-closeup-fuck/
http://www.redwap.me/videos/767569/take-a-seat-on-my-dick-2/
http://www.redwap.me/videos/389950/playing-with-these-beautiful-tits/
http://www.redwap.me/videos/417672/animalistic-outdoors-fucking/
http://www.redwap.me/videos/176351/horny-lesbian-babes-couch-quicky/
http://www.redwap.me/videos/301184/massaging-the-glutes/
http://www.redwap.me/videos/388332/all-natural-beauty/
http://www.redwap.me/videos/413627/happy-bday-to-your-pussy/
http://www.redwap.me/videos/244633/dude-fucks-best-friends-mom/
http://www.redwap.me/videos/420637/twice-in-a-row/
http://www.redwap.me/videos/7280/soccer-milf-sophia-bella/
http://www.redwap.me/videos/429907/sweet-slit/
http://www.redwap.me/videos/59386/anal-the-whole-day/

http://www.redwap.me/videos/301409/heat-of-the-moment/
http://www.redwap.me/videos/415459/mommys-revenge/
http://www.redwap.me/videos/354358/top-notch-blowing-skills-of-a-brazilian-girl/
http://www.redwap.me/videos/330087/hottest-fucking-milf-ever/
http://www.redwap.me/videos/238865/cum-load-on-white-booty/
http://www.redwap.me/videos/762999/katrina-pays-her-rent/
http://www.redwap.me/videos/265086/masseur-got-oiled-shaved-pussy/
http://www.redwap.me/videos/18543/ex-girlfriend-with-a-ripe-booty-sucking-my-fat-cock/
http://www.redwap.me/videos/260933/busty-brit-lady-bangs-in-fake-taxi/
http://www.redwap.me/videos/21428/busty-blonde-does-anal/
http://www.redwap.me/videos/94590/playing-with-a-sports-milf/
http://www.redwap.me/videos/440258/passionate-morning-lesbian-3some/
http://www.redwap.me/videos/395067/curvaceous-ginger-babe-skyla-is-supernaturally-hot/
http://www.redwap.me/videos/765706/the-shoplicker/
http://www.redwap.me/videos/248938/slutty-babes-aroused-by-the-scent-of-money/
http://www.redwap.me/videos/3077/busty-girlfriend/
http://www.redwap.me/videos/359107/finishing-the-job/
http://www.redwap.me/videos/764167/world-class-ass/
http://www.redwap.me/videos/384454/what-a-vixen/
http://www.redwap.me/videos/765794/escrewed/
http://www.redwap.me/videos/300457/teen-anya-fucks-with-rich-moron/
http://www.redwap.me/videos/766641/massaging-the-milf/
http://www.redwap.me/videos/2744/fuck-your-job/
http://www.redwap.me/videos/764858/just-to-be-clear/
http://www.redwap.me/videos/764531/sucking-balls-at-table-tennis/
http://www.redwap.me/videos/363454/nubile-nerd-learns-about-dicks-with-two-of-the-kind-in-the-shower/
http://www.redwap.me/videos/435153/two-sexy-sluts-have-pov-group-sex-and-get-facialized/
http://www.redwap.me/videos/417069/rub-one-out/
http://www.redwap.me/videos/768332/shes-trying-to-get-ready/
http://www.redwap.me/videos/768227/booty-hunt/
http://www.redwap.me/videos/404762/no-panties-bj/
http://www.redwap.me/videos/120911/glamourous-lesbo-rubdown-with-oiled-up-beauties/
http://www.redwap.me/videos/414240/curvy-redhead-babe-lauren-phillips-gets-her-cunt-smashed-in-the-shower/
http://www.redwap.me/videos/430797/white-load-for-a-black-slut/
http://www.redwap.me/videos/404373/horny-natural-stunner-gets-a-pov-dick/
http://www.redwap.me/videos/768860/sneaky-starlet/
http://www.redwap.me/videos/763277/blonde-threesome-competition/
http://www.redwap.me/videos/768557/pilates-for-hotties/
http://www.redwap.me/videos/417526/quinn-of-gagging/
http://www.redwap.me/videos/268540/amusing-horny-babe-rides-hard-on-huge-cock/
http://www.redwap.me/videos/287694/busty-mckenzie-touches-her-pussy-and-takes-a-dick-in-her-ass/
http://www.redwap.me/videos/392643/busty-vixen-anissa-kate-loves-getting-down-and-dirty-while-she-cleans/
http://www.redwap.me/videos/772731/mother-tongue-tease/
http://www.redwap.me/videos/405949/interracial-on-a-bed/
http://www.redwap.me/videos/768055/slutty-sex-ed-teachers/
http://www.redwap.me/videos/765746/lets-get-physical/
http://www.redwap.me/videos/768885/right-gift-wrong-girl/
http://www.redwap.me/videos/763069/mary-the-hot-maid/
http://www.redwap.me/videos/772528/the-package/
http://www.redwap.me/videos/763601/thick-and-fine/

http://www.redwap.me/videos/768249/girls-girls-girls/
http://www.redwap.me/videos/766070/busty-bookworm/
http://www.redwap.me/videos/246805/gorgeous-female-seeks-to-please-her-body/
http://www.redwap.me/videos/764685/youve-changed-part-1/
http://www.redwap.me/videos/767077/the-spit-shine-slut/
http://www.redwap.me/videos/769296/bounce-into-spring-break/
http://www.redwap.me/videos/431085/the-sexiest-shoes/
http://www.redwap.me/videos/425331/milfs-water-sports/
http://www.redwap.me/videos/1020/i-like-her-tits-amazing/
http://www.redwap.me/videos/405390/steamy-shower-for-two/
http://www.redwap.me/videos/417088/tiny-deepthroat-aficionado/
http://www.redwap.me/videos/413502/cockriding-blonde/
http://www.redwap.me/videos/769797/bed-breakfast-and-kali/
http://www.redwap.me/videos/353914/real-girls-genuine-passion/
http://www.redwap.me/videos/439886/phat-ass-brunette-milf-got-her-hairy-pussy-drilled-hard/
http://www.redwap.me/videos/405563/high-class-whore/
http://www.redwap.me/videos/898/love-lessons/
http://www.redwap.me/videos/765720/disobeying-the-mistress/
http://www.redwap.me/videos/4493/young-big-natural-tits-perfect-tits/
http://www.redwap.me/videos/416177/enthralling-latina-girlfriend-has-wild-fuck-session-with-her-boyfriend/
http://www.redwap.me/videos/354842/dressing-room-madness/
http://www.redwap.me/videos/356012/teen-brat-is-punished-to-devour-hairy-milf-cunt/
http://www.redwap.me/videos/6841/ladies-party-in-the-vip/
http://www.redwap.me/videos/413207/stepdaddys-little-whore/
http://www.redwap.me/videos/302108/camerashy-teen-exposed/
http://www.redwap.me/videos/765762/ava-haze-tied-at-eighteen/
http://www.redwap.me/videos/417209/key-for-that-hole/
http://www.redwap.me/videos/418952/three-super-sluts-have-a-squirt-party/
http://www.redwap.me/videos/419059/sexy-car-wash-with-three-hot-euro-sluts/
http://www.redwap.me/videos/396/huge-cock-for-a-teen/
http://www.redwap.me/videos/177279/petite-jolene-gets-her-face-splattered-with-cum/
http://www.redwap.me/videos/431092/theres-a-fucking-dildo-drone-here/
http://www.redwap.me/videos/765963/dress-like-a-slut-lick-like-a-slut/
http://www.redwap.me/videos/797/go-team-go/
http://www.redwap.me/videos/765692/bath-time/
http://www.redwap.me/videos/764236/ukrainian-babe-loves-public-sex/
http://www.redwap.me/videos/430808/bunny-butt-plug/
http://www.redwap.me/videos/430246/two-juicy-pussies/
http://www.redwap.me/videos/266564/threesome-party-with-hot-wild-babes-addicted-to-sex/
http://www.redwap.me/videos/417635/nerd-gamer-gurl-gets-drilled/
http://www.redwap.me/videos/18516/sex-with-camera-in-hand/
http://www.redwap.me/videos/64344/busty-teen-getting-anal-training/
http://www.redwap.me/videos/331612/crazy-dorm-action/
http://www.redwap.me/videos/33753/gorgeous-girlfriend-assfucked-in-bedroom/
http://www.redwap.me/videos/763090/game-set-match-pussy/
http://www.redwap.me/videos/266644/hot-blonde-displays-her-amazing-cock-consuming-skills/
http://www.redwap.me/videos/766091/cheating-sarah/
http://www.redwap.me/videos/412990/racy-redhead-ruined/
http://www.redwap.me/videos/4665/math-tutor-fucking-his-student-with-his-fat-cock/
http://www.redwap.me/videos/120940/massive-boobs-milf-fucks-big-cock/
http://www.redwap.me/videos/226250/hungarian-brunette-bangs-in-public/

http://www.redwap.me/videos/161669/alektra-blue-is-a-milf-born-for-sex/
http://www.redwap.me/videos/430844/dorm-for-girls-only/
http://www.redwap.me/videos/443572/pretty-blonde-gal-got-her-shaved-pussy-slammed-hardcore-style/
http://www.redwap.me/videos/29761/secretary-christen-seducing-her-boss/
http://www.redwap.me/videos/768149/cheeky-tan/
http://www.redwap.me/videos/766171/barcelona-booty/
http://www.redwap.me/videos/34039/well-shaped-beautiful-latina-natalia-mendez-booty-workout/
http://www.redwap.me/videos/278201/good-looking-brunette-pussy-licked-in-casting/
http://www.redwap.me/videos/26585/weve-found-the-two-smoothest-latinas/
http://www.redwap.me/videos/300774/redhead-teen-babe-natalie-lust-creampied/
http://www.redwap.me/videos/430221/deepthroat-queen/
http://www.redwap.me/videos/439911/young-girl-mastrubation/
http://www.redwap.me/videos/993/girls-having-some-fun-on-camera/
http://www.redwap.me/videos/25273/big-butt-honey-working-his-shaft/
http://www.redwap.me/videos/176453/tracy-takes-a-big-sticky-cumshot-all-over-her-perfect-belly/
http://www.redwap.me/videos/133983/sweet-teen-loves-to-do-it-her-way/
http://www.redwap.me/videos/421714/little-sister-dominatrix/
http://www.redwap.me/videos/248805/hot-ladies-spend-time-together-playing-with-toys/
http://www.redwap.me/videos/248822/naughty-moms-bang-young-teen-big-cock/
http://www.redwap.me/videos/767860/mom-is-the-boss/
http://www.redwap.me/videos/210809/lesbians-licking-pussies-in-bedroom/
http://www.redwap.me/videos/266899/naughty-hoe-in-net-fucked-hard-and-moans-loud/
http://www.redwap.me/videos/405876/getting-naughty-on-the-balcony/
http://www.redwap.me/videos/151023/superb-amateur-blonde-model-with-sexy-body-riding-dildo-on-floor/
http://www.redwap.me/videos/359148/mail-bride-shipped-and-fucked/
http://www.redwap.me/videos/268307/sweet-ebony-craving-for-hard-pounding/
http://www.redwap.me/videos/356386/sensuous-teen-guided-in-to-the-depths-of-lesbian-sex-by-an-older-milf/
http://www.redwap.me/videos/421565/finding-all-her-sweet-spots-makes-the-heat-rise-up/
http://www.redwap.me/videos/4595/cody-and-her-bf-get-fucked-by-her-stepmom/
http://www.redwap.me/videos/769096/love-at-first-swipe/
http://www.redwap.me/videos/353723/chaiselongue-and-his-dong/
http://www.redwap.me/videos/34104/good-friends-sophia-grace-payton-lee-share-a-cock/
http://www.redwap.me/videos/266509/riding-harley-enjoys-her-butt-cheeks-over-hard-cock/
http://www.redwap.me/videos/417941/german-brunette-eagerly-lowers-her-panties-for-the-anal-fucking/
http://www.redwap.me/videos/254450/naughty-girlfriends-showcasing-threesome-skills/
http://www.redwap.me/videos/763145/moms-panty-bandit/
http://www.redwap.me/videos/4359/mollys-first-anal/
http://www.redwap.me/videos/767986/wanted-fucked-or-alive-part-2/
http://www.redwap.me/videos/10205/she-caught-her-stepson-watching-her-masturbating-after-work/
http://www.redwap.me/videos/765411/freshman-year/
http://www.redwap.me/videos/404933/hot-storm-in-a-dorm/
http://www.redwap.me/videos/267014/hot-sales-agent-appreciated-for-a-quality-erotic-service/
http://www.redwap.me/videos/768496/curvy-callie/
http://www.redwap.me/videos/296/they-began-by-playing-the-game-dirty-dice/
http://www.redwap.me/videos/330021/bossy-bitch/
http://www.redwap.me/videos/123314/bubble-wrap/
http://www.redwap.me/videos/446069/sexy-blonde-lena-nicoles-time-with-herself/
http://www.redwap.me/videos/765198/meet-the-fuckers-episode-1/
http://www.redwap.me/videos/319919/tattooed-emo-facialized-after-some-assfucking/
http://www.redwap.me/videos/295282/gorgeous-redhead-babe-ella-hughes-riding-a-stiff-hard-cock/
http://www.redwap.me/videos/371579/tina-kays-pussy-continue-to-fucked-doggy-by-marc-rose/

http://www.redwap.me/videos/766662/when-girls-play-ball/
http://www.redwap.me/videos/173134/european-brunette-girlfriends-sucking-in-bed/
http://www.redwap.me/videos/426260/going-easy-on-her/
http://www.redwap.me/videos/258638/naughty-babe-spreads-legs-wide-apart-for-sweet-sex/
http://www.redwap.me/videos/763262/five-more-minutes/
http://www.redwap.me/videos/418085/perfectly-dirty-picnic/
http://www.redwap.me/videos/766359/naked-baking/
http://www.redwap.me/videos/730988/doctor-seduced-by-slutty-patient/
http://www.redwap.me/videos/257151/baked-bootys-ass-cheeks-spread-apart-for-a-fuck/
http://www.redwap.me/videos/282375/petite-model-gets-toyed-in-lesbian-casting/
http://www.redwap.me/videos/240536/fat-ass-housewife-mathilde-prefers-big-toys/
http://www.redwap.me/videos/765949/the-dildo-flasher/
http://www.redwap.me/videos/281951/petite-busty-girlfriend-bangs-with-bf/
http://www.redwap.me/videos/769310/work-for-the-pussy/
http://www.redwap.me/videos/354031/greatest-girlfriend/
http://www.redwap.me/videos/766345/caught-by-my-stepsister/
http://www.redwap.me/videos/412448/lexi-wants-him-to-cum-inside-her/
http://www.redwap.me/videos/415621/they-share-they-care/
http://www.redwap.me/videos/390968/passionate-for-his-hard-cock/
http://www.redwap.me/videos/4358/giannas-young-tanned-booty/
http://www.redwap.me/videos/6709/thoroughly-licked-ass/
http://www.redwap.me/videos/422821/the-weightin/
http://www.redwap.me/videos/26768/mommy-got-caught-masturbating/
http://www.redwap.me/videos/404431/olive-and-danny-having-dip-in-an-arousing-meditation-practice/
http://www.redwap.me/videos/128973/red-lingerie-milf-fucks-big-cock/
http://www.redwap.me/videos/7185/redhead-from-russia-renting-a-room/
http://www.redwap.me/videos/257076/chatting-then-fucking/
http://www.redwap.me/videos/769227/candid-candidates/
http://www.redwap.me/videos/777319/blonde-cutie-ivy-wolfe-guzzles-the-cock/
http://www.redwap.me/videos/125620/deep-fucking-after-legs-massage/
http://www.redwap.me/videos/421539/jessie-jett-gets-boned-by-danny-mountain/
http://www.redwap.me/videos/426984/giving-her-the-right-amount-of-pleasure/
http://www.redwap.me/videos/105133/hd-pov-very-cute-rahyndee-james-sucks-and-fucks-you/
http://www.redwap.me/videos/776184/happy-anniversary/
http://www.redwap.me/videos/195932/sweet-hardcore-foursome-scene-with-petite-and-naughty-babes/
http://www.redwap.me/videos/388348/boobilicious-stella-gets-loads-of-jizz-on-her-bouncing-titties/
http://www.redwap.me/videos/405459/lesson-in-stranger-danger/
http://www.redwap.me/videos/422956/balloons-and-bitches/
http://www.redwap.me/videos/771802/latina-masseuse-got-her-client-soaked/
http://www.redwap.me/videos/133788/a-nice-parade-of-suckable-ass-cheeks/
http://www.redwap.me/videos/354959/melissa-asking-for-moooreee/
http://www.redwap.me/videos/238993/female-agent-in-lingerie-fucks-brunette/
http://www.redwap.me/videos/427526/long-legged-brunette-gets-anally-pounded-in-a-fake-taxi/
http://www.redwap.me/videos/764457/sexy-latina-quick-hookup/
http://www.redwap.me/videos/443569/big-breasted-blonde-mature-babe-services-a-rock-solid-cock/
http://www.redwap.me/videos/766323/blow-a-dp-xxx-parody-episode-3/
http://www.redwap.me/videos/18343/friendly-visit-to-mikes-apartment/
http://www.redwap.me/videos/405352/sex-is-on-fire/
http://www.redwap.me/videos/777028/taken-by-a-black-cock/
http://www.redwap.me/videos/836/young-cute-tall-and-long-legged/
http://www.redwap.me/videos/429825/party-hard/

http://www.redwap.me/videos/22913/jessie-assfucked-and-loving-it/
http://www.redwap.me/videos/415328/pingpongbangbang/
http://www.redwap.me/videos/229/too-horny-college-girl/
http://www.redwap.me/videos/767311/sugarbaby-chronicles/
http://www.redwap.me/videos/763447/this-guy-works-wonders/
http://www.redwap.me/videos/763047/one-very-important-business-call/
http://www.redwap.me/videos/429732/mom-in-need/
http://www.redwap.me/videos/767115/free-my-ass-and-the-pleasure-will-follow/
http://www.redwap.me/videos/769241/hungry-for-spring-breakers-part-2/
http://www.redwap.me/videos/775711/fooling-my-stepmom/
http://www.redwap.me/videos/387479/curvy-bombshell-takes-a-hard-prick-up-her-twat/
http://www.redwap.me/videos/26629/best-party-ever/
http://www.redwap.me/videos/762991/1-800-phone-sex-line-4/
http://www.redwap.me/videos/765912/within-holey-matrimony/
http://www.redwap.me/videos/1055/these-girls-are-all-hot-and-willing-to-suck/
http://www.redwap.me/videos/33886/bibi-booty/
http://www.redwap.me/videos/133334/two-wet-pussies-bouncing-on-one-cock/
http://www.redwap.me/videos/132455/hot-boutique-sex-ever-with-bestselling-pussy/
http://www.redwap.me/videos/420112/alice-in-the-pain-land/
http://www.redwap.me/videos/4953/amazing-jessa-rhodes/
http://www.redwap.me/videos/301800/shes-busty-and-kinky/
http://www.redwap.me/videos/765073/she-got-game/
http://www.redwap.me/videos/175653/eating-juicy-pussy-my-girlfriend-daphne/
http://www.redwap.me/videos/18797/natural-titted-american-girl-fucking-and-taking-facial/
http://www.redwap.me/videos/301652/hot-kitchen-pounding/
http://www.redwap.me/videos/419923/jizzhungry-teen/
http://www.redwap.me/videos/294032/stunning-doll-fucked-pov/
http://www.redwap.me/videos/229698/beautiful-milfs-in-lesbian-action/
http://www.redwap.me/videos/147438/geiles-deutsches-luder/
http://www.redwap.me/videos/384664/slaying-pussy/
http://www.redwap.me/videos/301643/dont-tell-dad/
http://www.redwap.me/videos/289866/huge-tits-blonde-beauty-bangs-her-masseur/
http://www.redwap.me/videos/139072/fucking-this-18-year-old-pov/
http://www.redwap.me/videos/429956/perfect-dark-pussy/
http://www.redwap.me/videos/4538/girl-with-nice-body-having-oral-sex/
http://www.redwap.me/videos/132408/natural-titted-french-babe-masturbating/
http://www.redwap.me/videos/354549/cumcovered-russian-milf/
http://www.redwap.me/videos/765290/riding-lessons/
http://www.redwap.me/videos/11480/young-jenna-gets-fucked-and-creamed/
http://www.redwap.me/videos/195310/riding-on-a-massive-pecker-of-beefy-dude/
http://www.redwap.me/videos/248619/endearing-blonde-mom-dicked-hard-moans/
http://www.redwap.me/videos/767644/black-friday-fuckfest/
http://www.redwap.me/videos/296374/fit-brunette-fingering-her-masseuse/
http://www.redwap.me/videos/430827/public-fuckfest/
http://www.redwap.me/videos/764627/pros-cons/
http://www.redwap.me/videos/16678/sexy-arrival/
http://www.redwap.me/videos/439964/teenie-deepthroats-rock-solid-cock-and-rides-it-with-pleasure/
http://www.redwap.me/videos/330515/natural-slut/
http://www.redwap.me/videos/771355/great-college-party-in-the-making/
http://www.redwap.me/videos/385932/oily-and-ready/
http://www.redwap.me/videos/764807/plastic-dreams/

