| | |
|---|---|
| **From:** | Sierra Landholm <sierra@freemanlawfirm.org> |
| **Sent:** | Friday, December 6, 2019 11:20 AM |
| **To:** | WAWDdb_NewCasesTac |
| **Cc:** | Spencer Freeman |
| **Subject:** | Request for DMCA Subpoena to Advanced Hosters, B.V. |
| **Attachments:** | Ltr to Ct Clerk re DMCA Subpoena TEMPLATE.pdf; Redwap.me - Dec ISO DMCA SDT to Advanced Hosting - signed w Ex.pdf; Prop'd DMCA SDT to Advanced Hosters w Exs A & B.pdf |

TO: Clerk of the United States District Court, Western District of Washington at Tacoma,

This office represents MG premium LTD ("MG") in its request for issuance of a Subpoena to service provider, to Advanced Hosters, B.V. pursuant to U.S.C. § 512(h) ("DMCA Subpoena"). The DMCA Subpoena requests the identification of infringers of MG's copyrighted material posted on "redwap.me."

To this end, the following documents are attached pursuant to the statute's requirements to enable the Clerk to issue such Subpoena:

- Letter requesting the Clerk issuance of the DMCA Subpoena;
- Proposed DMCA Subpoena to Advanced Hosters, B.V.; and,
- Sworn Declaration of Anis Baba in support of the DMCA Subpoena.

Copies of the notifications issued under 17 U.S.C. § 512(c)(3)(A) to the DMCA Agent for Advanced Hosters, B.V. are attached both to the Subpoena and Declaration. We believe the materials submitted herewith will enable you to issue the requested DMCA Subpoena.

We'll look forward to your call for the $47.00 filing fee once a miscellaneous case number has been assigned, and to subsequent the issuance of the DMCA Subpoena.

Thank you in advance for your assistance in this matter.

*Cordially,*

*Sierra Landholm*

*Paralegal*

Freeman Law Firm, Inc.

1107 ½ Tacoma Avenue South

Tacoma, Washington  98402

253.383.4500

1