http://www.redwap.me/videos/768495/anonymous-attraction/
http://www.redwap.me/videos/25788/big-black-booty-sprayed-with-cum/
http://www.redwap.me/videos/769295/helping-her-cum/
http://www.redwap.me/videos/765849/corrupted-in-the-sex-shop/
http://www.redwap.me/videos/417455/stepmoms-naughty-lesson/
http://www.redwap.me/videos/384701/that-dixie-chicks-getting-naughty/
http://www.redwap.me/videos/764744/taking-artistic-liberties/
http://www.redwap.me/videos/25866/samanthas-a-sucker-for-shaved-pussies/
http://www.redwap.me/videos/198063/busty-brit-milf-anal-banged-in-a-fake-taxi/
http://www.redwap.me/videos/404709/n/
http://www.redwap.me/videos/768782/busting-on-the-burglar/
http://www.redwap.me/videos/770877/special-service-for-group-massage/
http://www.redwap.me/videos/767053/the-shower-spy/
http://www.redwap.me/videos/765385/so-dirty-lucy/
http://www.redwap.me/videos/199486/new-cab-driver-anal-fucks-british-blonde/
http://www.redwap.me/videos/169461/brunette-lesbian-fingers-blonde-girlfriends-cunt/
http://www.redwap.me/videos/777342/blackest-cat-oral-creampie/
http://www.redwap.me/videos/293984/teen-babe-riding-cock-cowgirl/
http://www.redwap.me/videos/765048/big-boobies-at-the-beach/
http://www.redwap.me/videos/777104/santas-cumming-to-town/
http://www.redwap.me/videos/390939/instant-classic/
http://www.redwap.me/videos/268921/horny-blonde-displays-her-cockcraving-ass-cheeks/
http://www.redwap.me/videos/148501/american-amateur-blonde-has-british-blowjob-casting/
http://www.redwap.me/videos/283931/busty-blonde-posing-only-in-stockings-in-casting/
http://www.redwap.me/videos/768377/we-need-cum-stat/
http://www.redwap.me/videos/380863/natural-huge-tits-bbw-bangs-big-dick/
http://www.redwap.me/videos/163928/brunette-lesbian-takes-huge-strap-on-toy/
http://www.redwap.me/videos/234537/2-cocks-and-2-facials-for-wendy/
http://www.redwap.me/videos/279815/nude-redhead-gets-massage-with-oil/
http://www.redwap.me/videos/133130/shaved-pussy-hardcore-sex-in-the-kitchen/
http://www.redwap.me/videos/355964/curvy-lena-paul-gets-her-boobs-fucked/
http://www.redwap.me/videos/427693/mia-faith-nailed-in-the-casting-job/
http://www.redwap.me/videos/233194/eager-blonde-amateur-toyed-in-casting/
http://www.redwap.me/videos/112953/sharon-lee-let-antonio-push-his-thick-cock-deep-in-her-ass/
http://www.redwap.me/videos/15136/milf-her-butler/
http://www.redwap.me/videos/161197/blonde-sucks-huge-cock-pov-euro-blowjob/
http://www.redwap.me/videos/276809/beautiful-busty-mature-bangs-in-bathroom/
http://www.redwap.me/videos/10196/he-sneaked-into-his-step-moms-bathroom/
http://www.redwap.me/videos/358951/getting-jiggy-with-ziggy/
http://www.redwap.me/videos/266582/a-lesson-of-seduction/
http://www.redwap.me/videos/414576/deen-is-the-dirtiest/
http://www.redwap.me/videos/766333/kitchen-cutie/
http://www.redwap.me/videos/117802/chubby-amateur-bangs-in-a-cab/
http://www.redwap.me/videos/296325/busty-teen-fucked-and-jizzed/
http://www.redwap.me/videos/359097/freakish-facial/
http://www.redwap.me/videos/425334/pleasing-the-bwc/
http://www.redwap.me/videos/107832/fakeagentuk-petite-cash-strapped-milf/
http://www.redwap.me/videos/249388/college-gilrs-get-naughty-and-erotic-in-foam-party/
http://www.redwap.me/videos/443439/big-booty-redhead-milf-mouth-fucked-hard-in-the-shower/
http://www.redwap.me/videos/768989/gorgeous-gianna-dior/
http://www.redwap.me/videos/763110/the-scoundrel-ruins-a-sleepover/

http://www.redwap.me/videos/331721/riding-in-a-car/
http://www.redwap.me/videos/769007/forbidden-fruit-tastes-the-sweetest/
http://www.redwap.me/videos/299598/college-teens-get-naughty-in-the-dorm-orgy/
http://www.redwap.me/videos/62015/ebony-already-wet-and-horny/
http://www.redwap.me/videos/18493/fucked-and-creamed-in-the-club/
http://www.redwap.me/videos/343546/blair-williams-wraps-herself-as-a-valentines-gift/
http://www.redwap.me/videos/107555/mom-mature-women-that-love-sucking-cock/
http://www.redwap.me/videos/769128/one-lucky-butler/
http://www.redwap.me/videos/354830/real-couple-real-passion/
http://www.redwap.me/videos/16662/crazy-college-girl/
http://www.redwap.me/videos/766410/shake-shop-shag/
http://www.redwap.me/videos/106966/petite-teen-banging-pov-to-cumsho/
http://www.redwap.me/videos/132530/kiera-wanted-my-dick/
http://www.redwap.me/videos/418219/outdoors-latina-bj/
http://www.redwap.me/videos/768627/feeling-frisky/
http://www.redwap.me/videos/269899/curly-blonde-mature-in-stockings-banged/
http://www.redwap.me/videos/764047/tiny-tag-team/
http://www.redwap.me/videos/354005/their-tent-of-love/
http://www.redwap.me/videos/771105/two-slut-and-a-tent/
http://www.redwap.me/videos/768695/roped-and-rammed/
http://www.redwap.me/videos/422898/hippie-hotties/
http://www.redwap.me/videos/228094/fake-agent-penetrate-other-babe/
http://www.redwap.me/videos/353182/neighbor-perfect-booty/
http://www.redwap.me/videos/2598/take-the-money-and-put-this-cock-in-your-teen-mouth/
http://www.redwap.me/videos/384566/crazy-house-party/
http://www.redwap.me/videos/294866/masseur-fucks-babe-with-perfect-ass-till-cumshot/
http://www.redwap.me/videos/763700/conjugal-visions/
http://www.redwap.me/videos/32182/petite-latina-deepthroating-cocks/
http://www.redwap.me/videos/767405/asssurance/
http://www.redwap.me/videos/384099/fit-for-a-fucking/
http://www.redwap.me/videos/413150/helpful-girlfriends-fucked/
http://www.redwap.me/videos/415082/pawg-goddess/
http://www.redwap.me/videos/384174/another-satisfied-customer/
http://www.redwap.me/videos/767839/first-class-ass/
http://www.redwap.me/videos/765809/taking-it-to-ms-banks/
http://www.redwap.me/videos/763313/drone-bone/
http://www.redwap.me/videos/769064/take-another-fucking-study-break/
http://www.redwap.me/videos/767209/focus-on-footplay/
http://www.redwap.me/videos/768535/spray-and-play/
http://www.redwap.me/videos/144288/masturbating-while-i-look-at-a-horny-couple/
http://www.redwap.me/videos/765737/exorcise-the-semen/
http://www.redwap.me/videos/768716/making-him-a-foot-long/
http://www.redwap.me/videos/766245/the-dick-pic-trick/
http://www.redwap.me/videos/424819/horny-amirah-gets-her-cooch-filled-with-jizz/
http://www.redwap.me/videos/301460/two-cocks-two-holes-one-girl/
http://www.redwap.me/videos/766704/mother-daughter-mix-up/
http://www.redwap.me/videos/767802/amateur-sex-tape/
http://www.redwap.me/videos/287229/masturbating-while-spying-on-her-friend-having-sex/
http://www.redwap.me/videos/301681/fantastic-flasher/
http://www.redwap.me/videos/418594/busty-and-lusty/
http://www.redwap.me/videos/769360/whoreschach-test/

http://www.redwap.me/videos/331140/shameless-hottie/
http://www.redwap.me/videos/765281/foot-clerk-at-work/
http://www.redwap.me/videos/764753/stepsister-succubus/
http://www.redwap.me/videos/775191/horny-dangerous-stolen-identity/
http://www.redwap.me/videos/768246/house-rules/
http://www.redwap.me/videos/264818/beautiful-slim-brunette-bangs-masseur/
http://www.redwap.me/videos/768241/banging-my-husbands-boss/
http://www.redwap.me/videos/105309/fakeagentuk-hot-tattood-minx-fooled-into-fake-casting/
http://www.redwap.me/videos/407032/hot-blonde-naomi-helps-jmack-with-her-moist-cunt/
http://www.redwap.me/videos/396853/stepmom-teaches-young-couple-blowjob-and-fuck/
http://www.redwap.me/videos/767586/tits-for-transit/
http://www.redwap.me/videos/763371/bath-bomb-booty/
http://www.redwap.me/videos/428367/ryu-enami-lets-horny-guy-to-more-at-javhdnet/
http://www.redwap.me/videos/764819/welcome-to-my-dungeon/
http://www.redwap.me/videos/392796/bubble-booty-with-cum/
http://www.redwap.me/videos/422373/postsex-cooldown/
http://www.redwap.me/videos/1/some-car-blowjob/
http://www.redwap.me/videos/266757/horny-babe-receives-an-orgasm-releasing-cj/
http://www.redwap.me/videos/109060/fakeagentuk-hardcore-threesome-with-2-dirty-brits/
http://www.redwap.me/videos/421826/what-a-bj/
http://www.redwap.me/videos/185385/hot-babe-anal-sex-and-facial/
http://www.redwap.me/videos/405595/gorgeous-gopro-sluts/
http://www.redwap.me/videos/418557/outdoors-picnic-pounding/
http://www.redwap.me/videos/65008/emily-addison-spreading-showing-masturbating/
http://www.redwap.me/videos/266448/horny-partners-hastily-stripping-off-to-fuck/
http://www.redwap.me/videos/361691/old-and-young-lesbian-babes-have-a-kinky-fuck-session/
http://www.redwap.me/videos/28392/alice-wants-him-to-take-it-slow/
http://www.redwap.me/videos/416982/hooray-for-the-usa/
http://www.redwap.me/videos/289840/fake-agent-bangs-pale-brunette-amateur-model/
http://www.redwap.me/videos/266537/kitchen-fuck-with-a-lovely-cutie/
http://www.redwap.me/videos/764346/over-the-head/
http://www.redwap.me/videos/32705/i-fuck-my-asian-girlfriend-on-camera/
http://www.redwap.me/videos/155210/erotic-action-as-man-and-woman-gets-horny-after-st/
http://www.redwap.me/videos/86/18-year-old-super-sweet-ass-ariana-grand/
http://www.redwap.me/videos/298303/huge-tits-blonde-tourist-bangs-in-fake-taxi/
http://www.redwap.me/videos/177472/blonde-female-agent-with-strap-on-dildo/
http://www.redwap.me/videos/765410/crushing-his-dreams/
http://www.redwap.me/videos/190013/ebony-chick-interracial-deepthroat/
http://www.redwap.me/videos/730838/good-cop-bad-cop-fuck-cop/
http://www.redwap.me/videos/768763/seducing-her-boyfriends-mom/
http://www.redwap.me/videos/111981/gina-allowed-him-to-plunge-his-big-dick-into-her-tight-ass/
http://www.redwap.me/videos/25284/nikki-got-her-tits-out-on-a-full-moon/
http://www.redwap.me/videos/391307/ania-darling-gets-seduced-by-the-gentle-fingers-of-the-masseur/
http://www.redwap.me/videos/764974/pounded-at-the-pro-shop/
http://www.redwap.me/videos/769332/workout-her-ass/
http://www.redwap.me/videos/393571/anissas-pussy-stuffed-with-a-big-cock/
http://www.redwap.me/videos/63934/my-girlfriend-and-i-were-painting/
http://www.redwap.me/videos/769326/all-over-her-overalls/
http://www.redwap.me/videos/763461/hot-taco-for-sale/
http://www.redwap.me/videos/765947/amateur-hour/
http://www.redwap.me/videos/769299/lounging-for-sex/

http://www.redwap.me/videos/777950/passionate-sex-in-a-hotel-room/
http://www.redwap.me/videos/766983/tea-and-crumptits/
http://www.redwap.me/videos/388281/naughty-bunny/
http://www.redwap.me/videos/301314/kinky-love-triangle/
http://www.redwap.me/videos/766794/sleepover-sluts/
http://www.redwap.me/videos/242242/spicy-anal-sex-with-annalisa/
http://www.redwap.me/videos/765128/shadowplay/
http://www.redwap.me/videos/189801/blonde-sucking-huge-cock-in-public-underground-garage/
http://www.redwap.me/videos/29142/have-the-maid-clean-up-his-cum/
http://www.redwap.me/videos/765054/hand-solo-a-dp-xxx-parody-episode-3/
http://www.redwap.me/videos/277965/natural-blonde-banged-in-fake-taxi/
http://www.redwap.me/videos/766119/caddyshag/
http://www.redwap.me/videos/229671/pretty-milf-licks-pussy-to-teen/
http://www.redwap.me/videos/768933/hot-nights-cold-blood-scene-4/
http://www.redwap.me/videos/764444/round-and-brownies/
http://www.redwap.me/videos/259342/brunette-visits-a-thick-dicked-masseur-for-some-sweet-relief/
http://www.redwap.me/videos/768901/big-spotlights/
http://www.redwap.me/videos/301998/bj-from-his-wifes-gf/
http://www.redwap.me/videos/771109/little-confession-to-her-boyfriend/
http://www.redwap.me/videos/4989/my-girlfriend-getting-naughty/
http://www.redwap.me/videos/415822/busty-blonde-amateur-gets-a-mouthful-after-seducing-the-handyman/
http://www.redwap.me/videos/111529/fakeagentuk-tight-ass-emo-teen-pops-her-anal-cherry/
http://www.redwap.me/videos/206098/babe-staci-loves-fucking-her-lover-after-taking-a-nice-bath/
http://www.redwap.me/videos/249356/dope-teens-banged-hard-with-fat-stick/
http://www.redwap.me/videos/25282/mason-fucking-herself-silly/
http://www.redwap.me/videos/25426/jesse-is-keeping-his-dick-wet/
http://www.redwap.me/videos/330353/gaping-giselle/
http://www.redwap.me/videos/177533/masseur-licks-and-bangs-sexy-babe-to-orgasm/
http://www.redwap.me/videos/229973/redhead-stripper-bangs-fake-agent-uk/
http://www.redwap.me/videos/415697/milf-to-end-em-all/
http://www.redwap.me/videos/766872/youre-on-in-five/
http://www.redwap.me/videos/31687/two-for-the-price-of-one/
http://www.redwap.me/videos/415465/bang-from-behind/
http://www.redwap.me/videos/19720/licking-two-horny-teens-with-wide-open-legs/
http://www.redwap.me/videos/301840/party-like-a-pornstar/
http://www.redwap.me/videos/443/lovely-mallory-loves-to-party/
http://www.redwap.me/videos/112435/mom-couple-make-love-in-a-hot-tub/
http://www.redwap.me/videos/291595/blonde-milf-brittany-bardot-gets-pussy-fucked-by-sons-friend/
http://www.redwap.me/videos/767854/onesie-twosie-threesome/
http://www.redwap.me/videos/412936/europes-finest-slut/
http://www.redwap.me/videos/266782/amusing-mom-sucks-cum-and-blows-cock-for-breakfast/
http://www.redwap.me/videos/427079/hypnotizedtenderized/
http://www.redwap.me/videos/404284/cock-craving-stepmom-abigail-cures-sons-fever/
http://www.redwap.me/videos/132485/shorthaired-czech-girl/
http://www.redwap.me/videos/188256/tattooed-brit-banged-to-creampie-in-fake-taxi/
http://www.redwap.me/videos/112792/lesbea-busty-milf-house-wife-cheating-on-husband/
http://www.redwap.me/videos/306426/teen-liza-rowe-loves-huge-cocks/
http://www.redwap.me/videos/415778/pounding-her-pale-pussy/
http://www.redwap.me/videos/334/young-couple-having-sex-in-the-car/
http://www.redwap.me/videos/199649/denisa-heaven-is-very-pretty-redhead-slut/
http://www.redwap.me/videos/115311/small-tittied-blonde-in-casting-banged/

http://www.redwap.me/videos/105387/mom-milfs-with-big-breasts-getting-fucked/
http://www.redwap.me/videos/249033/all-out-threesome-inside-elevator/
http://www.redwap.me/videos/33966/she-took-her-man-by-the-hand-and-started-sucking/
http://www.redwap.me/videos/398934/blair-williams-anal-stormed-by-bambinos-cock/
http://www.redwap.me/videos/271764/my-booty-neighbor-emma-cumming-on-my-cock/
http://www.redwap.me/videos/281188/busty-short-haired-blonde-in-fake-taxi-fucking/
http://www.redwap.me/videos/7346/fresh-milf-bianca-breeze/
http://www.redwap.me/videos/763286/creampie-fucking-for-sexy-romanian/
http://www.redwap.me/videos/260360/taxi-passenger-gets-a-deep-ass-fucking/
http://www.redwap.me/videos/7590/two-natural-titted-babes-lilys-and-jessica/
http://www.redwap.me/videos/139343/girlfriend-gives-a-blowjob-pov/
http://www.redwap.me/videos/354298/thick-booty-in-pov/
http://www.redwap.me/videos/431103/two-times-the-pleasure/
http://www.redwap.me/videos/403520/dude-bangs-blonde-gf-and-her-stepmom/
http://www.redwap.me/videos/108592/hd-pov-hot-blonde-with-big-tits-loves-riding-your-cock/
http://www.redwap.me/videos/771391/banging-before-her-family-comes-back/
http://www.redwap.me/videos/233327/masked-like-live-size-doll-babe-fucked/
http://www.redwap.me/videos/4228/lucy-her-stepmother-and-lucys-boyfriend/
http://www.redwap.me/videos/33892/lolly-showing-pussy/
http://www.redwap.me/videos/26596/casey-kneading-tits-again/
http://www.redwap.me/videos/32454/april-the-sniffing-masturbator/
http://www.redwap.me/videos/384117/shes-a-proud-stepparent/
http://www.redwap.me/videos/231110/peta-jensen-morning-acrobatic/
http://www.redwap.me/videos/154107/petite-lesbians-having-fun/
http://www.redwap.me/videos/10595/casey-is-a-basketball-scout/
http://www.redwap.me/videos/764205/evangelion-cosplay-a-dp-xxx-parody/
http://www.redwap.me/videos/150677/christen-tries-hard-cock-in-her-mouth/
http://www.redwap.me/videos/767970/i-see-sex-in-your-future/
http://www.redwap.me/videos/763225/one-last-shot/
http://www.redwap.me/videos/25515/jesse-jane-needs-to-be-disciplined/
http://www.redwap.me/videos/414567/worlds-hottest-foursome/
http://www.redwap.me/videos/770957/cheating-temptation/
http://www.redwap.me/videos/160289/naughty-carter-gets-her-pussy-smashed/
http://www.redwap.me/videos/426588/russian-cheerleader-pays-for-the-ride-with-wet-pussy/
http://www.redwap.me/videos/765864/hot-bitch-in-heat/
http://www.redwap.me/videos/764090/tiny-blonde-wrangles-huge-cock/
http://www.redwap.me/videos/769111/sneaking-in-a-last-minute-facial/
http://www.redwap.me/videos/766475/cucked-at-the-carnival/
http://www.redwap.me/videos/4039/isabella-finds-you-a-place-you-lost/
http://www.redwap.me/videos/301667/shes-on-fire/
http://www.redwap.me/videos/302143/busty-chicks-thick-dicks/
http://www.redwap.me/videos/7236/anal-sex-on-a-boat/
http://www.redwap.me/videos/393314/pale-and-tasty/
http://www.redwap.me/videos/763118/booty-on-the-bike/
http://www.redwap.me/videos/253448/woman-with-natural-jugs-accommodate-every-need/
http://www.redwap.me/videos/105976/femaleagent-underwear-model-discovers-passion-for-pussy/
http://www.redwap.me/videos/99396/oiled-dude-fucks-masseuse-and-cums-on-her-ass/
http://www.redwap.me/videos/767574/paybacks-a-dick/
http://www.redwap.me/videos/767065/reiki-for-her-pussy/
http://www.redwap.me/videos/764760/the-perfect-hostess-2/
http://www.redwap.me/videos/764604/full-house/

http://www.redwap.me/videos/764116/next-door-gotti/
http://www.redwap.me/videos/266759/from-bath-to-bed/
http://www.redwap.me/videos/764633/sneaky-mom-2/
http://www.redwap.me/videos/766477/rotten-experience-at-the-strip-club/
http://www.redwap.me/videos/764496/rich-fucks-part-1/
http://www.redwap.me/videos/766688/the-art-of-decluttering-orgasming/
http://www.redwap.me/videos/413603/stepmommys-little-helpers/
http://www.redwap.me/videos/159061/madson-ivy-my-pussy-massage/
http://www.redwap.me/videos/766613/pounding-her-pantyhose/
http://www.redwap.me/videos/768522/sweeter-in-a-sweater/
http://www.redwap.me/videos/767968/bikini-babe-flash-for-cash/
http://www.redwap.me/videos/767127/eat-me-like-candy/
http://www.redwap.me/videos/766635/the-gang-makes-a-porno-a-dp-xxx-parody-episode-2/
http://www.redwap.me/videos/765287/scanner-scandal/
http://www.redwap.me/videos/767985/dogged/
http://www.redwap.me/videos/769371/to-serve-and-protect/
http://www.redwap.me/videos/112306/mom-brunette-milf-wants-to-be-taken-hard/
http://www.redwap.me/videos/767000/cheating-retribution/
http://www.redwap.me/videos/767787/thick-miami-heat/
http://www.redwap.me/videos/766781/filling-her-pussy-and-her-pockets/
http://www.redwap.me/videos/767170/sneaky-pussies/
http://www.redwap.me/videos/767117/khloes-a-perfect-model/
http://www.redwap.me/videos/763681/bad-bitches-break-in/
http://www.redwap.me/videos/767696/incuntation/
http://www.redwap.me/videos/29704/selena-rose-enjoys-her-nachos/
http://www.redwap.me/videos/266913/amusing-brunette-with-sexy-glasses-loves-riding-cock/
http://www.redwap.me/videos/12704/mommys-romantic-fuck/
http://www.redwap.me/videos/301904/best-birthday-ever/
http://www.redwap.me/videos/249334/sleepy-babe-woken-and-fucked-hard-in-the-bus/
http://www.redwap.me/videos/26724/charlie-laine-makes-jana-cova-cum/
http://www.redwap.me/videos/107842/lesbea-hd-experienced-lesbian-shares-hairy-pussy/
http://www.redwap.me/videos/422207/beauty-and-the-bath/
http://www.redwap.me/videos/249266/sexy-dance-with-horny-babe-with-massive-jugs/
http://www.redwap.me/videos/251593/driver-slams-his-lover-into-his-taxicab/
http://www.redwap.me/videos/454/things-got-really-naughty-quickly/
http://www.redwap.me/videos/419706/railin-raylin/
http://www.redwap.me/videos/763258/young-natural-small-tits-lesbians/
http://www.redwap.me/videos/764746/youve-changed-part-2/
http://www.redwap.me/videos/406154/gets-down-and-dirty/
http://www.redwap.me/videos/764100/that-70s-blowjob-a-dp-xxx-parody/
http://www.redwap.me/videos/420465/threesome-routine/
http://www.redwap.me/videos/319/park-quickie/
http://www.redwap.me/videos/66593/hot-black-milf/
http://www.redwap.me/videos/267083/euro-babe-seduced-by-two-guys/
http://www.redwap.me/videos/248576/lovely-babes-have-a-dick-to-fuck/
http://www.redwap.me/videos/766081/cunting-calories/
http://www.redwap.me/videos/415133/subtly-submissive/
http://www.redwap.me/videos/117272/pussylicking-lesbian-shaving-her-lovers-pussy/
http://www.redwap.me/videos/178004/amateur-hairy-squirter-handjob/
http://www.redwap.me/videos/263103/blonde-girlfirned-cheating-in-fake-taxi/
http://www.redwap.me/videos/34626/tight-teen-gets-fucked-by-older-man/

http://www.redwap.me/videos/330035/stepmoms-punishment/
http://www.redwap.me/videos/425469/outdoorsy-blowjob/
http://www.redwap.me/videos/3977/the-pussy-payment/
http://www.redwap.me/videos/396306/big-tits-lesbian-mom-and-teen-showered/
http://www.redwap.me/videos/18735/luvv-to-love-ya/
http://www.redwap.me/videos/258991/penetrating-her-pleasure-vacuity-with-hard-cock/
http://www.redwap.me/videos/354818/euro-hottie-fucked-on-the-floor/
http://www.redwap.me/videos/763909/the-more-carolina-the-better/
http://www.redwap.me/videos/94578/anal-the-whole-day/
http://www.redwap.me/videos/418187/fucking-on-the-motherfucking-boat/
http://www.redwap.me/videos/768697/silent-dancer/
http://www.redwap.me/videos/424757/clea-gaultier-fucks-to-keep-her-business/
http://www.redwap.me/videos/427432/victorias-tight-pussy/
http://www.redwap.me/videos/396309/nude-snaps-turned-into-action/
http://www.redwap.me/videos/435513/mature-babe-and-lesbian-hottie-tongue-fuck-each-other-passionately/
http://www.redwap.me/videos/357851/exquisite-babe-jessa-rhodes-teases-tickles-and-licks-innocent-aspen/
http://www.redwap.me/videos/301256/plowing-his-slender-gf/
http://www.redwap.me/videos/293434/black-girlfriend-home-sex-video/
http://www.redwap.me/videos/211481/lesbians-hotties-sensual-oral-sex-in-bedroom/
http://www.redwap.me/videos/252184/couch-sex-as-it-deserves-to-be/
http://www.redwap.me/videos/134348/understanding-partners-set-the-rules-first/
http://www.redwap.me/videos/359021/cum-covered-ass/
http://www.redwap.me/videos/768630/lets-talk-about-sex/
http://www.redwap.me/videos/19830/my-parents-left-me-home-alone-and-im-getting-bored/
http://www.redwap.me/videos/278204/brunette-with-nice-ass-banged-in-casting/
http://www.redwap.me/videos/19822/all-about-isabella/
http://www.redwap.me/videos/767183/all-natural-emily/
http://www.redwap.me/videos/417748/pounded-in-the-public/
http://www.redwap.me/videos/358113/green-top-pink-pussy/
http://www.redwap.me/videos/123242/kate-england-spreading-her-legs-wide/
http://www.redwap.me/videos/18740/jay-came-to-stay-at-mikes-apartment-and-paying-the-price/
http://www.redwap.me/videos/425124/nice-and-easy/
http://www.redwap.me/videos/417680/slutty-and-bratty/
http://www.redwap.me/videos/418691/vicious-threesome-with-luscious-chicks/
http://www.redwap.me/videos/301758/joy-ride/
http://www.redwap.me/videos/34092/holly-heart-taking-a-cock-ride/
http://www.redwap.me/videos/132572/great-night-camp-fuck/
http://www.redwap.me/videos/763254/pussy-creampie-for-ashly-anderson/
http://www.redwap.me/videos/414603/mom-flips-out/
http://www.redwap.me/videos/25466/jesse-doesnt-mind-if-he-stays-in/
http://www.redwap.me/videos/768487/affront-with-a-friendly-weapon/
http://www.redwap.me/videos/23308/amy-throatfucked/
http://www.redwap.me/videos/765967/plowing-the-private-dancer/
http://www.redwap.me/videos/168175/busty-british-hottie-banged-on-casting/
http://www.redwap.me/videos/30601/kayden-deepthroats-nacho/
http://www.redwap.me/videos/29692/latin-maid-gets-a-deep-search/
http://www.redwap.me/videos/772737/fucking-through-the-fourth-wall/
http://www.redwap.me/videos/399718/sticky-situation/
http://www.redwap.me/videos/111881/love-creampie-sexy-teen-blonde-with-sweet-tight-pussy/
http://www.redwap.me/videos/767937/milf-can-i-wash-your-car/
http://www.redwap.me/videos/16872/a-busty-boss/

http://www.redwap.me/videos/417850/cali-is-the-best-one/
http://www.redwap.me/videos/354271/shes-all-wet/
http://www.redwap.me/videos/354920/instead-of-a-resume/
http://www.redwap.me/videos/297821/czech-beauty-bangs-outdoor-at-night-pov/
http://www.redwap.me/videos/767392/the-replacement-2/
http://www.redwap.me/videos/110237/girlfriends-teen-next-door-sextape-orgasm-with-toy/
http://www.redwap.me/videos/107651/lesbea-hd-wet-pussy-from-your-touch/
http://www.redwap.me/videos/257461/slutty-babe-dicked-hard-against-the-wall-with-fat-cock/
http://www.redwap.me/videos/166527/big-cock-masseur-fucks-brunette-babe/
http://www.redwap.me/videos/765869/avoiding-dicktection/
http://www.redwap.me/videos/158251/favourable-stud-receives-to-fuck-3-sweethearts/
http://www.redwap.me/videos/419199/russian-honey-gets-fucked-and-eaten-out-like-a-good-girl/
http://www.redwap.me/videos/421443/coco-kiss-gets-help-with-her-broken-car-and-wet-pussy/
http://www.redwap.me/videos/132400/girls-getting-crazy-in-the-club/
http://www.redwap.me/videos/59803/watch-my-boobs-bounce/
http://www.redwap.me/videos/167023/lesbian-girlfriends-strap-on-dildo-lesbos-toy/
http://www.redwap.me/videos/768678/small-and-busty/
http://www.redwap.me/videos/6222/i-bought-an-anal-toy-lets-try-it/
http://www.redwap.me/videos/4512/tucker-starr-likes-it-big/
http://www.redwap.me/videos/418116/meet-greet-ride/
http://www.redwap.me/videos/775574/katra-wants-bbc/
http://www.redwap.me/videos/282636/beautiful-blonde-milf-banged-in-hotel/
http://www.redwap.me/videos/110440/girlfriends-lesbians-have-hot-sweet-pussy-eating-sex/
http://www.redwap.me/videos/248946/spoiled-college-students-show-their-wonders/
http://www.redwap.me/videos/769283/twerking-practice/
http://www.redwap.me/videos/764739/bisexual-bride/
http://www.redwap.me/videos/416298/19-year-old-boy-fucks-and-facializes-busty-blonde-mom/
http://www.redwap.me/videos/770977/fantasize-on-my-new-babysitter/
http://www.redwap.me/videos/766422/glitter-booty/
http://www.redwap.me/videos/291344/a-world-of-fantasies-and-curiosities/
http://www.redwap.me/videos/769786/cucked-by-little-vinna/
http://www.redwap.me/videos/767773/free-the-nipple-aidra-fox-whitney-wright/
http://www.redwap.me/videos/293433/hot-mom-and-stepdaughter-share-a-cock/
http://www.redwap.me/videos/73815/busty-babe-audrey-bitoni-is-fond-of-banging/
http://www.redwap.me/videos/19927/colombian-teen-stephanie-rose/
http://www.redwap.me/videos/765039/masquerade-swap/
http://www.redwap.me/videos/110702/huge-dick-anal-sex-in-british-fake-taxi/
http://www.redwap.me/videos/717207/cougar-alura-jenson-is-out-to-hunt-for-d/
http://www.redwap.me/videos/765149/hows-it-hanging/
http://www.redwap.me/videos/422304/huge-cocks-only/
http://www.redwap.me/videos/161606/huge-tits-british-amateur-fucking-in-cab-fake-voyeur/
http://www.redwap.me/videos/330409/best-blowjob-eyes/
http://www.redwap.me/videos/769149/soaking-up-the-cum/
http://www.redwap.me/videos/422147/scissoring-sluts/
http://www.redwap.me/videos/354550/snowballing-cuties/
http://www.redwap.me/videos/151365/beautiful-natural-babe-banged-in-fake-taxi-in-public/
http://www.redwap.me/videos/67558/before-your-are-going-to-work-please/
http://www.redwap.me/videos/771396/she-finally-got-what-she-wanted/
http://www.redwap.me/videos/172140/ebony-interracial-banged-in-british-fake-taxi/
http://www.redwap.me/videos/10122/blonde-milf-zoey-portland/
http://www.redwap.me/videos/301727/dirtiest-spanish-student/

http://www.redwap.me/videos/263106/dresses-like-devil-hot-model-fucks/
http://www.redwap.me/videos/361781/harley-quinn-gets-blacked-by-deadshot/
http://www.redwap.me/videos/420990/amateur-schoolgirl-rides-cock-and-has-her-cute-titties-creamed/
http://www.redwap.me/videos/768842/fall-upon-a-big-cock/
http://www.redwap.me/videos/771249/slide-between-my-fingers/
http://www.redwap.me/videos/767413/pussy-primer/
http://www.redwap.me/videos/778324/drilling-her-wet-pussy-by-the-pool/
http://www.redwap.me/videos/413416/thick-teen-takes-a-load/
http://www.redwap.me/videos/421865/cant-keep-it-down/
http://www.redwap.me/videos/426724/the-dykest-hour-comes-with-more-joyful-clit-munching/
http://www.redwap.me/videos/427345/in-the-army-now/
http://www.redwap.me/videos/30670/firm-ass-spanked-to-excess/
http://www.redwap.me/videos/171051/brunette-takes-a-cock/
http://www.redwap.me/videos/764570/driving-mommy-wild/
http://www.redwap.me/videos/1120/horny-schoolgirl/
http://www.redwap.me/videos/30591/allie-blows-him-like-a-pro/
http://www.redwap.me/videos/417270/tightest-ass-ever/
http://www.redwap.me/videos/207358/tight-wifes-ass-hole-gets-dicked/
http://www.redwap.me/videos/418323/ebony-teens-ffm/
http://www.redwap.me/videos/28888/asa-akira-real-orgasms/
http://www.redwap.me/videos/353700/reverse-cowgirl-craziness/
http://www.redwap.me/videos/180388/stunning-lesbians-lick-each-other-in-bedroom/
http://www.redwap.me/videos/421190/hot-threesome-at-the-end-of-the-world/
http://www.redwap.me/videos/147503/fake-taxi-driver-fucks-amateur-tourist-outdoor/
http://www.redwap.me/videos/404338/latina-outlaw-gets-fat-dong-in-the-middle-of-a-massacre/
http://www.redwap.me/videos/24300/triple-a-squirting-orgy/
http://www.redwap.me/videos/116636/dude-passionately-fucks-masseuse/
http://www.redwap.me/videos/65222/take-the-money-and-put-this-cock-in-your-teen-mouth/
http://www.redwap.me/videos/391985/michael-sneakily-fuck-carters-pussy/
http://www.redwap.me/videos/768600/pristine-in-pantyhose/
http://www.redwap.me/videos/110843/femaleagent-hd-moist-mouth-blowjobs/
http://www.redwap.me/videos/353599/pov-blowjob/
http://www.redwap.me/videos/368260/cute-teen-getting-fucked-in-the-ass/
http://www.redwap.me/videos/763846/teen-tastes-horny-stepmoms-pussy/
http://www.redwap.me/videos/266712/busty-latina-whore-takes-on-massive-cock/
http://www.redwap.me/videos/765113/a-treat-for-her-feet/
http://www.redwap.me/videos/766136/the-stairwell/
http://www.redwap.me/videos/421485/busty-masseuse-eats-out-the-clients-pussy/
http://www.redwap.me/videos/768962/londons-slutty-little-secret/
http://www.redwap.me/videos/65647/anal-couples-are-happy-couples/
http://www.redwap.me/videos/396510/nekane-sweet-watching-porn/
http://www.redwap.me/videos/338075/sexy-blonde-journalist-in-a-xxx-appointment/
http://www.redwap.me/videos/763093/doctor-knows-best/
http://www.redwap.me/videos/766302/millennial-pink/
http://www.redwap.me/videos/766602/first-timer-faces-the-bench/
http://www.redwap.me/videos/766415/little-fitness-freak/
http://www.redwap.me/videos/401985/spanish-hippie-teen-addicted-to-the-wood/
http://www.redwap.me/videos/412841/keeping-it-in-the-family/
http://www.redwap.me/videos/170580/masseur-fuck-beautiful-short-haired-babe/
http://www.redwap.me/videos/768431/a-stepmom-has-needs/
http://www.redwap.me/videos/267098/blowjob-and-riding-on-top/

http://www.redwap.me/videos/765804/spilt-milk/
http://www.redwap.me/videos/768178/pole-my-hole/
http://www.redwap.me/videos/225656/blond-female-agent-fucks-muscular-guy-in-office/
http://www.redwap.me/videos/475773/brunette-white-whore-savannah-stern-fucked-hard-in-interracial-
threesome/
http://www.redwap.me/videos/294617/lets-try-out-carol-xxx/
http://www.redwap.me/videos/354195/reverse-cowgirl-hotness/
http://www.redwap.me/videos/360882/virgin-fur-pie-needs-to-be-stuffed/
http://www.redwap.me/videos/123371/ass-titty-bar/
http://www.redwap.me/videos/355990/horny-teen-kristy-gets-taught-a-blowjob-lesson-by-her-friends-parents/
http://www.redwap.me/videos/67889/inviting-one-more-girl-to-a-fuck-session/
http://www.redwap.me/videos/297777/girlfriends-licking-and-tribbing-in-bed/
http://www.redwap.me/videos/770764/dirty-talking-tattooed-teaser-lily-throated/
http://www.redwap.me/videos/425482/to-serve-and-seduce/
http://www.redwap.me/videos/19231/hard-lesbian-casting/
http://www.redwap.me/videos/298919/babe-fucked-in-the-ass/
http://www.redwap.me/videos/295602/huge-tits-chubby-bride-banging/
http://www.redwap.me/videos/764066/calling-in-dick/
http://www.redwap.me/videos/417157/perfect-tagteam/
http://www.redwap.me/videos/115173/busty-taxi-amateur-fucked-in-backseat-pov/
http://www.redwap.me/videos/425822/busty-and-scissoring/
http://www.redwap.me/videos/421405/angel-piaff-can-do-magic-with-her-cute-feet/
http://www.redwap.me/videos/239171/busty-brith-upskirt-in-back-seat-in-cab/
http://www.redwap.me/videos/417353/no-faking-it/
http://www.redwap.me/videos/354169/glorious-allnatural-hottie/
http://www.redwap.me/videos/480/stripping-for-friends/
http://www.redwap.me/videos/767333/substitute-sex-ed/
http://www.redwap.me/videos/4886/money-talks-starts-with-a-naked-game/
http://www.redwap.me/videos/330071/all-business/
http://www.redwap.me/videos/434702/amazing-latina-babe-with-big-natural-tits-receives-hardcore-slamming/
http://www.redwap.me/videos/768220/kitchen-cockfidential/
http://www.redwap.me/videos/202650/blonde-masseuse-sucks-and-bangs-in-massage-room/
http://www.redwap.me/videos/30522/blonde-slut-cock-entrapment/
http://www.redwap.me/videos/170914/leche-69-sexy-russian-blonde-teen/
http://www.redwap.me/videos/67263/janessa-brazil-doing-herself/
http://www.redwap.me/videos/421733/quick-and-painless/
http://www.redwap.me/videos/238892/romanian-hottie-with-monster-tits-bangs/
http://www.redwap.me/videos/256929/tiny-teen-gf-analed-on-the-floor/
http://www.redwap.me/videos/418942/dyked-maid-spins-hot-schoolgirl-pussy-on-her-huge-strapon/
http://www.redwap.me/videos/27080/ambers-really-into-salad/
http://www.redwap.me/videos/188633/anally-close-to-heaven/
http://www.redwap.me/videos/394939/seduction-is-calis-best-friend-when-it-comes-to-her-daddys-huge-cock/
http://www.redwap.me/videos/425302/summertime-hotness/
http://www.redwap.me/videos/766465/miss-24-7/
http://www.redwap.me/videos/432616/amateur-bimbo-in-stockings-gets-her-fat-ass-fucked-pov/
http://www.redwap.me/videos/162822/sensual-masseuse-fucking-dude-in-massage-room/
http://www.redwap.me/videos/305134/pussy-worth-fighting-for/
http://www.redwap.me/videos/405980/shes-sold/
http://www.redwap.me/videos/279890/busty-tall-teen-riding-her-dildo/
http://www.redwap.me/videos/3962/luckily-he-recorded-the-celebration/
http://www.redwap.me/videos/764603/breaking-in-my-new-girlfriend/

http://www.redwap.me/videos/418470/viennas-up-for-a-sausage/
http://www.redwap.me/videos/282827/female-agent-vibrates-dark-haired-amateur/
http://www.redwap.me/videos/353911/steamy-celebration/
http://www.redwap.me/videos/404943/gleefully-plumming-her/
http://www.redwap.me/videos/265391/perfect-booty-brit-bangs-in-fake-taxi/
http://www.redwap.me/videos/421316/jessica-lynn-takes-a-nice-lick-of-micah-moores-perfect-cooch/
http://www.redwap.me/videos/30669/bibi-jones-surrounded-by-cocks/
http://www.redwap.me/videos/765740/rich-couples-bdsm-fetish/
http://www.redwap.me/videos/424124/buxom-latina-cant-choose-between-two-dongs-so-takes-them-both/
http://www.redwap.me/videos/763922/pot-o-dongs/
http://www.redwap.me/videos/778372/oral-69-foreplay-before-a-hot-riding/
http://www.redwap.me/videos/395863/carla-knows-the-deal/
http://www.redwap.me/videos/765008/neighborly-suck-fuck/
http://www.redwap.me/videos/328667/sweet-teen-experience-intense-orgasm/
http://www.redwap.me/videos/763209/new-cock-on-the-block/
http://www.redwap.me/videos/778220/pov-hotel-fucking-with-a-brunette-girl/
http://www.redwap.me/videos/767871/juicy-in-jeggings/
http://www.redwap.me/videos/387534/dipping-the-cock-inside-her-18-year-old-pussy/
http://www.redwap.me/videos/470241/just-good-blowjob-and-creampied-this-hot-hooker/
http://www.redwap.me/videos/416980/not-too-big/
http://www.redwap.me/videos/274932/tempting-hot-bbw-allision-broadway-gets-fucked/
http://www.redwap.me/videos/135795/big-bum-amateur-sucking-and-banging-pov/
http://www.redwap.me/videos/104439/lesbea-hd-mature-woman-has-great-ass-spread-wide-open/
http://www.redwap.me/videos/768221/stranded-summers/
http://www.redwap.me/videos/18703/my-busty-girl-emmanuelle/
http://www.redwap.me/videos/263510/petite-blonde-chick-gets-pulled-over-and-fucked-on-cop-car/
http://www.redwap.me/videos/4162/shes-really-horny/
http://www.redwap.me/videos/310746/white-bf-cums-on-hot-ebony-teen-gf/
http://www.redwap.me/videos/766312/house-arrest-fuck-fest/
http://www.redwap.me/videos/34120/stretching-rebecca/
http://www.redwap.me/videos/249474/sensual-vinna-massaged-smoothly-and-given-a-hot-cj/
http://www.redwap.me/videos/302078/kept-in-the-cage/
http://www.redwap.me/videos/330507/acrobatic-slut/
http://www.redwap.me/videos/421769/stop-to-suck/
http://www.redwap.me/videos/189495/hot-blonde-babe-banged-to-creampie/
http://www.redwap.me/videos/301413/wild-euro-party-with-kinky-models/
http://www.redwap.me/videos/392669/lad-enjoyed-eating-bushy-pussy/
http://www.redwap.me/videos/413379/cockriding-outdoors/
http://www.redwap.me/videos/186535/busty-teen-brunette-sucks-a-bbc/
http://www.redwap.me/videos/354050/irresistible-babes-fucking/
http://www.redwap.me/videos/765416/recycling-bin-continued/
http://www.redwap.me/videos/4434/her-sex-drive-is-just-revving-up/
http://www.redwap.me/videos/267191/stunning-brunette-undressing-for-sex/
http://www.redwap.me/videos/106524/fakehospital-blonde-womans-headache-cured-by-cock/
http://www.redwap.me/videos/67799/on-consignment/
http://www.redwap.me/videos/313030/all-teens-loves-huge-cocks/
http://www.redwap.me/videos/419925/nature-girl/
http://www.redwap.me/videos/763374/those-are-not-mine/
http://www.redwap.me/videos/111647/mom-brunette-shows-her-man-great-sex/
http://www.redwap.me/videos/766304/breakup-sex/
http://www.redwap.me/videos/5278/bang-for-rent/

http://www.redwap.me/videos/283648/naughty-ebony-babe-interracial-bangs/
http://www.redwap.me/videos/246133/mature-lady-sucking-and-deepthroating-a-dick-like-a-professional/
http://www.redwap.me/videos/258553/sweet-blonde-consumes-erotic-pleasure/
http://www.redwap.me/videos/425481/cant-stop-a-milf/
http://www.redwap.me/videos/8885/busty-sunny-leone-spreading/
http://www.redwap.me/videos/417114/teen-in-the-heet/
http://www.redwap.me/videos/415799/i-heart-wet-pussies/
http://www.redwap.me/videos/764135/my-stepdaughters-boyfriend/
http://www.redwap.me/videos/416129/caught-by-the-horny-maid/
http://www.redwap.me/videos/425231/size-does-matter/
http://www.redwap.me/videos/768357/the-good-samaritan/
http://www.redwap.me/videos/429937/nonstop-halloween-havoc/
http://www.redwap.me/videos/765763/bunk-bed-pleasures/
http://www.redwap.me/videos/330119/ripe-and-ready/
http://www.redwap.me/videos/171485/momsbangteens-jaclyn-taylor-megan-rain-this-is-how-to-do-it-new-15-june-2015/
http://www.redwap.me/videos/766928/lip-service/
http://www.redwap.me/videos/4436/plunging-their-tongues-into-each-others-pussies/
http://www.redwap.me/videos/419993/fantastic-foursome/
http://www.redwap.me/videos/441779/big-fuckedup-family-fucking/
http://www.redwap.me/videos/10663/keiran-is-a-crazy-sex-addict/
http://www.redwap.me/videos/768210/shower-her-with-stockings/
http://www.redwap.me/videos/768259/amateur-nye/
http://www.redwap.me/videos/381905/blair-williams-shows-some-cock-yoga-after-class/
http://www.redwap.me/videos/296678/czech-beauty-pov-banged-in-fake-taxi-till-creampie/
http://www.redwap.me/videos/431077/tangled-up-in-blue/
http://www.redwap.me/videos/430800/spiteful-little-slut/
http://www.redwap.me/videos/19859/casting-skinny-russian-teen-liza/
http://www.redwap.me/videos/418949/roselyn-belle-and-riley-star-spend-a-rainy-day-in-the-bed/
http://www.redwap.me/videos/330746/angelic-babe-banged/
http://www.redwap.me/videos/330522/summertime-hotness/
http://www.redwap.me/videos/238988/skinny-petite-brit-fucks-in-casting/
http://www.redwap.me/videos/7751/they-danced-they-teased-they-fucked/
http://www.redwap.me/videos/778221/milf-with-big-knockers-fucked-in-various-places/
http://www.redwap.me/videos/8797/beautiful-black-milf-janine/
http://www.redwap.me/videos/301886/cum-for-her-pierced-tits/
http://www.redwap.me/videos/193/i-decided-to-post-this-video-of-us-after-a-fight/
http://www.redwap.me/videos/771358/hard-cock-deep-inside-my-girl-butt/
http://www.redwap.me/videos/123315/her-payment-options/
http://www.redwap.me/videos/430853/ride-of-a-lifetime/
http://www.redwap.me/videos/425266/innocent-prank/
http://www.redwap.me/videos/228557/slim-curly-amateur-bangs-in-casting/
http://www.redwap.me/videos/419281/loves-the-taste/
http://www.redwap.me/videos/287711/copper-slams-mischievous-layla-on-the-back-seat-of-his-car/
http://www.redwap.me/videos/269355/ardent-european-ffmm-party/
http://www.redwap.me/videos/9581/twistys-jayden-cole/
http://www.redwap.me/videos/18632/the-girls-stole-the-night-away/
http://www.redwap.me/videos/6758/delicious-ass-and-bouncing-on-cock/
http://www.redwap.me/videos/764635/omg-its-cinco-de-mayo/
http://www.redwap.me/videos/769269/dirty-tourism/
http://www.redwap.me/videos/16793/teen-gets-some-big-cock-up-her-sweet-ass/

http://www.redwap.me/videos/301833/sporty-slut-showing-off/
http://www.redwap.me/videos/425542/tiny-chick-and-a-huge-dick/
http://www.redwap.me/videos/434733/hot-college-girl-belle-knox-pussy-pounded-hard-and-fast/
http://www.redwap.me/videos/146708/beautiful-blonde-bar-girl-fucks/
http://www.redwap.me/videos/171862/bignaturals-audrey-grace-table-top-titties-170615/
http://www.redwap.me/videos/267748/lesbian-play-turned-into-ffmm-action/
http://www.redwap.me/videos/1223/preparing-her-ass-for-anal-sex/
http://www.redwap.me/videos/272498/fake-taxi-driver-eats-blonde-in-boots/
http://www.redwap.me/videos/764004/risque-roses/
http://www.redwap.me/videos/239507/babe-does-anal-on-halloween-in-cab/
http://www.redwap.me/videos/764589/whoredrobe/
http://www.redwap.me/videos/224579/busty-brunette-fucked-by-fake-taxi-driver/
http://www.redwap.me/videos/7233/public-display/
http://www.redwap.me/videos/4412/group-sex-in-a-shop/
http://www.redwap.me/videos/4322/pretty-big-tits-here-lesbian/
http://www.redwap.me/videos/268146/riding-all-the-way/
http://www.redwap.me/videos/768966/comparing-apples-and-melons/
http://www.redwap.me/videos/412726/crazy-blond-slut-will-drain-the-cum-out-of-your-cock/
http://www.redwap.me/videos/769210/her-wife-wants-me/
http://www.redwap.me/videos/30588/breannes-a-total-babe/
http://www.redwap.me/videos/35504/petite-gina-paying-the-rent/
http://www.redwap.me/videos/185554/hot-babe-doggy-style-banged-pov/
http://www.redwap.me/videos/769798/comforting-the-cutie/
http://www.redwap.me/videos/420015/wild-ride-with-a-stepsis/
http://www.redwap.me/videos/331477/anonymous-orgy/
http://www.redwap.me/videos/731/nice-dorm-sex/
http://www.redwap.me/videos/144896/hot-kenna-and-samantha-in-lesbian-sex/
http://www.redwap.me/videos/302608/two-lesbian-beauties/
http://www.redwap.me/videos/767213/focus-on-me/
http://www.redwap.me/videos/770033/girls-night-out/
http://www.redwap.me/videos/7255/dancing-for-a-dick/
http://www.redwap.me/videos/22791/bailey-fucking-for-her-career/
http://www.redwap.me/videos/301489/ravishing-russian-hottie/
http://www.redwap.me/videos/765314/getting-smashed/
http://www.redwap.me/videos/302932/horny-landlord/
http://www.redwap.me/videos/7386/blonde-milf-named-summer-haze/
http://www.redwap.me/videos/354223/good-samaritan/
http://www.redwap.me/videos/118947/amorous-lesbian-love/
http://www.redwap.me/videos/25370/the-cheeky-blonde-gets-what-she-deserves/
http://www.redwap.me/videos/148718/horny-anissa-kate-gets-her-pussy-pounded/
http://www.redwap.me/videos/182520/petite-euro-blonde-has-lesbian-casting/
http://www.redwap.me/videos/238690/shaved-pussy-milf-fucks-young-cock/
http://www.redwap.me/videos/771316/mover-gets-to-fuck-a-tight-pussy-as-a-bonus/
http://www.redwap.me/videos/764783/lick-a-boss/
http://www.redwap.me/videos/189959/enjoy-this-hot-solo-scene-with-amber-sym-in-sexy-lingerie/
http://www.redwap.me/videos/267198/pretty-blonde-teenager-seeks-a-sensual-adventure-away/
http://www.redwap.me/videos/417071/poor-poor-slut/
http://www.redwap.me/videos/64972/spread-your-legs-wide-babe/
http://www.redwap.me/videos/765930/fucking-like-frenemies-part-1/
http://www.redwap.me/videos/425635/one-night-stand/
http://www.redwap.me/videos/31710/stoya-got-a-new-haircolor/

http://www.redwap.me/videos/423253/amateur-swedish-girl-deepthroats-fat-boner-like-a-true-pro/
http://www.redwap.me/videos/417291/solo-seduction/
http://www.redwap.me/videos/766451/stretching-her-out/
http://www.redwap.me/videos/773035/thesandfly-sexbites-blowin-in-the-dunes/
http://www.redwap.me/videos/111235/fakeagentuk-dirty-blonde-bombshell-makes-him-pay/
http://www.redwap.me/videos/417185/blonde-bimbo-milf/
http://www.redwap.me/videos/766976/anatomy-lesson/
http://www.redwap.me/videos/59793/knowing-she-wants-the-money/
http://www.redwap.me/videos/295556/horny-couple-on-a-sexual-encounter/
http://www.redwap.me/videos/764053/getting-her-happy-ending/
http://www.redwap.me/videos/121608/hugetitted-milf-assfucked-roughly/
http://www.redwap.me/videos/187643/milf-sprayed-with-young-cum/
http://www.redwap.me/videos/400748/monique-has-plenty-of-experience/
http://www.redwap.me/videos/413117/cougars-hung-prey/
http://www.redwap.me/videos/768097/jacking-it-till-she-sucks-my-dick/
http://www.redwap.me/videos/65494/now-thats-a-party/
http://www.redwap.me/videos/33900/after-catching-my-girl-with-a-girl-i-fucked-both/
http://www.redwap.me/videos/427639/rough-sex-session-with-two-all-natural-whores/
http://www.redwap.me/videos/764710/dildocycle/
http://www.redwap.me/videos/182573/british-amateur-in-stockings-bangs-on-casting/
http://www.redwap.me/videos/301273/xxx-xmas-lesbians/
http://www.redwap.me/videos/18115/lesbian-milf-pleasuring-young-pussy/
http://www.redwap.me/videos/312254/black-beauty-fucking-on-the-beach-in-hot-interracial-action/
http://www.redwap.me/videos/399595/dirty-demi/
http://www.redwap.me/videos/386834/sweet-juicy-pussy/
http://www.redwap.me/videos/107710/lesbians-eats-and-fucks-with-strap-on-toy/
http://www.redwap.me/videos/379753/czech-girl-forced-to-give-head-and-pussy-to-the-pervy-cab-driver/
http://www.redwap.me/videos/425720/hungry-for-cashcock/
http://www.redwap.me/videos/28900/mick-feels-like-eating-asian-tonight/
http://www.redwap.me/videos/21915/nesti-learning-how-to-throat/
http://www.redwap.me/videos/155890/busty-girl-jerks-off-thick-cock/
http://www.redwap.me/videos/765742/handcuffed/
http://www.redwap.me/videos/6396/ass-pussy/
http://www.redwap.me/videos/768073/cafe-cutie-needs-cash/
http://www.redwap.me/videos/329953/innocent-babe-with-slutty-tats/
http://www.redwap.me/videos/471025/bride-in-stockings-and-her-horny-friend-are-nailed-hard/
http://www.redwap.me/videos/430152/spains-finest-sluts/
http://www.redwap.me/videos/359091/voluptuous-brunette-fucked/
http://www.redwap.me/videos/65405/fuck-the-pain-away/
http://www.redwap.me/videos/765025/sync-slam/
http://www.redwap.me/videos/764999/mail-order-dominatrix/
http://www.redwap.me/videos/769789/hustle-and-blow/
http://www.redwap.me/videos/278174/busty-underwear-model-bangs-in-fake-taxi/
http://www.redwap.me/videos/330763/poping-cherry/
http://www.redwap.me/videos/764007/getting-off-on-the-job/
http://www.redwap.me/videos/765992/grad-day/
http://www.redwap.me/videos/20295/pickedup-euro-cocksucking-in-public/
http://www.redwap.me/videos/762994/day-with-a-pornstar-romi-and-rachel/
http://www.redwap.me/videos/406988/horny-sluts-turn-a-passengers-flight-in-to-playground-for-hardcore-sex/
http://www.redwap.me/videos/103743/british-babe-sucks-to-facial-cab-jizz/
http://www.redwap.me/videos/413066/teens-love-having-fun/

http://www.redwap.me/videos/19030/lesbian-shower/
http://www.redwap.me/videos/25450/three-bitches-getting-their-loads-worth/
http://www.redwap.me/videos/414949/sticking-it-to-the-boss/
http://www.redwap.me/videos/397419/annihilating-aishas-pussy/
http://www.redwap.me/videos/768646/i-want-your-husband/
http://www.redwap.me/videos/361897/dillion-harper-rides-chad-whites-cock-like-a-champ/
http://www.redwap.me/videos/141202/blonde-lesbian-amateur-eats-female-agent-on-casting/
http://www.redwap.me/videos/122306/brit-amateur-fucked-from-behind-in-cab/
http://www.redwap.me/videos/765865/slutty-survey/
http://www.redwap.me/videos/417952/gorgeous-blonde-teen-daughter-gets-repeatedly-fucked-and-cummed-on/
http://www.redwap.me/videos/429797/sweet-taste-of-jizz/
http://www.redwap.me/videos/217981/huge-tits-blonde-gets-breasts-cum/
http://www.redwap.me/videos/331192/perfect-aim/
http://www.redwap.me/videos/7651/two-milfs-pleasure/
http://www.redwap.me/videos/405598/her-hunger/
http://www.redwap.me/videos/317086/awesome-homemade-blowjob-leads-to-a-big-sticky-facial-cumshot/
http://www.redwap.me/videos/730874/college-girls-squirt-on-a-guy-who-is-peeking-on-the-spring-break-party/
http://www.redwap.me/videos/413912/fucking-my-freaky-step-sister-teen-with-her-costume-on/
http://www.redwap.me/videos/331031/brazilian-babe-begging-for-more/
http://www.redwap.me/videos/764164/stealing-from-the-easter-bunnys-basket/
http://www.redwap.me/videos/769139/stood-up-dicked-down/
http://www.redwap.me/videos/358141/french-girl-gets-a-surprise-for-easter/
http://www.redwap.me/videos/247689/doing-what-her-hands-pussy-love/
http://www.redwap.me/videos/763896/caught-on-cumming-camera/
http://www.redwap.me/videos/398445/big-cock-dude-bangs-gf-and-her-stepmom/
http://www.redwap.me/videos/68051/amazing-sunny-leone-posing/
http://www.redwap.me/videos/173312/leyla-enjoyed-every-inch-of-his-cock-in-her-perky-tight-ass/
http://www.redwap.me/videos/155554/bisexual-redhead-rides-dildo-kissin/
http://www.redwap.me/videos/122307/blonde-agent-deep-throats-in-casting/
http://www.redwap.me/videos/417142/starry-blowjob/
http://www.redwap.me/videos/719336/blond-bimbo-gets-slammed-after-boxing-practice/
http://www.redwap.me/videos/421470/gorgeous-nympho-settling-into-her-new-dorm-room/
http://www.redwap.me/videos/74113/holly-morgan-is-bonked-by-a-very-experienced-fucker/
http://www.redwap.me/videos/178412/ariana-marie-is-enjoying-the-naughty-thrill-of-masturbation/
http://www.redwap.me/videos/406157/perfect-black-booty/
http://www.redwap.me/videos/104625/mom-horny-blonde-milf-craves-his-cock/
http://www.redwap.me/videos/105619/lesbea-a-soppy-wet-pussy-cums-on-eufrats-mouth/
http://www.redwap.me/videos/301962/like-mother-like-daughter/
http://www.redwap.me/videos/417340/life-after-brexit/
http://www.redwap.me/videos/766183/a-model-mother/
http://www.redwap.me/videos/387216/carter-cruise-gets-fucked-behind-dads-couch-while-watching-football/
http://www.redwap.me/videos/19810/the-way-my-dick-looks-in-her-mouth-and-pussy/
http://www.redwap.me/videos/64061/anal-couple/
http://www.redwap.me/videos/2904/i-cum-on-my-girlfriends-face/
http://www.redwap.me/videos/766146/homo-sexians/
http://www.redwap.me/videos/422348/subtle-way-of-seduction/
http://www.redwap.me/videos/173731/kiara-lord-left-her-bf-on-the-sofa-and-her-stepmom-walked-in/
http://www.redwap.me/videos/330165/ready-player-one/
http://www.redwap.me/videos/414088/twisted-kinky-threesome/
http://www.redwap.me/videos/18415/freaks-out-at-night/
http://www.redwap.me/videos/779387/fucking-smalltits-brunette-on-highheels/

http://www.redwap.me/videos/385555/lisa-ann-mdivani-ufrosis-klienttan/
http://www.redwap.me/videos/164271/dildo-riding-on-the-floor-by-beauty-hottie/
http://www.redwap.me/videos/768869/club-cougar-joins-the-party/
http://www.redwap.me/videos/764070/spring-break-beach-house-party/
http://www.redwap.me/videos/770930/addicted-to-the-girl-next-door/
http://www.redwap.me/videos/16731/dakotas-teen-pussy-munched-by-a-milf/
http://www.redwap.me/videos/404282/horny-couple-incites-their-therapist-for-a-hard-fuck/
http://www.redwap.me/videos/767110/big-tits-on-britt/
http://www.redwap.me/videos/18347/naughty-natural-titted-shae/
http://www.redwap.me/videos/239983/chick-jerks-a-cock-with-her-feet-until-it-cums/
http://www.redwap.me/videos/472406/mesmerizing-stripping/
http://www.redwap.me/videos/767365/big-ass-burlesque/
http://www.redwap.me/videos/202838/housewife-takes-huge-cum-shot-facial/
http://www.redwap.me/videos/31785/brooklyn-lee-in-high-heels/
http://www.redwap.me/videos/2365/thanks-you-for-this-cum-on-my-face/
http://www.redwap.me/videos/33866/anna-lynn-gets-fucked-by-a-big-cock/
http://www.redwap.me/videos/18669/look-what-i-got-for-my-bday/
http://www.redwap.me/videos/183234/brunette-teen-licks-blonde-milf-in-bed/
http://www.redwap.me/videos/425037/ash-is-at-her-hottest/
http://www.redwap.me/videos/766324/show-me-the-yoni/
http://www.redwap.me/videos/257377/cop-in-uniform-fuck-with-horny-amateur/
http://www.redwap.me/videos/255472/youve-gotta-see-those-juicy-melons-of-our-gal/
http://www.redwap.me/videos/405455/banging-bootylicious-bitches/
http://www.redwap.me/videos/425343/kinky-kallie/
http://www.redwap.me/videos/766855/undressing-each-other/
http://www.redwap.me/videos/767835/dont-be-a-doormat/
http://www.redwap.me/videos/414996/morning-glory/
http://www.redwap.me/videos/764277/feelin-myself/
http://www.redwap.me/videos/8323/on-consignment/
http://www.redwap.me/videos/1189/when-mom-takes-action/
http://www.redwap.me/videos/768140/night-of-reckoning-episode-4/
http://www.redwap.me/videos/303489/she-adores-his-cum/
http://www.redwap.me/videos/418544/she-knows-how-to-touch/
http://www.redwap.me/videos/770065/luscious-lena-reif/
http://www.redwap.me/videos/763055/business-too-casual/
http://www.redwap.me/videos/427153/the-cab-driver-gives-her-his-tip/
http://www.redwap.me/videos/255304/horny-mom-loves-her-clit-stimulated-with-moist-tongue/
http://www.redwap.me/videos/271670/juicy-blonde-milf-brittany-gets-fucked-by-the-public-agent/
http://www.redwap.me/videos/199390/beautiful-ebony-on-interracial-massage/
http://www.redwap.me/videos/430796/caged-stepdaughter-punished/
http://www.redwap.me/videos/103257/tattooed-blonde-pounded-pov-reality-busty/
http://www.redwap.me/videos/301957/all-teasing/
http://www.redwap.me/videos/331059/brazilian-babe-fucked/
http://www.redwap.me/videos/170961/my-wifes-finger-play-with-cock-and-cum/
http://www.redwap.me/videos/303485/showing-her-the-real-pleasure/
http://www.redwap.me/videos/435175/big-booty-milf-gets-busy-with-her-lover-in-bed/
http://www.redwap.me/videos/224762/our-anal-sunday-full-of-anal-creampies/
http://www.redwap.me/videos/353665/ann-does-anal/
http://www.redwap.me/videos/266808/horny-blonde-drilled-hard-anally-with-boyfriend-cock/
http://www.redwap.me/videos/764212/spontaneous-sextape/
http://www.redwap.me/videos/25367/scott-gets-to-nail-a-petite-blonde/

http://www.redwap.me/videos/120895/yoga-pants-lesbian-teens-fucking/
http://www.redwap.me/videos/767611/cable-tied/
http://www.redwap.me/videos/366807/jaye-summer-got-her-pussy-screwed-deep/
http://www.redwap.me/videos/121620/hot-brunette-milf-ass-licked-and-anal-fucked/
http://www.redwap.me/videos/763853/learning-on-the-job/
http://www.redwap.me/videos/16619/beer-pong-college-party/
http://www.redwap.me/videos/771229/unexpected-threesome-with-two-hot-chicks/
http://www.redwap.me/videos/384788/shes-still-got-it/
http://www.redwap.me/videos/65280/anal-practice/
http://www.redwap.me/videos/765399/fight-me-bitch/
http://www.redwap.me/videos/111823/beautiful-brunette-stella-cox-having-sensual-sex-on-the-sofa/
http://www.redwap.me/videos/249775/two-hot-chicks-strengthen-their-lovely-bond/
http://www.redwap.me/videos/424784/tina-kays-cute-little-pussy-gets-filled-with-cum/
http://www.redwap.me/videos/245134/tattooed-babe-has-doggystyle-fuck-and-creampie/
http://www.redwap.me/videos/18101/chloes-secret/
http://www.redwap.me/videos/30041/tracy-masturbating-at-work/
http://www.redwap.me/videos/135706/perfect-booty-amateur-banged-outdoor-pov/
http://www.redwap.me/videos/764243/boinking-and-bowling/
http://www.redwap.me/videos/188365/homemade-pov-closeup-pussy-licking/
http://www.redwap.me/videos/270802/teen-nerdy-girl-banged-by-her-bf/
http://www.redwap.me/videos/763116/the-perfect-maid-3/
http://www.redwap.me/videos/767664/caught-her-jogger/
http://www.redwap.me/videos/768551/stranded-slut-sucks-another-dick/
http://www.redwap.me/videos/239527/busty-redhead-massaged-and-fingered/
http://www.redwap.me/videos/125628/busty-plumper-fucks-in-fake-taxi/
http://www.redwap.me/videos/779380/sleeping-busty-milf-seduced-and-fucked/
http://www.redwap.me/videos/416923/hatefuck-hardcore/
http://www.redwap.me/videos/767936/stella-raee-goes-on-shopping-spree/
http://www.redwap.me/videos/285606/tanned-brunette-lesbo-fucks-blonde-in-bed/
http://www.redwap.me/videos/427881/booty-shorts-beauty/
http://www.redwap.me/videos/104087/fakeagentuk-blonde-sexy-czech-girl-squirts/
http://www.redwap.me/videos/768303/payback-served-corporate/
http://www.redwap.me/videos/766919/internal-affairs/
http://www.redwap.me/videos/160281/blonde-fucked-on-the-hood-outdoor/
http://www.redwap.me/videos/765761/tanas-bbc-obsession/
http://www.redwap.me/videos/769123/dont-bring-your-husband-to-the-salon/
http://www.redwap.me/videos/767308/mod-bod/
http://www.redwap.me/videos/768720/cramming-the-college-cutie/
http://www.redwap.me/videos/19576/some-fucking-some-watching/
http://www.redwap.me/videos/769069/wet-hot-yoga/
http://www.redwap.me/videos/117947/oiled-brunette-gets-pussy-massaged/
http://www.redwap.me/videos/416543/thesandfly-sexbites-nurse/
http://www.redwap.me/videos/769080/bj-dj/
http://www.redwap.me/videos/102522/latina-teen-bangs-pov-brunette-handjob/
http://www.redwap.me/videos/767678/banging-my-bosss-daughter/
http://www.redwap.me/videos/271507/flexible-black-babe-with-huge-sexy-boobs-dicked-deeply/
http://www.redwap.me/videos/769342/brazzibots-part-4/
http://www.redwap.me/videos/385167/unloading-made-easier-with-a-maid/
http://www.redwap.me/videos/32709/clothed-sex-with-eurogirl-aruna-aghora/
http://www.redwap.me/videos/359168/fishnet-babe-fucks-her-creepy-stepbro/
http://www.redwap.me/videos/426605/it-was-her-bfs-idea/

http://www.redwap.me/videos/301437/hottie-getting-her-dose-of-vitamin-d/
http://www.redwap.me/videos/133540/one-wet-pussy-serves-two-huge-cocks/
http://www.redwap.me/videos/470387/bubble-trouble/
http://www.redwap.me/videos/770248/hoetel/
http://www.redwap.me/videos/176121/amateur-babe-filled-with-creampie-pov/
http://www.redwap.me/videos/763290/sexy-ass-and-pussy-licking-beauties/
http://www.redwap.me/videos/110289/experienced-masseur-gets-blowjob-and-fuck/
http://www.redwap.me/videos/302158/braided-and-banged/
http://www.redwap.me/videos/431161/love-your-boss/
http://www.redwap.me/videos/106951/love-creampie-pretty-teenage-girl-seeded-doggy-style/
http://www.redwap.me/videos/766261/hot-decorator-milf/
http://www.redwap.me/videos/421234/little-redhead-linda-pays-for-her-cab-with-her-cooch/
http://www.redwap.me/videos/133464/amazing-lesbians-joined-by-handsome-horny-dude/
http://www.redwap.me/videos/31702/gagging-on-the-cag/
http://www.redwap.me/videos/49898/horny-busty-brunette-babe-fucked-with-huge-cock-in-all-poses/
http://www.redwap.me/videos/764152/serenading-ukulele-lay/
http://www.redwap.me/videos/18789/interracial-sex-in-a-dorm/
http://www.redwap.me/videos/6980/the-ladies-loved-showing-us-a-good-time/
http://www.redwap.me/videos/65760/my-gf-practicing-her-moves/
http://www.redwap.me/videos/430047/big-dick-surprise/
http://www.redwap.me/videos/312194/hot-teen-anal-babe-fucked-hard-in-her-tight-ass/
http://www.redwap.me/videos/430149/embrace-the-naughtiness/
http://www.redwap.me/videos/124520/petite-tanned-beauty-fucks-masseur/
http://www.redwap.me/videos/176343/hot-redhead-lesbian-takes-strap-on-dildo/
http://www.redwap.me/videos/269491/hairy-babe-with-sexy-tan-lines/
http://www.redwap.me/videos/133541/hot-teen-spends-time-alone-with-sex-toys/
http://www.redwap.me/videos/406406/handsome-turkish-babe-knows-how-to-handle-a-big-dick/
http://www.redwap.me/videos/248034/lonely-mom-needs-a-young-cock/
http://www.redwap.me/videos/425199/piper-blows-best/
http://www.redwap.me/videos/301150/taping-their-threesome/
http://www.redwap.me/videos/294057/slim-hottie-in-stockings-bangs-in-fake-cab/
http://www.redwap.me/videos/307176/gf-revenge-sex-tape-with-slutty-teen/
http://www.redwap.me/videos/33948/natural-titted-kendra-star-at-mikes-apartment/
http://www.redwap.me/videos/355192/working-out-did-not-work-out/
http://www.redwap.me/videos/430012/kitchen-floor-fucking/
http://www.redwap.me/videos/120937/brunette-babe-sucks-cock-after-massage/
http://www.redwap.me/videos/111571/she-spread-her-legs-to-take-his-cock-deep-in-her-juicy-butt/
http://www.redwap.me/videos/765038/bad-girl-justice-part-1/
http://www.redwap.me/videos/117410/british-model-fucked-to-climax-in-a-fake-taxi/
http://www.redwap.me/videos/765875/wrong-place-right-time/
http://www.redwap.me/videos/12905/beautiful-pornstar-jenna-presley-in-action/
http://www.redwap.me/videos/34014/suck-my-pussy-lick-my-ass/
http://www.redwap.me/videos/300940/fuck-mother-fuck-daughter/
http://www.redwap.me/videos/230856/blonde-milf-sucks-cock-in-sixty-nine/
http://www.redwap.me/videos/266981/lustful-blonde-with-a-perfect-ass/
http://www.redwap.me/videos/765558/fucked-by-two-milfs/
http://www.redwap.me/videos/266894/shy-teenager-gets-her-share-of-pleasure/
http://www.redwap.me/videos/423081/a-face-full-of-cum/
http://www.redwap.me/videos/320418/russian/
http://www.redwap.me/videos/771362/sweet-pussy-relaxation/
http://www.redwap.me/videos/288922/tanned-beautiful-mom-bangs-on-the-sofa/

http://www.redwap.me/videos/473235/teen-cosplayer-riding-on-a-big-dildo/
http://www.redwap.me/videos/305085/reality-kings-presents-new-slut-karmen-bella/
http://www.redwap.me/videos/767366/sparkly-clean/
http://www.redwap.me/videos/271663/big-fake-tits-model-fucks-in-casting/
http://www.redwap.me/videos/453199/hot-and-slutty-brunette-savannah-stern-gives-fantastic-fellatio/
http://www.redwap.me/videos/18134/a-college-girl-filming-a-naughty-video/
http://www.redwap.me/videos/18195/fucking-and-getting-cum-on-her-big-melons/
http://www.redwap.me/videos/764568/the-finisher-a-dp-xxx-parody-episode-4/
http://www.redwap.me/videos/106090/lesbians-playing-with-massager-in-bed/
http://www.redwap.me/videos/769052/girlfriends-gone-pov/
http://www.redwap.me/videos/357101/hot-girl-gets-fucked-at-the-playground/
http://www.redwap.me/videos/31624/gracie-gobbles-on-his-cock/
http://www.redwap.me/videos/384333/strertching-her-out/
http://www.redwap.me/videos/133653/triggering-tsunamisized-vibrant-orgasms/
http://www.redwap.me/videos/153804/brunette-in-lingerie-sucking-and-fucking/
http://www.redwap.me/videos/767453/the-exgirlfriend-episode-1/
http://www.redwap.me/videos/768347/bath-time-kenzie-green/
http://www.redwap.me/videos/767412/miss-milf/
http://www.redwap.me/videos/765712/door-to-door-deals/
http://www.redwap.me/videos/414957/tiptoed-blowjob/
http://www.redwap.me/videos/330023/oily-and-wet/
http://www.redwap.me/videos/205957/czech-redhead-banged-in-car-in-public/
http://www.redwap.me/videos/765854/product-placement-in-her-pussy/
http://www.redwap.me/videos/767166/the-nest-is-the-best/
http://www.redwap.me/videos/426894/interracial-affairs/
http://www.redwap.me/videos/54411/jessa-rhodes-pussy-lips-gripped-his-cock-so-tight/
http://www.redwap.me/videos/67596/look-and-learn-sweetie/
http://www.redwap.me/videos/767457/vibrating-panties-squirting-hotties/
http://www.redwap.me/videos/109712/lesbea-teen-buries-her-tongue-in-the-wet-pussy/
http://www.redwap.me/videos/115942/pulled-girlnextdoor-public-fucked-for-cash/
http://www.redwap.me/videos/249744/beautiful-girls-with-horny-feelings-do-their-thing/
http://www.redwap.me/videos/768736/from-business-to-pleasure/
http://www.redwap.me/videos/134978/wife-pluging-her-asshole/
http://www.redwap.me/videos/304457/two-sexy-brunettes-fucked-in-hardcore-foursome-hd/
http://www.redwap.me/videos/134909/ferreras-sweet-pussy-for-romantic-sex/
http://www.redwap.me/videos/406984/anissas-boobs-need-a-strong-hand/
http://www.redwap.me/videos/1720/hotel-fuck/
http://www.redwap.me/videos/406024/teabag-for-black/
http://www.redwap.me/videos/766400/jessica-bones-a-dp-xxx-parody/
http://www.redwap.me/videos/767663/say-hello-to-her-little-friend/
http://www.redwap.me/videos/425785/creeping-on-his-sister/
http://www.redwap.me/videos/148720/lovely-lesbians-in-an-erotic-play-reaching-an-inte/
http://www.redwap.me/videos/107667/tattooed-brit-gets-anal-banged-in-fake-taxi/
http://www.redwap.me/videos/426065/hot-inring-action/
http://www.redwap.me/videos/777151/stolen-plans/
http://www.redwap.me/videos/768151/the-mannequin-the-security-guard/
http://www.redwap.me/videos/244912/busty-gets-pussy-fingered-and-massaged/
http://www.redwap.me/videos/266983/oral-excitement-with-a-french-lady/
http://www.redwap.me/videos/170897/small-tittied-blonde-licked-and-banged/
http://www.redwap.me/videos/384322/banging-a-cute-gf-with-a-funny-hat/
http://www.redwap.me/videos/384591/fantastic-euro-foursome/

http://www.redwap.me/videos/428262/kira-zen-eats-a-lady-bug/
http://www.redwap.me/videos/421662/foxyass-stripper-slut/
http://www.redwap.me/videos/768358/nerdy-cutie-takes-a-big-dick/
http://www.redwap.me/videos/156158/oiled-lesbians-hot-fun/
http://www.redwap.me/videos/248893/beautiful-student-admired-and-fucked-by-teacher/
http://www.redwap.me/videos/413685/horny-ladies-welcome-a-third-player-in-their-game-of-pleasure/
http://www.redwap.me/videos/64024/casting-ends-with-facial-cumshot/
http://www.redwap.me/videos/764814/coffee-shop-confrontation/
http://www.redwap.me/videos/763002/hot-nurse-gets-the-cock-pumpin/
http://www.redwap.me/videos/243724/tattooed-lady-gets-anal-sex-in-cab/
http://www.redwap.me/videos/167008/perfect-ass-maseuse-fucking-in-massage-room/
http://www.redwap.me/videos/763045/anal-sweetheart/
http://www.redwap.me/videos/196047/stunning-blonde-beauty-gets-banged-till-creampie/
http://www.redwap.me/videos/426/using-the-bunk-beds-the-way-you-are-supposed-to/
http://www.redwap.me/videos/467953/three-bootylitious-ladies-beauty-dior-cherokee-d-ass-and-skyy-black-
get-stuffed/
http://www.redwap.me/videos/19803/celebrating-the-single-no-sex/
http://www.redwap.me/videos/763106/the-mother-of-all-seductions/
http://www.redwap.me/videos/391934/olsens-twins/
http://www.redwap.me/videos/34993/fucking-like-crazy/
http://www.redwap.me/videos/767879/a-little-something-extra/
http://www.redwap.me/videos/763767/sweet-like-kandy/
http://www.redwap.me/videos/765778/a-view-of-the-english-cuntryside/
http://www.redwap.me/videos/752/all-girls-are-hot-today/
http://www.redwap.me/videos/27070/mature-jessica-still-got-a-tight-virgins-pussy/
http://www.redwap.me/videos/359156/creepy-guy-watches-girl-playing-with-herself/
http://www.redwap.me/videos/392584/stiff-cock-melts-over-sharon-lees-fine-boobs/
http://www.redwap.me/videos/766412/neon-night-out/
http://www.redwap.me/videos/417807/money-works-wonders/
http://www.redwap.me/videos/414503/takes-it-like-a-good-girl/
http://www.redwap.me/videos/249139/mishandling-her-face-fucking-her-pussy-sex/
http://www.redwap.me/videos/330053/all-sweaty-and-steamy/
http://www.redwap.me/videos/413918/stranded-brunette-finds-a-suitable-cock-for-her-wet-cunt/
http://www.redwap.me/videos/417575/pale-round-ass/
http://www.redwap.me/videos/363618/fucking-stepmom-in-the-bathtub/
http://www.redwap.me/videos/763577/mind-fuck-dicknosis/
http://www.redwap.me/videos/257090/stunning-brunette-delivers-an-amusing-sexual-act/
http://www.redwap.me/videos/206454/tit-and-ass-fucking-ends-with-a-facial/
http://www.redwap.me/videos/430826/taboo-siblings-sex/
http://www.redwap.me/videos/425315/stone-cold-fox/
http://www.redwap.me/videos/117132/spycam-fucked-amateur-receives-a-messy-facial/
http://www.redwap.me/videos/188238/fake-taxi-driver-fucks-hairy-cunt-in-public/
http://www.redwap.me/videos/189469/mature-bbw-riding-younger-guy-in-bedroom/
http://www.redwap.me/videos/286210/husband-bangs-his-beautiful-busty-mom/
http://www.redwap.me/videos/418051/the-secret-of-pleasure/
http://www.redwap.me/videos/765244/breakfast-at-sativas/
http://www.redwap.me/videos/248052/seeking-erotic-adventures-in-the-vast-field/
http://www.redwap.me/videos/764289/fucking-the-squatter/
http://www.redwap.me/videos/330180/lenin-towards-a-double-facial/
http://www.redwap.me/videos/301326/best-job-interview-ever/
http://www.redwap.me/videos/37234/horny-sensitive-brunette-babe-pussy-and-ass-fingered-in-massage-parlor/

http://www.redwap.me/videos/63540/janessa-brazil-masturbating/
http://www.redwap.me/videos/263408/slim-blonde-got-massage-and-finger/
http://www.redwap.me/videos/4758/i-like-her-black-ass/
http://www.redwap.me/videos/766263/boyfriend-simulator/
http://www.redwap.me/videos/393572/aubrey-sinclair-is-down-to-fuck/
http://www.redwap.me/videos/764293/pool-nympho/
http://www.redwap.me/videos/397363/monique-has-plenty-of-pussy-licking-experience/
http://www.redwap.me/videos/763150/i-can-do-anal-though/
http://www.redwap.me/videos/440066/teenie-takes-a-ride-with-boyfriend-and-sucks-dick-outdoors/
http://www.redwap.me/videos/432781/busty-babe-picked-up-and-hammered-super-hard-in-pov/
http://www.redwap.me/videos/145262/brunette-teen-with-glasses-gets-banged-doggystyle-pov/
http://www.redwap.me/videos/763518/italian-cutie-rides-dick-at-school/
http://www.redwap.me/videos/767016/sampling-new-goods/
http://www.redwap.me/videos/768552/boxing-babe/
http://www.redwap.me/videos/4623/lick-lick/
http://www.redwap.me/videos/111824/brunette-veronica-rodriguez-stars-in-this-hot-hardcore-scene/
http://www.redwap.me/videos/207333/blonde-gives-cunt-massage-to-brunette/
http://www.redwap.me/videos/426022/when-the-natures-calling/
http://www.redwap.me/videos/140397/angelic-brunette-teen-with-nice-tatto-on-leg/
http://www.redwap.me/videos/419740/claudias-fantastic-ass-can-take-a-pounding/
http://www.redwap.me/videos/111828/danica-dillon-whips-out-her-big-juicy-breasts-in-the-office/
http://www.redwap.me/videos/177989/amazing-blonde-teen-babe-sex/
http://www.redwap.me/videos/425012/cumcovered-lil-booty/
http://www.redwap.me/videos/421713/ass-on-ashlee/
http://www.redwap.me/videos/18981/victoria-webb/
http://www.redwap.me/videos/331742/hardearned-cum/
http://www.redwap.me/videos/405927/twisted-game-of-seduction/
http://www.redwap.me/videos/67587/rollerblading-sweet-18-year-old-pussy/
http://www.redwap.me/videos/106641/mom-mature-women-having-lesbian-orgasms/
http://www.redwap.me/videos/288492/hot-brunette-mom-anina-enjoys-taking-dick-deep-inside-her/
http://www.redwap.me/videos/772/me-and-my-girl/
http://www.redwap.me/videos/766615/full-loadus-fucking/
http://www.redwap.me/videos/20713/fucking-his-busty-passanger-in-the-back/
http://www.redwap.me/videos/425694/two-reasons-to-see-it/
http://www.redwap.me/videos/420907/astonishing-mom-makes-a-handsome-boy-fuck-her-pierced-twat/
http://www.redwap.me/videos/33793/tattooed-stepmom-ffm-fun-with-curious-teens/
http://www.redwap.me/videos/191569/oiled-brunette-banged-by-her-masseur-till-ass-jizz/
http://www.redwap.me/videos/764476/gimme-a-raise/
http://www.redwap.me/videos/123877/tattooed-lesbian-massage-and-fucking/
http://www.redwap.me/videos/838/lesbian-dorm-games/
http://www.redwap.me/videos/123366/beautiful-girlfriend-gets-fucked-and-creamed/
http://www.redwap.me/videos/21962/henessy-getting-assfucked-on-the-floor/
http://www.redwap.me/videos/248624/endearing-female-delivers-her-pussy-as-required/
http://www.redwap.me/videos/418007/racy-reed/
http://www.redwap.me/videos/418190/sore-losers-and-winners/
http://www.redwap.me/videos/63458/bringing-out-the-naughty-girl-in-me/
http://www.redwap.me/videos/397688/kendall-loves-her-pussy-eaten-out/
http://www.redwap.me/videos/249745/flexible-latina-mistress-balances-on-erect-cock/
http://www.redwap.me/videos/401256/large-curves-make-dudes-pecker-hard/
http://www.redwap.me/videos/31580/jenni-nearly-choking-on-his-cock/
http://www.redwap.me/videos/471229/her-slutty-girlfriends-encourage-her-to-take-hardcore-anal-pounding/

http://www.redwap.me/videos/418397/uks-finest-redheaded-slut/
http://www.redwap.me/videos/765673/its-going-to-be-lit/
http://www.redwap.me/videos/425417/couple-of-horny-teens/
http://www.redwap.me/videos/763048/my-stepmom-and-her-sister/
http://www.redwap.me/videos/93915/babe-with-huge-perfectly-shaped-tits-fucking-for-money/
http://www.redwap.me/videos/768100/roller-dirty/
http://www.redwap.me/videos/280054/my-dirty-hobby-sandy226-und-die-sexy-linadiamond/
http://www.redwap.me/videos/717314/mya-mays-gets-dicked-while-playing-chess/
http://www.redwap.me/videos/763167/zz-pizza-party-part-1/
http://www.redwap.me/videos/471231/teen-has-a-fetish-for-fucking-in-the-public-place/
http://www.redwap.me/videos/765812/sexpionage/
http://www.redwap.me/videos/764987/crazy-for-cosplay-episode-4/
http://www.redwap.me/videos/765541/bed-sweatfest/
http://www.redwap.me/videos/766651/lost-my-cockcentration/
http://www.redwap.me/videos/764445/emily-takes-it/
http://www.redwap.me/videos/170136/toying-my-holes-live-on-home-webcam/
http://www.redwap.me/videos/63732/lets-see-how-you-can-move/
http://www.redwap.me/videos/9467/milfs-like-it-big/
http://www.redwap.me/videos/108890/femaleagent-hd-no-viagra-needed/
http://www.redwap.me/videos/842/very-curios-to-explore-more/
http://www.redwap.me/videos/355111/chains-and-tits/
http://www.redwap.me/videos/414462/public-agent-picks-off-a-girl-in-front-of-her-bf/
http://www.redwap.me/videos/30742/dont-kross-the-nurse/
http://www.redwap.me/videos/770868/big-booty-inmate-gets-fucked-in-prison/
http://www.redwap.me/videos/33937/my-girl-susie/
http://www.redwap.me/videos/189883/sexy-latina-jasmine-caro-getting-banged-on-the-kitchen-table/
http://www.redwap.me/videos/112917/love-creampie-outdoor-sex-for-busty-amateur/
http://www.redwap.me/videos/421299/gorgeous-ebony-babe-seductively-masturbates-before-riding-a-white-boner/
http://www.redwap.me/videos/360536/christen-courtney-suck-step-bros-cock-deep-throat/
http://www.redwap.me/videos/443453/big-booty-babe-rides-a-raging-fuck-stick-outdoors-pov/
http://www.redwap.me/videos/209337/bethany-benz-has-a-pretty-good-vacation/
http://www.redwap.me/videos/107144/mom-alicia-gives-her-man-a-kinky-creampie/
http://www.redwap.me/videos/111622/tasha-reign-begins-her-day-with-gentle-light-of-morning-sex/
http://www.redwap.me/videos/763287/tiny-asian-barely-fits-on-dick/
http://www.redwap.me/videos/766657/pretty-theft/
http://www.redwap.me/videos/767211/mommy-meets-a-teen-idol/
http://www.redwap.me/videos/361517/lesbian-sex-in-car-with-jasmine-jae-and-crystal-coxxx/
http://www.redwap.me/videos/766163/catty-costars/
http://www.redwap.me/videos/139801/huge-tits-british-blonde-anal-banged-in-taxi/
http://www.redwap.me/videos/432493/big-ass-mature-babe-lisa-ann-fucked-by-young-hunk/
http://www.redwap.me/videos/172898/lingerie-blonde-teen-masturbate/
http://www.redwap.me/videos/123183/fresh-milf-in-porn-samantha-sheridan/
http://www.redwap.me/videos/384493/horny-brazilian-plumper/
http://www.redwap.me/videos/766810/pornographic-pilates/
http://www.redwap.me/videos/286127/high-degree-of-romance-with-lesbian-gamers/
http://www.redwap.me/videos/766167/lipstick-slut/
http://www.redwap.me/videos/110839/fakeagentuk-dirty-talking-milf-takes-it-in-both-holes/
http://www.redwap.me/videos/188261/busty-brit-blonde-banged-pov-on-casting/
http://www.redwap.me/videos/771342/harmless-temptation-for-the-cock/
http://www.redwap.me/videos/766060/slumber-party-alex-de-la-flor-arya-fae/

http://www.redwap.me/videos/330924/cumcovered-and-happy/
http://www.redwap.me/videos/7847/asses-tits-and-pussies/
http://www.redwap.me/videos/19711/amateur-euro-girl-sucking-and-fucking-for-money/
http://www.redwap.me/videos/246736/pure-sex-on-grass-with-massive-cock/
http://www.redwap.me/videos/6397/see-my-babe-taking-my-cock/
http://www.redwap.me/videos/9740/busty-casey-james-playing-with-her-pussy/
http://www.redwap.me/videos/769049/grocery-store-milf/
http://www.redwap.me/videos/769201/hungry-for-spring-breakers-part-1/
http://www.redwap.me/videos/421285/busty-blonde-mom-enjoys-morning-sex-with-the-young-stud/
http://www.redwap.me/videos/301900/poolside-facial/
http://www.redwap.me/videos/768016/im-a-giver-and-a-taker/
http://www.redwap.me/videos/292438/big-boobs-masseuse-gently-bangs-customer/
http://www.redwap.me/videos/414440/all-wet-everywhere/
http://www.redwap.me/videos/769787/emergency-rubdown/
http://www.redwap.me/videos/99787/blue-eyed-amateur-sucking-and-banging-pov/
http://www.redwap.me/videos/396414/finishing-the-shoot/
http://www.redwap.me/videos/770195/stealth-toys/
http://www.redwap.me/videos/196059/pretty-brunette-asian-babe-marika-haze-getting-facialized/
http://www.redwap.me/videos/329890/bootylicious-beauty/
http://www.redwap.me/videos/181461/anal-and-ass-to-mouth-with-my-wife/
http://www.redwap.me/videos/396042/cristal-gets-on-all-fours-and-sucks-tylers-dick/
http://www.redwap.me/videos/331890/body-needs-taking-care-by-a-sexy-blondie/
http://www.redwap.me/videos/771178/story-of-a-nympho/
http://www.redwap.me/videos/4134/mom-teaching-her-stepdaughter-to-fuck/
http://www.redwap.me/videos/425028/oral-fixation/
http://www.redwap.me/videos/769046/locker-room-ramming/
http://www.redwap.me/videos/422848/horny-by-nature/
http://www.redwap.me/videos/4615/good-golly-teen-molly/
http://www.redwap.me/videos/185549/hirsute-pierced-pussy-gets-massaged-and-fucked/
http://www.redwap.me/videos/421665/didnt-expect-that/
http://www.redwap.me/videos/764322/cuffing-season/
http://www.redwap.me/videos/2288/helping-her-stepdaughter-getting-fucked/
http://www.redwap.me/videos/230465/tanned-and-pale-lesbians-licking/
http://www.redwap.me/videos/97035/lu-cy/
http://www.redwap.me/videos/770292/broken-hearted-hottie/
http://www.redwap.me/videos/717199/the-unyielding-udders-of-real-housewives/
http://www.redwap.me/videos/235627/wife-fucked-hard-missionary-on-the-floor/
http://www.redwap.me/videos/132550/brazilian-perla-bombom/
http://www.redwap.me/videos/64131/natural-tits-redhead-girl-giving-head/
http://www.redwap.me/videos/417136/easy-come-easy-go/
http://www.redwap.me/videos/19977/lesbian-sex-on-camera-after-a-run-in-the-park/
http://www.redwap.me/videos/430795/stack-them-sluts/
http://www.redwap.me/videos/443878/pov-halloween-hook-up/
http://www.redwap.me/videos/766469/theyre-just-friends/
http://www.redwap.me/videos/428322/sucking-on-these-titties/
http://www.redwap.me/videos/150163/diamondjackson/
http://www.redwap.me/videos/187083/sexy-czech-amateuyr-bangs-pov-in-public/
http://www.redwap.me/videos/767499/caught-watching-porn-alexa-nova-athena-faris/
http://www.redwap.me/videos/119429/ebony-euro-doggystyle-fucked-by-sham-agent/
http://www.redwap.me/videos/425207/making-luna-scream/
http://www.redwap.me/videos/430343/their-hot-indoor-camping/

http://www.redwap.me/videos/257067/beautiful-horny-moms-enjoy-young-and-strong-cock/
http://www.redwap.me/videos/415965/hungry-babe-takes-a-big-cumshot-into-her-open-mouth/
http://www.redwap.me/videos/107736/girlfriends-horny-lesbian-gets-stranger-to-eat-pussy/
http://www.redwap.me/videos/422001/dark-orgy/
http://www.redwap.me/videos/125083/hair-brush-and-lesbian-teen-fucking/
http://www.redwap.me/videos/165921/blonde-amateur-banged-in-public-pov/
http://www.redwap.me/videos/361007/ebony-teen-with-big-and-saggy-tits-fucked-in-car/
http://www.redwap.me/videos/361521/chloe-carter-gets-multiple-anal-orgasms-in-this-scene/
http://www.redwap.me/videos/174965/watch-the-hot-brunette-julia-spread-her-ass-cheeks-wide-open/
http://www.redwap.me/videos/104796/lesbea-bored-housewife-has-real-orgasm-with-secret-love/
http://www.redwap.me/videos/318679/my-dp-masturbation-in-my-office/
http://www.redwap.me/videos/943/organized-team-support/
http://www.redwap.me/videos/418453/naught-nymph/
http://www.redwap.me/videos/765560/dont-die-on-the-4th-of-july/
http://www.redwap.me/videos/247874/let-her-do-what-she-is-used-to/
http://www.redwap.me/videos/764805/snow-angel/
http://www.redwap.me/videos/7456/then-her-girl-stormed-in-the-room-and-caught-them-fucking/
http://www.redwap.me/videos/429844/perfect-set-of-boobs/
http://www.redwap.me/videos/331640/two-hotties-working-that-cock/
http://www.redwap.me/videos/416873/saras-mad-about-sex/
http://www.redwap.me/videos/767111/stripper-lessons-gina-valentina/
http://www.redwap.me/videos/8508/emily-addison-spreading-showing-masturbating/
http://www.redwap.me/videos/422703/deep-and-agressive/
http://www.redwap.me/videos/231953/plump-amateur-sucks-and-fucks-in-cab/
http://www.redwap.me/videos/418036/luxurious-latina-cowgirl/
http://www.redwap.me/videos/330856/three-perfect-brunettes/
http://www.redwap.me/videos/23726/slutty-office-secretary-banged-doggystyle/
http://www.redwap.me/videos/768242/assistant-fail/
http://www.redwap.me/videos/413356/naughty-martini-massacare/
http://www.redwap.me/videos/270921/having-sex-on-a-garden-sofa/
http://www.redwap.me/videos/384331/stunning-mom-in-a-latex-suit/
http://www.redwap.me/videos/391981/petite-blonde-sucks-and-fucks-gfs-bf/
http://www.redwap.me/videos/429877/celebrating-4th-of-july-with-pleasure/
http://www.redwap.me/videos/212037/female-agent-shoves-dildo-inside-blonde-in-casting/
http://www.redwap.me/videos/769021/thrifty-pussy/
http://www.redwap.me/videos/29699/kristine-rose-falls-in-love-with-his-morning-glory/
http://www.redwap.me/videos/425967/car-wash-lesbians/
http://www.redwap.me/videos/425251/abbys-arousing-sex-skills/
http://www.redwap.me/videos/267006/busty-female-flirts-eats-and-shows-off-her-body/
http://www.redwap.me/videos/2302/work-like-that/
http://www.redwap.me/videos/27691/petite-teen-pov-fucked/
http://www.redwap.me/videos/428331/thick-latina-cumslut-gets-fucked-in-her-first-scene/
http://www.redwap.me/videos/429750/mom-can-join/
http://www.redwap.me/videos/768099/wake-and-fuck/
http://www.redwap.me/videos/96594/two-santa-lesbians-fingering-and-licking-on-the-sofa/
http://www.redwap.me/videos/415338/bubble-butt-brunette/
http://www.redwap.me/videos/763058/doggy-door/
http://www.redwap.me/videos/563/partying-when-they-bored-or-horny/
http://www.redwap.me/videos/110320/mom-cougar-wife-fucks-her-lover/
http://www.redwap.me/videos/418138/get-a-load-of-these/
http://www.redwap.me/videos/413307/banging-the-burglar/

http://www.redwap.me/videos/764488/ms-fox-busts-the-teens/
http://www.redwap.me/videos/779563/three-lesbian-girls-on-a-bed/
http://www.redwap.me/videos/412940/from-every-angle/
http://www.redwap.me/videos/249728/tight-pussy-girlfriend-dicked-hard-in-many-styles/
http://www.redwap.me/videos/764915/little-blonde-tastes-a-big-cock/
http://www.redwap.me/videos/764195/sucked-by-the-soccer-milf/
http://www.redwap.me/videos/154229/zierlich/
http://www.redwap.me/videos/278181/masseur-stretching-big-tits-brunette-hottie/
http://www.redwap.me/videos/769199/lelas-panty-thief/
http://www.redwap.me/videos/181069/tell-me-your-secrets/
http://www.redwap.me/videos/422949/tender-interracial-sex/
http://www.redwap.me/videos/187089/alexis-crystal-gives-her-man-kristof-a-sexy-erotic-surprise/
http://www.redwap.me/videos/113683/mia-malkova-bending-over-to-get-thrust-into-hard-from-behind/
http://www.redwap.me/videos/765745/pussy-hunting-at-the-beach/
http://www.redwap.me/videos/296453/huge-tits-tourist-fucks-in-london-cab-in-public/
http://www.redwap.me/videos/417417/explosive-fuckfest/
http://www.redwap.me/videos/764720/the-body-double/
http://www.redwap.me/videos/357083/round-asses-get-even-the-hardest-of-cocks-balls-deep/
http://www.redwap.me/videos/265088/busty-brunette-toys-female-agent/
http://www.redwap.me/videos/767140/behind-the-threesome/
http://www.redwap.me/videos/765016/molly-meets-ms-swayze/
http://www.redwap.me/videos/387475/as-she-wishes/
http://www.redwap.me/videos/252823/2-darlings-are-having-joy-with-dudes-shaft/
http://www.redwap.me/videos/768719/make-this-house-a-ho/
http://www.redwap.me/videos/354802/fantastic-french-hottie/
http://www.redwap.me/videos/421166/having-a-good-fuck-with-a-sweet-czech-girl-in-the-back-alley/
http://www.redwap.me/videos/301762/black-swan-and-dark-desires/
http://www.redwap.me/videos/64387/eighteen-year-old-presley/
http://www.redwap.me/videos/267231/sex-and-picnic/
http://www.redwap.me/videos/1294/beautiful-euro-girl-paying-the-rent-with-her-tight-pussy/
http://www.redwap.me/videos/238797/brunette-and-blonde-rub-each-other/
http://www.redwap.me/videos/768767/peeping-tom-hits-the-jackpot/
http://www.redwap.me/videos/763717/your-mom-is-a-cocksucker/
http://www.redwap.me/videos/25341/romi-sucks-him-dry-like-a-raisin/
http://www.redwap.me/videos/241240/beautiful-horny-teen-babe-fucked-hard-and-covered-with-cum/
http://www.redwap.me/videos/767651/gorgeous-georgie-craves-cock/
http://www.redwap.me/videos/272504/female-painter-and-girlfriend-in-oral-sex/
http://www.redwap.me/videos/132492/graduation-fuck-day/
http://www.redwap.me/videos/766912/get-your-head-in-the-game/
http://www.redwap.me/videos/256/halloween-party-ends-with-facial-cumshot/
http://www.redwap.me/videos/765881/break-in/
http://www.redwap.me/videos/181416/she-loved-bens-cock-so-much-she-could-spend-hours-fucking-it/
http://www.redwap.me/videos/415755/nailing-naughty-nina/
http://www.redwap.me/videos/132463/kate-england-spreading-her-legs-wide/
http://www.redwap.me/videos/399706/stoya-at-her-sexiest/
http://www.redwap.me/videos/19761/flexible-hungarian-came-to-stay-at-the-apartment/
http://www.redwap.me/videos/770032/her-daughters-too-tight/
http://www.redwap.me/videos/330525/hard-work-hard-cock/
http://www.redwap.me/videos/741/cute-lesbian-college-girl-having-dorm-orgy/
http://www.redwap.me/videos/765561/taking-it-up-the-toga/
http://www.redwap.me/videos/4784/natual-titted-babe-noelle-easton/

http://www.redwap.me/videos/360823/sweet-candy-for-your-eyes-only/
http://www.redwap.me/videos/769037/sneaking-out-sneaky-sex/
http://www.redwap.me/videos/302124/making-him-feel-special/
http://www.redwap.me/videos/143608/lesbians-in-lingerie-rubbing-and-licking-in-bed/
http://www.redwap.me/videos/416287/pre-wedding-pussy-fuck-in-the-shower-with-alice/
http://www.redwap.me/videos/420698/young-stud-licks-and-fucks-moms-bush-in-the-shower/
http://www.redwap.me/videos/765568/bone-on-the-fourth-of-july/
http://www.redwap.me/videos/764602/tight-as-tape/
http://www.redwap.me/videos/66378/well-shaped-euro-girl-shalina/
http://www.redwap.me/videos/197338/brunette-lesbian-milf-licks-blonde-teen/
http://www.redwap.me/videos/770929/gone-hunting-back-on-monday/
http://www.redwap.me/videos/771045/revenge-with-her-new-fuck-friend/
http://www.redwap.me/videos/476011/bbw-ebony-ladies-cherokee-and-pinky-get-facial-after-pounding/
http://www.redwap.me/videos/387882/lucky-bastard-fucks-4-teen-angels-in-a-dorm-room/
http://www.redwap.me/videos/421151/sexy-milf-in-lingerie-provides-herself-to-her-mans-service/
http://www.redwap.me/videos/764942/cleaning-girl-gets-filthy/
http://www.redwap.me/videos/413470/titfuck-craziness/
http://www.redwap.me/videos/763207/nerds-episode-3/
http://www.redwap.me/videos/771278/big-butt-meets-big-cock/
http://www.redwap.me/videos/767187/flick-and-lick/
http://www.redwap.me/videos/767344/he-came-at-night-part-3/
http://www.redwap.me/videos/452995/blonde-hunk-pounds-savannah-stern-on-the-floor-in-the-kitchen/
http://www.redwap.me/videos/767793/the-exgirlfriend-episode-4/
http://www.redwap.me/videos/767744/dance-for-my-vlog/
http://www.redwap.me/videos/3963/they-needed-to-make-a-sextape/
http://www.redwap.me/videos/353755/oiling-up-and-getting-ready/
http://www.redwap.me/videos/415142/europeanstyle-foursome/
http://www.redwap.me/videos/425560/latina-firecracker/
http://www.redwap.me/videos/102342/big-ass-amateur-takes-strap-on-toy-european-lesbian/
http://www.redwap.me/videos/14448/do-u-need-a-ride-miss/
http://www.redwap.me/videos/763057/fucking-two-pussies-with-one-bone/
http://www.redwap.me/videos/210/threesome-going-at-this-college-party/
http://www.redwap.me/videos/301808/dirty-dorm-sexcapades/
http://www.redwap.me/videos/387528/pleasuring-both-holes/
http://www.redwap.me/videos/239495/tanned-female-agent-licks-busty-babe/
http://www.redwap.me/videos/247109/gorgeous-females-enjoying-partying-the-wilderotic-way/
http://www.redwap.me/videos/301632/bossy-bitch-banged/
http://www.redwap.me/videos/101071/blonde-bombshel-loves-it-all/
http://www.redwap.me/videos/766886/my-girlfriends-mom/
http://www.redwap.me/videos/301249/stacked-teen-banging/
http://www.redwap.me/videos/251211/gorgeous-babes-caressed-stripped-off-and-fucked/
http://www.redwap.me/videos/294878/cheating-redhead-milf-bangs-big-black-cock/
http://www.redwap.me/videos/154024/busty-amateur-brunette-toying-her-pussy/
http://www.redwap.me/videos/405401/reeses-a-cocktease/
http://www.redwap.me/videos/765674/miami-car-wash/
http://www.redwap.me/videos/766409/naughty-trade-for-a-good-grade/
http://www.redwap.me/videos/764010/conference-call/
http://www.redwap.me/videos/301428/cheating-made-hot/
http://www.redwap.me/videos/287091/cheating-on-his-wife/
http://www.redwap.me/videos/763818/the-bewitcher-a-dp-xxx-parody-episode-1/
http://www.redwap.me/videos/313258/romantic-lovemaking-for-her-anniversary/

http://www.redwap.me/videos/768345/one-night-is-too-long-part-1/
http://www.redwap.me/videos/471948/blonde-pulled-by-the-hair-and-fucked-hard/
http://www.redwap.me/videos/248019/flashlight-party-freaks-with-notorious-horny-teenagers/
http://www.redwap.me/videos/25923/rough-lez-analplay-with-squirting-belladonna/
http://www.redwap.me/videos/302086/big-cock-for-a-loose-pussy/
http://www.redwap.me/videos/171038/lean-on-desk-female-agent-gets-banged/
http://www.redwap.me/videos/767420/sex-with-the-scarecrow/
http://www.redwap.me/videos/763346/my-professor-thinks-im-perfect/
http://www.redwap.me/videos/186597/small-tittied-babe-gets-creampie-on-massage-table/
http://www.redwap.me/videos/406186/doing-it-together/
http://www.redwap.me/videos/414354/in-between/
http://www.redwap.me/videos/5197/cute-girlfriend-with-her-magical-big-tits/
http://www.redwap.me/videos/266499/girls-love-experimenting/
http://www.redwap.me/videos/764482/look-out-behind-you/
http://www.redwap.me/videos/398333/winner-takes-it-all/
http://www.redwap.me/videos/763621/shades-of-secretary/
http://www.redwap.me/videos/767652/maxxxed-out/
http://www.redwap.me/videos/175946/anal-bondage-and-a-facial-for-my-wife/
http://www.redwap.me/videos/419726/fitness-freak-gets-fucked/
http://www.redwap.me/videos/97657/kiss-me/
http://www.redwap.me/videos/65724/everybody-moved-down-on-each-other/
http://www.redwap.me/videos/163081/fremdgehen/
http://www.redwap.me/videos/771466/she-love-being-in-control/
http://www.redwap.me/videos/293750/making-out-with-a-beautiful-redhead-girl/
http://www.redwap.me/videos/426050/fucking-tha-police/
http://www.redwap.me/videos/406608/czech-babe-is-crazy-about-the-way-her-bf-bangs-her/
http://www.redwap.me/videos/766174/free-anal-5/
http://www.redwap.me/videos/250950/irresistibly-attractive-lesbians-kiss-fondle/
http://www.redwap.me/videos/244309/couple-having-hardcore-home-sex/
http://www.redwap.me/videos/4094/latina-at-the-doctors-office/
http://www.redwap.me/videos/765032/pussy-meditation/
http://www.redwap.me/videos/765860/peek-a-boob/
http://www.redwap.me/videos/35253/she-agreed-only-if-they-could-watch-it-together-later/
http://www.redwap.me/videos/768542/date-swap/
http://www.redwap.me/videos/111405/busty-blonde-donna-bell-told-victor-to-drill-her-in-the-ass/
http://www.redwap.me/videos/20032/cuming-on-that-18-years-old-ass/
http://www.redwap.me/videos/420968/a-quick-outdoor-humping-for-a-cashless-rebel-teen-august-ames/
http://www.redwap.me/videos/413744/too-much-too-fast/
http://www.redwap.me/videos/149204/callie-cyprus-will-be-satisfied/
http://www.redwap.me/videos/257022/we-have-found-a-perfect-teen-round-butt/
http://www.redwap.me/videos/103499/amateur-babe-takes-strap-on-dildo-lesbian-reality/
http://www.redwap.me/videos/770634/slutty-shopper/
http://www.redwap.me/videos/353910/pounding-that-sweet-round-ass/
http://www.redwap.me/videos/763595/postworkout-smoothie/
http://www.redwap.me/videos/768490/interior-decorate-her/
http://www.redwap.me/videos/763163/babezz-watch-a-xxx-parody/
http://www.redwap.me/videos/767465/driving-test-dummy/
http://www.redwap.me/videos/8369/a-dancer-looking-for-more-work/
http://www.redwap.me/videos/231866/brunette-sweetheart-lesbians-licking/
http://www.redwap.me/videos/2804/before-your-are-going-to-work-please/
http://www.redwap.me/videos/384412/jungle-sex-with-an-exotic-brazilian-babe/

http://www.redwap.me/videos/109791/mom-milf-takes-two-large-cocks/
http://www.redwap.me/videos/186614/amateur-brunette-beauty-blowjob/
http://www.redwap.me/videos/430840/airing-her-dirty-laundry/
http://www.redwap.me/videos/765948/dark-panther-a-dp-xxx-parody/
http://www.redwap.me/videos/123386/cum-on-meas-pussy/
http://www.redwap.me/videos/418725/submissive-slaves-get-milked-while-their-prostates-are-stimulated-hard/
http://www.redwap.me/videos/419882/jade-kush-gets-a-private-dicking-lesson-from-her-daddy/
http://www.redwap.me/videos/419393/rubbed-and-fucked/
http://www.redwap.me/videos/426966/greatest-money-shot/
http://www.redwap.me/videos/248951/hot-mom-with-huge-ass-cheeks-seduced-for-sex/
http://www.redwap.me/videos/115566/blonde-agent-banged-by-stud-in-casting/
http://www.redwap.me/videos/28287/mia-manarote-my-hot-roommate-4/
http://www.redwap.me/videos/105611/hd-pov-gymnast-small-tits-brunette-rubs-clit-gets-fucke/
http://www.redwap.me/videos/246870/bubbly-boobies-bouncing-all-over-handsomely/
http://www.redwap.me/videos/417097/aint-so-shy/
http://www.redwap.me/videos/269/dressed-up-and-ready-to-get-fucked/
http://www.redwap.me/videos/126195/pierced-tongue-lesbian-teen-fucking/
http://www.redwap.me/videos/771447/drilling-the-nurse-before-getting-caught-by-my-wife/
http://www.redwap.me/videos/735/shes-a-horny-and-waiting-for-sex/
http://www.redwap.me/videos/405449/stepmoms-watching/
http://www.redwap.me/videos/10981/the-rent-payment-process/
http://www.redwap.me/videos/769143/for-the-love-of-jordy/
http://www.redwap.me/videos/35572/brazilian-girl-sucking-and-fucking-a-fat-cock/
http://www.redwap.me/videos/443522/petite-brunette-teen-gets-mouth-fucked-and-rides-a-dick/
http://www.redwap.me/videos/766339/fix-me-good/
http://www.redwap.me/videos/763349/sweet-cheeks/
http://www.redwap.me/videos/111114/sexy-brunette-lesbians-stripping-each-other/
http://www.redwap.me/videos/134011/gf-fucks-her-man-on-his-bday/
http://www.redwap.me/videos/6941/busty-lesbian-ladies-in-the-vip/
http://www.redwap.me/videos/427290/hot-piece-chick-gets-her-muffin-filled-with-precious-jizz/
http://www.redwap.me/videos/239360/beautiful-euro-student-fucks-outdoor/
http://www.redwap.me/videos/170633/dark-haired-lesbians-oral-sex-lesbos-forwoman/
http://www.redwap.me/videos/392768/nasty-teen-cumming-on-huge-dick-in-bed/
http://www.redwap.me/videos/765824/revenge-fuck-husband/
http://www.redwap.me/videos/284685/short-skirt-minx-rides-cock-in-taxi/
http://www.redwap.me/videos/414332/korean-cutie-rina-ellis-takes-daddys-fat-cock/
http://www.redwap.me/videos/375090/xander-corvus-plowing-eva-lovia-doggy/
http://www.redwap.me/videos/4185/cute-petite-teen-dakota-skye-vs-huge-cock/
http://www.redwap.me/videos/331689/making-it-rain/
http://www.redwap.me/videos/379904/beautiful-pinup-babe-seduces-her-bffs-bf/
http://www.redwap.me/videos/120157/shaved-pussy-euro-blonde-in-fake-taxi/
http://www.redwap.me/videos/105800/lesbea-plump-and-tight-teen-pussy-stretched-open/
http://www.redwap.me/videos/767444/cheerful-fucking/
http://www.redwap.me/videos/768107/full-moon/
http://www.redwap.me/videos/766267/break-in-banging/
http://www.redwap.me/videos/432458/amateur-slut-wants-it-up-the-rear-after-giving-head/
http://www.redwap.me/videos/6681/tanned-shiny-beautiful-ass/
http://www.redwap.me/videos/763764/putting-her-thickness-on-display/
http://www.redwap.me/videos/19357/super-cute-cassidy-posing-for-her-boyfriend/
http://www.redwap.me/videos/396579/car-wash-busty-brunette-bangs-big-cock-client/
http://www.redwap.me/videos/414746/backseat-banging/

http://www.redwap.me/videos/4114/heathers-step-mom-eva/
http://www.redwap.me/videos/386556/big-titted-asian-tailor-fulfills-her-client-delicate-desires/
http://www.redwap.me/videos/248130/best-booty-spreading-for-extreme-anal-amusement/
http://www.redwap.me/videos/766678/teasing-toes-ivy-wolfe-lilly-ford/
http://www.redwap.me/videos/330120/fetish-photoshoot/
http://www.redwap.me/videos/769051/expert-concocktion/
http://www.redwap.me/videos/384402/finest-fiesta/
http://www.redwap.me/videos/64966/pornstar-mia-malkova-posing/
http://www.redwap.me/videos/234451/italian-blonde-fucks-for-cash-outdoor/
http://www.redwap.me/videos/767186/dystopian-dicking/
https://www.redwap.me/videos/779699/czech-teen-girls-making-out-on-a-bed/
http://www.redwap.me/videos/205935/natural-busty-blonde-in-fake-taxi-banged/
http://www.redwap.me/videos/427696/blonde-ebony-makes-extra-cash-with-her-round-ass/
http://www.redwap.me/videos/161366/lesbian-babe-takes-strap-on-realistic-cock/
http://www.redwap.me/videos/418455/cant-say-no/
http://www.redwap.me/videos/764149/the-bewitcher-a-dp-xxx-parody-episode-4/
http://www.redwap.me/videos/281496/tattooed-young-dude-bangs-blonde-milf/
http://www.redwap.me/videos/377772/brandi-love-sucking-jessy-jones-big-cock/
http://www.redwap.me/videos/112262/busty-blonde-giving-tits-job-in-fake-taxi/
http://www.redwap.me/videos/267033/restless-babe-in-yellow-pants-keeps-herself-busy/
http://www.redwap.me/videos/768617/mommy-nudist/
http://www.redwap.me/videos/767507/suck-my-stockings/
http://www.redwap.me/videos/767578/tempting-the-tackling-dummy/
http://www.redwap.me/videos/113783/gorgeous-babe-august-ames-showing-off-her-wicked-tongue/
http://www.redwap.me/videos/764038/dickogram/
http://www.redwap.me/videos/331453/brazillian-hottie-covered-in-cum/
http://www.redwap.me/videos/764762/hiking-up-mount-cock/
http://www.redwap.me/videos/414595/tiny-whore-hardcore/
http://www.redwap.me/videos/765572/sloppy-squirting-squatter/
http://www.redwap.me/videos/124501/blonde-fucked-to-crempie-on-the-hood/
http://www.redwap.me/videos/111420/fakehospital-super-sexy-curvy-blonde-accepts-dirty-doc/
http://www.redwap.me/videos/303808/sideways-kinkiness/
http://www.redwap.me/videos/769081/petite-paris/
http://www.redwap.me/videos/26680/jesse-fucked-by-janine/
http://www.redwap.me/videos/310148/get-a-little-intimate-with-anya/
http://www.redwap.me/videos/32687/two-lesbian-babes-needed-a-place-to-stay/
http://www.redwap.me/videos/387297/czech-couple-has-some-passionate-sex-and-would-love-it-if-you-watched/
http://www.redwap.me/videos/396317/oily-lesbian-wrestling/
http://www.redwap.me/videos/115508/hospital-spycam-fucking-with-young-eurobabe/
http://www.redwap.me/videos/731166/a-lusty-blonde-turns-the-spa-into-a-squirting-center/
http://www.redwap.me/videos/415560/pretty-in-pink/
http://www.redwap.me/videos/168365/lesbians-strap-on-toy-fucking-on-casting/
http://www.redwap.me/videos/768975/the-great-outdoor-threesome/
http://www.redwap.me/videos/97732/blonde-lesbian-amateur-eats-female-agent-on-casting/
http://www.redwap.me/videos/768491/practice-makes-perfect-pt-1/
http://www.redwap.me/videos/765139/private-film/
http://www.redwap.me/videos/384775/new-year-same-level-of-kinkiness/
http://www.redwap.me/videos/405848/her-biggest-one-yet/
http://www.redwap.me/videos/320710/step-dad-dick-caught-in-some-mother-daughter-crossfire/
http://www.redwap.me/videos/175458/brazzersexxtra-marsha-may-taste-marshas-treats-300315/

http://www.redwap.me/videos/413463/greatest-booty-orgy/
http://www.redwap.me/videos/4438/chloe-agrees-to-give-up-for-some-cash/
http://www.redwap.me/videos/25477/early-jesse-sucks-the-worm/
http://www.redwap.me/videos/290835/follow-yoga-class-with-these-petite-babes/
http://www.redwap.me/videos/421615/dorm-room-madness/
http://www.redwap.me/videos/206102/hot-and-sexy-brunette-babe-sunny-enjoying-in-this-solo-video/
http://www.redwap.me/videos/9634/personal-pussy-from-a-perfect-world/
http://www.redwap.me/videos/276757/hot-busty-brunette-chick-alexa-gets-nailed-on-a-casting/
http://www.redwap.me/videos/355057/throat-and-pussy-fucked/
http://www.redwap.me/videos/271106/blonde-eats-cunt-to-her-female-boss/
http://www.redwap.me/videos/228323/mutter-ins-hotel-geschleppt/
http://www.redwap.me/videos/26630/petite-brunette-munching-away/
http://www.redwap.me/videos/422974/longlegged-babe-gets-filled-with-cum-in-the-afternoon/
http://www.redwap.me/videos/422326/brandi-wants-a-share-of-her-stepbrothers-cock/
http://www.redwap.me/videos/301374/anything-for-cash/
http://www.redwap.me/videos/377699/redhead-german-cutie-has-the-perfect-pussy-for-porn-model/
http://www.redwap.me/videos/269991/hardcore-orgy-with-darkhaired-euro-babes/
http://www.redwap.me/videos/103849/mom-brunette-milf-pleases-her-man/
http://www.redwap.me/videos/405513/too-risque/
http://www.redwap.me/videos/235960/busty-plumper-fucks-in-fake-taxi/
http://www.redwap.me/videos/763146/french-milf-seduces-the-plumber/
http://www.redwap.me/videos/65266/wake-bake-and-fuckin-shake/
http://www.redwap.me/videos/354179/busty-brunette-gets-a-facial/
http://www.redwap.me/videos/394173/busty-wonder-babe-ana-bell-evans-gets-oiled-up-and-shagged-doggy-style/
http://www.redwap.me/videos/16640/round-ass-girlfriend/
http://www.redwap.me/videos/421605/star-whores-the-squirt-awakens/
http://www.redwap.me/videos/768260/a-bra-cadabra/
http://www.redwap.me/videos/767926/massage-temptress/
http://www.redwap.me/videos/267108/beautiful-maid-with-a-wt-pussy-fucks-awesomely/
http://www.redwap.me/videos/210888/busty-spanish-babe-banged-in-a-british-fake-taxi/
http://www.redwap.me/videos/231328/extremely-hot-vibrator-and-tight-asshole/
http://www.redwap.me/videos/249256/abella-feels-wet-happy-to-meet-her-tall-boyfriend/
http://www.redwap.me/videos/330197/cant-tell-the-difference/
http://www.redwap.me/videos/763716/stepsister-swap/
http://www.redwap.me/videos/266637/big-tits-teen-strips-off-to-tease-and-delight-in-cock/
http://www.redwap.me/videos/303430/steamy-threeway-action/
http://www.redwap.me/videos/766440/gorgeous-gianna/
http://www.redwap.me/videos/111912/taissia-shanti-tookes-dick-deep-in-her-pussy-and-tight-ass/
http://www.redwap.me/videos/422294/twisted-latina-tree-hugger/
http://www.redwap.me/videos/384408/gfs-and-their-dirty-desires/
http://www.redwap.me/videos/417561/avas-at-her-best/
http://www.redwap.me/videos/4303/cute-redhead-marina-having-anal-facial-cumshot/
http://www.redwap.me/videos/432613/pawg-babe-teases-in-jeans-and-fucks-doggy-style-pov/
http://www.redwap.me/videos/417523/big-booty-bimbo/
http://www.redwap.me/videos/107458/lesbea-hd-natural-and-sexy-lesbian-women/
http://www.redwap.me/videos/765114/snatched-my-roommate/
http://www.redwap.me/videos/133273/addicted-to-pleasure-evoking-sex-toys/
http://www.redwap.me/videos/771454/dipping-deep-in-her-wet-bridal-ass/
http://www.redwap.me/videos/406565/all-white-everything/
http://www.redwap.me/videos/422346/fuck-of-fame/

http://www.redwap.me/videos/788/stepmom-joins-young-couple/
http://www.redwap.me/videos/418144/beas-beautiful-bj/
http://www.redwap.me/videos/62366/amateurs-showing-their-bodies-for-money-at-first/
http://www.redwap.me/videos/133125/two-brunette-teens-in-lesbian-action/
http://www.redwap.me/videos/65982/anal-first-timer/
http://www.redwap.me/videos/148036/diamond-foxxx-anal-dp/
http://www.redwap.me/videos/4481/having-a-tasty-snack/
http://www.redwap.me/videos/109847/fakeagentuk-fake-interview-for-sexy-tattooed-brit-chick/
http://www.redwap.me/videos/39899/the-first-thing-i-noticed-about-jay-was-her-big-natural-tits-and-i-wanted-them-in-my-mouth/
http://www.redwap.me/videos/106375/blonde-finnish-babe-fucks-in-british-fake-taxi/
http://www.redwap.me/videos/768865/bound-to-you/
http://www.redwap.me/videos/430514/wonderful-workout/
http://www.redwap.me/videos/18117/curvy-babe-sliding-on-a-cock/
http://www.redwap.me/videos/343/sweet-teen-emma-getting-fucked-at-home/
http://www.redwap.me/videos/288502/petite-brunette-enoying-in-erotic-massage/
http://www.redwap.me/videos/31642/skinny-slut-gets-fucked-on-his-couch/
http://www.redwap.me/videos/67726/posing-for-her-boyfriend/
http://www.redwap.me/videos/768297/bus-bench-biddie/
http://www.redwap.me/videos/421989/turning-her-inside-out/
http://www.redwap.me/videos/19382/smooth-jenny/
http://www.redwap.me/videos/181073/all-this-ass/
http://www.redwap.me/videos/731116/casual-pickup-sex-with-a-real-latina/
http://www.redwap.me/videos/107657/mom-wife-fucks-her-toyboy/
http://www.redwap.me/videos/768777/pitch-black-pole-dancer/
http://www.redwap.me/videos/384750/chocking-on-that-tasty-cock/
http://www.redwap.me/videos/764701/threesome-on-a-sick-day/
http://www.redwap.me/videos/765143/first-time-with-my-bff/
http://www.redwap.me/videos/770908/step-mom-gone-wild-for-the-pussy/
http://www.redwap.me/videos/422050/keeping-it-tight/
http://www.redwap.me/videos/259755/handcuffed-real-teen-gf-gets-nailed/
http://www.redwap.me/videos/767138/thats-not-cheating-pt-2/
http://www.redwap.me/videos/7839/ladies-getting-freaky-for-some-club-action/
http://www.redwap.me/videos/424135/tenacious-teen-gets-daddy-to-plow-her-shaved-vajayjay/
http://www.redwap.me/videos/390381/blond-czech-slut-nathaly-gets-her-big-boobs-shaken/
http://www.redwap.me/videos/766272/have-your-cock-and-eat-it-too/
http://www.redwap.me/videos/768126/fuck-christmas-part-1/
http://www.redwap.me/videos/19445/young-anna-lynn-taking-big-cock-in-her-mouth-and-pussy/
http://www.redwap.me/videos/2960/a-beautiful-sunny-day-with-my-gf/
http://www.redwap.me/videos/391311/diamond-jackson-mom-fucks-young-guy/
http://www.redwap.me/videos/354680/christmastime-kinky-tugjob/
http://www.redwap.me/videos/289339/slim-czech-blonde-amateur-bangs-in-public/
http://www.redwap.me/videos/253453/busting-nuts-at-high-altitude-with-flight-attendant/
http://www.redwap.me/videos/29835/real-euro-facialized-after-pussyfucking/
http://www.redwap.me/videos/245838/amazing-anal-sex-with-my-girlfriend-janine/
http://www.redwap.me/videos/4301/skinny-girl-janice-in-action/
http://www.redwap.me/videos/305909/sexual-latina-carla-crouz-loves-cock/
http://www.redwap.me/videos/22827/angel-dark-fucking-delicious-as-always/
http://www.redwap.me/videos/256389/female-agent-gets-big-cock-from-behind/
http://www.redwap.me/videos/34751/mom-explaining-how-to-satisfy-her-daughter/
http://www.redwap.me/videos/189513/lesbian-amateur-gets-strapo-on-dildo-on-casting/

http://www.redwap.me/videos/399296/latinas-poolside-pounding/
http://www.redwap.me/videos/1018/maddy-asked-her-boyfriend-to-fuck-her-step-mom/
http://www.redwap.me/videos/34718/the-best-i-could-do-is-to-fuck-them/
http://www.redwap.me/videos/247267/horny-lesbians-kiss-hard-like-there-is-no-tomorrow/
http://www.redwap.me/videos/257459/amazing-anal-creampie-my-mature-wife-janine/
http://www.redwap.me/videos/407498/dirty-little-teen-sidney-cole-gets-fucked-by-her-horny-step-brother/
http://www.redwap.me/videos/132577/trillium-takes-facial-load/
http://www.redwap.me/videos/273810/female-agent-gives-lesbian-face-sitting/
http://www.redwap.me/videos/417079/bwc-for-a-teen/
http://www.redwap.me/videos/177541/black-teen-with-glasses-giving-head/
http://www.redwap.me/videos/388936/two-girls-one-cock/
http://www.redwap.me/videos/317304/she-is-a-master-cockstroker/
http://www.redwap.me/videos/413670/moms-hottest-friend/
http://www.redwap.me/videos/18401/big-ass-teen-in-action/
http://www.redwap.me/videos/190893/chubby-brith-banged-to-creampie-in-fake-taxi/
http://www.redwap.me/videos/768825/pamela-makes-a-sex-tape/
http://www.redwap.me/videos/33890/mexican-isabella-de-santos/
http://www.redwap.me/videos/418439/different-kind-of-yoga/
http://www.redwap.me/videos/764764/wild-forest-fucking/
http://www.redwap.me/videos/133174/im-a-pretty-bitch-see-my-clit/
http://www.redwap.me/videos/257447/girls-orgasms-in-middle-of-a-interview/
http://www.redwap.me/videos/242193/cute-girl-with-glasses-blowjob/
http://www.redwap.me/videos/417617/making-her-even-wetter/
http://www.redwap.me/videos/763230/spanking-the-slobby-roomate/
http://www.redwap.me/videos/384268/christmas-titjob/
http://www.redwap.me/videos/267996/hard-cock-for-a-busty-brunette/
http://www.redwap.me/videos/126180/lovely-lesbian-teen-got-pussy-sucked/
http://www.redwap.me/videos/18652/backyard-pov/
http://www.redwap.me/videos/771193/robbery-prank-from-girlfriend-and-her-friend/
http://www.redwap.me/videos/435909/alivegirl-net-sexy-usacollege-squirts-like-niagara-on-the-bench-in-garden/
http://www.redwap.me/videos/302303/big-ass-asian-girl-kalina-ryu-creampied/
http://www.redwap.me/videos/120955/petite-euro-amateur-tasting-fake-agents-cum/
http://www.redwap.me/videos/443647/sexy-college-sluts-have-a-pussy-licking-party-in-dorm/
http://www.redwap.me/videos/253118/busty-brunette-played-like-a-big-toy/
http://www.redwap.me/videos/420614/busty-and-incredibly-lusty/
http://www.redwap.me/videos/384767/lesbian-car-sex/
http://www.redwap.me/videos/406817/vietnamese-girlfriend-gives-her-man-a-ride-of-his-life/
http://www.redwap.me/videos/712/girls-helped-him-to-feel-better/
http://www.redwap.me/videos/414/molly-sucking-her-boyfriend/
http://www.redwap.me/videos/771144/thirsty-stranger-coming-to-her-rescue/
http://www.redwap.me/videos/384516/going-medival-on-their-pussies/
http://www.redwap.me/videos/766010/pleasureville-a-dp-xxx-parody-episode-4/
http://www.redwap.me/videos/262348/voluptuous-blonde-worships-dick-in-her-ass/
http://www.redwap.me/videos/8702/samantha-saint-is-doing-herself/
http://www.redwap.me/videos/109357/dude-fucks-female-agent-for-a-job-in-an-office/
http://www.redwap.me/videos/441176/shorthaired-amateur-sucks-i-npov/
http://www.redwap.me/videos/354207/ass-for-days/
http://www.redwap.me/videos/177469/tattooed-blonde-babe-cunt-banged-pov-on-the-floor/
http://www.redwap.me/videos/471244/nasty-blonde-with-shaved-pussy-is-riding-a-fat-cock/
http://www.redwap.me/videos/775187/let-her-rip/

http://www.redwap.me/videos/4625/fifth-date-first-anal/
http://www.redwap.me/videos/765526/late-riser-gets-laid/
http://www.redwap.me/videos/763198/the-loophole/
http://www.redwap.me/videos/187088/mature-couple-banging-in-bedroom/
http://www.redwap.me/videos/767246/do-me-after-body-sushi/
http://www.redwap.me/videos/766684/personal-fineass/
http://www.redwap.me/videos/303812/blonde-masseuse-with-great-talent/
http://www.redwap.me/videos/126805/short-skirts-lesbian-teens-licking-pussies/
http://www.redwap.me/videos/180206/melanie-gold-showed-lully-the-finer-points-of-sucking-cock/
http://www.redwap.me/videos/238/dakota-has-an-addiction-to-huge-cock/
http://www.redwap.me/videos/165937/young-dude-fucks-old-blonde-lady/
http://www.redwap.me/videos/764417/nerdy-cutie-straddles-huge-cock/
http://www.redwap.me/videos/770935/turned-on-by-her-bubble-butt-twerking/
http://www.redwap.me/videos/375179/girlfriends-sister-wants-my-huge-cock/
http://www.redwap.me/videos/19918/i-turned-her-around-and-pounded-that-pussy/
http://www.redwap.me/videos/275291/hot-ass-to-mouth-on-webcam/
http://www.redwap.me/videos/113666/with-tender-care-frida-fingers-lolas-perfect-wet-pussy/
http://www.redwap.me/videos/271104/awesome-group-party-with-sexy-euro-babes/
http://www.redwap.me/videos/97735/lesbians-teens-oral-sex-and-strap-on-fucking/
http://www.redwap.me/videos/412622/curvy-mamma-earns-a-stiff-prick-up-up-to-the-balls/
http://www.redwap.me/videos/178467/british-amateur-deep-throats-on-casting/
http://www.redwap.me/videos/186595/huge-tits-brit-banged-to-facial-in-a-cab/
http://www.redwap.me/videos/66920/sex-the-ice-cream-truck/
http://www.redwap.me/videos/58859/double-shot/
http://www.redwap.me/videos/2236/fuck-and-cum-on-young-beautiful-amateur-face/
http://www.redwap.me/videos/355155/onegirl-wet-tshirt-contest/
http://www.redwap.me/videos/765378/traffic-violation/
http://www.redwap.me/videos/358139/european-group-sex-with-model-loren-mindardi/
http://www.redwap.me/videos/301591/aggressive-bathroom-fucking/
http://www.redwap.me/videos/767222/i-want-it-harder/
http://www.redwap.me/videos/430393/bambis-pussy-gets-massacred/
http://www.redwap.me/videos/767372/glam-jail-nail/
http://www.redwap.me/videos/430869/fiance-and-stepmom/
http://www.redwap.me/videos/297754/amateur-showing-ass-to-fake-taxi-driver-then-fucking/
http://www.redwap.me/videos/291727/blonde-wanks-masseurs-dick-till-gets-tits-cumshot/
http://www.redwap.me/videos/768331/renaissance-fair-fuck/
http://www.redwap.me/videos/231914/teen-penetrating-with-fake-agent/
http://www.redwap.me/videos/290701/blonde-girl-fucking-a-midget-at-porn-casting/
http://www.redwap.me/videos/425753/catch-a-horny-criminal/
http://www.redwap.me/videos/375808/xander-corvus-screwing-aidra-fox-on-top-of-his-cock/
http://www.redwap.me/videos/771467/step-mom-with-crazy-talents/
http://www.redwap.me/videos/330828/good-oral-prefuck/
http://www.redwap.me/videos/164354/hungarian-babe-from-public-banging-pov/
http://www.redwap.me/videos/301834/kinky-gun-nuts/
http://www.redwap.me/videos/418997/pierced-thai-pussy-gets-lots-of-exploitation-in-the-office/
http://www.redwap.me/videos/414015/shameless-backseat-threesome/
http://www.redwap.me/videos/247710/appetizing-milf-needs-tow-help/
http://www.redwap.me/videos/427425/party-goes-off-the-rails/
http://www.redwap.me/videos/763043/anal-lesson-from-tutor-in-stockings/
http://www.redwap.me/videos/97423/sexy-brunette-lesbians-getting-a-massage-with-oil/
http://www.redwap.me/videos/384972/kinkiest-costume-party-ever/

http://www.redwap.me/videos/112555/mom-horny-brunette-milf-gets-creamed/
http://www.redwap.me/videos/769154/my-stepmom-just-needs-a-dick/
http://www.redwap.me/videos/766274/mechanic-appreciation/
http://www.redwap.me/videos/768012/our-sex-tape/
http://www.redwap.me/videos/148583/sexy-kathia-nobili-gets-her-pussy-rammed/
http://www.redwap.me/videos/353543/fantastic-pov-fucking/
http://www.redwap.me/videos/430232/breaking-glass/
http://www.redwap.me/videos/22910/assfuck-for-her-boyfriend/
http://www.redwap.me/videos/115611/romantic-lesbian-strapon-fucks-her-euro-lover/
http://www.redwap.me/videos/430255/big-dick-is-always-better/
http://www.redwap.me/videos/165785/pale-lesbian-babe-licking-her-masseuse/
http://www.redwap.me/videos/717363/lesbian-teens-enjoy-the-taste-of-each-others-pussy/
http://www.redwap.me/videos/769185/cum-and-paste/
http://www.redwap.me/videos/30557/deepthroat-in-the-ambulance/
http://www.redwap.me/videos/109609/fakeagentuk-busty-milf-and-her-magic-pussy-causes/
http://www.redwap.me/videos/763379/my-little-slut/
http://www.redwap.me/videos/763213/dirty-laundry-dirtier-milf/
http://www.redwap.me/videos/768184/her-shower-secret/
http://www.redwap.me/videos/764323/doing-double-duty/
http://www.redwap.me/videos/767725/twerk-class-in-session/
http://www.redwap.me/videos/261869/fake-agent-bangs-hairy-babe-in-public/
http://www.redwap.me/videos/766750/girl-on-treetop/
http://www.redwap.me/videos/768252/squirting-in-the-new-year/
http://www.redwap.me/videos/768135/fuck-christmas-part-2/
http://www.redwap.me/videos/765253/cheating-wife-gets-punished/
http://www.redwap.me/videos/769171/escape-from-asscatraz/
http://www.redwap.me/videos/763023/team-building-sexcercise/
http://www.redwap.me/videos/764062/my-boss-gets-off/
http://www.redwap.me/videos/766673/now-watch-me-squirt/
http://www.redwap.me/videos/768086/monica-earns-her-stay/
http://www.redwap.me/videos/421488/ferrara-jerks-him-with-supersonic-speed/
http://www.redwap.me/videos/767050/make-me-wet-not-wait/
http://www.redwap.me/videos/766131/all-hands-on-dick/
http://www.redwap.me/videos/767810/codename-angel-of-stealth/
http://www.redwap.me/videos/4092/perfectly-round-young-natural-big-tits/
http://www.redwap.me/videos/7871/linda-and-kaylee-took-jmacs-cock/
http://www.redwap.me/videos/763224/kali-roses-takes-on-j-mac/
http://www.redwap.me/videos/422997/lovely-elena-gets-a-passionate-creampie-from-a-hot-guy/
http://www.redwap.me/videos/763604/eating-pussy-for-a-good-review/
http://www.redwap.me/videos/767815/tongue-is-the-new-cock/
http://www.redwap.me/videos/766013/panty-stash/
http://www.redwap.me/videos/764117/naughty-influences/
http://www.redwap.me/videos/763555/double-trouble/
http://www.redwap.me/videos/766098/picking-up-big-tits/
http://www.redwap.me/videos/767790/the-welcum-tour/
http://www.redwap.me/videos/779874/small-tits-brunette-shared-by-two-buddies/
https://www.redwap.me/videos/779983/hot-foursome-inside-of-a-school-bus/
http://www.redwap.me/videos/764970/brunette-babes-public-fuck/
http://www.redwap.me/videos/767676/asian-spinners-tight-pussy-takes-a-pounding/
http://www.redwap.me/videos/780205/redhead-with-bald-pussy-fucked-in-the-kitched/
http://www.redwap.me/videos/426501/downright-dirty/

http://www.redwap.me/videos/780612/outdoor-blowjob/
http://www.redwap.me/videos/58184/british-maid-victoria-summers-rides-the-schlong-reverse-cowgirl-style/
http://www.redwap.me/videos/460588/blonde-hoe-sammie-spades-sucks-the-dick-outdoors-and-gets-her-asshole-drilled-brutally/
http://www.redwap.me/videos/780707/elf-vs-horse-dildo/
http://www.redwap.me/videos/763251/massumptions/